IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, 1776 Eye Street, NW, Suite 400 Washington, DC 2000; SECURE FAMILIES INITIATIVE, 1301 K St. NW, Suite 300W Washington DC 20005; ARIZONA STUDENTS' ASSOCIATION, 2121 S Mill Ave, Suite 105 Tempe, AZ 85282, *Plaintiffs*, v. EXECUTIVE OFFICE OF THE PRESIDENT 1600 Pennsylvania Avenue NW Washington, DC 20500; UNITED STATES ELECTION ASSISTANCE COMMISSION 633 3rd Street NW, Suite 200, Washington, DC 20001; BRIANNA SCHLETZ, *in her official capacity as Executive Director of the United States Election Assistance Commission*, 633 3rd Street NW, Suite 200, Washington, DC 20001; DONALD L. PALMER, *in his official capacity as Commissioner and Chairman of the United States Election Assistance Commission*, 633 3rd Street NW, Suite 200, Washington, DC 20001; | Case No. 1:25-cv-00946 |

1

THOMAS HICKS, *in his official capacity as Commissioner and Vice-Chair of the United States Election Assistance Commission,*
633 3rd Street NW, Suite 200,
Washington, DC 20001;

CHRISTY MCCORMICK, *in her official capacity as Commissioner of the United States Election Assistance Commission,*
633 3rd Street NW, Suite 200,
Washington, DC 20001;

BENJAMIN W. HOVLAND, *in his official capacity as Commissioner of the United States Election Assistance Commission,*
633 3rd Street NW, Suite 200,
Washington, DC 20001;

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530;

PAMELA BONDI, *in her official capacity as Attorney General of the United States*,
950 Pennsylvania Ave. NW
Washington, DC 20530;

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, DC 20301;

PETE HEGSETH, *in his official capacity as United States Secretary of Defense*,
1000 Defense Pentagon,
Washington, DC 20301;

FEDERAL VOTING ASSISTANCE PROGRAM
4800 Mark Center Drive, Suite 05E22
Alexandria, VA 22350-5000;

J. SCOTT WIEDMANN, *in his official capacity as Director of the Federal Voting Assistance Program,*

> 4000 Defense Pentagon,
> Washington, DC 20301,
>
> *Defendants*.

## NOTICE OF ERRATA

Notice is hereby provided that Plaintiffs' Complaint, ECF No. 1, erroneously omitted the full residence address of each party. The corrected Complaint with addresses included is attached to this notice.

Dated: April 1, 2025                                                                 Respectfully Submitted,

<u>*/s/ Norman L. Eisen*</u>                                              <u>*/s/ Danielle Lang*</u>
Norman L. Eisen (D.C. Bar No. 435051)           Danielle Lang (DC Bar No. 1500218)
Tianna J. Mays (D.C. Bar No. 90005882)\*\*\*    Jonathan Diaz (DC Bar No. 1613558)
Pooja Chaudhuri (D.C. Bar No. 888314523)     Robert Brent Ferguson (DC Bar No. 1782289)\*
STATE DEMOCRACY DEFENDERS FUND         Anna Baldwin (DC Bar No. 998713)\*\*
600 Pennsylvania Avenue SE #15180                 Heather Szilagyi (DC Bar No. 90006787)
Washington, D.C. 20003                                           Benjamin Phillips (DC Bar No. 90005450)\*\*
(202) 601-8678                                                              CAMPAIGN LEGAL CENTER
norman@statedemocracydefenders.org           1101 14th St. NW, Suite 400
tianna@statedemocracydefenders.org              Washington, D.C. 20005
pooja@statedemocracydefenders.org              (202) 736-2200
                                                                                       dlang@campaignlegalcenter.org
*Counsel for Plaintiffs LULAC, SFI, and ASA*    jdiaz@campaignlegalcenter.org
                                                                                       bferguson@campaignlegalcenter.org
\**D.D.C. application pending*                              abaldwin@campaignlegalcenter.org
\*\**Application for D.D.C. admission*                  hszilagyi@campaignlegalcenter.org
*forthcoming*                                                          bphillips@campaignlegalcenter.org
\*\*\**Application for pro hac vice admission*
*forthcoming*

3