AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| League of United Latin American Citizens, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00946 |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association.

Date: 04/01/2025

/s/ Jonathan Diaz
*Attorney's signature*

Jonathan Diaz, DC Bar No. 1613558
*Printed name and bar number*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
*Address*

jdiaz@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*