AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS; *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  1:25-cv-00946-CKK |
| EXECUTIVE OFFICE OF THE PRESIDENT *Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LULAC, Secure Families initiative, and Arizona Students' Association.

Date: 04/01/2025

*Attorney's signature*

Pooja Chaudhuri, D.C. Bar #888314523
*Printed name and bar number*

State Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

*Address*

pooja@statedemocracydefenders.org
*E-mail address*

(202) 601-8678
*Telephone number*

*FAX number*