AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association

*Plaintiff(s)*

v.

Executive Office of the President, et al.

*Defendant(s)*

Civil Action No. 25-946 -CKK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney
c/o Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th St NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danielle M. Lang
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/1/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-946-CKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney c/o Civil Process Clerk
was received by me on *(date)* 4/1/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Aquilla Alexander, Civil Process Clerk, 601 D Street, NW, Washington, DC 20530 , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney c/o Civil Process Clerk on *(date)* 4/1/2025 1:57 PM ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*: Served

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/1/2025

Server's signature

Jenniffer Flores, Process Server
*Printed name and title*

76914

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
Aquilla Alexander Gender: Female    Race/Skin: Black    Age: 40 lb.    Weight: 140 lb.    Height: 5'2"    Hair: Black    Glasses: Yes    Other:

Documents Served: Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, Notice of Errata