IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-955 (CKK) |

**MOTION TO ADMIT ANNA BALDWIN PRO HAC VICE**

Pursuant to Local Rule 83.2, Danielle Lang, a member of the Bar of this Court, respectfully moves for the admission pro hac vice of attorney Anna Baldwin on behalf of Plaintiffs

1

the League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association in the above-captioned matter. Attached as Exhibit I hereto is a declaration by Anna Baldwin in accordance with Local Rule 83.2.

Dated: April 3, 2025                                     Respectfully Submitted,

                                                          /s/ *Danielle Lang*
                                                         Danielle Lang (DC Bar No. 1500218)
                                                         CAMPAIGN LEGAL CENTER
                                                         1101 14th Street NW, Ste. 400
                                                         Washington, DC 20005
                                                         (202) 736-2200
                                                         dlang@campaignlegalcenter.org