IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-955 (CKK) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

Considering the Motion for Admission Pro Hac Vice of Anna Baldwin, IT IS HEREBY

ORDERED that attorney Anna Baldwin be enrolled as counsel of record for Plaintiffs in the

1

above-captioned matter.

Dated: _____

                                            UNITED STATED DISTRICT JUDGE
                                            COLLEEN KOLLAR-KOTELLY