UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    Defendants. | Civil Action No. 25-00946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00955 (CKK) |

**NOTICE TO THE COURT OF RELATED CASES**

To the Clerk of this Court and all parties of record:

Please take notice that in addition to the three matters consolidated by this Court as the lead case(s) challenging the President's Executive Order 14248 "*Preserving and Protecting the*

*Integrity of American* Elections," two additional cases based on the same challenges and the same event have just been filed in other Federal districts.

Pursuant to Local Civil Rule 40.5(b)(3), counsel on behalf of Defendants in the above-captioned lead case(s) provide notice to this Court that the following newly related cases have been subsequently filed:

1.) *State of California, v. Trump*, No. 1:25-cv-10810-DJC, was filed on April 3, 2025, in the District Court for the District of Massachusetts.

2.) *State of Washington, v. Trump,* No. 2:25-cv-00602-JHC, was filed and entered today, April 4, 2025, in the District Court for the Western District of Washington.

Date:  April 4, 2025

        Respectfully Submitted,

        /s/ Andrew M. Darlington
        ANDREW M. DARLINGTON (FL Bar No. 1018895)
        Senior Counsel
        Civil Rights Division
        United States Department of Justice
        950 Constitution Avenue, NW
        Room 5535
        Washington, DC  20530
        Telephone: (202) 532-4475
        FAX: (202) 514-1005
        E-mail: Andrew.Darlington@usdoj.gov