**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                     *Plaintiffs*,<br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                     *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                     *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                     *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                     *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                     *Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of the League Plaintiffs'[1] and LULAC Plaintiffs'[2] Emergency Motion For Clarification of The Consolidation Order and To Expedite Hearing and Briefing on Plaintiffs' Motion For Preliminary Injunction, the points and authorities in support thereof, and any arguments made in opposition, it is hereby:

ORDERED that the Motion is granted;

IT IS FURTHER ORDERED that any memorandum of law filed jointly by the League Plaintiffs and the LULAC Plaintiffs in support of or opposition to a motion or set of related motions may be up to 60 pages in length regardless of whether the Democratic Party Plaintiffs[3] also file a memorandum of law in support of or opposition to the same motion or related set of motions;

IT IS FURTHER ORDERED that the League Plaintiffs and the LULAC Plaintiffs may each file a supplemental memorandum, not to exceed 15 pages, to any memorandum of law the League Plaintiffs and the LULAC Plaintiffs file jointly in support of or opposition to a motion or set of related motions;

IT IS FURTHER ORDERED that any joint reply memorandum filed by the League Plaintiffs and the LULAC Plaintiffs may be up to 30 pages in length regardless of whether the Democratic Party Plaintiffs also file a memorandum of law in support of or opposition to the same motion or related set of motions;

---

[1] League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote. Civil Action No. 25-0955.

[2] League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association. Civil Action No. 25-0946.

[3] Democratic National Committee, Democratic Governors Association, DSCC, DCCC, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries. Civil Action No. 25-0952.

2

IT IS FURTHER ORDERED that the League Plaintiffs and the LULAC Plaintiffs may each file a supplemental memorandum, not to exceed eight pages, to any reply memorandum the League Plaintiffs and the LULAC Plaintiffs file jointly;

IT IS FURTHER ORDERED that the Defendants shall file any response to the League Plaintiffs' and the LULAC Plaintiffs' Motion for a Preliminary Injunction on or before Monday, April 14, and the League Plaintiffs and the LULAC Plaintiffs shall file any reply on or before Wednesday, April 16; and

IT IS FURTHER ORDERED that the Court will hold a hearing on the League Plaintiffs' and the LULAC Plaintiffs' Preliminary Injunction Motion at _____ a.m. on Thursday, April 17, 2025.

Dated: April_____, 2025                              _____
                                                          Colleen Kollar-Kotelly
                                                          United States District Judge