UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 25-0955 (CKK) |

**ORDER**
(April 5, 2025)

The Court is in receipt of the [30] Emergency Motion filed by the "League Plaintiffs" (League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of

1

Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote) and the "LULAC Plaintiffs" (League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association).

In their Motion, the League Plaintiffs and LULAC Plaintiffs, which are nonpartisan organizations, request clarification or modification of the Court's [12] Order consolidating these cases to allow them to brief the issues in this case separately from the "Democratic Party Plaintiffs" (Democratic National Committee, Democratic Governors Association, DSCC, DCCC, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries).  The League Plaintiffs and LULAC Plaintiffs also request that the Court set an expedited briefing schedule on their forthcoming Motion for Preliminary Injunction, which they intend to file on Monday, April 7.  In that Motion, the League Plaintiffs and LULAC Plaintiffs will request that the Court enjoin the implementation of Section 2(a) of the Executive Order at issue in this case, which directs the U.S. Election Assistance Commission ("EAC") to "take appropriate action to require, in its national mail voter registration form . . . documentary proof of United States citizenship."  *See* Exec. Order 14,248, 90 Fed. Reg. 14005 (Mar. 25, 2025) § 2(a)(i).

The Democratic Party Plaintiffs intend to file a separate Motion for a Preliminary Injunction on Monday, April 7.  The Democratic Party Plaintiffs concur in the League Plaintiffs' and LULAC Plaintiffs' request for expedited hearing and briefing and request that the Court rule on the parties' motions prior to April 24, 2025, which is the Executive Order's stated deadline for the EAC to act to require "documentary proof of United States Citizenship."  *See* Exec. Order 14,248, 90 Fed. Reg. 14005 (Mar. 25, 2025) § 2(a)(i).

The Defendants take no position on the League Plaintiffs' and LULAC Plaintiffs' request for clarification and oppose the request for expedited hearing and briefing.

Upon consideration of the [30] Emergency Motion, the Motion is **GRANTED IN PART** and the Court **DEFERS RULING IN PART**, as follows:

(1) The Court's [12] Order consolidating these cases is **MODIFIED**, as follows: (a) the League Plaintiffs and LULAC Plaintiffs may brief the issues in this case separately from the Democratic Party Plaintiffs; (b) the page limitations for joint memoranda set forth in the Court's [12] Order consolidating these cases shall apply to any joint memorandum filed by the League Plaintiffs and the LULAC Plaintiffs, regardless of whether the Democratic Party Plaintiffs also join that memorandum; (c) the page limitations in Local Rule of Civil Procedure 7(e) shall apply to any memorandum filed by the Democratic Party Plaintiffs alone;

(2) (a) the League Plaintiffs and LULAC Plaintiffs shall file their Motion for a Preliminary Injunction on or before **April 7, 2025**; (b) the Democratic Party Plaintiffs shall file their separate Motion for a Preliminary Injunction on or before **April 7, 2025**; (c) the Defendants shall file any Memoranda in Opposition to the Plaintiffs' separate Motions on or before **April 14, 2025**; (c) the Plaintiffs shall file any replies in support of their separate Motions on or before **April 16, 2025**;

(3) The Court shall set a hearing on the Plaintiffs' forthcoming Motions by further order.

**SO ORDERED.**

**Dated:** April 5, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge