AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| League of Women Voters (LWV) Educ. Fund et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-946 |
| Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LWV Educ Fund, LWV of US, LWV of Ariz; Hispanic Fed'n, NAACP, OCA, Asian/Pac Islander Am. Vote.

Date: 04/05/2025

/s/Scott Michelman
*Attorney's signature*

Scott Michelman, D.C. Bar No. 1006945
*Printed name and bar number*

ACLU Foundation of the District of Columbia
529 14th St. NW, Suite 722
Washington, DC 20045
*Address*

smichelman@acludc.org
*E-mail address*

(202) 601-4267
*Telephone number*

*FAX number*