# Exhibit 6

**Civil Action No. 25-0955 (CKK)**

# Passport Fees

Expand the boxes on this page to see how much you need to pay for a passport, and what types of payment to use. You can also use our fee calculator to figure out the cost of your passport. The fees you pay depend on:

- Your age
- If you want a passport book, passport card, or both documents
- How fast you need your passport, and
- Where you apply

**What fees should I pay?**

### I'm applying for the first time as an adult (16 and older) 

You will need to pay both an application fee and an acceptance fee. Pay the acceptance fee to the facility which takes your application, and the application fee to the U.S. Department of State.

Our Apply in Person page has more information on how to submit your application.

| Document | Form Filler | Application Fee | Execution (Acceptance) Fee |
|---|---|---|---|
| Passport Book | DS-11 | $130 | $35 |
| Passport Card | DS-11 | $30 | $35 |
| Passport Book & Card | DS-11 | $160 | $35 |

### I'm an adult (16 and older) and I'm renewing my passport 

### My child is under 16 and I'm applying for