# Exhibit 7

**Civil Action No. 25-0955 (CKK)**

# Get Your Processing Time

## Current Processing Times

| | |
|---|---|
| **Routine** | 4 to 6 weeks |
| **Expedited** | 2 to 3 weeks |
| **Urgent** | [Must make an appointment](#) and have international travel within 14 calendar days |

## About Our Processing Times

- Include the time your application is at one of our passport agencies or centers.
- You may get your passport on a different date than your family member or friend.
- **Mailing times are not included in processing times**. Consider the total time it will take to receive your passport when you are booking travel.
- It may take two weeks for your application to get to us, and two weeks for you to get your passport after we mail it.

## Previous Processing Times

I applied between December 18, 2023 and October 2, 2024   

## How to Get your Application Status

Application status updates will be sent to the email address you provided on your application. You can also [check the status of the application online](#) and [learn more about each status update](#).

**Frequently Asked Questions**

I need my passport sooner than I thought. What should I do? ⊕

Can I pay for faster delivery and return shipping? ⊕

Why do your processing times change? ⊕

What happens to my processing times if I receive a letter or email requesting more information? ⊕

I received an email from USPassportRenewal@state.gov reminding me to renew my passport. Is this legitimate? ⊕

Last Updated: March 10, 2025