# Exhibit 8

**Civil Action No. 25-0955 (CKK)**

NEWS  >  NATIONAL NEWS • Explainer

# Can California's Real ID be used as proof of U.S. citizenship?



By **BAY AREA NEWS GROUP**
UPDATED: January 29, 2025 at 8:15 AM PST

President Trump's deportation agenda has raised questions about what documents can be used to prove U.S. citizenship.

Some questions answered:

**Can a California driver's license with Real ID be used as proof of U.S. citizenship?**

No. Although the Department of Motor Vehicles' list of accepted Real ID documents includes a birth certificate, passport or permanent resident card, for the agency's purposes those are considered proof of identity rather than proof of citizenship.

Real ID is available not only to U.S. citizens but to non-citizen permanent residents (holders of green cards) and those with temporary legal status. For non-citizens, the Real ID certification is valid only as long as the holder is legally in the United States.

Read More

00:00                                                                                          02:00

- A U.S. birth certificate, with the seal or stamp of the issuing state.
- A U.S. passport, valid or expired.
- A certificate of naturalization, issued by U.S. Citizenship and Immigration Services.
- A certificate of citizenship, another type of USCIS document.
- Report of Birth Abroad of a Citizen of the USA (Form FS-240).

**How can I get my birth certificate?**

You'll need to contact the records department in the state or territory where you were born. The National Center for Health Statistics has contact information for each jurisdiction.

Instructions for replacing other types of documents proving U.S. citizenship can be found at USA.gov, the website of the federal General Services Administration.

**Didn't California approve a type of driver's license that confirms the holder's citizenship?**

In 2015, the Legislature passed Senate Bill 249, which would have allowed the state to issue the Enhanced Driver's License, but Gov. Jerry Brown vetoed it, citing privacy and security concerns. The EDL is considered proof of citizenship at border crossings; it contains an RFID chip with data about the holder. This type of license is so far issued only in Washington, Minnesota, Michigan, New York and Vermont.