# Exhibit 10

**Civil Action No. 25-0955 (CKK)**

An Official **Vermont** Government Website



Agency of Transportation
**Department of Motor Vehicles**

MENU

---

**LICENSE PHOTOS**
If you are given only the option to replace your credential, it is more than likely you need an updated picture

---

# Driver's License Fees

Home > Driver's License

Driver's License & Learner's Permit Fees

| Credential Type | Duration | New/Renew | With Motorcycle* | Replacement |
|---|---|---|---|---|
| Driver's License (DL) | 2 Years | $39.00 | $47.00 | $24.00 |
| | 4 Years | $62.00 | $78.00 | $24.00 |
| Driver's Privilege Card (DPC) | 2 Years | $39.00 | $47.00 | $24.00 |
| | 4 Years | $62.00 | $78.00 | $24.00 |
| Enhanced Driver's License (EDL)** | 2 Years | $75.00 | $83.00 | $60.00 |
| | 4 Years | $98.00 | $114.00 | $60.00 |
| Junior Driver's License (JUN) | 2 Years | $39.00 | $47.00 | $24.00 |
| Learner's Permit (LRN) | 2 Years | $24.00 | N/A | $24.00 |
| Motorcycle Learner's Permit | 120 Days | $24.00 | N/A | $24.00 |
| Non-Driver ID | 4 Years | $29.00 | N/A | $24.00 |

| Credential Type | Duration | New/Renew | With Motorcycle* | Replacement |
|---|---|---|---|---|
| Non-Driver ID SSI Reduced Fee*** | 4 Years | $10.00* | N/A | S5.00* |
| Restricted Driver's License (RDL) | 1 Year | $125.00 | N/A | $24.00 |
| Commercial Driver's License (CDL) | See CDL page | | | |

**\*Motorcycle Endorsement is an additional fee of $4 per year**

**\*\*EDL is an additional fee of $36**

**\*\*\*Non-Driver ID SSI Reduced Fee**

SSI/SSD Reduced Fees (Non-Driver ID only): An individual who is currently on Supplemental Security Income (SSI) or Social Security Disability (SSD) is eligible for a reduced fee for a Non-Driver ID. Proof of SSI or SSD is required at the time of the service. This can be done by submitting a benefit verification letter to this Department. A copy of the benefit verification letter can be obtained by contacting Social Security by phone, mail, or in person.

**Reinstatement of Suspended License**

- $96.00

**Driver's License Exam Fees**

- Driver's License, Road Test - *$23.00*
- Learner Permit, Knowledge Test - *$39.00*
- Motorcycle Learner Permit, Knowledge Test - *$11.00*
- Motorcycle, Road Test - *$23.00*

**Driver Training Fees**

- Driver Training Instructor Application - *$126.00*
- Driver Training Instructor License, New/Renew - *$90.00*
- Driver Training License, Replacement - *$10.00*
- Driver Training School Application - *$180.00*

- Driver Training School License, New/Renew - *$270.00*

**Last Updated:** September 5, 2024

---

**TAGS:**

FEES   DRIVER'S LICENSE   EXAM/TEST   LEARNER'S PERMIT
ENHANCED DRIVER'S LICENSE (EDL)   JUNIOR DRIVER'S LICENSE   LICENSE RENEWAL
COMMERCIAL DRIVER'S LICENSE (CDL)   DRIVER'S PRIVILEGE CARD (DPC)

myDMV - Online Services

**License**

Types of Licenses & IDs

Identity Documents

New

Renew

Address Change

Name Change

Replacement

Suspensions

License Restrictions

Foreign Licenses

Mature Drivers

**Fees**

Registration

Tax & Title

Forms

Commercial Vehicles

Enforcement & Safety

Driver Education

Locations

Contact Us

Military Veterans

Hearings

About Us

# Contact Us

**Vermont Department of Motor Vehicles**
120 State Street
Montpelier, VT 05603-0001

Monday-Friday: 7:45 am - 4:00 pm
email telephone

Public Records

## Connect with Us

      



## Quick Links

- Bulletins
- Career Opportunities
- FAQ
- Media Release - Enforcement
- Media Release - General
- News
- FMCSA Title VI Program

## Traveler Info

- Amtrak
- GO! Vermont - Commuting & Transit
- Park & Rides
- Request a Tourism Map
- Road Cameras
- Welcome Centers
- Winter Central

## Road Conditions

- Chittenden County Traffic
- New England 511
- Vermont Alerts
- Vermont Road Weather Stations
- Vtrans Snow Plow Tracker



Return to top

**Copyright © 2025 State of Vermont All rights reserved. |**

**Policies**   **Accessibility Policy**   **Privacy Policy**   **Feedback Survey**