# Exhibit 11

**Civil Action No. 25-0955 (CKK)**

# Next Generation Uniformed Services ID Card

The Department of Defense transitioned from its legacy paper-based Uniformed Services Identification (USID) card to a more secure, next generation USID card. The Next Generation USID card incorporates an updated design and security features to deter counterfeiting and fraud, and is printed on a plastic cardstock. Initial issuance of the Next Generation USID card began on July 31, 2020 at select DoD ID card facilities, with phased implementation at all DoD ID card facilities, and completed in December 2020. USID cards are issued to retired and reserve members, dependent family members of uniformed Service members, and other eligible individuals in accordance with DoD policy to facilitate access to benefits, privileges, and DoD bases. The Next Generation USID card does not change the populations who are eligible to receive the current card.

Legacy USID cards remain valid through their expiration date, however, individuals with an indefinite (INDEF) expiration date on their legacy USID card may replace those ID cards with a Next Generation USID card.

USID cards may now be renewed online.  Please see our online USID card renewal page (/Next-Generation-Uniformed-Services-ID-Card/Renewing-Online/) for more information.

## Frequently Asked Questions (FAQ)

Click here (/Portals/53/Documents/FAQs_Next Gen USID Card.pdf?ver=2020-07-27-143939-847) for a list of FAQs.

| Next Generation USID Card Type | Recipients |
|---|---|
| <br><br>Armed Forces of the United States<br><br>Geneva Conventions Identification Card | -Members of the Individual Ready Reserves and Inactive National Guard<br><br>-Non-CAC-eligible civilian noncombatant personnel deployed in conjunction with military operations overseas |
| <br><br>U.S. Department of Defense / Uniformed Services<br><br>Identification and Privilege Card | -Retired members entitled to retired pay<br><br>-Members of the Temporary Disability Retired List (TDRL)<br><br>-Members of the Permanent Disability Retired List (PDRL)<br><br>-Retired members of the Reserves and National Guard<br><br>-Medal of Honor recipients<br><br>-100% Disabled Veterans<br><br>-Former members in receipt of retired pay<br><br>-Transitional Health Care Member (TAMP)<br><br>-Full-time paid United Service Organizations (USO) personnel when serving OCONUS |

-United Seaman's Service (USS) Personnel OCONUS

-Officers and Crews of MSC vessels deployed to foreign countries

-Other benefits-eligible categories as described in DoD policy

| | |
|---|---|
| 

U.S. Department of Defense / Uniformed Services

Dependent Identification and Privilege Card | Dependents of:

-Active duty Service members of the regular components

-Reserve component Service members on active duty for more than 30 days

-Retirees

-Medal of Honor recipients

-Former members in receipt of retired pay

-Transitional Health Care Members (TAMP)

-100% Disabled Veterans

-Ship's Officers and Crewmembers of NOAA Vessels

-Reserve members not on active duty or in receipt of retired pay

-Former members not in receipt of retired pay

-Reserve Service members who die after receipt of NOE

Surviving Dependents of:

-Active duty and retired Service members

-Medal of Honor recipients

-Other benefits-eligible categories as described in DoD policy |

# Color Coding

| | |
|---|---|
| 

Blue Bar: Non-U.S. Citizen Sponsors and their Dependents | 

White: Current/Former Uniformed Service Members, their Dependents, and All Remaining Personnel |

Legacy USID Card Type          Recipients

Skip to main content (Press Enter).

| | |
|---|---|
| DD Form 2 (Reserve) Armed Forces of the United States Geneva Conventions Identification Card | -Members of the Individual Ready Reserves and Inactive National Guard |
| DD Form 2 (Retired) United States Uniformed Services Identification Card | -Retired members entitled to retired pay -Members of the Temporary Disability Retired List (TDRL) -Members of the Permanent Disability Retired List (PDRL) |
| DD Form 2 (Reserve Retired) United States Uniformed Services Identification Card | -Retired members of the Reserves and National Guard under the age of 60 |
| DD Form 1173 United States Uniformed Services Identification and Privilege Card | -Dependents of: active-duty Service members of the regular components; Reserve component Service members on active duty for more than 30 days; retirees; Medal of Honor recipients; former members in receipt of retired pay; Transitional Health Care Members (TAMP); 100% Disabled American Veterans (DAV); and Ship's Officers and Crewmembers of NOAA Vessels -Surviving dependents of: active-duty and retired military members; Medal of Honor recipients; and 100% Disabled American Veterans (DAV) -Accompanying family members of authorized civilian personnel overseas -Eligible dependents of foreign military -Other benefits-eligible categories as described in DoD policy |
| DD Form 1173-1 United States Uniformed Services Identification and Privilege Card | -Dependents of: Reserve members not on Active Duty or in receipt of retired pay; former members not in receipt of retired pay; Reserve Service members who die after receipt of Notice of Eligibility -Other benefits-eligible categories as described in DoD policy |

Skip to main content (Press Enter)

| | |
|---|---|
| (Guard and Reserve family member) | |
| DD Form 2765<br><br>Department of Defense/Uniformed Services Identification and Privilege Card | -Medal of Honor recipients<br><br>-100% Disabled American Veterans (DAV)<br><br>-Former members in receipt of retired pay<br><br>-Transitional Health Care Member (TAMP)<br><br>-Full-time paid personnel of the USO when serving outside the United States<br><br>-United Seaman's Service (USS) personnel when serving outside the United States<br><br>-Officers and Crews of MSC Vessels deployed to foreign countries<br><br>-Select Employer Support of the Guard and Reserve (ESGR) personnel<br><br>-Other benefits-eligible categories as described in DoD policy |

## Resources

- Next Generation USID Poster (/Portals/53/Documents/Next Gen USID Card Poster_Jul2020_final.pdf?ver=pBcBTlz176I9QghvnS1IoA%3d%3d)

- Next Generation USID Frequently Asked Questions (FAQ) (/Portals/53/Documents/FAQs_Next Gen USID Card.pdf)

- Skip the Line and Request Online: Eligible Cardholders May Request New Uniformed Services Identification (USID) Cards Online (PDF) (/Portals/53/Documents/OnlineUSIDCardIssuance-OnePager.pdf?ver=T2eXyCVf17dQPqnZc40XDQ%3d%3d)

- Questions About the Requesting Online? Please Reference Our Frequently Asked Questions (PDF) (/Portals/53/Documents/Online USID Card Issuance FAQ_v1.6.pdf?ver=N7VOsZyxn4Mpir5-inphBw%3d%3d)

Skip to main content (Press Enter).

jnnnbw/oou/oou)

- Don't Know What to Bring With You for a New ID Card? Use the Pre-Arrival Checklist (PDF) (/Portals/53/Documents/required _docs.pdf)

- DoD Instruction 1000.13, "Identification (ID) Cards for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF) (/Portals/53/Documents/DODI-1000.13.pdf)

- DoD Manual 1000.13, Volume 1, "DoD Identification (ID) Cards: ID Card Life-Cycle" (PDF) (/Portals/53/Documents/DODM-1000.13_vol1.pdf)

- DoD Manual 1000.13, Volume 2, "DoD Identification (ID) Cards: Benefits for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF) (/Portals/53/Documents/DODM-1000.13_vol2.pdf)

- ID Card Office Online (https://idco.dmdc.osd.mil/idco/)

- Questions? Visit Contact Us for more information. (/Contact/)

