# Exhibit 12

**Civil Action No. 25-0955 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF SARAH STREYDER**
**EXECUTIVE DIRECTOR, SECURE FAMILIES INITIATIVE**

I, Sarah Streyder, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am over 18 years of age and competent to give this declaration.

    2.    I am the Founder and Executive Director of Secure Families Initiative (SFI).

1

3. SFI is a non-partisan 501(c)(4) non-profit organization comprised of military spouses and family members. SFI is affiliated with the 501(c)(3) organization Secure Families Foundation.

4. SFI began under an incubation program in January 2020 and then became a standalone non-profit in January 2021. SFI is incorporated in Washington, D.C. and has five full-time staff members, two part-time staff members, and over 44,000 members.

5. SFI's mission is to mobilize diverse military partners, parents, children, and veterans to vote and advocate for their communities. Recognizing that military families make enormous sacrifices to strengthen and defend our country, SFI seeks to influence issues of foreign policy and national security that especially impact SFI's members. SFI believes that mobilizing its community to vote and advocate is the most effective way to reshape the country's conversations around military intervention and ensure its members have a seat at the table over decisions that affect their own lives.

6. SFI represents military families serving abroad in at least eight different countries. SFI members are also posted to military bases within the United States. Our most recent records indicate that SFI has members registered to vote in all 50 states.

7. I am aware that on March 25, 2025, President Trump issued an Executive Order titled "Preserving and Protecting the Integrity of American Elections" (the "Order" or "EO"). This Order, including its requirement that applicants registering to vote using the national mail voter registration form, known as the "Federal Form," and the Federal Post Card Application (FPCA) provide documentary proof of citizenship (DPOC), will harm SFI and its members both immediately and in the long term.

Harms to SFI Members

8. Because SFI's membership is comprised of active-duty spouses and dependents, SFI members face particular challenges to voter access, including the need to re-register regularly when they move to accommodate the military assignments of their family members and the need to vote absentee, including from overseas.

9. SFI has members who register to vote using multiple methods of registration, including the FPCA issued pursuant to the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA), as well as other methods of registration available to all citizens. These other methods of registration likely include the Federal Form issued by the Election Assistance Commission (EAC) pursuant to the National Voter Registration Act (NVRA).

10. SFI's members will be harmed by the Executive Order's requirements that voter registration applicants using the Federal Form or the FPCA provide DPOC.

11. Many SFI members do not possess or maintain regular, easy access to qualifying forms of proof of citizenship.

12. For example, it is likely that not all members of SFI possess or have regular access to passports. Members of SFI, including military families not stationed overseas, may not have a passport for the same reasons that civilians may not possess passports, including that they are expensive, require a cumbersome application, and are generally not necessary for those not travelling internationally.

13. The Order also permits "an official military identification card that indicates the applicant is a citizen of the United States" to serve as proof of citizenship. However, the military identification cards issued both to servicemembers ("Common Access Cards" or "CACs") and

dependents ("Military Dependent IDs") do not consistently demonstrate citizenship status on their face. This is not a viable form of proof of citizenship for SFI members.

14. Many SFI members who do possess a document that qualifies as DPOC under the Order are still likely to have difficulty providing a copy of that document in order to register to vote.

15. SFI members move frequently because of their status as military dependents. When moving, it is not uncommon for personal items, including passports and other sensitive documents, to be packed incorrectly and stored in a way that prevents an individual from accessing them for years at a time. And even documents packaged correctly still may not arrive for many months after a move. This means that many military service members and their families, including SFI members, are likely to lack access to the DPOC they would need to comply with the Order's requirements in time to participate in elections.

16. Further, even if they do possess and have access to qualifying DPOC, many SFI members are based in locations that do not have reliable access to the internet, copiers, or printers, and thus would face significant hurdles providing a copy of sensitive documents when registering to vote.

17. SFI members, particularly those who are stationed in foreign countries, are also concerned about sending copies of sensitive documents through the mail where they may be accessible by third parties, including foreign adversaries, and traced back to the member. SFI members stationed abroad are often a heightened target for foreign adversaries, and SFI members fear that sending highly sensitive identifying information through the mail will expose them to personal security risks. SFI members are similarly concerned that the electronic transmission of these documents (e.g., through fax) would expose them to the same privacy risks.

4

18.     SFI has members living in Arizona or living out-of-state but eligible to vote in Arizona. SFI also likely has members moving to Arizona over the next several months as the summer months are the peak move season for military members and their families who receive Permanent Change of Station (PCS) orders. These SFI members—who may be returning to a home base and no longer using the UOCAVA process, or may be changing their residency to Arizona—would need to register to vote in the state, and to do so quickly prior to the June 16 registration deadline for the upcoming congressional primary election. For the reasons discussed above, those members are likely to face difficulties producing sufficient documentary proof of citizenship should they need to register to vote or update their voter registration. In Arizona, given the state's own documentary proof of citizenship requirement for the state voter registration form, the EO would strip these members of a critical backstop in access to voter registration.

<u>Harms to SFI</u>

19.     SFI educates and engages in non-partisan "get-out-the-vote" (GOTV) efforts for military voters in all elections. SFI engages in GOTV efforts every year, not only years in which there are significant federal elections. SFI routinely creates and distributes resources to assist its members and the broader military and overseas community. For example, SFI publishes material explaining to its voters how to register to vote, vote by mail, how to find their voting assistance officer, and how to navigate state-specific election laws. SFI also coaches its members on how to host voter registration drives.

20.     When the EO was issued on March 25, SFI began planning how to explain its impact to its members. SFI plans to conduct education and outreach to explain how an Executive Order compares to legislation duly promulgated by Congress or a State legislature.

21. SFI is also making plans to educate members about changes to established procedures that could result from the implementation of the Order, including the need to provide a copy of a narrow range of DPOC with many voter registration applications, or to register to vote using state voter registration forms in states that do not require DPOC. Historically, SFI has not focused on the distinction between state voter registration forms and the Federal Form for SFI members who register to vote outside of the UOCAVA process. As a result of this EO, SFI will be forced to develop expertise in state voter registration options and develop more detailed training and education materials for its members registering outside of the UOCAVA process.

22. In response to the Order, SFI will have to add an entire section to its training for members on how to help military families in their networks register to vote, and conduct additional training and outreach events, consuming staff time and resources that would not otherwise have been required. These education and outreach events include events and trainings on virtual platforms, as well as written materials distributed through email, social media, and other means.

23. Because of the Order, SFI also plans to conduct outreach events much earlier in the year than usual. Prior to the issuance of the Order, SFI planned to begin educating its members about voter registration and absentee voting opportunities in the summer months. Now, SFI plans to begin engagement activities as early as the next few weeks to work to ensure that its members are as prepared as possible to comply with any possible new requirements contemplated by the Order, including provision of DPOC to register to vote.

24. This expanded and early member education detracts from the activities that SFI had planned to do over the next several months and beyond. During the week that the EO was issued, SFI was running its annual Washington, D.C. education and advocacy week with staff and

members from across the country. Because of the EO, rather than educate members during the event as planned, SFI staff were forced to divert time to create an explainer video on the EO.

25. In the near term, SFI had planned to make recent state voter roll purges the focus of its first round of educational materials for the year. Now, SFI is forced to divert resources to educate its members about the EO first, diverting all other planned educational activities. Additionally, staff time that would have been devoted to having one-on-one meetings with new SFI volunteers is now going into education, outreach, and response to the EO.

26. Unless and until the provisions of the Order pertaining to documentary proof of citizenship, proof of eligibility, and absentee ballot return deadlines are declared void, SFI will need to continue to divert resources from its existing projects to educate and directly assist its members who have difficulty registering to vote or casting an absentee ballot in compliance with provisions of the Order. This will continue to divert resources from projects SFI is conducting and planned to conduct, including education on state voter roll purges, volunteer meetings, and other education and outreach.

27. Even with the extra resources and effort SFI will devote to helping its members register due to the Order, its mission will nevertheless be frustrated, because fewer SFI members and fewer military family members overall will be able to register, to vote, and to have their vote counted.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Sarah Streyder
Executed this 6th day of April, 2025