# Exhibit 13

**Civil Action No. 25-0955 (CKK)**

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD       NEWSLETTERS   PRESS   MY ACCOUNT   DONATE   CONTACTED BY US?

Read our research on:   Congress  |  Donald Trump  |  Religion



Search pewresearch.org…

RESEARCH TOPICS ▾     PUBLICATIONS     OUR METHODS     SHORT READS     TOOLS & RESOURCES     EXPERTS     ABOUT US

Home  >  Research Topics  >  Gender & LGBTQ  >  Gender Roles

SHORT READS | SEPTEMBER 7, 2023                                            SHARE ⤓

# About 8 in 10 women in opposite-sex marriages say they took their husband's last name

BY **LUONA LIN**



(Nerida McMurray Photography)

Marriage in the United States has been changing in many ways over the past several decades – but the tradition of women taking their husband's last name is still going strong. In a new Pew Research Center survey, we asked married people whether they changed their last name after marriage.

How we did this ⊕

Most women in opposite-sex marriages (79%) say they took their spouse's last name when they got married. Another 14% kept their last name, and 5% hyphenated both their name and their spouse's name.

Among men in opposite-sex marriages, the vast majority (92%) say they kept their last name. Just 5% took their spouse's last name, and less than 1% hyphenated both names.

The numbers of women and men in same-sex marriages in the sample are too small to analyze separately.

---

**RELATED**

SHORT READS | MAR 19, 2025
Best age to get married, have a child, buy a home and retire? Here's what Americans say

SHORT READS | NOV 21, 2024
The vast majority of Americans celebrate Thanksgiving, but their traditions and activities vary widely

SHORT READS | AUG 15, 2024
A growing share of U.S. husbands and wives are roughly the same age

SHORT READS | JUL 2, 2024
What's new with you? What Americans talk about with family and friends

REPORT | SEP 14, 2023
Public Has Mixed Views on the Modern American Family

**TOPICS**

Family & Relationships

Gender Roles

Marriage & Divorce

**MOST POPULAR**

1  What Age Do People Around the World Think Is Best to Reach Major Life Milestones?

We also asked people of all sexual orientations who have never been married whether they *would* change their last name if they got married.

Women who have never been married have mixed views on this: 33% say they would take their spouse's last name, 23% would keep their last name, 17% would hyphenate both names and 24% aren't sure.

Among men, 73% say they would keep their last name, and 20% aren't sure. Just 4% say they would hyphenate both names and 2% say they would take their spouse's last name.

**Which women are more likely to have kept their last name after marriage?**

Some women in opposite-sex marriages are more likely than others to say they kept their last name after getting married. They include:

- **Younger women:** 20% of married women ages 18 to 49 say they kept their last name, compared with 9% of those ages 50 and older.

- **Women with a postgraduate degree:** 26% of married women with a postgraduate degree kept their last name, compared with 13% of those with a bachelor's degree and 11% of those with some college or less education.

- **Democratic women:** Democratic and Democratic-leaning women are twice as likely as Republican and Republican-leaning women to say they kept their last name (20% vs. 10%). While moderates in each party are about equally likely to say they kept their last name, liberal Democratic women are the most likely to say this (25%), and conservative Republican women are the least likely (7%).

- **Hispanic women:** 30% of Hispanic women say they kept their last name, compared with 10% of White women and 9% of Black women. Black women are more likely than White women to say they hyphenated their and their spouse's last names, and White



**Most women in opposite-sex marriages took their spouse's last name**

*Among women who are married to men,\* % saying they ___ when they got married*

- Hyphenated both names: 1%
- Kept last name: 14%
- Took spouse's last name: 79%
- (5%)

*Among women who have never been married, % saying they would ___ if they were to get married*

- Take spouse's last name: 33%
- Keep last name: 23%
- Hyphenate both names: 17%
- Not sure: 24%
- 3%

\* The number of women in same-sex marriages in the sample is too small to analyze separately.
Note: Response categories may not add up to 100% due to rounding. Shares of respondents who said they created or would create a new last name, those who provided some other response, and those who didn't offer an answer shown but not labeled.
Source: Survey of U.S. adults conducted April 10-16, 2023.

**PEW RESEARCH CENTER**



**Younger women, women with a postgraduate degree and Democratic women are more likely to keep their last name after marriage**

*Among women who are married to men, % saying that they ___ when they got married*

| | Took spouse's last name | Kept last name | Hyphenated both names |
|---|---|---|---|
| All women currently married to men | 79 | 14 | 5 |
| Ages 18-49 | 73 | 20 | 5 |
| 50+ | 85 | 9 | 5 |
| Some college or less | 83 | 11 | 5 |
| Bachelor's degree | 79 | 13 | 6 |
| Postgraduate degree | 68 | 26 | 5 |
| Rep/Lean Rep | 86 | 10 | 3 |
| Dem/Lean Dem | 70 | 20 | 9 |
| Conserv Rep | 90 | 7 | 3 |
| Mod/Lib Rep | 79 | 15 | 3 |
| Conserv/Mod Dem | 74 | 16 | 9 |
| Lib Dem | 66 | 25 | 7 |

Note: "Some college" includes those with an associate degree and those who attended college but did not obtain a degree. Shares of respondents who said they created a new last name, those who provided some other response, and those who didn't offer an answer are not shown.
Source: Survey of U.S. adults conducted April 10-16, 2023.

**PEW RESEARCH CENTER**

2  Americans more likely to support than oppose continuing federal funding for NPR and PBS

3  Around the World, Many People Are Leaving Their Childhood Religions

4  Understanding how 2020 election polls performed and what it might mean for other kinds of survey work

5  What the data says about the U.S. Department of Education

women are the most likely to say they took their husband's last name. (There aren't enough married Asian women in the sample to analyze separately.)



For women who have never been married, the sample size is not large enough to look at demographic differences in what they say they would do.

*Note: Here are the questions used for this analysis, along with responses, and its methodology.*

Topics  Family & Relationships,  Gender Roles,  Marriage & Divorce

SHARE THIS LINK:    https://pewrsr.ch/45DFCKE            SHARE ⬆

Luona Lin is a research associate focusing on social and demographic research at Pew Research Center.

---

# Pew Research Center

901 E St. NW, Suite 300
Washington, DC 20004
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | **Media Inquiries**

## RESEARCH TOPICS

| | |
|---|---|
| Politics & Policy | Family & Relationships |
| International Affairs | Economy & Work |
| Immigration & Migration | Science |
| Race & Ethnicity | Internet & Technology |
| Religion | News Habits & Media |
| Age & Generations | Methodological Research |
| Gender & LGBTQ | |

## FOLLOW US

- Email Newsletters
- Instagram
- Facebook
- X
- Tumblr
- YouTube
- RSS Feed

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan, nonadvocacy fact tank that informs the public about the issues, attitudes and trends shaping the world. It does not take policy positions. The Center conducts public opinion polling, demographic research, computational social science research and other data-driven research. Pew Research Center is a subsidiary of The Pew Charitable Trusts, its primary funder.