# Exhibit 19

**Civil Action No. 25-0955 (CKK)**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF FRANKIE MIRANDA**

**Declaration of Frankie Miranda**
**(Pursuant to 28 U.S.C. § 1746)**

1. My name is Frankie Miranda. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

2. I live in New York City in Queens County.

3. I first joined Hispanic Federation in 1998 and have held various leadership positions within the organization. From December of 2019 until the present, I have been the President and Chief Executive Officer of Hispanic Federation.

4. Hispanic Federation is a 501(c)(3) nonprofit, nonpartisan, community organizing, and advocacy organization.

5. Hispanic Federation's mission is to empower and advance the Hispanic community, support Hispanic families, and strengthen Latino institutions through work in the areas of education, health, immigration, civic engagement, economic empowerment, and the environment, including by promoting voter engagement. Voter registration is a core part of Hispanic Federation's mission to strengthen civic engagement.

6. Hispanic Federation works nationally to strengthen Latino nonprofits, promote public policy advocacy, and bring to scale a portfolio of innovative

community programs through three essential pillars: membership services, advocacy services, and our community assistance program. To advance our mission of empowering the Hispanic electorate and other marginalized communities, Hispanic Federation invests significant personnel time, money, and other resources to help citizens register to vote, apply for vote-by-mail ballots, and vote in local and federal elections.

7. Assisting with voter registration is a core part of Hispanic Federation's Civic Engagement program. Our staff and canvassers rely on the federal voter registration form to help register voters across the country through our hotline 1-866-HF-AYUDA or 1-866-432-9832, our website www.hispanicfederation.org, and at some in-person events.

8. Hispanic Federation trains our staff, canvassers, subgrantees, and other community-based partners on state and federal voter registration requirements, including the requirements of the federal voter registration form.

9. It is my understanding that the Executive Order, "Preserving and Protecting the Integrity of American Elections," would require citizens to provide documentary proof of citizenship to register using the federal voter registration form. I believe implementation of the Executive Order will significantly impede the work of Hispanic Federation to register eligible voters, a core part of our civic engagement work and mission.

10. We have already expended significant staff time and resources on

understanding the Executive Order. For example, we were confused about what effect, if any, it has on state voter registration forms. In our role advising our staff, canvassers, subgrantees, and other community-based partners on federal voter registration requirements, we are unsure if our current guidance on compliance is up to date and do not have enough clarity to feel comfortable with our current training materials and curriculum on this subject, including scripts and frequently asked questions for canvassers.

11. Currently, Hispanic Federation uses the federal voter registration form at in-person events with out-of-state attendees because people from various states attend those events, and any eligible voter from any state may use the federal voter registration form. We use the federal voter registration form when running voter registration campaigns at events with many out-of-state attendees, like sporting events in New Jersey, concerts or shows, like we have in the past with the musical Hamilton in New York City, and events in Charlotte. This allows us to give the same voter registration form to every attendee, without attempting to distinguish between residents of different states, which would be impracticable.

12. If the federal voter registration form required documentary proof of citizenship, running voter registration campaigns at events with out-of-state attendees would become so burdensome that Hispanic Federation may not be able to register voters at these events. Because Hispanic Federation currently serves individuals from many states using the federal form, distributing and collecting

3

various state forms while adhering to all state regulations and guidelines would be burdensome, if not impossible.

13. Currently, we are gearing up for voter registration campaigns for North Carolina and New York City. We do not yet have the clarity we need on the impact of the Executive Order to be able to update our training materials and curriculum for the canvassers needed for these planned campaigns, including scripts and frequently asked questions for canvassers.

14. Latino voters face disproportionate barriers to possessing documentary proof of citizenship. For example, in 2010, the Puerto Rican government invalidated the birth certificates of all persons born in Puerto Rico before July 1, 2010. Turning away eligible voters from our voter registration assistance because they lack documentary proof of citizenship would be contrary to our mission to helping all qualified voters register to vote.

15. Hispanic Federation also helps qualified voters register to vote by directing people to the voter registration tool on our website, where we connect voters to the federal voter registration form. Thousands of voters from across the country, including Arizona voters, have utilized our online voter registration tool to successfully register to vote. This is important to us because becoming registered to vote greatly increases the probability that a voter will exercise their right to vote and become civically engaged. It is also important for us to offer Arizona voters assistance with voter registration by directing them to a form that does not require

documentary proof of citizenship, which is unavailable through their state form.

16.     If the federal voter registration form were to require documentary proof of citizenship, Hispanic Federation's online voter registration tool would become less effective because it would add the additional step of providing a copy of documentary proof of citizenship in the mailing. Due to issues like the digital divide, Latino voters face disproportionate barriers to obtaining documentary proof of citizenship.

17.     Hispanic Federation's hotline is currently active and staffed by canvassers ready to assist qualified voters with voter registration. Currently, our canvassers assist callers by filling out TurboVote's online tool with the voter's personal information which results in TurboVote mailing the voter a partially completed federal voter registration form and preaddressed, and pre-stamped envelope for the voter's signature and mailing. TurboVote is a nonpartisan 501(c)(3) organization. Documentary proof of citizenship is not a part of this process.

18.     If the federal voter registration form were to require documentary proof of citizenship, Hispanic Federation's hotline voter registration assistance would also become less effective because it would add the additional step of providing a copy of documentary proof of citizenship in the mailing. Hispanic Federation cannot verify documentary proof of citizenship over the phone and it would be contrary to our mission to turn away voters or have them unable to complete the registration process because they lacked the proper documentary proof of citizenship.

19. Currently, our online voter registration tool functions in partnership with TurboVote, which mails a partially completed voter registration form to the voter with a preaddressed, pre-stamped envelope for their signature and mailing to complete the voter registration process. Documentary proof of citizenship is not a part of this process. In the future, Hispanic Federation's online voter registration tool may return to directing voters to the federal voter registration form without the TurboVoter interface, along with state-specific instructions.

20. If the Executive Order is implemented, many individuals that Hispanic Federation serves will be prevented from registering to vote through our website because they lack documentary proof of citizenship or access to a copy machine. Hispanic Federation would have to engage in the burdensome task of evaluating other ways we can provide voter registration assistance that is useful to all voters, even those without documentary proof of citizenship.

21. Hispanic Federation's core mission of registering as many voters as possible, including individuals from Latino communities and other marginalized communities, would be fundamentally harmed if the Executive Order were to take effect. Requiring documentary proof of citizenship on the federal form would prevent Hispanic Federation from registering more voters through its in-person, hotline, and online voter registration work, and would divert resources away from our other core activities such as get-out-the-vote efforts, providing voter education, and voter protection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2025.

_Frankie Miranda_
Frankie Miranda, CEO of Hispanic Federation