# Exhibit 20

**Civil Action No. 25-0955 (CKK)**

# Arizona Voter Registration Instructions
## Instrucciones para el Registro Electoral de Arizona

Use this form to register to vote in Arizona or update your voter registration. You must update your registration whenever you move, change your name, or change your political party affiliation.

Use esta forma para registrarse para votar en Arizona o para actualizar su registro electoral. Usted debe actualizar su registro cada vez que se mude, cambie su nombre, o cambie su afiliación de partido político.

### Make sure your application is complete
- Register at least 29 days before the election
- Read the ID requirements for Boxes 8 - 11
- Read the proof of citizenship and residency requirement on Page 2
- Place a check in the correct box for citizenship in Box 22
- Complete required boxes 2,3,4,5,6,12,22, signature and date signed

WARNING: Executing a false registration is a class 6 felony.

### Asegúrese de que su solicitud esté completa
- Regístrese por lo menos 29 días antes de la elección
- Lea los requisitos de identificación para las Casillas 8 - 11
- Lea el requisito de prueba de ciudadanía y residencia en la Página 2
- Marque la casilla correcta para la ciudadanía en la Casilla 22
- Complete las casillas requeridas 2,3,4,5,6,12,22, firme y anote la fecha de la firma

ADVERTENCIA: Ejecutar un registro falso es un delito grave de la clase 6.

### To register to vote in Arizona, you must be:
- A **U.S. citizen**
- A **resident** of Arizona and the county listed on your registration
- **18 years** of age or more by the next regular General Election
- **Provide proof of Citizenship and Residency** (required to vote a "full ballot")

### You cannot register to vote in Arizona if:
- You have been found **mentally incapacitated** by a court and your voting rights were not preserved; or
- You have been **convicted of a felony** and have not had your civil rights restored.
  - Civil rights are automatically restored if you have only one felony conviction, completed your sentence, parole, or probation, and paid any victim restitution.
  - You **can** register to vote if you have **only misdemeanor convictions** or you are in **pretrial detention** and are otherwise eligible.

### Complete and return this form
- To mail your registration form, write your County Recorder's mailing address on the "To" lines on the envelope.
- **Mail** or **deliver** your completed, signed form to your County Recorder or person designated to receive registration forms. The County Recorder will send you a confirmation of registration within 4-6 weeks.
- You can also register online at azmvdnow.gov/VR
- **Call your county recorder's office with any questions about voter registration.**

### Registration deadline
- You must register at least 29 days before the election (or the next business day if that deadline falls on a holiday) to vote in that election.
- If you mail your application, it must be:
  - Postmarked by the deadline and received by the County Recorder by 7:00 p.m. on Election Day **OR**
  - Dated on or before the deadline and received by the County Recorder no later than 5 days after the deadline.

### About your application
- The location where you submit your registration form, or if you decide not to register to vote, is confidential.
- If you have a disability, you can contact your County Recorder or Elections Department about early or accessible voting and other accommodations.
- If you move to a new county in Arizona or permanently move to another state, your previous voter registration will be canceled. Please inform your County Recorder's Office when you move.
- Fill in your political party preference in Box 14. If you leave this box blank as a first-time registrant, your party will be none or "No Party Designated." If you are already registered and you leave this box blank, you will keep your prior party preference. If you pick "Other," write the full name of your preferred party on the line provided.

### Para registrarse para votar en Arizona, usted debe:
- Ser **ciudadano/a de los E.U.A.**
- Ser **residente** de Arizona y del condado listado en su registro
- Tener **18 años** de edad o más en ó antes de la próxima Elección General
- **Proveer prueba de Ciudadanía y Residencia** (se requiere para votar una "boleta electoral completa")

### Usted no puede registrar para votar en Arizona si:
- Una corte dictaminó que usted está **mentalmente incapacitado/a** y no se conservaron sus derechos de voto; o
- A usted se le ha **condenado por un delito grave** y no se le han restaurado sus derechos civiles.
  - Los derechos civiles se restauran automáticamente si usted sólo tiene una **condena por un delito grave**, ha completado su sentencia, libertad condicional, o régimen probatorio, y ha pagado cualquier restitución a la víctima.
  - Usted **se puede** registrar para votar si **sólo tiene condenas por delitos menores** o está en **detención previa al juicio** y de otra forma es elegible para votar.

### Llene y regrese esta forma
- Para enviar por correo postal su forma de registro, anote el domicilio postal del Registrador de su Condado en las líneas "Para" en el sobre.
- **Envíe por correo postal** o **entregue** su forma llena y firmada al Registrador de su Condado o a la persona designada para recibir las formas de registro. El Registrador del Condado le enviará una confirmación del registro dentro de 4-6 semanas.
- Usted también se puede registrar en línea en azmvdnow.gov/VR
- **Llame a la oficina del registrador de su condado si tiene cualquier pregunta sobre el registro electoral.**

### Fecha límite para el registro
- Usted se debe registrar por lo menos 29 días antes de la elección (o al siguiente día hábil si la fecha límite cae en un día festivo) para ser elegible para votar en esa elección.
- Si usted envía su solicitud por correo postal, debe:
  - Tener un sello postal fechado en o antes de la fecha límite y ser recibida por el Registrador del Condado antes de las 7:00 p.m. del Día de la Elección ó
  - Estar fechada en o antes de la fecha límite y ser recibida por el Registrador del Condado no más tarde de 5 días después de la fecha límite.

### Sobre su solicitud
- El lugar donde usted presente su forma de registro, o si decide no registrarse para votar, es confidencial.
- Si usted tiene una discapacidad, puede comunicarse con el Registrador del Condado o con el Departamento de Elecciones con respecto a la votación temprana o accesible y otras adaptaciones.
- Si usted se muda a un condado nuevo en Arizona o se muda permanentemente a otro estado, su registro electoral previo será cancelado. Por favor infórmele a la Oficina del Registrador de su Condado cuando usted se mude.
- Llene su preferencia de partido político en la Casilla 14. Si usted deja en blanco esta casilla al registrarse por primera vez, su partido será ninguno o "Ningún Partido Designado." Si ya se ha registrado y deja esta casilla en blanco, usted mantendrá su preferencia previa de partido político. Si usted elige "Otro," anote el nombre completo de su partido de preferencia en la línea provista.

## Proof of Residence requirements

To be eligible to vote a "full ballot" (except for a UOCAVA applicant):

- You must provide documentation or affirmation (box 22) of the location of your residence.
- A "full ballot" includes all federal, state, county, and local races and ballot questions for which you are eligible to vote.
- Provide a house number, street name, and zip code, or drawing or description of your address. If no street address, describe location using cross streets, parcel #, subdivision name/lot, or landmarks. **Draw a map and/or write the mile posts, village name, latitude/ longitude, or geocodes.**
- Tribal members or other Arizona residents are not required to have a standard street address. A.R.S. § 16-123.
- Any of the identifying documents listed below are satisfactory proof of location of residence. A.R.S. § 16-579(A)(1)
  - **Valid unexpired AZ driver's license or nonoperating ID**
  - **Any Tribal identification document**, such as a census card, an ID card issued by a tribal government, or a tribal enrollment card, regardless of whether the Tribal identification document contains a photo, a physical address, a P.O. Box, or no address
  - **Utility bill** of the elector dated within 90 days of registration.
  - **Bank or credit union statement** dated within 90 days of registration
  - **Valid Arizona Vehicle Registration**
  - **Property tax statement** of the elector's residence
  - **Valid United States federal, state, or local government-issued identification**, including a voter registration card issued by the County Recorder
  - Any mailing to the elector marked **"Official Election Material"**
  - If you do not live in a fixed, permanent, or private structure, you must submit a "No Residence Address Confirmation" form. Download the form at azsos.gov/files/elections/noresidence

## Proof of Citizenship requirement

- To be eligible to vote a "full ballot," you must submit proof of citizenship with your registration form or by 5:00 p.m. on the Thursday before Election Day.
- A "full ballot" includes all federal, state, county, and local races and ballot questions for which you are eligible to vote.
- If you do not submit proof of citizenship and we cannot acquire your proof of citizenship from the Arizona Motor Vehicle Division or the statewide voter registration database, you will receive a "federal-only" ballot, which has only federal races and no state, county, or local races or initiatives/referendums.
- If you are updating your name, party affiliation, or address after moving within the state, you don't need to resubmit proof of citizenship if you submitted it with your original registration.

## Valid forms of Proof of Citizenship

If you have an **Arizona driver's license or non-operating license issued after October 1, 1996**, write the number in Box **9**. This will serve as proof of citizenship and no additional documents are needed.

- If you were not a U.S. citizen when your license was issued, but later became a U.S. citizen, complete Box **11** or provide another form of proof of citizenship.

Other acceptable proof of citizenship (only one is needed):

- Legible copy of a birth certificate that verifies citizenship. If the name on the birth certificate is not the same as your current legal name, submit supporting documents (e.g. marriage certificate)
- Legible copy of the pertinent pages of your passport
- Presentation to the County Recorder of U.S. naturalization documents, or your Alien Registration Number, Naturalization Certificate Number, or Citizenship Certificate Number (Box **11**)
- Indian Census Number, Bureau of Indian Affairs Number, Tribal Treaty Card Number, or Tribal Enrollment Number (Box **10**)
- Legible copy of your Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth

**Do not send original documents.** If applicable, make a printed copy of your proof of citizenship and/or proof of residency documents. Mail the printed copies with your completed registration form to your County Recorder.

A County Recorder may not reject a voter registration that does not contain a checkmark in Box **22** when the person provides documentary proof of citizenship and is otherwise eligible to vote.

## Requisitos de la Prueba de Residencia

Para ser elegible para votar una "boleta electoral completa" (salvo para un/a solicitante de UOCAVA)

- Debe aportar documentacion o declaracion (casilla 22) de la ubicacion de sur residencia
- Una "boleta electoral completa" incluye a toda contienda federal, estatal, del condado y local y las cuestiones en la boleta electoral para las que usted sea elegible para votar.
- Provea el número de la casa, el nombre de la calle, y el código postal, o un dibujo o la descripción de su domicilio. Si no tiene domicilio, describa la ubicación usando calles transversales, # de parcela, nombre/lote de la subdivisión, o puntos de referencia. **Dibuje un mapa y/o anote los postes marcadores de millas, el nombre del pueblo, la latitud/longitud, o los códigos geográficos.**
- No se requiere que los miembros tribales u otros residentes de Arizona tengan un domicilio postal estándar. A.R.S. § 16-123.
- Cualquiera de los documentos de identificación listados abajo son pruebas satisfactorias de la ubicación de la residencia. A.R.S. § 16-579(A)(1)
  - **Licencia de manejo válida y vigente de AZ o identificación no operativa**
  - **Cualquier documento de identificación Tribal,** tal como una tarjeta del censo, una tarjeta de identificación emitida por un gobierno tribal, o una tarjeta de inscripción tribal, independientemente de que el documento de identificación Tribal contenga una fotografía, un domicilio físico, un apartado postal, o no tenga domicilio.
  - **Factura de servicios públicos** del/la elector/a fechada dentro de 90 días del registro.
  - **Estado de cuenta bancario** o de una unión de crédito fechado dentro de 90 días del registro.
  - **Registro Vehicular Válido de Arizona**
  - **Declaración del impuesto sobre bienes raices** sobre la residencia del/la elector/a
  - **Identificación válida emitida por el gobierno federal, estatal o local de los Estados Unidos,** incluyendo una tarjeta de registro electoral emitida por el Registrador del Condado
  - Cualquier correspondencia al/la elector/a marcada como **"Material Electoral Oficial"**
  - Si usted no vive en una estructura fija, permanente, o privada, debe presentar una forma de "Confirmación de Domicilio Sin Residencia". Descargue la forma en azsos.gov/files/elections/noresidence

## Requisito de Prueba de Ciudadanía

- Para ser elegible para votar usando una "boleta electoral completa", usted debe presentar prueba de ciudadanía con su forma de registro o antes de las 5:00 p.m. del jueves previo al Día de la Elección.
- Una "boleta electoral completa" incluye a toda contienda federal, estatal, del condado y local y las cuestiones en la boleta electoral a las que usted sea elegible para votar.
- Si usted no presenta prueba de ciudadanía y nosotros no podemos adquirir dicha prueba de la División de Vehículos Motorizados de Arizona o de la base de datos del registro electoral del estado, usted recibirá una boleta electoral "sólo federal", la cual contiene sólo contiendas federales y no las contiendas del estado, condado, o locales o iniciativas/referéndums.
- Si usted está actualizando su nombre, afiliación de partido, o domicilio después de mudarse dentro del estado, no necesita volver a presentar un comprobante de ciudadanía si lo envió con su registro original.

## Formas válidas de Prueba de Ciudadanía

Si usted tiene una **licencia de manejo o licencia no operativa de Arizona emitida después del 1º de octubre de 1996**, anote el número en la Casilla **9**. Esto servirá como prueba de ciudadanía y no se necesitarán documentos adicionales.

- Si usted no era ciudadano/a de los E.U.A. cuando se emitió su licencia, pero después se convirtió en ciudadano/a de los E.U.A., complete la Casilla **11** ó provea otra forma de prueba de ciudadanía.

Otras pruebas aceptables de ciudadanía (sólo necesita una):

- Copia legible de un certificado de nacimiento que verifique la ciudadanía. Si el nombre en el certificado de nacimiento no es el mismo que su nombre legal actual, presente documentación legal de apoyo (ej.: certificado de matrimonio)
- Copia legible de las páginas pertinentes de su pasaporte
- Presentación al Registrador del Condado de los documentos de naturalización de los E.U.A., o su Número de Registro de Extranjero/a, Número del Certificado de Naturalización, o Número del Certificado de Ciudadanía (Casilla **11**)
- Número de los Censos Indios, Número de la Oficina de Asuntos Indios, Número de la Tarjeta del Tratado Tribal, o Número de la Inscripción Tribal (Casilla **10**)
- Copia legible de su Certificado Tribal de Sangre India o Affidávit de Nacimiento Tribal o de la Oficina de Asuntos Indios

**No envíe documentos originales.** Si es aplicable, haga una copia impresa de su prueba de ciudadanía y/o documentos de prueba de residencia. Envíe por correo postal las copias impresas con su forma llena de registro al Registrador de su Condado.

Un Registrador del Condado no puede rechazar un registro electoral que no contenga una marca de verificación en la Casilla **22** cuando la persona provee prueba documental de ciudadanía y de otra forma es elegible para votar.



# Arizona Voter Registration Form
## *Forma de registro electoral en Arizona*



Register online
*Regístrese en línea*
www.azmvdnow.gov/VR

For more information
*Para más información*
www.azsos.gov    1-877-THE-VOTE

Use this form to register to vote or update your registration. You must provide proof of citizenship and residency to vote a "full ballot." **Red shaded boxes are required. Use a blue or black pen.** *Use esta forma para registrarse para votar o actualizar su registro. Usted debe proveer prueba de ciudadanía y de residencia para votar una "boleta electoral completa".* **Se requiere que llene las casillas sombreadas en rojo.** *Use una pluma con tinta azul o negra.*

BOX FOR OFFICE USE ONLY
CASILLA SÓLO PARA EL USO DE LA OFICINA

S 00

**1. Active Early Voting List (AEVL)** - Receive your early ballot by mail!
*Lista Activa de Votación Temprana "AEVL" - ¡Reciba su boleta electoral para la votación temprana por correo postal!*
- Yes / Sí — Yes I want to be added to the AEVL. Send me an early ballot by mail automatically for every election for which I am eligible. *Quiero que me agreguen a la lista AEVL y recibir automáticamente una boleta de votación temprana por correo para cada elección.*
- No — I do not want to be added to the AEVL. Remove me from the list if I am already on it. *Yo no quiero que se me agregue a la lista AEVL. Remuévanme de la lista, si ya estoy en ella.*

**2. Last name** / *Apellido* | **First name** / *Nombre* | **Middle name** / *Segundo nombre* | **Jr., Sr., III**

**3. Residence Address or description of where you live (no P.O. Box/business address)**
*Domicilio residencial o descripción del lugar donde usted vive (no un apartado postal/domicilio comercial)*

**4. Apt. or Unit** / *Apto o Unidad* | **5. City** / *Ciudad* | **6. Zip code** / *Código Postal*

**7. Address where you get mail** *Domicilio donde usted recibe su correo postal*
☐ Same as Box 3  *Igual que en la Casilla 3*

ⓘ To be eligible to vote a "full ballot" complete box 9, 10, or 11, or provide other proof of citizenship and residency. See page 2 of instructions.
*Para ser elegible para votar con una "boleta electoral completa" llene las casillas 9, 10 u 11, o proporcione otra prueba de ciudadanía y residencia. Vea las instrucciones en la página 2.*

**8. Last 4 digits of your SSN** / *Últimos 4 dígitos del Núm. de Seg. Social* | **9. AZ Driver License or Nonoperating License #** / *Licencia de Manejo o Tarjeta de Identificación de Arizona* | **10. Tribal ID #** / *Identificación Tribal #*

**11. Alien Registration, Naturalization Certificate, or Citizenship Certificate #** *Registro de Extranjero, Certificado de Naturalización, o Certificado de Ciudadanía #* | **12. Date of birth (MM-DD-YYYY)** / *Fecha de Nacimiento (MM-DD-AAAA)* | **13. State or Country of Birth** / *Estado o País de Nacimiento*

**14. Party Preference** *Preferencia de Partido*
- ☐ Republican / Republicano
- ☐ Democratic / Demócrata
- ☐ Other / Otro _____
- ☐ None or No Party / Ningún o Sin Partido

**15. Telephone Number** / *Número de Teléfono*
☐ This is a cellphone. *Éste es un teléfono celular.*

**16. Occupation** / *Ocupación*

**17. If you were registered in another county or state, list the address, including county or state.** *Si usted estaba registrado/a en otro condado o estado, anote el domicilio, incluyendo el condado o el estado.*

**18. Former Name(s) (if applicable)** / *Nombre/s Previo/s (si es aplicable)*

**19. Father's Name or Mother's Maiden Name** / *Nombre de su Padre o Nombre de Soltera de su Madre*

**20. Are you willing to work at a polling place on Election Day?** *¿Está usted dispuesto/a a trabajar en un lugar de votación el Día de la Elección?*  ☐ Yes / Sí   ☐ No

**21. E-Mail** / *Correo Electrónico*

**22.** Are you a citizen of the United States of America?  ☐ Yes / Sí   ☐ No
*¿Es usted ciudadano/a de los Estados Unidos de América?*

Will you be at least 18 years old by Election Day?  ☐ Yes / Sí   ☐ No
*¿Usted tendrá por lo menos 18 años de edad para el Día de la Elección?*

**If you checked "No" to either of these questions, DO NOT submit this form.** *Si usted marcó "No" a cualquiera de estas preguntas, NO presente este formulario.*

**Voter Declaration** – By signing below, I swear or affirm that the above information is true, that I am a RESIDENT of Arizona, I have NOT been convicted of a FELONY (or my civil rights have been restored - see instructions for details), and I have NOT been adjudicated INCAPACITATED with my voting rights revoked. I authorize my voter registration at any other address to be cancelled. **Declaración del/la Elector/a** – *Al firmar abajo, yo juro o afirmo que la información anterior es verdadera, que soy RESIDENTE de Arizona, que NO se me ha condenado por un DELITO GRAVE (o que mis derechos civiles han sido restituidos - vea los detalles en las instrucciones), y que NO se me ha dictaminado INCAPACITADO/A revocando mis derechos electorales. Yo autorizo que se cancele mi registro electoral en cualquier otro domicilio.*

**23. If no street address, draw a map and/or write the mile posts, village name, latitude/longitude, or geocodes.** *Si no tiene un domicilio de calle, dibuje un mapa y/o anote los postes de la milla, el nombre del pueblo, la latitud/longitud, o los códigos geográficos.*

```
        N
        |
  W ----+---- E
        |
        S
```

**Signature** / *Firma*   X _____    **Date** / *Fecha* _____

**24. If you are unable to complete or sign the form, the form can be completed at your direction. The person who assisted you must sign here.** *Si usted no puede llenar o firmar la forma, puede dirigir a otra persona para que la llene bajo su dirección. La persona que le haya asistido debe firmar aquí.*

**Signature of person assisting** / *Firma de la persona asistiendo*   X _____    **Date** / *Fecha* _____

Arizona Secretary of State
Revised May 2024



Doble, selle con cinta adhesiva, y envíela por correo postal al Registrador de su Condado. No use grapas. Los domicilios de los Registradores de los condados están listados arriba.

Fold, tape shut, and mail to your County Recorder. Do not use staples. County Recorder mailing addresses are listed on this page.

**Fold here**  Doblar aquí

**Your address**
Su domicilio

Place First-class stamp here

**OFFICIAL ELECTION MAIL**
Authorized by the U.S. Postal Service

**To: Your County Recorder's mailing address**
**Para: La direccion postal del Registrador de su Condado**

**Fold here**  Doble aquí

**County Recorder Addresses**   **Domicilios de los Registradores de los Condados**

**Apache County Recorder**
St. Johns, AZ 85936
(928) 337-7516 (TDD# 711)

**Cochise County Recorder**
Bisbee, AZ 85603
(520) 432-8358 (TDD# 711)

**Coconino County Recorder**
Flagstaff, AZ 86001
(928) 679-7860 (TDD# 711)

**Gila County Recorder**
Globe, AZ 85501
(928) 402-8740 (TDD# 711)

**Graham County Recorder**
Safford, AZ 85548
(928) 428-3560 (TDD# 711)

**Greenlee County Recorder**
Clifton, AZ 85533
(928) 865-2632 (TDD# 711)

**La Paz County Recorder**
Parker, AZ 85344
(928) 669-6136 (TDD# 711)

**Maricopa County Recorder**
Phoenix, AZ 85003
(602) 506-1511  (TDD# 711)

**Mohave County Recorder**
Kingman, AZ 86402
(928) 753-0767 (TDD# 711)

**Navajo County Recorder**
Holbrook, AZ 86025
(928) 524-4192  (TDD# 711)

**Pima County Recorder**
Tucson, AZ 85702
(520) 724-4330 (TDD# 711)

**Pinal County Recorder**
Florence, AZ 85132
(520) 866-6854 (TDD# 711)

**Santa Cruz County Recorder**
Nogales, AZ 85621
(520) 375-7990 (TDD# 711)

**Yavapai County Recorder**
Prescott, AZ 86305
(928) 771-3248 (TDD# 711)

**Yuma County Recorder**
Yuma, AZ 85364
(928) 373-6034 (TDD# 711)

Arizona Secretary of State
Revised May 2024