# Exhibit 21

**Civil Action No. 25-0955 (CKK)**

Visit OpenBooks        Ombudsman Citizens Aide        Register to Vote        Search az.gov

**Tracking Pixel Disclaimer** ✕

Home / Elections / Voters / Registration Requirements

# Registration Requirements



## Registration Requirements

Qualifications for Registration

**Proof of Citizenship Requirement**

## Arizona Proof of Citizenship Requirement

A person who submits valid proof of citizenship with their voter registration form (and is otherwise an eligible registrant) is entitled to vote in all federal, state, and local elections in which they are eligible. A.R.S. § 16-101.

A registrant who attests to being a citizen but fails to provide proof of citizenship and whose citizenship is not otherwise verified will be eligible to vote only in federal elections (known as being a "federal only" voter).

A "federal only" voter will become eligible to vote a "full ballot" in all federal, state, and local elections if they later provide valid proof of citizenship to the appropriate County Recorder's office.

» Voter Registration Policy: Proof of Residency

## Accepted Proof of Citizenship

Arizona Driver's License/Identification Number: If you have a valid Arizona driver's license or nonoperating identification card issued after October 1, 1996, you should provide the license/identification number in Box 9 on the Arizona Voter Registration Form or register online at azmvdnow.gov. A.R.S. § 16-166.

If you do not have an Arizona license you may need to provide one of the following documents to establish proof of citizenship: A.R.S. § 16-166.

1. Your Indian Census Number, Bureau of Indian Affairs Card Number, Tribal Treaty Card Number, or fill in your Tribal Enrollment Number in Box 10 on the voter registration form.

2. A photocopy of your U.S. naturalization documents or fill in your Alien Registration Number in Box 11 on the voter registration form.

3. A legible photocopy of your birth certificate and supporting legal documentation (i.e., marriage certificate) if the name on the birth certificate is not the same as your current legal name.

4. A legible photocopy of the pertinent pages of your U.S. passport.

5. A legible photocopy of your Tribal Certificate of Indian Blood or Bureau of Indian Affairs Affidavit of Birth.

Federal only voters may use the Federal Voter Registration form, available here:

» Federal Form with Arizona-specific instructions: https://vote.gov/register/arizona

- National Mail Voter Registration Form FAQs: https://www.eac.gov/voters/national-mail-voter-registration-form-faqs.
- The Federal Form is available in languages other than English. Those translated Federal Forms can be found here:
  - https://www.eac.gov/sites/default/files/eac_assets/1/6/Federal_Voter_Registration_SPA.pdf
  - https://www.eac.gov/sites/default/files/eac_assets/1/6/Federal_Voter_Registration_NAV.pdf
- Audio assistance with the Federal Form in the Apache language can be found here: https://www.eac.gov/national-mail-voter-registration-form-and-state-instructions-audio-files-apache

Information for Recently Naturalized Citizens

Voter Registration Procedures

# Election Resources

- English    Español

- **Voter Registration Form** - English/Español (PDF)
- **Large Print, Accessible Voter Registration Form** (Instructions) - English (PDF)
- **No Residence Address Confirmation** - English (PDF)
- **AZ Procedure for Restoring Voting Rights**
- **SOS Citizen Engagement Manual** - English (PDF)
- **E-Qual** | **EQual Guide** - English (PDF)
- **2024 Signature Verification Guide**
  **2020 Signature Verification Guide**
- **Election Complaint Form** - English (PDF)
- **National Mail Voter Registration Form** - English (PDF)
- **Maricopa County Wait Time Reduction Plan** - English (PDF)
- **ServiceArizona Guide** - English (PDF) | **AZMVDNow Guide** - English (PDF)
- **Guidance on Polling Place Conduct**
- **Unofficial Election Night Results Help**

# Elections FAQ

+ How do I request an early ballot or vote by mail?

+ How do I register to vote?

+ Where is my polling location?

+ What do I need to bring with me on election day?

+ I am experiencing issues registering to vote or updating my voter information on AZMVDNow. How do I proceed?

+ Do I need to put a stamp or extra postage to mail my ballot back?

+ I lost or damaged my ballot-by-mail. How do I get a replacement ballot?

+ I will be out of town during the election. Will USPS forward my ballot-by-mail to my temporary-away address?

+ How do I track my ballot status?

+ Who do I contact if I have more questions?

## Contact Elections

Office of the Secretary of State
**Elections Division**
1700 W Washington St Fl 7
Phoenix AZ 85007-2808

602-542-8683
**1-877-THE VOTE**

[Email Elections](#)

County Elections Contact Information

+ Tracking Pixel Disclaimer