# Exhibit 22

**Civil Action No. 25-0955 (CKK)**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF PINNY SHEORAN**

**Declaration of Pinny Sheoran**
**(Pursuant to 28 U.S.C. § 1746)**

My name is Pinny Sheoran and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

### Personal Background

1. I have lived in Arizona since 1981.

2. I currently live in Maricopa County.

3. I have been a League of Women Voters member for over 10 years.

4. I have served in a leadership role for the League of Women Voters of Arizona since 2020. I have been the spokesperson for League of Women Voters of Arizona since 2023.

### League of Women Voters of Arizona

5. The League of Women Voters of Arizona ("LWVAZ") is a nonpartisan, nonprofit organization and the state affiliate of the League of Women Voters of the United States ("the League"). LWVAZ was founded in approximately 1940 with the purpose of furthering the League's mission to encourage civic engagement and participation in the democratic process. LWVAZ is one of the oldest and most active civic engagement organizations in Arizona and is relied on for its institutional expertise on voter registration in the State.

6. LWVAZ currently has approximately 890 members. There are currently five local Leagues that are part of LWVAZ: Central Yavapai County, Greater Tucson, Metro Phoenix, Northern Arizona, and Northwest Maricopa County (collectively "local Leagues").

7. In my leadership capacity for LWVAZ, I am responsible for supervision and management of all the state-wide advocacy and voter registration and education work of LWVAZ. I am also responsible for coordinating voter registration efforts with the local Leagues.

I provide mentoring for the local Leagues and work to ensure that the local Leagues comply with all the League's requirements, including those laid out in the League's charter.

8. LWVAZ seeks to empower voters and promote civic engagement through informed and active participation in government. During my time in a leadership role, LWVAZ has remained focused on safeguarding the right to vote and promoting an accountable democracy through voter education, public outreach, and voter registration. LWVAZ's members work to increase understanding of major public policy issues and influence public policy through education and advocacy.  To meet these objectives and accomplish its mission, LWVAZ undertakes several activities related to voter registration, including advocating to the public at their events about the importance of voter registration and political participation and organizing voter registration drives to help all eligible Arizona citizens register to vote. LWVAZ has submitted thousands of voter registration forms during my tenure.

9. LWVAZ regularly engages in other activities, including community outreach, education, and direct advocacy on local and statewide ballot measures. LWVAZ also frequently hosts candidate forums to help inform the public. As part of its mission to safeguard voting rights and to protect LWVAZ's interest in a fair and accessible voter registration process, LWVAZ has participated as a party or amicus in several cases related to voter registration.

10. LWVAZ participates in VOTE411.org for Arizona, which is a nonpartisan voter information hotline coordinated by the League. The local chapters of LWVAZ assist in tailoring the content of VOTE411.org for voters in their area, and many LWVAZ members help staff and facilitate the VOTE411.org hotline. To ensure VOTE411.org is an effective resource for voters in every election, local Leagues help with collecting data on each local, state, and federal race, as well as ballot measures for VOTE411.org. In coordination with the League, LWVAZ is planning

to include information about the upcoming 2025 Special Congressional Election in Congressional District 7 on VOTE411.org soon.

11. LWVAZ is a volunteer organization, relying both on dues-paying members and non-member volunteers to conduct almost all of its activities, including voter registration. LWVAZ has no paid permanent staff but between six to ten temporary contracted paid staff, including interns and advocacy consultants, who are all paid hourly wages. In 2024, paid contracted staff individually contacted hundreds of candidates to update LWVAZ's resources—they also conducted targeted outreach to women voters between the ages of 18 to 70, which was crucial for LWVAZ's efficacy.

12. Local Leagues regularly conduct voter registration events throughout Arizona. These activities include regular registration events at farmers markets, community colleges, universities, high schools, libraries, festivals, fairs, naturalization ceremonies, homeless shelters, and food banks. For example, in 2024, we conducted approximately 339 voter registration and education events and engaged approximately 709 volunteers who worked on voter registration and education in these efforts. Some local leagues also have permanent displays with voter registration forms at local libraries. Additionally, each year, the local Leagues conduct voter registration events throughout National Voter Registration Week.

13. All events contribute to helping people register to vote. For example, in 2024, the local Leagues helped with voter registration forms from approximately 3,293 voters, including approximately 1,879 paper applications collected and submitted to election officials directly by League volunteers and 1,414 registration forms that originated on VOTE411.org.

14. This work has continued and is continuing in 2025. In anticipation of the Special Congressional Elections in Congressional District 7 set for July and September 2025, the Greater

Tucson League of Women Voters and other local Leagues in Congressional District 7 are planning voter registration events. Other local Leagues have planned voter registration events in 2025, including registration events for local elections in Prescott and Tucson.

15.    LWVAZ conducts trainings for its volunteer members and partners about the rules and best practices for voter registration drives. Most LWVAZ volunteer members engaging in voter registration work now participated in several such trainings in 2024.

## The Executive Order

16.    I believe implementation of the President's Executive Order of March 25, 2025—"Preserving and Protecting the Integrity of American Elections" (the "Executive Order")—will impose a significant burden on potential voters in Arizona and the core mission and work of LWVAZ. Among other things, LWVAZ would be forced to stop registering voters using the federal voter registration form ("Federal Form") and would have to expend additional limited resources educating volunteers and voters on the change to requirements for using the Federal Form. The Federal Form is the voter registration form created by the United States Election Assistance Commission ("EAC"). A copy of the Federal Form can be found on the Arizona Secretary of State's website: https://azsos.gov/resources/federal-voter-registration-english.

17.    It is my understanding that Arizona state law requires documentary proof of citizenship to register to vote with the Arizona state registration form, which can be used for state and federal elections. It is my understanding that in Arizona, to register as what is called a 'full ballot voter,' a potential voter must provide documentary proof of citizenship. I understand that eligible individuals who provide documentary proof of citizenship when they register to vote can vote in all elections—federal, state, and local.

18.    It is my understanding that if an eligible individual registers to vote in Arizona

using the Federal Form and does not provide documentary proof of citizenship, they register to vote as a 'federal only voter,' which means they can vote in all federal elections but are prevented from voting in state and local elections.

19. I also understand that currently, the State of Arizona does not allow individuals to register to vote for any elections using the state registration form if they do not provide the documentary proof of citizenship required by state law. A state form without documentary proof of citizenship will be rejected. This is a change that was put in place after approximately August 28, 2024. It is my understanding that this change in practice happened in response to an order from the U.S. Supreme Court in August of 2024.

20. After this ruling from the U.S. Supreme Court, LWVAZ helped to facilitate several trainings for our volunteer members and partners in September of 2024 to explain the effective change when using the state voter registration form. LWVAZ also sent notices to its members and the general public through its email newsletter and social media about changes to voter registration based on the Supreme Court order.

21. In September 2024, volunteer members of the local Leagues began to use the Federal Form for some potential voters. Local Leagues distributed and, in some cases, collected Federal Forms at voter registration events. LWVAZ provides Federal Forms to individuals without documentary proof of citizenship so they can register as federal only voters. Sometimes volunteer members also direct individuals to the Secretary of State's website to retrieve a copy of the Federal Form.

22. Local Leagues currently plan to continue to make Federal Forms available to voters during their voter registration events.

23. LWVAZ's guidance to volunteers and voters alike is that voters with access to

documentary proof of citizenship should make every effort to register using the state form and provide that documentary proof of citizenship so that they can vote in both state and federal elections. LWVAZ volunteers sometimes provide potential voters with stamps and envelopes so they can include necessary documentary citizenship along with their completed voter registration form when the individual submits their state voter registration form.

24. It is my understanding based on the voter registration work of our local Leagues that individuals with access to documentary proof of citizenship listen to this advice and usually provide that information if they have it, so they can be full ballot voters, maximizing their voice in the democratic process. Individuals typically only register to vote using the Federal Form as federal only voters when they cannot provide documentary proof of citizenship during the process. To be registered as a full ballot voter, an individual must provide this documentary proof of citizenship before the registration is completed.

25. In my understanding, if the EAC implements the changes directed by the Executive Order, individuals without access to documentary proof of citizenship will not be able to register to vote in any elections in Arizona, including federal elections. Implementation of the Executive Order would, I believe, disenfranchise countless eligible voters because not all eligible voters can provide documentary proof of citizenship before the registration is completed.

26. LWVAZ is already planning to assist some voters with registering using the Federal Form in advance of the 2025 Special Congressional Election for Arizona's Seventh Congressional District. If the Executive Order is not implemented, as allowed under current Arizona law, LWVAZ volunteers will continue helping to register voters without documentary proof of citizenship using the Federal Form. If, instead, the Executive Order is implemented, we will be forced to stop registering voters without documentary proof of citizenship. This would

thwart LWVAZ's core mission of registering as many eligible voters as possible.

27. Currently, when LWVAZ conducts voter registration, we direct individuals with an Arizona state issued driver's license or ID card to the state's online voter registration system, which allows them to register to vote. The Arizona state issued driver's license or ID card satisfies the state's documentary proof of citizenship requirement. LWVAZ volunteers also sometimes distribute and collect state paper voter registration forms, where the Arizona state issued driver's license or ID card number and several other identification numbers can be provided on the form. It is my understanding that this process satisfies the documentary proof of citizenship requirement under Arizona State law. To satisfy Arizona State requirements for documentary proof of citizenship, LWVAZ volunteers are not required to collect or submit any additional paper documentation aside from the state voter registration form itself.

28. My understanding is the documentary proof of citizenship requirement mandated by the Executive Order does not allow for this type of process followed for the Arizona state voter registration form, and would instead require LWVAZ members and volunteers to collect copies of sensitive personal documents such as a passport to assist voters using the Federal Form. Collecting this sensitive information would jeopardize LWVAZ's reputation for safeguarding voters' privacy.

29. LWVAZ has built a sterling reputation over 80 years as a trusted organization that will give voters the correct forms, deliver those forms on time and in accordance with the law, and will not violate voters' privacy by, for example, copying any voter registration form or keeping any personal information. Copying or retaining any personal information is antithetical to LWVAZ's commitment to voters. LWVAZ has developed this trust with voters by making clear its practice to not collect any personal information from a voter. That trust would be

irreparably damaged if LWVAZ started copying documents even more sensitive than a voter registration form, such as a passport.

30. LWVAZ members always encourage potential voters to provide documentary proof of citizenship when registering to vote whenever they have it, but LWVAZ is unable to provide assistance with collecting and delivering that documentation. And LWVAZ will not change this practice even if the documentary proof of citizenship mandated by the Executive Order is implemented.

31. LWVAZ's members are understandably fearful of collecting and transmitting this private information, including because of the possibility of running afoul of privacy laws. It is also unclear whether LWVAZ volunteers would be able to properly advise potential voters on what versions of various proofs of citizenship would meet the requirements of the Executive Order. As the person responsible for leading LWVAZ along with our board, I would not ask volunteers to collect information they are uncomfortable handling, nor would I allow members to expose themselves to any legal violations in the course of their voter registration work for the organization.

32. Also, given my experience with LWVAZ's voter registration events, I believe that collecting and transmitting copies of sensitive information such as passports would not be feasible for LWVAZ to carry out. LWVAZ does not have the resources or institutional expertise to copy, scan, or print these materials, store them securely, and submit them to the proper election authorities all while maintaining the confidentiality of private documents and adhering to all applicable laws.

33. Because LWVAZ cannot provide this assistance, LWVAZ volunteers will be forced to turn away potential voters who do not have documentary proof of citizenship. Absent

the changes mandated by the Executive Order, LWVAZ would help these individuals register to vote using the Federal Form.

34. In addition to hampering LWVAZ's core mission, implementation of the Executive Order will also require extensive expenditure of LWVAZ's resources to re-train volunteers and educate voters about changes to the Federal Form. LWVAZ would be forced to change its internally facing instructions to volunteers and externally facing guidance to voters. Among other steps, LWVAZ would spend significant resources preparing guidance materials, updating its website, and reaching out to the public through its social media channels and newsletter. This would take away from valuable time of paid contracted staff and unpaid volunteers.

35. In 2024, I helped coordinate LWVAZ's effort to re-train volunteers about the state and federal voter registration forms after a series of court rulings impacting Arizona's voter registration laws. LWVAZ expended significant resources to re-train volunteers to register voters using the state and federal forms and educate volunteers on which documents were needed for each. That training remains current today, and most volunteers who want conduct voter registration drives in advance of the 2025 Special Congressional Election are already familiar with the differences between the state and Federal Forms. Currently, it is not necessary to conduct training for many of these volunteer members. Implementation of the Executive Order this close to the Special Election would require us to overhaul our training yet again on extremely short notice.

36. If the Executive Order is carried out, LWVAZ would also have to dedicate resources to educating voters about the change in documentary proof of citizenship requirements. This would include providing information and assistance to the League with the necessary

changes to VOTE411.org.

37. I would expect implementation of the Executive Order would also discourage participation in the democratic process by confusing voters about the documents required to register to vote, compounding the harms of the Executive Order on both the franchise and LWVAZ's core mission of increasing engagement in the democratic process.

38. This upheaval resulting from implementation of the Executive Order would divert our limited resources away from the other core work of LWVAZ—registering as many voters a possible, holding candidate forums, and seeking to engage the public for the upcoming election. I am keenly aware that many volunteers' reason for dedicating their time to LWVAZ is so they can register voters and encourage participation in the democratic process. Based on conversations with colleagues at LWVAZ, the confusion and fear caused by the Executive Order, we fear, will harm our future volunteer recruitment efforts. It also may discourage our volunteers from participating in voter registration drives and hamper our efforts to recruit more volunteers, as volunteers would be tasked with turning away otherwise eligible voters who lack documentary proof of citizenship. The documentary proof of citizenship requirement of the Executive Order may discourage LWVAZ volunteers from taking on leadership roles, too, because it will be substantially harder to organize voter registration drives.

39. The voter registration deadline for the Special Congressional Election is on June 16, 2025. LWVAZ has already begun organizing voter registration events in advance of this election. I understand the EAC is required to implement the Executive Order within 30 days of when the Order was issued. The uncertainty caused by the EAC's possible implementation of the Executive Order has already hurt LWVAZ's ability to plan future voter registration drives and is continuing to harm our effort to educate voters on registering to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2025

*Pinny Sheoran*
_____
Pinny Sheoran