# Exhibit 23

**Civil Action No. 25-0955 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, <br> *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

## DECLARATION OF JUAN PROAÑO

## CHIEF EXECUIVE OFFICER, LEAGUE OF UNITED LATIN AMERICAN CITIZENS

I, Juan Proaño, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1

1. I am the Chief Executive Officer of League of United Latin American Citizens (LULAC), a position I have held since November 2023. In my role as Chief Executive Officer, I oversee the day-to-day operations at LULAC and work to amplify the organization's advocacy initiatives and action-oriented programs.

2. LULAC is a nationwide, non-profit, non-partisan, membership-based organization with 525 councils (local chapters) and over 325,000 members. LULAC was established in 1929 and is headquartered in Washington, D.C.

**LULAC's mission and activities**

3. LULAC is the largest and oldest Latino civil rights organization in the United States. LULAC's mission is to improve the lives of Latino families throughout the United States and to protect their civil rights, including voting rights.

4. LULAC advances the economic conditions, educational attainment, political influence, housing, health, and civil rights of Hispanic Americans through community-based programs operating at more than 525 LULAC councils nationwide.

5. LULAC has a national board, president, and professional staff, as well as several issue-specific committees. LULAC programs include citizenship and voter registration drives, as well as education and health promotion events and programs that empower the Hispanic community at the local, state and national level.

6. In addition, LULAC offers educational programming to disadvantaged youth, which impacts more than 18,000 Hispanic students per year at fourteen regional centers. LULAC councils, including LULAC's employment arm, provide job skills and literacy training to the Hispanic community through more than forty-eight employment training centers located

throughout the United States. The LULAC Corporate Alliance, an advisory board of Fortune 500 companies, fosters stronger partnerships between Corporate America and the Hispanic community.

7.  LULAC's members include both U.S. born citizens and naturalized citizens. LULAC provides citizenship application assistance and civics and citizenship education to its members, many of whom are immigrants.

8.  LULAC's members are civically engaged. Approximately 70% are registered to vote. Nearly 80% of LULAC's members who are registered to vote voted in 2020 and nearly 62% voted in 2022.

9.  Throughout the year, LULAC councils across the country register prospective voters and hold voter registration drives at naturalization ceremonies, schools, churches, and other community events. At these events, LULAC councils often, at the request of registrants, collect voter registration forms and return them to local election offices in accordance with state law.

10. LULAC councils also hold get-out-the-vote programs before elections to encourage LULAC members to vote.

**Harms to LULAC's voter registration activities**

11. My understanding of the President's Executive Order, "Preserving and Protecting the Integrity of American Elections," is that if implemented, it would require voter registrants using the Federal Form to provide documentary proof of citizenship ("DPOC") to register to vote in federal elections.

12. Implementation of the Executive Order would harm LULAC's core mission of helping citizens across the country to register to vote. This is because LULAC councils would not be able to use the Federal Form to help register citizens who do not possess the DPOC required by the Executive Order.

13. If the Federal Form is changed, LULAC, along with its state and local councils, would have to revise its resources, training, and guidance regarding voter registration using the Federal Form. LULAC's website, for example, links to the Rock the Vote Registration portal that allows prospective voters to check their registration status and access the Federal Form. But if the Federal Form changed to include a DPOC requirement, LULAC could no longer depend solely on providing its members—many of whom lack DPOC—access to the Federal Form.

14. Therefore, to achieve its core mission of providing all members access to voter registration forms that they can use regardless of whether they possess DPOC, LULAC would have to create state-specific pages that link to state forms. This would be extremely burdensome to LULAC, as its staff and resources are limited.

15. LULAC's website currently provides access to the Federal Form through the Rock the Vote Portal. This form is simple, as it only requires potential voters to fill out the required fields on the form. Users are then provided a completed registration form to sign and mail, with the specific mailing address filled in. It does not require any additional documentation. If registration with the Federal Form requires DPOC, the Rock the Vote portal would no longer be an effective way to register to vote.

16. LULAC would need to develop different methods of providing potential voters with an effective way to complete the voter registration process using the Federal Form, which would require significant time and resources.

17. Also, the types of DPOC enumerated in the Executive Order are vague and have caused significant confusion for LULAC and its councils, which are in the process of trying to understand it and develop guidance.

4

18.     For example, the Executive Order says that prospective voters can provide an identification document compliant with the REAL ID Act of 2005 that indicates U.S. citizenship status. But many of the states where LULAC councils are located issue REAL ID cards to both citizens and individuals with lawful status who are not citizens, and these identifications would not necessarily indicate on their face that the holder is a U.S. citizen. Military identification cards, another acceptable form of documentation under the Executive Order, do not always indicate citizenship and cannot be obtained by LULAC members who do not qualify for a military identification card.

19.     Many LULAC members and constituents do not have U.S. passports or access to their birth certificates. For those who are long-time naturalized citizens, many no longer have their naturalization papers. Bearing all this in mind, LULAC and its councils have had much difficulty crafting new guidance on what it would take for voters to comply with the Executive Order's Federal Form DPOC requirements.

20.     Even if the prospective voters that LULAC registers to vote have the requisite DPOC, LULAC councils do not currently have any way of photocopying these documents to submit them with the Federal Form. And even if that were an option, the required DPOC contains sensitive information that LULAC volunteers are hesitant to collect for fear for being accused of potential identity theft later on.

21.     I expect that these concerns about voter registration, a core activity of LULAC councils, will make it harder to recruit volunteers to help with voter registration work. Negative impacts on the recruitment and retention of volunteers harm state and local councils, and particularly their ability to conduct voter registration drives.

22. I anticipate that having to spend time recruiting more volunteers and addressing their privacy-related concerns around collection of DPOC information will take resources away from LULAC's core work of helping voters register to vote.

23. These added burdens, including deciphering the ambiguities related to what documents would qualify as DPOC, addressing concerns and questions of members and volunteers, and trying to recruit more volunteers, have already required LULAC to expend significant time and resources and will continue to do so unless the Executive Order is enjoined. These resources could be better spent supporting state councils on other activities, including the economic and health initiatives that are also central to LULAC's work.

24. LULAC has been at the forefront of combatting the new immigration policies of the current presidential administration ("Administration")—it has had to devote a significant amount of its staff time toward helping those who have been deported or are under threat of being deported. In fact, a bulk of LULAC's resources now have been directed toward helping its impacted families and communities with immigration resources, referrals, and other types of assistance.

25. LULAC has also been working with its councils to combat the impacts of the Administration's dismantling of Diversity, Equity, and Inclusion initiatives. The loss of these programs at universities, local governments, and in the private sector has made it more difficult for the communities LULAC serves to access higher education through scholarships and become part of the work force. Every year, LULAC funds entrepreneur programs to help the Latino community, provides scholarships to youth pursuing higher educational or vocational programs, and holds year-round educational workshops to connect youth members to leaders in the community.

26. LULAC further allocates resources to its Latina economic, empowerment, health and wellness programs, the LULAC Academy, and Latino leadership programs. These initiatives are vital for the advancement of LULAC's members and constituents, and LULAC spends significant resources to ensure the longevity of these programs.

27. These programs stand to suffer if LULAC must use its limited resources to combat the effects flowing from the implementation of the Executive Order.

28. As a result of the DPOC requirement, LULAC is preparing to dedicate and divert more resources and time in order to register the same number of voters it has registered in the past; LULAC will incur costs to purchase and maintain equipment and update its training and resources, to ensure its voter registration advocacy complies with the DPOC Requirement; LULAC will divert staff time and resources to educating its members and the communities it serves about the DPOC Requirement; and fewer LULAC members and potential voters LULAC reaches will be able to successfully register to vote.

**Harms to LULAC's members**

29. LULAC members stand to be harmed by the Executive Order's DPOC requirement. My understanding is that LULAC members have a federal right to use the Federal Form which provides easy access to registration particularly in states (like Arizona) which require or may require in the near future DPOC to register to vote in state elections. The DPOC requirement on the Federal Form will deny these members who are unable to provide DPOC the ability to vote in federal elections.

30. LULAC members across the country, including in states whose state voter registration forms require DPOC or may require DPOC in the near future, rely on the Federal Form to register to vote without undue burden.

7

31. LULAC members who are U.S. citizens and eligible to vote often do not have the requisite citizenship documents, including United States passports or state, federal, or military identification documents that indicate that the applicant is a citizen of the United States.

32. The forms of DPOC that could satisfy the Executive Order's requirements are both ambiguous and narrow. Many LULAC members do not have U.S. passports—and having to apply for a passport would be burdensome. A United States passport, which is costly, requires a burdensome application and lengthy wait time, and is generally unnecessary for individuals who do not travel internationally.

33. Many members of LULAC also do not have access to the other forms of qualifying DPOC, including a REAL ID Act-compliant identification that indicates citizenship, which, to my understanding, is only available in five states, or a military identification card that indicates citizenship. Many members also do not have access to their birth certificate or their naturalization documents.

34. Even LULAC members who do have qualifying DPOC will experience difficulty submitting this documentation as part of the voter registration process. Scanning, printing, and submitting DPOC with the Federal Form will burden LULAC members who do not have easy access to printer and scanner technology.

35. Apart from the difficulty of complying with new DPOC requirements as to the Federal Form, the Executive Order and its focus on rooting out "non-citizen" voting has had a deeply intimidating effect on LULAC's members.

36. Many members who are U.S. citizens and are eligible to vote are concerned that even if they comply with new DPOC requirements, they and their families will become targets of

8

the Administration which has vowed to share sensitive immigration data with DOGE and the IRS and subject immigrants to a myriad of unwarranted investigations and prosecutions.

37. Many LULAC members are part of "mixed-citizenship status" families and do not wish to attract any attention to their families, even if they are U.S. citizens eligible to vote. Therefore, even eligible voters who have DPOC may choose not to vote in upcoming elections if the Executive Order is implemented.

38. LULAC's members will be harmed by the EO's threatened efforts to restrict state election funding. If the Executive Order's policies are successful in coercing the states to adopt the President's electoral policies, those policies, such as DPOC and prohibiting the receipt of absentee ballots after Election Day pursuant to state law, will directly harm LULAC members.

39. And to the extent the Executive Order's threats are not successful, and states lose federal funding, LULAC's members will be harmed by the loss of vital election-related services if critical funding to their state's election infrastructure is unlawfully withheld.

**Harms to LULAC's Arizona State and local Councils**

40. The Executive Order will impose a significant burden on LULAC's Arizona state and local councils. My understanding is that currently, the State of Arizona does not permit individuals to register to vote in any elections if they use the state registration form and fail to provide DPOC. Therefore, if a prospective voter submits a state voter registration form without DPOC, their form will be rejected.

41. My understanding is that the Federal Form provides a backstop, meaning that if a prospective voter in Arizona submits the Federal Form without DPOC, then they may still be registered to vote as a "federal only voter" and vote only in federal elections. My understanding is that under Arizona law, these voters may not vote in state or local elections.

9

42. The Arizona state council has approximately 1,800 members across the state. Under the umbrella of the state council, there are 30 local councils, including in Phoenix and Tucson, which have the largest memberships. Local councils recruit members from the community, through friends, and workmates, making these councils the grassroots, community-focused arms of LULAC. The Arizona Council is a prominent fixture in the Latino community in Arizona and considered a trusted community organization that provides all kinds of assistance, including helping individuals register to vote and cast a vote.

43. The Arizona Council has held voter registration events in the past, setting up voter registration tables at churches, naturalization ceremonies, on college campuses, outside grocery stores that serve the communities LULAC serves, during holiday events like Thanksgiving turkey giveaways, farmer's markets, and holiday markets.

44. Ahead of the 2024 General Election, the Arizona Council partnered with Univision to hold a voter registration telethon in which they registered voters using the online state voter registration form. The phones were ringing off the hook during this event.

45. When the Arizona Council conducts voter registration, including during the telethon, their volunteers have directed individuals with an Arizona state issued driver's license or ID card to the state's online voter registration system, which allows them to register to vote. The Arizona state issued driver's license or ID card satisfies the state's DPOC requirement under state law so long as it was issued after 1996 and the applicant presented proof of citizenship at the time they applied for their driver's license or ID card. For example, during the telethon, LULAC volunteers did not need to collect or submit DPOC papers for those who had a qualifying state issued driver's license or ID card. Council volunteers simply collected the individual's information on the phone, filled out the state form online, and then submitted it. Individuals who have access to documentary proof of citizenship ordinarily provide that information when they initially register to vote so they can participate in all elections.

46. The Arizona Council's volunteers also sometimes distribute and collect state paper voter registration forms, where the qualifying Arizona state issued driver's license or ID card number and several other qualifying identification numbers, including a tribal identification number, can be provided on the form. This process satisfies the DPOC requirement under Arizona State law. To satisfy Arizona State requirements for documentary proof of citizenship, LULAC council volunteers usually are not required to collect or submit any additional paper documentation aside from the state voter registration form itself.

47. But the State Form in Arizona is not always sufficient to assist all LULAC members or constituents. The Arizona Council has had to use the Federal Form when for example, voters who submitted state registration forms received letters from the registrar flagging that the information provided on the state form did not satisfy the state's DPOC requirements. This happens more often than one might expect, despite the prospective voters being United States citizens. It could be because the voter did not have a qualifying driver's license or ID number and was unable to proffer any other documentation of citizenship. In these situations, the Arizona Council will refer the voter to the Federal Form or help the voter register to vote using the Federal Form. If the Executive Order is implemented, the Federal Form will no longer be a critical backstop for eligible U.S. citizen LULAC members and constituents that cannot meet Arizona's DPOC requirements.

48. My understanding is that under the Executive Order, LULAC volunteers would have to collect DPOC along with the Federal Form. This is because, as I understand it, the DPOC mandated by the Executive Order does not allow for the type of process LULAC volunteers use for the Arizona state voter registration form. Rather than a voter registration applicant writing down a state identification number on the state voter registration form, for example, the Executive Order would instead require Arizona Council volunteers to collect copies of sensitive personal documents such as a passport to assist voters using the Federal Form. Collecting this sensitive

11

information would jeopardize the Arizona Council's reputation for safeguarding voters' privacy. And furthermore, voters are often fearful and understandably mistrustful about sharing sensitive information even with trusted community organizations like LULAC.

49. If the Executive Order were to be implemented and prospective voters were willing to share their DPOC with voter registration volunteers, the Arizona Council still could not collect these documents because it does not have the technology or the funds to photocopy, scan, and collect sensitive documents.

50. Many members of the Arizona Council and many of the constituents it serves are part of "mixed-status" families, meaning that various members in the family may hold different immigration statuses. Family members therefore face a persistent threat of deportation, especially in border towns where immigration raids have become frequent.

51. Eligible voters in these "mixed-status" families are not likely to register to vote if DPOC is required, which raises the specter of further investigation into naturalized voters.

52. Not only does this frustrate the Arizona Council's mission to register as many eligible voters as possible, it also has an immensely intimidating effect on members, volunteers, and constituents who understandably fear that a spotlight on their voter registration or voting activities will jeopardize family and community members vulnerable to deportation.

53. The Executive Order has led the Arizona Council to rethink its voter registration activities and the training that it provides to local councils. The Arizona Council may not participate in large voter registration events in the near future as a result of the uncertainty caused by the potential implementation of the Executive Order.

54. A major special election is imminent in Arizona's 7th Congressional District, a historic Latino district. The Arizona Council is extremely invested in ensuring that its community members are able to register to vote and can exercise their vote free of intimidation.

55. The Arizona Council was planning several voter registration events ahead of the primary and general election for District 7. But the Executive Order has required the Arizona Council to now spend its limited volunteer staff time and resources to deciphering what types of DPOC are now permissible under the Federal Form, and the Council likely will not plan any large voter registration events. In addition, the Arizona Council, comprised of unpaid volunteers, is spending a significant amount of its time helping community members tackle immigration related challenges, a pressing issue in Arizona given the state's demographics and proximity to the U.S.-Mexico border. The Executive Order has compelled the Arizona Council to redirect its limited resources away from addressing the immigration crisis. The Arizona Council always encourages potential voters to provide documentary proof of citizenship when registering to vote whenever they have it, but it is unable to provide assistance with collecting and delivering that documentation. And the Arizona Council does not intend to begin collecting DPOC documentation from prospective registrants if the Executive Order is implemented. As such, if the Executive Order is implemented, LULAC's effectiveness in registering voters in Arizona will be diminished.

56. The uncertainty caused by the possible implementation of the Executive Order's DPOC requirements has already harmed the Arizona Council's ability to plan future voter registration drives and is continuing to harm its effort to educate voters on registering to vote.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____

Juan Proaño
Executed this 6th day of April, 2025

14