# Exhibit 24

**Civil Action No. 25-0955 (CKK)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>*et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF KYLE NITSCHKE**

**CO-EXECUTIVE DIRECTOR, ARIZONA STUDENTS' ASSOCIATION**

1

I, Kyle Nitschke, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am co-executive director of the Arizona Students' Association (ASA). As co-executive director, I am responsible for overseeing ASA's activities, including its legislative advocacy and voter registration work.

2. ASA is a non-partisan, non-profit organization that represents over 180,000 university students and 400,000 community college students in Arizona. ASA employs nine full-time staff members, several part-time campus organizers, and many student fellows.

3. All of ASA's work is in service of its mission to represent the interests of students in Arizona. A core part of that mission is helping students register to vote so they can make their voices heard in local, state, and federal government. ASA registers thousands of students each year at voter registration drives on campus, classroom presentations, door-knocking activities, and through online registration.

4. In 2024, ASA registered about 3,500 students to vote at its voter registration drives, door-knocking, and other activities, which take place on all of the public university campuses in Arizona. About half of those 3,500 registered using the federal voter registration form.

5. One reason we rely heavily on the federal form is that Arizona law requires applicants to submit documentary proof of citizenship (DPOC) on the State voter registration form. Because many students do not have DPOC or cannot easily access it, we use the federal form, which does not require DPOC.

6. The DPOC requirement in President Trump's recent executive order regarding voter registration (the "EO") will harm ASA and its members both immediately and in the long term.

Harms to ASA Members

2

7. The DPOC requirement will harm the many ASA members who lack DPOC, and therefore will be unable to register to vote because of the requirement. For instance, I have personally heard dozens of students say that they do not know where their birth certificate or other DPOC is, or that it is in another state. Currently, ASA offers students who lack DPOC the federal form, and those students often use the federal form to register. The DPOC requirement, if enforced, would foreclose that option.

8. Even ASA members who have some form of DPOC will be prevented from registering because of the EO. The EO lists certain kinds of DPOC that are acceptable, including a passport and a Real ID that indicates the holder is a U.S. citizen. But based on my personal experience, most students do not have a passport, and almost none have REAL IDs that indicate citizenship. Students can often locate their birth certificates, but it is unclear whether birth certificates are acceptable forms of DPOC under the EO. Even if birth certificates are accepted, the EO requires that they be presented with valid government-issued photo IDs, which many students lack. Additionally, documents that constitute DPOC under Arizona law may be different than those listed in the EO. The EO's lack of clarity creates confusion that in itself harms ASA's members and makes it less likely that they will register.

9. Voting is an important way for ASA members to participate and be heard. The EO causes fear and confusion for ASA members who have read or heard about it and are worried that they may not be able to register to vote despite being eligible to do so. The DPOC provisions of the EO have a chilling effect, causing ASA members and other students to believe that they cannot register vote, despite being legally eligible to do so.

10. ASA members who can access a form of DPOC that is acceptable under the EO face harm as well. Many of those members will need to pay for some form of DPOC, such as a

3

passport or a state photo ID. They will pay not only monetary costs, but spend time and effort locating, and perhaps mailing, documents they only need because of the EO.

11.     The harms ASA members face are happening now, will continue into the near future, and cannot be remedied unless the EO is blocked from taking effect. Arizona has a special federal primary election approaching in July, and the registration deadline for that election is on June 16. Thus, ASA members have just over two months before the registration deadline for the primary election, and ASA will seek to register members before that deadline through door-knocking events and presentations in campus classrooms. If ASA members cannot register and vote because of the EO, they will never get that vote back. Members who spend money, time, and effort to track down DPOC because of the EO will likewise never recover that time or money.

Harms to ASA

12.     The EO's DPOC requirement will harm ASA itself in several ways. The first way is obvious: because ASA's goal is to register as many Arizona students as possible, its goal will be frustrated when fewer students can register and fewer students can vote.

13.     ASA will also be harmed because it will need to spend time and money trying to help students whose right to vote is threatened by the EO. First, ASA will need to spend time training staff and making organizational plans about how to inform students about the new requirements, copy or scan DPOC when necessary, and assist students with requesting or locating DPOC. While ASA has performed some of this work in the past because of Arizona's DPOC requirement, the EO's requirement means that work will be both expanded and altered. For example, if the EO is implemented, ASA may re-train its staff to never use the federal form. The time and effort we will spend is compounded by the confusion created by the EO—we do not know

exactly what kind of DPOC will be accepted, or how or when the EO will be enforced, making it impossible to plan our operations properly.

14.     Second, ASA will spend money to help blunt the negative effects of the EO as much as possible. In addition to re-training staff, we will likely need to hire more part-time staff or fellows to do the extra work that will be required, such as assisting students with obtaining DPOC, informing students of the requirement, and copying or scanning DPOC during the registration process. The DPOC requirement means that every transaction at voter registration drives will take longer, meaning that there will be longer lines; more staff is necessary to ensure that students register rather than walking away from a long line. Additionally, if the federal form is changed because of the EO, ASA will likely need to purchase mobile printer/scanners to attach DPOC to voter registration forms that would not be necessary without the EO.

15.     The time and money we spend on responding to the EO will be diverted from other core parts of ASA's work. For example, every year ASA hosts a summer Grassroots Organizing Weekend, and a fall Student Voting Summit, and we spend considerable funds and staff time organizing it. Normally we would do much of that planning in the spring and summer, but we will be able to devote less time and money to it because of the resources devoted to the EO response. Already, our efforts to book space, connect with partners, and recruit attendees has been impacted because we have spent time on our response to the EO and determining how to change our operations in response. Likewise, we have a thorough quality control system to ensure that our voter registration operation runs smoothly and that all student registration forms are fully completed. While we will certainly maintain that system, staff will devote less time to it because of all of our new responsibilities created by the EO.

16. ASA is always careful to follow all laws and regulations when it comes to voter registration activities. The confusing and vague language in the EO makes it difficult to be sure of what is required with regard to DPOC and other voter registration activities, which creates a chilling effect on ASA's activities, as we attempt to understand what is required of us. This causes current and ongoing harm to the organization's activities and interests.

17. As with the harms to our members, these harms to ASA are immediate and irreparable. If we are unable to register voters before the upcoming federal primary election because they lack DPOC, we have permanently lost the chance to register those voters for that election. Further, staff time and resources that would be spent on spring voter registration activities in advance of the June 16 deadline as well as summer planning in advance of fall events are already being diverted because of the EO. The summer trainings for fall voter registration activities will take additional time and effort to ensure compliance with the EO's requirements. Planning for the fall events will be delayed or reduced and advocacy efforts around other issues will be sidelined because of the EO response.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____

Kyle Nitschke

Executed this 5th day of April, 2025