# Exhibit 25

**Civil Action No. 25-0955 (CKK)**

## Federal Only Registrants as of January 2nd, 2025

(Active and Inactive Voters)

| County | Total | Without Documented Proof of Citizenship | Without Documented Proof of Residency | Without Documented Proof of Citizenship and Residency |
|---|---|---|---|---|
| Apache | 375 | 243 | 19 | 113 |
| Cochise | 326 | 230 | 0 | 96 |
| Coconino | 1556 | 1039 | 36 | 481 |
| Gila | 49 | 44 | 0 | 5 |
| Graham | 32 | 27 | 0 | 5 |
| Greenlee | 7 | 7 | 0 | 0 |
| La Paz | 36 | 25 | 4 | 7 |
| Maricopa | 34076 | 26231 | 7845 | *Not Available |
| Mohave | 447 | 333 | 17 | 97 |
| Navajo | 109 | 99 | 1 | 9 |
| Pima | 8855 | 5693 | 168 | 2994 |
| Pinal | 1441 | 1441 | 0 | 0 |
| Santa Cruz | 128 | 120 | 0 | 8 |
| Yavapai | 478 | 304 | 20 | 154 |
| Yuma | 928 | 756 | 0 | 172 |
| **Statewide Total:** | **48843** | **36592** | **8110** | **4141** |

* Number contained in other two columns