# Exhibit 26

**Civil Action No. 25-0955 (CKK)**



## VOTEBEAT ARIZONA

*Nonpartisan local reporting on elections and voting*

COMMUNITIES    TOPICS    ABOUT US

Become a Votebeat sponsor

DONATE

VOTER REGISTRATION & ROLLS    VOTING ACCESS

# Longtime Arizona voters receive letters asking for proof of their citizenship

About 200,000 residents who were caught up in a state error will need to show their documents in order to keep voting a full ballot. Some are wondering why.

By Jen Fifield | March 31, 2025, 5:00am EDT

         REPUBLISH

Privacy - Terms



*Voters leave a polling place in Phoenix during the Nov. 5, 2024 presidential election. Longtime Arizona residents who were caught up in a state error tracking voter citizenship are receiving letters telling them they must prove their citizenship before voting again.* | (Courtney Pedroza for Votebeat)

*Votebeat is a nonprofit news organization reporting on voting access and election administration across the U.S. Sign up for Votebeat Arizona's free newsletter here.*

Arizona counties are starting to send letters to some longtime voters telling them that they must provide documentation proving their citizenship before they vote again, prompting annoyance and confusion across the state.

Around 200,000 longtime residents, or roughly 5% of the state's voter roll, will eventually get such letters because they were caught up in a decades-long state error tracking proof of citizenship. Affected voters will need to provide a birth certificate, passport, or other documents proving their citizenship. If they don't, they'll eventually be restricted to voting only in federal elections, or be kicked off the voter rolls entirely.

Some of these voters have been registered for decades. That includes 67-year-old Mindy Lively, of Globe in Gila County, who was born in Mesa and said she has voted in state and local elections for more than 40 years.

When Lively, a Democrat, got the letter last month she said she initially figured it was a Republican ploy to kick her off the rolls, in connection with the party's national campaign against noncitizen voting. But even now, knowing it's due to a state error, she said she shouldn't have to go through the trouble of providing the documentation.

"It's just crazy that they are making me do this," she said.

### Vote smart(er) with Votebeat Arizona's newsletter.

Get the latest news on voting and elections in the Grand Canyon State delivered to your inbox for free every other week.

Email (required)

SIGN ME UP

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy. You may also receive occasional messages from sponsors.

Michelle DeMarsh, of Kingman, said she was annoyed when she and her husband received the letters. DeMarsh, 63, has also been a voter in the state for more than four decades. Now, she must request her birth certificate from California and send it in to Mohave County to ensure she can keep voting.

"I think about people in my age group who aren't well, or don't have what they need," she said. "I'll jump through the hoops, because I'm hell-bent to vote, but I don't know."

Here's what to know about the state error, and what to do if you receive a letter.

## What caused this problem?

Since 2004, Arizona has been requiring proof of citizenship to register to vote in state and local elections.

Become a Votebeat sponsor

Since then, when someone tries to register to vote, county recorders have relied heavily on the applicant's driver's license information to check their citizenship status and eligibility to vote.

Only driver's licenses issued after October 1996 count as proof of citizenship, since that's when the state started collecting citizenship information for normal driver's licenses. But for residents with licenses issued before that, the state's Motor Vehicle Division incorrectly coded them as having already proved their citizenship, when they hadn't. Based on that information in the license records, the recorders believed that those voters had provided citizenship proof and were eligible to vote a full ballot, rather than just the federal races.



**Sadie Jo Bingham**
Gila County Recorder's Office

1400 East Ash Street
Globe, Arizona 85501
800-291-4452
TDD: 711
www.gilacountyaz.gov

Charlotte Asrarynezami
Chief Deputy

*(handwritten: "Issue Law Suit")*

We have reviewed your latest voter registration application and you will be registered as a Federal-Only voter in Arizona. You are eligible to vote for any federal races using an Arizona Federal-Only ballot. Additionally, the information you provided on the form did not satisfy the identification requirement in order to vote by mail as a first time voter. As a result, the first time you will be required to vote in person, with proper documentation at an early voting site or your polling place on Election Day.

To update your voter registration status to a "Full-Ballot" voter and be eligible to vote for all federal, statewide, county and local races in your voting precinct and all ballot questions for which you are eligible, you must provide Documentary Proof of Citizenship (DPOC) to the County Recorder. Please use the form below if you wish to provide DPOC and update your voter registration status. You may complete the bottom portion of this form and submit it with a copy of your DPOC by mail to: **Gila County Recorder's Office PO Box 1400 Globe, AZ 85502**. You may also respond by uploading your completed form and your DPOC through the Public Portal "Respond to Notice" section on my.arizona.vote. To be able to vote a full ballot in the next election, you must submit your DPOC by 7:00 p.m. on Election Day.

You must be a United States citizen to register to vote in Arizona. Individuals may apply to register to vote in elections for Federal offices using the Federal Form, and that, in using the Federal Form, applicants are not required to provide DPOC information set forth in A.R.S. § 16-166(F)-(J) in order to register to vote. You may access the Federal Form and instructions by going to https://azsos.gov/resources/federal-voter-registration-english.

If you have any questions, please call our office at **(928) 402-8738**.
Sincerely,

*Sadie Jo Bingham*
Sadie Jo Bingham
Gila County Recorder

---

**Documentary Proof of Citizenship Form.**

Name: _____
Residential Address: _____
Mailing Address: (If different than above) _____
Date of Birth: _____
Voter ID#: (If known) _____

**Acceptable Documentary Proof of Citizenship pursuant to A.R.S. § 16-166(F) (please provide one):**

- Legible Copy of U.S. Birth Certificate
- Legible Copy of pertinent pages of U.S. Passport
- Legible Copy of Naturalization/Citizenship Certificate or Certificate #: _____
- Bureau of Indian Affairs, Tribal Treaty, or Tribal Enrollment Card #: _____

Si necesita este documento en español, haga el favor de ponerse en contacto con la oficina de Registro de Votantes al (928) 402-8740.

A Gila County voter received this letter telling them that they were one of the voters affected by the state's error tracking proof of citizenship, and asking them to provide proof of citizenship. | (Courtesy Image)

## Why are residents being asked now to provide the documentation?

State officials announced their discovery of the error last summer.

The Arizona Supreme Court quickly ruled that state and county officials should wait until after the presidential election to address the problem. After the election, some counties waited for clearer guidance from the state on how to approach the affected voters and what to tell them. That's why counties are just now starting to notify voters that they will need to provide documentation.

After discovering the error, the state was able to find proper documentation for around 20,000 of the affected voters. But that still left 200,000 voters for the counties to contact. Some counties were able to find documentation for some voters before sending out letters to the full list, but others haven't tried.

## Who will get a letter?

Voters on the list are people who meet both of these criteria:

- They initially got an Arizona driver's license before October 1996.

- They registered to vote in Arizona at some point after 2004, including after any moves across county lines within Arizona.

Because of those time parameters, all of the voters on the list are at least 46 years old.

Residents who registered to vote before 2004, when the state enacted its law requiring citizenship proof to register to vote, were grandfathered in and do not need to provide citizenship proof unless they have moved across county lines since 2004 and re-registered to vote in their new county.

To find out whether you are on the list of affected voters, visit the state's voter registration records website. Any affected voter should have their registration flagged.

## Are all counties all handling this in the same way?

Counties are alerting the affected voters differently across the state.

Become a Votebeat sponsor

Gila, Mohave and Pinal counties, at least, have begun to send out letters to voters. Other counties, including Maricopa County, are waiting until after this year's local elections, which occur on different dates around the state.

The letters have varying wording and directions for how voters should fix the problem, even though the Secretary of State's Office provided guidance to the counties on how to communicate with voters. Recorders say their offices are receiving some calls from confused voters.

## What happens if these voters don't provide documentation?

At a certain point, the voters will either be removed from the voter rolls entirely, or limited to vote a federal-only ballot. When that would happen is still unclear.

County attorneys have taken different positions on how to properly address the issue, and a final solution is pending before the Legislature.

## What should someone do if they receive the letter?

Voters who receive the letter should arrange to provide proof of citizenship to their county recorder's office before the next election.

The letter should have instructions on what types of documents are accepted and how to provide documents to the office, along with a phone number to call with questions.

Case 1:25-cv-00946-CKK    Document 34-27    Filed 04/07/25    Page 9 of 11

## Have you received a letter?

Votebeat wants to hear from voters who receive a letter. If you have received one, please fill out the survey below, and feel free to email jfifield@votebeat.org with questions.

## Read more Votebeat coverage of Arizona's error in tracking proof of citizenship:

- Error with tracking citizenship puts nearly 100,000 Arizona voters' eligibility in limbo

- Voters affected by citizenship-check error can cast a full ballot, Arizona Supreme Court rules

- Arizona labeled longtime residents as citizens without proof for years, leading to voter roll errors

- Audit shows extent of Arizona's problems with tracking voters' citizenship

- Arizona officials struggle to straighten out voter rolls after proof-of-citizenship mixup

- Arizona voters caught up in state's citizenship-proof error could see their registrations canceled

# Have you received a letter asking you to provide proof of citizenship?

A Votebeat journalist may follow up with you.

Open the form in a new window: https://forms.gle/WdcqdQ6i2NugFkWf9

mkeenan@aclu.org Switch account

Not shared

* Indicates required question

**Have you recently received a letter from your county recorder's office asking you to provide proof of your citizenship?** *

○ Yes

○ No

○ Not sure

**What Arizona county do you live in?** *

Your answer

**When you received the letter, did you understand why you were being asked to provide citizenship proof? Do you now?**

Your answer

**How do you feel about having to provide proof of citizenship?**

Case 1:25-cv-00946-CKK    Document 34-27    Filed 04/07/25    Page 11 of 11

Your answer

**What year did you first register to vote in Arizona? And when was the last time you moved across county lines?**

Your answer

**When did you first get your Arizona driver's license?**

Your answer

**Do you have any questions?**

Your answer

**What's your email address? This is just so we can be in touch.**
You can also reach out to us at az.tips@votebeat.org. Thank you!

Your answer

Submit                                                                                                        Clear form

Never submit passwords through Google Forms.

Google Forms          This form was created inside of Civic News Company.

*Jen Fifield is a reporter for Votebeat based in Arizona. Contact Jen at jfifield@votebeat.org.*



# The Latest