# Exhibit 28

**Civil Action No. 25-0955 (CKK)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF CELINA STEWART**
**(Pursuant to 28 U.S.C. § 1746)**

My name is Celina Stewart and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

### Personal Background

1. I am the Chief Executive Office of the League of Women Voters. I took this position starting in August 2024. I have been employed by the League of Women Voters of the United States since 2018.

### League of Women Voters

2. The League of Women Voters ("LWV" or "the League") is a nonprofit, nonpartisan, grassroots, community-based membership organization headquartered in Washington, D.C. working to protect and expand voting rights and ensure everyone is represented in our democracy. LWV empowers voters and defends democracy through advocacy, education, mobilization, and litigation at the local, state, and national levels. The League believes the freedom to vote is a nonpartisan issue. Founded in 1920 as an outgrowth of the struggle to win voting rights for women, the League now has more than a million members and supporters and is organized in nearly 800 communities and in every state and the District of Columbia. Today, the League has expanded our vision of a more inclusive democracy where all Americans, regardless of gender, sex, race, ability, or party can see themselves represented in our government. As a woman-led organization, we encourage everyone to take part in our democracy.

3. The League comprises two entities: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF") (collectively, "LWV" or "the League"). LWVUS encourages informed and active participation in government,

works to increase understanding of major public policy issues, and influences public policy through education and advocacy.  LWVUS is a 501(c)(4) social welfare organization. LWVEF, a 501(c)(3) nonprofit, works to register voters, provide voters with election information through our election resource VOTE411.org, candidate forums, and debates, combat misinformation, mobilize voters, and engage in advocacy to encourage participation in the democratic process.

4. As part of our mission, the League—including state and local Leagues—operates one of the longest-running and largest nonpartisan voter registration efforts in the nation. The League seeks to encourage voter engagement and participation in the democratic process. Core to that mission is increasing voter registration for eligible citizens.

5. The League founded the Motor Voter Coalition in the 1980s and 1990s and served as national co-chair of the campaign to pass and implement the National Voter Registration Act ("NVRA"). The League has been one of the foremost active defenders of the NVRA by notifying Secretaries of State of noncompliance, working with them to correct NVRA violations, and, when necessary, filing enforcement actions. The League has filed lawsuits to enforce the NVRA in states including Alabama, Arizona, Florida, Georgia, Louisiana, Montana, North Carolina, Ohio, Pennsylvania, Tennessee, Texas, and Virginia. It also has filed litigation and participated as amicus in other challenges to restrictions on voter registration and the right to vote. Government bodies, journalists, and the public at large rely on the League for our expertise in voter registration processes, which are different in every state.

6. Providing education and assistance to both our members and the general public about voter registration is a critical activity of our organization that supports our core mission to ensure every eligible citizen is registered and can participate in our democracy.

7. Through our work, the League helps tens of thousands of voters register to vote every election cycle and is instrumental in ensuring access to voter registration for all eligible

citizens. Along with state and local Leagues, the League uses state voter registration forms and the federal voter registration form ("Federal Form") to assist voters in registering to vote. The League also maintains VOTE411.org, a nonpartisan, award-winning website which ensures voters have the information they need to successfully participate in every election—local, state, and federal. VOTE411.org is an accessible, bilingual, user-friendly website that allows individuals across the nation to register to vote or update their voter registration.

## The Executive Order

8.    I understand that the President's Executive Order, "Preserving and Protecting the Integrity of American Elections") (the "Executive Order") would, if implemented, require citizens using the Federal Form to provide documentary proof of citizenship to register to vote for federal elections.

9.    Implementation of the Executive Order would harm the League's core mission of helping citizens across the United States register to vote by preventing the League from using the Federal Form to help register citizens without documentary proof of citizenship.

10.    Because VOTE411.org is intended for any potential voter nationwide to use, along with other resources, it provides access to the Federal Form through links to the Election Assistance Commission ("EAC") website and the Rock the Vote registration portal.

11.    If the Federal Form is changed to require documentary proof of citizenship, the League, in coordination with our state and local Leagues, will have to overhaul VOTE411.org to provide different information to the public. VOTE411.org currently provides information to voters in English and Spanish. To ensure that the League's mission is achieved, it will be necessary to update the information in English and Spanish on VOTE411.org about how to register to vote in every state. This would be a burdensome process, as a customized state page is

3

required for every state and DC and each of the resource pages to ensure voters have accurate information in English and Spanish.

12. This change to the Federal Form would require an evaluation of the role of the Rock the Vote portal. While the Rock the Vote portal provides access to other registration methods, such as pathways to state online voter registration systems, Rock the Vote also relies on the Federal Form as a single method for registration that can be used by eligible U.S. citizens residing in almost every state. This resource is critical to the League's mission because it assists almost all eligible U.S. citizens to register to vote.

13. Currently the access provided to the Federal Form through the Rock the Vote portal, located on VOTE411.org, is user friendly and simple, encouraging engagement from potential voters. It only requires potential voters to fill out the required fields on the form. Users are then provided a completed registration form to sign and mail, with the specific mailing address filled in. It does not require any additional documentation. If registration with the Federal Form requires documentary proof of citizenship, the Rock the Vote portal would no longer be an effective way to register to vote. The League will very likely need to develop different methods of providing potential voters an effective way to complete the voter registration process using the Federal Form, which would require significant resources.

14. It is likely that if the Federal Form required documentary proof of citizenship, there would not be an alternative method for effectively registering voters using the Federal Form.

15. The League has already begun a comprehensive evaluation of VOTE411.org to determine the necessary changes to the website if the Executive Order is implemented. If the Federal Form required documentary proof of citizenship, the League would need to continue this evaluation and implement numerous changes to the website. Among other things, the League

would have to change our bilingual instructions on the identification needed for voter registration, guidance on the rules for registering to vote in each state, and explanation of eligibility to vote in each state, depending on each state's documentary proof of citizenship requirements.

16. This would include, at a minimum, developing instructions about what documents are acceptable, how to obtain access to those documents if a potential voter does not currently have access, and how to provide a copy of the required documentation without compromising the security of one's personal information. It will be a significant drain on the League's resources to conduct the necessary research for these instructions and develop these materials.

17. The League would also have to implement a litany of changes to our website and assist nearly 800 state and local Leagues with changing their websites.

18. The League maintains extensive toolkits and explainers for how to register voters in different settings. These include toolkits about registering voters in high schools, at naturalization ceremonies, and at virtual voter registration events, in addition to other kinds of voter registration drives. All of these guidance documents would have to be changed if the Executive Order goes into effect, because the League would have to change our guidance about documentary proof of citizenship.

19. Additionally, the League will need to work directly with state and local Leagues to develop similar state specific, multilingual assistance to voters. It would have to expend significant resources to coordinate with state Leagues regarding the impact of this change to the guidance state Leagues provide about documentation required to vote in each state. This includes guidance for the upcoming Special Congressional Election in Arizona, where the League of Women Voters of Arizona is already engaged in voter registration work and has planned numerous voter registration events in the coming months.

20. These added burdens on the League will not only impede the League's immediate goal of registering as many eligible voters as possible—the League will also be forced to divert resources from other core activities such as voter education about the importance of civic participation.

21. This harm is immediate because VOTE411.org and the Rock the Vote portal are currently live and used by individuals every day. To avoid the harm caused by providing incorrect or incomplete information about voter registration, the League will be required to implement immediate changes to the website or potentially pull it down completely while it evaluates the best approach.

22. Requiring documentary proof of citizenship to register to vote with the Federal Form will be burdensome on voters. Even with all the efforts that the League will undertake to educate potential voters about new documentary proof citizenship requirements and provide them with assistance to obtain documentary proof of citizenship, some potential voters will be less likely to take those necessary steps. There will also be eligible citizens prevented from registering to vote using the Federal Form through VOTE411.org and at voter registration events because they lack documentary proof of citizenship. This inevitable result of the Executive Order would harm the League's core mission of ensuring that as many eligible U.S. citizens are registered to vote as possible.

23. Even prior to its implementation, the Executive Order has caused significant confusion among local and state Leagues, League members, and the general public. The League has spent resources engaging with local and state Leagues around the county to address concerns about the Executive Order and potential impacts it might have on the use of the Federal Form to help register voters in various states. League leaders across the country are concerned about the potential need to collect documentary proof of citizenship during all voter registration efforts

throughout the country. Paid League staff members have been required to spend time with leaders from state and local Leagues to explain what documentary proof of citizenship would be needed to help voters register using the Federal Form and to strategize about how to best deal with the lack of clarity about the impact on all voter registration processes if changes to the Federal Form are made. These resources of the League's staff could be better spent supporting state and local Leagues' efforts to conduct proactive voter registration, educate voters, and encourage voters to participate in upcoming elections.

24. League leaders have also described how confusion about potential changes to the Federal Form and the impacts of the Executive Order are making it harder to recruit volunteers to help with voter registration work. Volunteers are concerned about the potential need to collect documentary proof of citizenship, which includes sensitive confidential information. Negative impacts on the recruitment and retention of volunteers harm local and state Leagues' capacity to conduct voter registration drives and impacts their ability to achieve the mission of the League to increase voter registration. Spending more time recruiting volunteers and addressing volunteers' concerns about the potential privacy implications of collecting documentary proof of citizenship also takes resources away from the League's core work of actually helping voters to register.

25. League leaders have reported that the potential documentary proof of citizenship requirement is chilling individuals' willingness to register to vote during their events. This makes it more difficult for local and state Leagues to convince voters to register to vote.

26. Further, League staff have already spent valuable time interfacing with communities that would be particularly impacted by the Executive Order, including disabled voters, trans voters, and married women with name changes. Members of those communities are understandably concerned about the impact of the Executive Order's documentary proof of citizenship requirements. As national leaders in voter registration, League staff and leadership

have taken significant time to meet with members of impacted communities and inform them of the possible implications of the Executive Order if it is implemented.

27. The League's time and resources spent supporting state and local League leaders to respond to the Executive Order have diverted valuable resources already. The work required to implement new voter registration processes and prepare state and local Leagues for the impact of the Executive Order will incur incalculable cost to the League's resources and ability to carry out our mission. Together, these harms take away from other work that League staff would be typically engaged in, such as actually providing voter education and voter engagement opportunities for elections in 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3rd, 2025

*[signature]*

_____
Celina Stewart