# Exhibit 29

**Civil Action No. 25-0955 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                    *Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                    *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                    *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF THU NGUYEN**

I, Thu Nguyen, declare as follows:

*Background*

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am the Executive Director of OCA-Asian Pacific American Advocates ("OCA").

3. OCA is a nonpartisan 501(c)(3) nonprofit membership organization. It has over 35 chapters and affiliates across the United States. OCA's headquarters are in Washington, D.C.

4. OCA has a total of approximately 200,000 members, including 3000 paid members. Members pay annual dues to OCA and choose to affiliate with a local chapter or be an "at large" member. Fifty percent of each member's dues are sent by OCA to the member's affiliated local chapter.

5. Current dues-paying members, known as voting members, have the right to vote for local chapter leadership, hold office within OCA and its chapters, and serve on committees or task forces. OCA currently has over 1700 voting members.

6. Voting members of OCA elect local chapter leadership, including but not limited to a board of directors, officers, including president and treasurer. A chapter may designate a separate Director to OCA's National Board or have the chapter President be its designee. The National Board is comprised of leadership from the local chapters, with larger chapters having additional representation, and elects the Executive Council of OCA, including its President. OCA's National Board also conducts, manages, and sets the mission, national policies and resolutions, and strategic plan and affairs of OCA. Each chapter must comply with policies, resolutions, and procedures set forth by the National Board.

7.      OCA's mission is to advance the sociopolitical and holistic well-being of Asian Americans, Native Hawaiians, and Pacific Islanders ("AANHPIs") in the United States in a variety of areas, including civic engagement.

8.      Defending the voting rights of AANHPI U.S. citizens is core to OCA's mission as well as to its national and state priorities. This includes reducing barriers to voting, including challenging restrictive identification laws, burdensome registration windows, and racial gerrymandering.

9.      Because furthering AANHPI civic engagement is core to OCA's mission, OCA engages in voter registration, education, and mobilization efforts.

10.     For example, OCA regularly conducts nonpartisan voter registration efforts across the nation through its state and local affiliates. In addition to conducting voter registration drives, OCA and its chapters also provide links to voter registration on their website to expand the scope of their outreach. OCA chapters, including but not limited to OCA-Cleveland and OCA-Pittsburgh, link to online voter registration portals maintained by APIAVote and Rock the Vote. These online voter registration portals rely on the Federal Form to provide individuals with an opportunity to register to vote, and these portals are available in numerous Asian languages.

11.     OCA also creates state-level voter guides, directing voters to in-language voter materials from government websites, including the Election Assistance Commission's website, and connecting voters to youth volunteers for voter outreach work.

12.     OCA hosts an annual virtual voter outreach event called "DJ the Vote" during which OCA members nationwide participate in text and phone banking to engage registered voters and eligible potential voters, often in-language.

13. OCA and its chapters and affiliates have participated as plaintiffs and as amici in several cases impacting voter registration and voting rights to further its mission and policy priorities.

14. By conducting these activities, OCA serves its core mission of protecting the voting rights of AANHPI citizens and furthering their civic engagement by increasing the number of eligible citizens who register to vote and implementing procedures at all levels of government to increase the participation of all AANHPI voters.

15. If the Federal Form is changed to require documentary proof of citizenship, OCA and its chapters will have to expend resources to change and update this voter registration information, as well as determine whether online voter registration services will be available in Asian languages. These changes will create fear and confusion among members, the AANHPI communities, and erode OCA's status as a trusted community voice if a comparable online voter registration portal is not implemented.

16. These emergent needs will divert resources away from OCA's other core activities. For example, the organization will need to divert resources away from other mission-driven work, including but not limited to cultural events; food and clothing drives; community clean-ups; programming for AANHPI youth, professionals, and elders; and small business support.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2025

By: _____
Thu Nguyen