# Exhibit 30

**Civil Action No. 25-0955 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF CHRISTINE CHEN**

I, Christine Chen, declare as follows:

### *Background*

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am the Executive Director of Asian and Pacific Islander American Vote (APIAVote). I co-founded APIAVote in 2007.

3. APIAVote is a nonpartisan 501(c)(3) nonprofit organization headquartered in Washington, D.C.

4. APIAVote is dedicated to engaging, educating, and empowering Asian American and Pacific Islander ("AAPI") communities to strengthen and sustain a culture of civic engagement.

5. APIAVote's mission is to get AAPIs registered and out to vote and protect the freedom to vote so that communities can advocate for the issues important to them.

6. APIAVote works with over 60 partners in 29 states on outreach, organizing, and communications efforts that have reached millions of AAPI voters, helping them to register to vote, providing them information on voting absentee or in person, and educating voters on the importance of voting.

7. To further our mission, one of APIAVote's core functions is to make it easier for more eligible citizens to register to vote in federal elections by educating AAPIs about how to register to vote and then help them to register.

8. To carry out this function, APIAVote, in partnership with Rock the Vote, has created a national, multilingual voter registration portal, to implement its voter engagement program. This program aims to contact voters through phone and text banking, multiple rounds

of targeted translated mailers, coordination of door-to-door canvassing, and investments in ethnic media, targeted social media advertisements and content.

9. APIAVote's website has a voter registration portal based on the federal voter registration form that is available in multiple Asian languages including Korean, Tagalog, Ilocano, Hindi, Thai, Vietnamese, Chinese, Japanese, Urdu, and Bengali. APIAVote's Asian language voter registration portal provides Federal Form voter registration in several Asian languages that are not available from the Election Assistance Commission, such as Urdu, Thai, and Ilocano. Many voters have used, and continue to use, APIAVote's Asian language voter registration portal to register to vote in-language.

10. APIAVote's Asian language voter registration portal is not designed to collect copies of documents showing proof of citizenship as required by the Executive Order.

11. Further, many community organizations that serve the AAPI community both embed APIAVote's voter registration portal on their websites and use it as a crucial platform for their voter registration efforts.

12. Therefore, if the Federal Form is changed to require documentary proof of citizenship, APIAVote's Asian language voter registration portal will be immediately defunct. This will prevent APIAVote and our partners from registering voters in various Asian languages, frustrating our mission to register all eligible AAPI citizens and have them participate in our democracy.

13. We will, at minimum, have to change our Asian language voter registration portal to instruct registrants to provide documentary proof of citizenship, including but not limited to the different types of allowable documentary proof of citizenship.

14. This in turn will add a burden to the AAPI communities who rely on our portal to register to vote in-language. These prospective registrants will be required to, at minimum, copy the requisite documentary proof of citizenship, and then print and mail it with their Federal Form. Many may not have the requisite documentary proof of citizenship readily accessible and will have to spend time and money to obtain it. We know from experience, that in many cases, these additional steps and costs will result in fewer voter registrations frustrating APIAVote's mission.

15. In addition to providing an Asian language voter registration portal, APIAVote also provides paperless voter registration through its portal by connecting prospective registrants to state online voter registration systems where available. We do not translate state online voter registration systems into Asian languages.

16. Therefore, if the Federal Form is changed to require documentary proof of citizenship, we will need to create guides in multiple Asian languages about how to register to vote using state voter registration processes so that it can provide information useful to all AAPI voters, even those without documentary proof of citizenship.

17. APIAVote also has a multilingual hotline that is largely staffed by bilingual volunteers who, among other things, help individuals register to vote, including by directing them to our Asian language voter registration portal. We would need to expend even more resources in recruiting and training additional bilingual volunteers to translate alternatives to the Federal Form for callers who don't readily have the requisite documentary proof of citizenship, instead of simply directing them to our Asian language voter registration portal. Our hotline voter registration assistance would thus become less effective even as it reduces APIAVote's resources that may be directed elsewhere.

18. Changing and updating its Asian language voter registration portal, creating Asian language guides on state voter registration, and adding additional capacity to our multilingual hotline will be a burdensome task that will divert resources away from the APIAVote's other core activities. For example, our organization will need to divert resources away from its advocacy to improve election procedures by, for example, providing in-language materials to local election officials as they expand language accessibility in their jurisdictions.

19. Given the various deadlines of elections in all 50 states, APIAVote will also be forced to create these guides immediately.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2025

By: _____

Christine Chen