# Exhibit 31

**Civil Action No. 25-0955 (CKK)**



# 2025 Congressional District 7
# Special Primary and Special General Election Information
# Important Dates

| **Event** | **Date** |
|---|---|
| Proclamation for vacancy issued by the Governor. First day to create special election candidate campaign/petitions | March 14, 2025 |
| First day to file special election nomination paper and special election nomination petitions [1] | March 17, 2025 by 9:00 a.m. |
| Deadline to file special election nomination paper and special election nomination petitions [1] | April 14, 2025 at 5:00 p.m. |
| Deadline to file candidate petition challenges in Superior Court | April 21, 2025 at 5:00 p.m. |
| Deadline to file as a write-in candidate for Special Primary Election | June 5, 2025 at 5:00 p.m. |
| Voter registration deadline for Special Primary Election | June 16, 2025 at 11:59 p.m. |
| Early voting begins for Special Primary Election | June 18, 2025 |
| **Special Primary Election** | **July 15, 2025** |
| Deadline to file as a write-in candidate for Special General Election | August 14, 2025 at 5:00 p.m. |
| Voter registration deadline for Special General Election | August 25, 2025 at 11:59 p.m. |
| Early voting begins for Special General Election | August 27, 2025 |
| **Special General Election** | **September 23, 2025** |

## Petition Signature Requirements[2]

| DEMOCRAT | | | GREEN | | | LIBERTARIAN | | |
|---|---|---|---|---|---|---|---|---|
| Voter Registration[3] | Min | Max | Voter Registration | Min | Max | Voter Registration | Min | Max |
| 319,063 | 798 | 31,906 | 148,157 | 370 | 14,816 | 150,516 | 376 | 15,052 |
| NO LABELS | | | REPUBLICAN | | | INDEPENDENT (General Election ballot) | | |
| Voter Registration | Min | Max | Voter Registration | Min | Max | Voter Registration | Min | Max |
| 150,314 | 376 | 15,031 | 225,508 | 564 | 22,551 | 147,690 | 4,431 | 14,769 |

---

[1] Partisan candidates may run in the Special Primary Election using a "Partisan Nomination Petition," while independent candidates may run in the Special General Election using an "Independent Nomination Petition." Both types of petitions are due by April 14, 2025 at 5:00 p.m.
[2] Signature requirements are based on January 2, 2024 voter registration statistics.
[3] For signature requirement calculations, total are based on registered party members and voters registered as Independent/Other.

Election Services Division
Office of the Secretary of State
1700 W. Washington St., FL 7
Phoenix, AZ  85007-2808
Telephone: (602) 542-8683
www.azsos.gov/elections