**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER**

The Court hereby finds that Plaintiffs are likely to succeed on the merits of their claim that Section 2(a) of President Trump's March 25, 2025, Executive Order No. 14248 violates the constitutional separation of powers; that Plaintiffs will imminently suffer irreparable harm in the

absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary injunction. Therefore, it is hereby:

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; and

**ORDERED** that Defendants United States Election Assistance Commission ("EAC"), Donald L. Palmer (in his official capacity as Chairman and a Commissioner of the EAC), Thomas Hicks (in his official capacity as Vice Chair and a Commissioner of the EAC), Christy McCormick and Benjamin W. Hovland (in their official capacities as Commissioners of the EAC), and Brianna Schletz (in her official capacity as Executive Director of the EAC) are preliminarily enjoined from implementing Section 2(a) of the Executive Order.

**SO ORDERED**.

Dated: _____, 2025                           _____

                                                  United States District Judge