## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,

                       *Plaintiffs*,

     v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

                       *Defendants*.

Civil Action No. 25-0946 (CKK)

---

DEMOCRATIC NATIONAL COMMITTEE,
*et al.*,

                       *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                       *Defendants*.

Civil Action No. 25-0952 (CKK)

---

LEAGUE OF WOMEN VOTERS
EDUCATION FUND, *et al.*,

                       *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                       *Defendants*.

Civil Action No. 25-0955 (CKK)

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(e)(2), Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of the following attorney who has undertaken the representation of Plaintiffs in this matter as co-counsel:

1. The attorney's full name is Leah C. Aden.

2. The attorney's office address and telephone number are NAACP Legal Defense & Educational Fund, Inc, 40 Rector Street, 5th Floor, New York, NY 10006, (212) 965-2200.

3. The attorney is admitted to the following bars: New York State (No. 4555207).

4. The attorney has not been disciplined by any bar.

5. The attorney has never been admitted pro hac vice in this Court within the last two years.

6. The attorney is not a member of the District of Columbia Bar and does not have an application for membership pending.

7. The attorney is familiar with the Local Rules of this Court.

8. A certificate of the court or bar for the state in which the attorney regularly practices, which has been issued within thirty (30) days of filing and states that the attorney is a member in good standing of the bar of that state court is attached.

9. An accompanying payment of $100 will be deposited in the fund described in LCvR 83.8(f).

WHEREFORE, Plaintiffs respectfully request that the Court permit this attorney to *appear pro hac vice*.

*Signature on next page.*

Date: April 4, 2025

/s/ Megan C. Keenan
Megan C. Keenan (DC Bar No. 167208)
AMERICAN      CIVIL      LIBERTIES      UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

*Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote*

## CERTICIATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Megan C. Keenan
Megan C. Keenan (DC Bar No. 167208)
AMERICAN    CIVIL    LIBERTIES    UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

*Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote*