AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| LULAC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     1:25-cv-946 (CKK) |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association     .

Date:     04/07/2025

/s/ Anna Baldwin
*Attorney's signature*

Anna Baldwin, DC Bar No. 998713
*Printed name and bar number*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005

*Address*

abaldwin@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*