AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LULAC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-946 (CKK) |
| Executive Office of the President, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association.

Date: 04/07/2025

/s/ Robert Brent Ferguson
*Attorney's signature*

Robert Brent Ferguson, DC Bar No. 1782289
*Printed name and bar number*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
*Address*

bferguson@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*