AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| League of United Latin American Citizens, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00946-CKK |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democratic National Committee, DGA, DSCC, DCCC, Charles E. Schumer, and Hakeem S. Jeffries.

Date: 04/07/2025

/s/ Lalitha D. Madduri
*Attorney's signature*

Lalitha D. Madduri (DC 1659412)
*Printed name and bar number*

Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
*Address*

lmadduri@elias.law
*E-mail address*

(202) 968-4490
*Telephone number*

(202) 312-5904
*FAX number*