AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| League of United Latin American Citizens, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00946-CKK |
| Executive Office of the President, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democratic National Committee, DGA, DSCC, DCCC, Charles E. Schumer, and Hakeem S. Jeffries.

Date: 04/07/2025

/s/ Tyler L. Bishop
*Attorney's signature*

Tyler L. Bishop (DC 90014111)
*Printed name and bar number*

Elias Law Group LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101

*Address*

tbishop@elias.law
*E-mail address*

(206) 656-0177
*Telephone number*

(202) 312-5904
*FAX number*