**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*<br><br>　　　　Plaintiffs,<br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*<br><br>　　　　Defendants. | Lead Case No. 1:25-cv-00946-CKK |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*<br><br>　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>　　　　Defendants. | Case No. 1:25-cv-00952-CKK |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*<br><br>　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>　　　　Defendants. | Case No. 1:25-cv-00955-CKK |

**DECLARATION OF JAMES J. PINCHAK**

I submit this declaration in support of my motion for *pro hac vice* admission (ECF No. 16). I declare that I am familiar with and will be governed by the Local Rules of the United States District Court for the District of Columbia.

Dated: April 7, 2025                              Respectfully submitted,

                                               By:   /s/ *James J. Pinchak*

James J. Pinchak*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Phone: (202) 968-4490
Fax: (202) 312-5904

Attorney for Democratic National Committee, Democratic Governors Association, DSCC, DCCC, Charles E. Schumer, and Hakeem S. Jeffries

*Admitted pro hac vice*