**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                  Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                  Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                  Defendants. | Civil Action No. 25-0955 (CKK) |

**DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs the Democratic National Committee, the Democratic Governors Association, the Democratic Senatorial Campaign Committee, the Democratic Congressional Campaign Committee, and the Democratic leaders of the U.S. Senate and House, Charles E. "Chuck" Schumer and Hakeem S. Jeffries, respectively ("Democratic Party Plaintiffs") respectfully move for a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, and state as follows:

Plaintiffs seek to preliminarily enjoin Defendants, their officers, agents, servants, and employees from enforcing Sections 2(a), 2(b), 2(d), and Section 7 of Executive Order 14248. As set forth in more detail in the accompanying memorandum, these sections should be enjoined because they are *ultra vires*, incompatible with separation of powers principles, and in violation of several federal statutes. *See Am. Forest Res. Council v. United States*, 77 F.4th 787, 796 (D.C. Cir. 2023); *Collins v. Yellen*, 594 U.S. 220, 245 (2021). This Motion is supported by an accompanying memorandum of points and authorities and by declarations, which are attached as exhibits, filed herewith:

Pursuant to Local Rule 65.1(d), Plaintiffs aver that expedition is made essential by the irreparable and ongoing harm to Plaintiffs' operations detailed in the accompanying brief and supporting declarations.

No monetary security is required under Federal Rule of Civil Procedure 65(c) because Defendants will not suffer any harm as a result of a preliminary injunction here. *See Nat'l Council of Nonprofits v. Off. of Mgmt. & Budget*, --- F. Supp. 3d ----, No. CV 25-239 (LLA), 2025 WL 597959, at *19 (D.D.C. Feb. 25, 2025) ("Rule 65(c) has been read to vest broad discretion in the district court to determine the appropriate amount of an injunction bond, including the discretion to require no bond at all." (quoting *DSE, Inc. v. United States*, 169 F.3d 21, 33 (D.C. Cir. 1999), then *P.J.E.S. ex rel. Escobar Francisco v. Wolf*, 502 F. Supp. 3d 492, 520 (D.D.C. 2020))).

Pursuant to Local Civil Rule 7(m), undersigned counsel states that counsel for Democratic Party Plaintiffs corresponded with counsel for Defendants regarding the scope of Democratic Party Plaintiffs' motion for preliminary injunction. The motion is opposed.

A proposed order is attached hereto.

Dated: April 7, 2025

Respectfully submitted,

*/s/ Marc. E. Elias*
**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
James J. Pinchak (NY 5965397)*
Julie Zuckerbrod (DC 1781133)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Motion for Preliminary Injunction on all Defendants named in this Motion by emailing it to their attorneys at the email addresses listed below, to be followed with mailed copies to the addresses listed below.

UNITED STATES ELECTION ASSISTANCE COMMISSION
633 3rd Street, NW, Suite 200
Washington, DC 20001

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue NW
Washington, DC 20530

U.S. DOGE SERVICE,
736 Jackson Place NW
Washington, DC 20503

U.S. DEPARTMENT OF STATE,
2201 C Street NW
Washington, DC 20520

U.S. DEPARTMENT OF HOMELAND SECURITY,
2707 Martin Luther King Jr. Avenue SE
Washington, DC 20528

U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301

U.S. DEPARTMENT OF VETERANS AFFAIRS,
810 Vermont Avenue NW
Washington, DC 20420

U.S. SMALL BUSINESS ADMINISTRATION,
409 Third Street SW
Washington, DC 20416;

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street NW
Washington, DC 20240

BENJAMIN W. HOVLAND

633 3rd Street NW, Suite 200
Washington, DC 20001

DONALD L. PALMER
633 3rd Street NW, Suite 200
Washington, DC 20001;

THOMAS HICKS
633 3rd Street NW, Suite 200
Washington, DC 20001;

CHRISTY MCCORMICK
633 3rd Street NW, Suite 200
Washington, DC 20001;

PAMELA BONDI
950 Pennsylvania Avenue NW
Washington, DC 20530;

AMY GLEASON
736 Jackson Place NW
Washington, DC 20503;

MARCO RUBIO
2201 C Street NW
Washington, DC 20520;

KRISTI NOEM
2707 Martin Luther King Jr. Avenue SE
Washington, DC 20528;

PETER B. HEGSETH
1000 Defense Pentagon
Washington, DC 20301;

DOUGLAS A. COLLINS
810 Vermont Avenue NW
Washington, DC 20420;

KELLY LOEFFLER,
409 Third Street SW
Washington, DC 20416

DOUGLAS BURGUM
1849 C Street NW
Washington, DC 20240;

ANDREW DARLINGTON
950 Constitution Avenue, NW
Room 5535
Washington, DC 20530
andrew.darlington@usdoj.gov

MICHAEL GATES
950 Constitution Avenue, NW
Room 5744
Washington, DC 20530
michael.gates2@usdoj.gov

/s/ Lalitha D. Madduri
Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4593
lmadduri@elias.law