# Exhibit 2

Civil Action No. 25-cv-0952 (CKK)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF CHARLES E. SCHUMER IN SUPPORT OF
DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Charles E. Schumer, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

1. I am the senior U.S. Senator from New York, the Senate Minority Leader and the Leader of the Senate Democratic Caucus.

2. I have been elected to the U.S. Senate five times and was elected to the U.S. House of Representatives nine times prior to that. I am also a current candidate for U.S. Senate. I am a citizen of the United States, a resident of the State of New York, and an individual voter in federal, state, and local elections.

3. As the Leader of the Senate Democratic Caucus, I am responsible for helping to elect Democratic Party candidates in U.S. Senate elections across the country. This responsibility is critical to the success of the Caucus and to the mission of the Democratic Party as whole, given that the Caucus's ability to influence the legislative agenda in the U.S. Senate depends on the size of its membership. I play a direct role in helping to increase the size of the Caucus. In my role as Leader, I provide direct support to Democratic Senate campaigns, often in highly competitive battleground states, by helping to fundraise, weighing in on strategy and messaging, speaking at campaign events, and engaging in other important campaign work. I work closely with DSCC throughout the entire election cycle to recruit new candidates, craft messaging, prioritize party investments and develop strategies to elect Democratic Senate candidates.

4. On March 25, 2025, the President issued Executive Order 14248, *Preserving and Protecting the Integrity of American Elections*, which mandates various federal officers and the Election Assistance Commission to adopt several of the President's preferred election policies. The Order, which usurps authority that the U.S. Constitution reserves for members of Congress,

or for the states, severely and immediately harms Democratic Senate candidates and the Senate Caucus, and it impedes my ability to carry out my duties as Leader.

5. In particular, President Trump's imposition of a national election day ballot receipt deadline will directly disenfranchise the Democratic Party's members and constituents—including members of the military, their families, and countless others who rely on voting by mail—by requiring states to reject ballots not received by election day, even where state law (including New York's) provides a longer period for receipt.

6. Particularly since the pandemic, Democrats have expended significant resources to encourage legal voters to vote by mail, because that method is often the most convenient or accessible way for voters to participate. The Democratic Party has invested significant resources to educate voters on how to vote by mail and make sure their ballots get counted. Those efforts advise voters to follow state law, and many state laws allow for the counting of ballots received after election day, so long as they are placed in a dropbox or in the mail by election day. The imposition of a nationwide election-day receipt deadline would drastically change the way many Democratic voters vote. No matter how many resources Democrats pour into education efforts to reeducate voters on this change, some voters are likely to be going to be confused, cast their ballots in accordance with state law deadlines, and will be disenfranchised as a result. The Executive Order severely threatens Democratic voters' fundamental right to vote.

7. It will be very difficult to ensure that *all* voters are aware of a new election day receipt rule, especially in states that have longstanding universal vote by mail programs like Washington, Oregon, California, and Colorado. Many other states, including my home state of New York, have expanded access to mail voting in recent years. In these states, huge portions of the electorate vote by mail. It will take an enormous and resource-intensive effort on the part of

the Party to educate voters about the need to ensure that their ballots have been *received* by election officials by election day. The election day receipt deadline will also mean that many Democratic voters will be at an information disadvantage because they will be forced to make their final choices on which candidates to support well before election day, whereas voters who cast their ballots in person will have more time to evaluate candidates and their policy positions before making their final choices. In turn, the Party will have less time to persuade mail voters to support Democratic candidates for Senate. The Party will also be required to invest more resources in encouraging voters to use other methods of voting, including to develop a plan to vote in person at the polls.

8. Requiring ballots to be received by election day in order to be counted will result in the disenfranchisement of voters for reasons that are completely out of the voters' control. For instance, even when voters place their ballot in the mail well before election day, timely cast ballots often arrive after election day because of mail delays. I am aware of significant mail delays at the Postal Service that routinely cause some ballots to take several days—sometimes even weeks—to be delivered. In the 2024 election, several of my colleagues in the U.S. Senate sent a letter to the U.S. Postmaster General expressing concern about the United States Postal Service's implementation of its "Delivering for America" plan, which had led to significant delivery issues nationwide. States like New York have enacted laws to mitigate the effects of these issues by counting ballots that are cast by the voter so long as the ballot is postmarked on or before election day. The Executive Order, however, would effectively override New York law and *require* disenfranchisement.

9. If large numbers of mail ballots that skew Democratic are invalidated, Republicans will gain an electoral advantage. Under the President's ballot receipt deadline, this will occur every

election cycle. Senate races can sometimes be decided on small margins—so every one of these improperly invalidated ballots matters to Democratic Senate candidates' electoral prospects and my mission to grow the size of the Democratic Caucus in the Senate. For example, the 2022 U.S. Senate race in Nevada was decided by fewer than 8,000 votes—and in that election *alone*, Clark County received more than more than 27,000 valid ballots on the day after the election, more than 36,000 two days after the election, and around 2,000 more during the final days of the permissible period for receiving ballots.

10. I also fear that the Order's election day ballot receipt deadline could call into question state laws that permit voters to "cure" timely mail ballots with minor technical errors in the days after election day, undermining our Party's planned post-election ballot cure programs. In the 2022 Nevada race, for example, more than 12,000 ballots that could be cured were initially rejected—more than the margin that decided the race.

11. The President's Order also directs the Election Assistance Commission, an independent agency, to add a documentary proof of citizenship requirement to the federal voter registration form required by the National Voter Registration Act (NVRA)—the "Federal Form." Under this provision, any voter using the form who lacks acceptable proof of citizenship is barred from registering and voting. The Order also directs certain federal agencies to conduct citizenship checks of any prospective voter who receives public assistance before providing them with a registration form, even though other voters are not treated this way. The Order further seeks to pressure states into imposing their own proof of citizenship requirements.

12. Foreign nationals are already barred from attempting to register or vote in the United States, and existing law already prevents it. The implementation of these unnecessarily burdensome provisions will make it extremely difficult for a large number of qualified U.S.

5

citizens to vote, and inflict further harms on Democratic Senate candidates, making it harder for me to perform my duties as Leader.

13.     That is because millions of U.S. citizens, including among my constituency in New York, lack documentary proof of citizenship, such as a passport, or the ability to easily obtain it. I also understand that women have had difficulty proving their citizenship because their married name may not match their name on their citizenship documents. These voters will not be able to register to vote or will be dissuaded from voting because of the President's Order. These groups of voters make up large portions of the constituencies of the Democratic Party and Democratic candidates for Senate. As a result, the imposition of overly burdensome proof of citizenship requirements inflicts significant harm on the Democratic Party and our constituency, and further restructures the election system to the benefit of the President's party over ours.

14.     Finally, the Order gives unauthorized third parties, inside and outside of the federal government, direct access to federal databases containing the personal information of millions of Americans—including me and other Democratic Party voters. This unauthorized disclosure of information beyond the individuals in the federal government who are entrusted by law to handle it flies in the face of our longstanding commitment to privacy rights in this country.

15.     These unauthorized disclosures harm DSCC and our candidates' and party's voter registration efforts because it is harder to convince people to register to vote when they are legitimately concerned and fearful that their private information will be shared with unauthorized individuals. Our voters have expressed fear and skepticism of DOGE, so much so that some may be willing to forgo registering and exercising their right to vote if they learn that DOGE will get access to their personal information. For similar reasons, the DSCC will face additional fundraising hurdles. If voters do not trust the election system, they are far less likely to donate, harming

DSCC's bottom line. This will occur at a time when the Party will be forced to invest an enormous amount of resources to educate voters on the new requirements imposed by the President's Order, including explaining to voters how their personal information will be used and convincing them to register to vote despite the privacy risks.

16. The President's Order undermines my ability to carry out my responsibilities as Leader of the Senate Democratic Caucus. One of my top priorities is to protect the voting rights of voters and constituents. DSCC and Democratic campaigns (including my own) will have to make monumental investments and changes to their programs all over the country to ensure that our voters are able to cast their ballots and have them counted. Additionally, our donors know that mail voting is important to the success of Democratic candidates, and I fear that this Order will erode their faith in our candidates electoral prospects and deprive DSCC and our campaigns of critical funding going into a major mid-term election cycle.

17. The unfairness, uncertainty, and confusion around the election rules imposed by the Order also make it harder for me to effectively recruit strong candidates to run for office. Candidates want to know that the rules of the road are clear, and they want to know that they have a fair shot of winning if they invest their own time and money in a race. It is difficult to convince potential candidates to run for office as Democrats when the President has unfairly changed the election rules in a way that tilts the playing field heavily in favor of Republicans.

18. By restructuring election rules in a manner that benefits our competitors and significantly disadvantages Democrats, the Order harms the electoral prospects of Democratic Senate candidates.

19. The Order comes at a particular cost for me in my role as the Leader of the Senate Democratic Caucus. It will mean that I will have to spend more of my time and efforts attempting

to raise additional funds for the DSCC, identifying and recruiting candidates to join in our effort to grow the size of the Caucus, and contemplating additional campaign strategies to support Senate candidates. This will come at the expense of time spent dealing with other critical issues facing our country.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/7/2025

*Charles E. Schumer*

**Charles E. Schumer**
**U.S. Senate Minority Leader**