# Exhibit 3

Civil Action No. 25-cv-0952 (CKK)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF LIBERTY SCHNEIDER IN SUPPORT OF
DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Liberty Schneider, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am currently the Deputy Executive Director at the Democratic National Committee, or the "DNC." Before I was promoted to my current role, I served as the DNC's Chief of Staff.

3. The DNC is the Democratic Party's national committee and is dedicated to electing Democratic candidates at the national, state, and local levels. In support of our mission, the DNC seeks to register new voters as Democratic Party members and supporters; to preserve the lawful registration status of Democratic Party members and other Democratic Party supporters; to encourage and assist Democratic Party members and supporters in casting ballots and having those ballots count; to protect registered Democratic Party members and supporters from unlawful retaliation or intimidation; and to preserve the legal rights of our voters.

4. The DNC has approximately 450 formal members who are party officials, including State Party leaders, elected officials, and Democratic voters. The DNC also considers any registered Democrat to be a member of the DNC and the Democratic Party, because Democratic voters influence and ultimately determine the DNC's strategic and political direction by electing certain DNC members and Democratic candidates to local, state, and federal offices.

5. In my role as Deputy Executive Director, I oversee many of the DNC's program teams, including organizing, communications, training, fundraising, political strategy, and coalitions. In my previous role as Chief of Staff, I was also heavily involved in programming, committee-wide initiatives, and the DNC's day-to-day operations.

6. The DNC is actively planning, preparing, budgeting, and strategizing for upcoming gubernatorial elections in New Jersey and Virginia, along with the 2026 midterm elections. As the

backbone of the Democratic Party, the DNC provides support and resources to thousands of candidates at the local, state, and federal level in every state across the country.

7. In preparation for upcoming elections, the DNC is heavily focused on encouraging Democratic voters to vote, including by mail, and making sure they have the knowledge and resources to do so correctly. Particularly since the pandemic, the DNC has expended significant resources to encourage voters to vote by mail, because that method is often the most convenient or accessible way for voters to participate.

8. In recent years, the DNC has developed, in partnership with our state parties, a comprehensive outreach, assistance, and ballot-cure program to ensure Democratic voters are able to cast mail ballots and have them counted. In cure programs, the DNC and others identify qualified voters whose mail ballots are slated for rejection for a non-substantive defect, such as a missing signature on a ballot envelope, and work with those voters to correct the errors and return their ballots before the state's applicable deadline. These programs were built with the understanding that voters' ballots will be counted if they are returned by the Postal Service to the proper state election official or office by their state's deadline, which, in many states, extends past election day. And the DNC's ability to fulfill our mission of electing Democratic candidates currently depends significantly on those programs.

9. President Trump's imposition of a national election day ballot receipt deadline will disenfranchise the DNC's members and constituents—including members of the military, their families, and countless others who rely on voting by mail—by requiring states to reject ballots not received by election day, even where state law provides a longer period for receipt. This impact will fall particularly hard on Democratic voters in states where elections are conducted primarily by mail, such as California, Nevada, Oregon, Utah, and Washington—all of which have mail ballot

receipt deadlines past election day, and many of which have competitive districts that are regularly decided by small margins. The same is true in New York, which recently expanded mail voting to all voters.

10. Elections in California, in particular, will be heavily impacted by an election day ballot receipt deadline given the sheer size of the state and the widespread use of mail voting. California currently accepts mail ballots that arrive up to seven days after election day. And in recent elections, an overwhelming majority of California voters submitted their ballots by mail—in the 2022 general election, more than 9 million mail ballots were submitted, comprising nearly 90% of all votes. And in 2024, over 13 million mail ballots were submitted, accounting for more than 80% of all votes. Given these numbers, shortening the mail ballot receipt deadline by a week will necessarily negatively impact a substantial number of voters in future elections.

11. The imposition of a national election day receipt deadline will cause significant confusion among voters as to which deadline applies – election day, per the President's Executive Order, or the one provided by state law. Voters may follow their own state's law only to be disenfranchised as a result. The DNC further fears that the election day receipt deadline could call into question state laws that permit voters to "cure" timely mail ballots with minor technical errors in the days after election day, undermining the DNC's planned post-election ballot cure program.

12. Voters often get accustomed to voting a certain way by a certain deadline, and in fact, the DNC encourages developing voting habits so that voting becomes routine for its constituents. Because it is difficult to change voters' habits, the DNC expects that, despite its best efforts, the new mail ballot receipt deadline will inevitably lead to voter disenfranchisement and cause Democratic candidates to lose votes because ballots will arrive after the deadline. Other voters may not vote at all, even if they have a ballot in hand, if they believe that the ballot is not

likely to arrive before the deadline.

13. In an effort to thwart the harmful effects of President Trump's Order and to ensure voters are not disenfranchised, the DNC will be forced to redirect its limited resources toward new mail voting and ballot cure programs. For example, the DNC will have to replace its existing mail-voter assistance and outreach programming with programming aimed at ensuring voters return their ballots by election day. The Postal Service and state officials typically advise voters to build in seven days or more for a ballot to be delivered, and even that window is often not sufficient. The Postal Service also recently announced a plan to cut 10,000 jobs, reduce work hours, and close facilities, all of which will slow down mail service.

14. Given the likelihood of mail delays, the DNC will need to develop new voter education programs, including but not limited to social media campaigns and direct outreach aimed at encouraging voters to return their ballots far sooner than they have in the past, and without the benefit of a clear election day deadline for placing their ballots in the mail. And in states that have previously counted ballots that arrive after election day, the change also means that mail voters have less time to make their final decisions about which candidates to support, and the DNC consequently has less time to persuade and mobilize them. The DNC will be further forced to stand up additional voter education and engagement programming to encourage voters to use other methods of voting to minimize the risk of disenfranchisement.

15. The DNC hosts and manages a voter protection hotline, which voters often use to speak with trained DNC staff and volunteers about their registration status, how to vote, and how to cure their ballots in the weeks leading up to election day. Due to the risk that voters will be confused about mail ballot deadlines, the DNC will need to train its voter protection hotline volunteers on the new mail ballot deadline to ensure voters have the information they need to

ensure their votes are counted.

16. Finally, the DNC will be forced to prepare to implement an entirely new ballot cure program to account for the risk that election officials will refuse to allow timely ballots to be cured past election day.

17. These programs, which will need to be implemented in dozens of states, come at a significant cost. Because the DNC has not budgeted for these new, widespread programs, we will be required to scale back or cut the initiatives we currently have planned for persuading and mobilizing supporters to elect Democratic candidates to local, state, and federal offices across the country. For example, a large portion of the DNC's budget for the 2026 election cycle will be allocated for getting out the vote. This will require significant expenditures on advertisements, peer-to-peer texting, and canvassing. But because we will need to unexpectedly spend money to educate voters in many states on an earlier mail ballot deadline, we will necessarily have to scale back these get-out-the-vote activities.

18. The DNC is also working to ensure that all eligible Democratic voters (and voters who are likely to support Democratic candidates) are registered to vote, and that their registrations are current. For example, the DNC maintains a website that provides voters in all fifty states with the information they need to register to vote and check their registrations. The DNC also routinely sends voters targeted emails and text messages with information on registering to vote in their state. For many of our members and constituents, the most accessible option for registering to vote is the National Mail Voter Registration Form, commonly referred to as the "Federal Form." This form streamlines the voter registration process and does not require voters to gather or submit any additional documentation.

19. Existing law already makes it illegal for foreign nationals to register and vote in our

elections, and our existing law prevents non-citizens from voting. And there is no evidence of widespread voting by non-citizens in U.S. elections. The Order's unnecessary documentary proof of citizenship requirement will make it significantly harder for the DNC's members and constituents—qualified U.S. citizens—to register and remain registered to vote. For example, millions of American citizens, including many of the DNC's members and constituents, lack qualifying proof of citizenship documents, and as a result, will be unable to register to vote using the Federal Form. The DNC's lower-income members and constituents who do not travel out of the country may lack qualifying citizenship documents—like a passport—or the ability to easily obtain them. President Trump's proof of citizenship requirement also singles out recipients of public assistance for additional citizenship assessments before even receiving a Federal Form. Additionally, women make up a majority part of the DNC's coalition, many of whom have changed their last name upon marriage, such that their legal name does not match their citizenship documents. It will therefore be more difficult for married women to provide documentary proof of citizenship to register to vote as well.

20. The burdens imposed by the documentary proof of citizenship requirement will be particularly acute in Arizona, where there is a special congressional primary election in Arizona Congressional District 7 on July 15, 2025, and a general election on September 23, 2025. Voter registration for the primary and general election close on June 16, 2025 and August 25, 2025, respectively. Arizona has imposed a documentary proof of citizenship requirement to vote in state elections, but until President Trump's Order, allowed voters to register with the Federal Form and vote in federal elections without providing proof of citizenship. Such voters who use the Federal Form and do not provide proof of citizenship are known as "federal-only" voters. With President Trump's mandate that Federal Form users also submit documentary proof of citizenship, all voter

7

registrants in Arizona will be required to submit such documentation, regardless of the form they use to register. As of July 2023, there were nearly 20,000 active federal-only voters in Arizona who were registered without documentary proof of citizenship. And that number does not account for the thousands of citizens who are eligible to vote in Arizona, but are not yet registered and now will be unable to register because they lack the required proof of citizenship.

21. To counteract the burdens the documentary proof of citizenship requirement imposes on DNC members and constituents, the DNC will be forced to divert resources away from other critical priorities to aid voters attempting to comply or complete a different means of registering. For example, the DNC will have to conduct a nationwide voter education campaign to ensure eligible voters are aware that all new registrants must provide qualifying proof of citizenship when registering with the Federal Form. The DNC will also need to engage in direct outreach to eligible voters to inform them that only certain documents qualify as proof of citizenship under President Trump's order, and assist them in obtaining such documents if they do not already have them.

22. This work will need to begin soon, ahead of the gubernatorial elections that are taking place in just a few months, given that the New Jersey and Virginia voter registration deadlines are fast approaching. And looking ahead to 2026, it will take a substantial amount of time, resources, and infrastructure needed to build these programs in time for them to be effective before the midterm elections.

23. Because the DNC's resources are limited, these efforts will necessarily come at the cost of other critical planned expenditures in the months leading up to the upcoming elections. For example, the DNC (along with DCCC) recently launched a billboard campaign in Republican-controlled districts encouraging residents to demand their representatives hold town halls. The

billboards were placed in these districts to kick off a "People's Town Hall" series to hold Republican elected officials accountable. The DNC planned to continue with similar advertising and voter engagement campaigns throughout the 2026 election cycle, but it will have fewer funds available to do so if it is forced to make unplanned expenditures educating voters on new voter registration requirements.

24. The DNC's voter education efforts will be further upended by President Trump's order granting third parties unauthorized access to federal systems and databases containing the personal information of DNC members and constituents. These unauthorized disclosures will subject the DNC's members and constituents to unlawful investigation and possible removal from the voter rolls based on false suspicion of not being U.S. citizens. As a result, it will be harder for the DNC to register new voters who reasonably fear that their personal identifying information will be disclosed to third parties. Some of our members and constituents are extremely concerned about protecting their private information, so much so that they may be willing to forgo registering and exercising their right to vote to ensure that their information is protected. That means the DNC will need to spend significant resources to initiate a program to persuade voters to register despite these privacy concerns.

25. Additionally, granting such unauthorized disclosures will put the DNC's members and constituents at risk of being wrongly removed from the voter rolls. The DNC will therefore need to conduct outreach to remind voters to check their registrations and aid voters through the process of restoring their registrations—including by complying with the new documentary proof of citizenship requirements—if they have been wrongly removed. The DNC will also have to staff its voter protection hotline much earlier this election cycle due to the risk that voters will be removed from the rolls and confused about how to re-register. This will require a significant

investment in staff time and resources to recruit and train volunteers on the changes in the law and how to aid affected voters.

26. The Order's ballot receipt deadline, proof of citizenship requirement, and unauthorized data-sharing provisions will impose imminent harm on the DNC. As explained above, the DNC will need to redirect significant amounts of its limited resources to thwart the harmful effects of these massive changes to voting and election rules, and those budget allocation decisions will need to be made now.

27. In elections, the resources a political party committee has are limited as the committee works to expend its resources to elect its candidates in any given election cycle. Resources that must be diverted to responding to a seismic change like those contained in President Trump's Order necessarily come at the cost of the DNC's other mission-critical planned activities and expenditures. And once those resources are diverted toward unplanned programming, they cannot be used to persuade voters to elect Democratic candidates, directly undermining the DNC's mission.

28. This puts the DNC at a competitive disadvantage. In the last several election cycles, Democrats have become more likely to vote by mail. Because of demographics, Democrats are disproportionately likely to lack qualifying proof of citizenship and to be wrongly suspected of not being a citizen. By dictating these new rules for federal elections, President Trump is therefore making it more difficult for the DNC's members and constituents to vote in elections, and for the candidates the DNC supports to compete. And when fewer Democrats hold elected office, the DNC raises (and therefore spends) less money, inflicting further harm on our organization and limiting our ability to increase our resources to counteract the effects of these new requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/7/2025

*Libby Schneider*

Liberty Schneider, Deputy Executive Director
Democratic National Committee