# Exhibit 7

**Civil Action No. 25-cv-0952 (CKK)**

Case 1:25-cv-00946-CKK     Document 53-8     Filed 04/07/25     Page 2 of 5
NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD                                    NEWSLETTERS   PRESS   MY ACCOUNT   DONATE   CONTACTED BY US?

Read our research on:  Congress | Donald Trump | Religion



RESEARCH TOPICS ▾    PUBLICATIONS    OUR METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABOUT US

Home  ›  Research Topics  ›  Politics & Policy  ›  U.S. Elections & Voters  ›  Election 2024

REPORT  |  DECEMBER 4, 2024                                                                SHARE ⤴

VOTERS BROADLY POSITIVE ABOUT HOW ELECTIONS WERE CONDUCTED, IN SHARP CONTRAST TO 2020

# 2. Voters' and nonvoters' experiences with the 2024 election

TABLE OF CONTENTS ＋

Voters in the November 2024 election were about equally likely to vote in person on Election Day (34%), vote early in person (32%) or use an absentee or mail-in ballot (35%).

*Election Day voting*

Roughly a third of voters (34%) report having cast their ballot on Election Day, a smaller share than the 44% of 2022 midterm voters who did this, but substantially more than the 27% who did so in 2020, in the midst of the coronavirus pandemic.

While the share of voters casting ballots in person on Election Day has [steadily declined over the last two decades](#), it was the method used by a majority of voters until 2018.

*Early in-person voting*

Early in-person voting hit a high point this year: 32% of voters report having cast their ballots this way, up from 27% in 2020 and 21% in 2022.

*Absentee and mail-in voting*

The share who voted by absentee or mail-in ballot in this election is identical to the share of voters who voted by this method in the 2022 midterms. In 2020, 46% of voters voted by

**REPORT MATERIALS**

📄 Report PDF
📋 Topline
📋 Questionnaire

**TABLE OF CONTENTS**

Voters Broadly Positive About How Elections Were Conducted, in Sharp Contrast to 2020

1. Voters' evaluations of the 2024 election process

**2. Voters' and nonvoters' experiences with the 2024 election**

   Most voters say it was easy to vote in the election

   Most in-person voters had little or no wait to vote

   Nonvoters' views of the election

3. Voters' reflections on the 2024 campaign

Acknowledgments

Methodology

**More voters cast ballots early in person than in previous elections**
% who say they voted …

(Chart showing voting methods — By absentee or mail-in ballot, In person before Election Day, In person on Election Day — across '20, '22, '24 for ALL VOTERS, REP CANDIDATE VOTERS, DEM CANDIDATE VOTERS)

Note: Based on voters. No answer responses are not shown.
Source: Survey of U.S. adults conducted Nov. 12-17, 2024.
PEW RESEARCH CENTER

absentee or mail-in ballot.

**Republicans continue to be more likely than Democrats to vote on Election Day, less likely to vote by mail. But rising shares in both parties voted early in person.**

- 39% of Republican voters say they cast their vote in person on Election Day, compared with 28% of Democratic voters.
- In contrast, 44% of Democratic voters say they voted by mail or absentee, compared with 26% of Republican voters.
- 35% of Republican voters and 28% of Democratic voters report having voted early in person this year.

*Some voters switched vote methods this year*

An overwhelming majority of voters who had voted in elections prior to 2024 (87%) report having used a voting method that was familiar to them in this election. Yet about 13% used a new method of voting this November:

- 27% of early in-person voters say this was the first time they voted in person before Election Day.
- 9% of absentee or mail voters say this was their first time voting by absentee or mail-in ballot.
- 2% of voters who voted in person on Election Day say this was their first time doing so.

## Most voters say it was easy to vote in the election

An overwhelming majority of voters (94%) say it was easy to vote in the election this November. About eight-in-ten (79%) describe voting as very easy, while 15% say it was somewhat easy. Just 6% of voters say voting was somewhat (5%) or very (2%) difficult.



Similar shares of voters who backed Donald Trump (95%) and Kamala Harris (93%) say that voting was easy. In 2020, 93% of Trump voters and 95% of Joe Biden voters said it was easy for them to cast their ballots.

## Most in-person voters had little or no wait to vote

Roughly seven-in-ten voters who voted in person (72%) – either on Election Day or earlier – say they waited less than 10 minutes to vote, including 42% who report not waiting at all.

About three-in-ten in-person voters (28%) waited at least 10 minutes to vote, including 11% who waited for more than 30 minutes and 4% who waited more than an hour.

Voters report shorter wait times this year than in 2020.

**Wait times of demographic groups**

*Race and ethnicity*

Black, White, Hispanic and Asian in-person voters report similar wait times this year. In 2020, Black in-person voters reported waiting somewhat longer to vote than White or Hispanic in-person voters.

*Age*

Older and younger in-person voters reported similar wait times to cast their ballots.

*Community type*

As was the case four years ago, urban and suburban in-person voters had to wait somewhat longer to vote on average than in-person voters living in rural communities. Urban and suburban in-person voters are each about 10 percentage points more likely than those in rural areas to have waited more than 10 minutes.

*Vote method*

Those who voted in person before Election Day waited somewhat longer than those who voted on Election Day: 33% of early in-person voters waited more than 10 minutes, compared with 24% of Election Day in-person voters.

*Candidate preference*

In-person voters who backed Trump and those who backed Harris report nearly identical wait times. By contrast, in 2020 in-person Biden voters reported waiting longer to vote than Trump voters.

## Nonvoters' views of the election

Among those eligible to vote who say they *did not* cast a ballot, 42% say they wish they had voted while 57% say they do not.

These shares are similar to other recent presidential elections: 45% of nonvoters said they wished they had voted following the 2020 election, and 44% said this postelection in 2016.

Nonvoters point to a number of reasons for their decisions not to vote:

- 35% say thinking their vote would not make a difference was a major reason why they did not vote.
- 31% say that not liking politics was a major reason.
- 18% say it was that they are not registered or not eligible to vote.
- 17% say a major reason was that they did not care about the outcome.

- 15% say voting was inconvenient.
- 8% say a major reason was they forgot to vote.



---

Next: Voters' reflections on the 2024 campaign

← PREV PAGE    1  2  3  4  5  6    NEXT PAGE →

## Sign up for our weekly newsletter

Fresh data delivery Saturday mornings

  Enter email address...    Sign Up

## Sign up for The Briefing

Weekly updates on the world of news & information

  Enter email address    SIGN UP

Topics   Election 2024,   Election System & Voting Process

SHARE THIS LINK:   https://pewrsr.ch/4f1jWvR    SHARE ⬆

## Related


REPORT | OCT 24, 2024
Harris, Trump Voters Differ Over Election Security, Vote Counts and Hacking Concerns


REPORT | OCT 10, 2024
Most Voters Say Harris Will Concede – and Trump Won't – If Defeated in the Election

REPORT | SEP 25, 2024