# Exhibit 8

**Civil Action No. 25-cv-0952 (CKK)**



**Donald J. Trump** ✓
@realDonaldTrump

MAIL-IN VOTING WILL LEAD TO MASSIVE FRAUD AND ABUSE. IT WILL ALSO LEAD TO THE END OF OUR GREAT REPUBLICAN PARTY. WE CAN NEVER LET THIS TRAGEDY BEFALL OUR NATION. BIG MAIL-IN VICTORY IN TEXAS COURT TODAY. CONGRATS!!!

9:00 PM · May 28, 2020