# Exhibit 10

**Civil Action No. 25-cv-0952 (CKK)**

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD                    NEWSLETTERS  PRESS  MY ACCOUNT  DONATE  CONTACTED BY US?

Read our research on:   Congress  |  Donald Trump  |  Religion



RESEARCH TOPICS    PUBLICATIONS    OUR METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABOUT US

Home  >  Research Topics  >  Politics & Policy  >  U.S. Elections & Voters  >  Voters & Voting  >  Voter Demographics

REPORT  |  APRIL 9, 2024                                           SHARE

CHANGING PARTISAN COALITIONS IN A POLITICALLY DIVIDED NATION

# 6. Partisanship by family income, home ownership, union membership and veteran status

| REPORT MATERIALS |
| --- |
| Party Identification Detailed Tables, 1994-2023 |
| Report PDF |

**TABLE OF CONTENTS**

TABLE OF CONTENTS                                             +

Economic indicators such as family income, home ownership and union membership are all associated with partisanship.

## Partisanship by income groups

Democrats have a substantial advantage over Republicans among voters in the *lowest* income tier, and a modest advantage among those at the *highest* income tier:

- About six-in-ten voters with lower family incomes (58%) associate with the Democratic Party, compared with 36% who affiliate with the Republican Party.
- Among upper-income voters – those on the other end of the income spectrum – 53% are Democrats or Democratic leaners, while 46% are Republicans or GOP leaners.



But Republicans have a modest edge among upper-middle-income voters. Voters in the lower-middle tier and those squarely in the middle of the income distribution are roughly evenly split in their partisan orientation.

Read *the methodology* for more about income tiers, which are adjusted for household size and cost of living.

## The relationship between income and partisanship differs by education

Among voters without a bachelor's degree, higher income is associated with being more Republican. But there are no income differences in partisanship among college graduates.

**Changing Partisan Coalitions in a Politically Divided Nation**

1. The partisanship and ideology of American voters

2. Partisanship by race, ethnicity and education

3. Partisanship by gender, sexual orientation, marital and parental status

4. Age, generational cohorts and party identification

5. Party identification among religious groups and religiously unaffiliated voters

**6. Partisanship by family income, home ownership, union membership and veteran status**

   Partisanship by income groups

   The relationship between income and partisanship differs by education

   Union members remain more Democratic than Republican

   Homeowners are more Republican than renters

   Partisanship of military veterans

7. Partisanship in rural, suburban and urban communities

8. The changing demographic composition of voters and party coalitions

Acknowledgments

Methodology

While voters who do not have a bachelor's degree tilt Republican overall, this differs across income groups.

Among voters without a college degree, those who are in the lower or lower-middle tiers of family incomes are more likely than those in the middle and higher income groups to associate with the Democratic Party.

- A 54% majority of voters without a college degree who are lower or lower-middle income are Democrats or Democratic leaners.
- By contrast, 57% of voters without a college degree who are middle income and 63% of those who are upper or upper-middle income associate with the Republican Party.

College graduates' partisan allegiances do not differ by income level:

- By similar-sized margins, majorities of voters with a bachelor's degree or more in all income groups associate with the Democratic Party.

## Union members remain more Democratic than Republican

Union members have long been a Democratically oriented group – and that remains the case today.

Today, nearly six-in-ten voters who belong to a union (59%) associate with the Democratic Party, while around four-in-ten (39%) identify with or lean toward the GOP.

Voters who do not belong to a union are about equally likely to associate with each of the two parties: 49% are Republicans or Republican leaners, while 48% are Democrats or Democratic leaners.

## Homeowners are more Republican than renters

About half of voters who own a home (51%) align with the GOP, while slightly fewer (45%) are Democrats or Democratic leaners.

Voters who rent, however, favor Democrats by two-to-one: 64% of voters who rent their home associate with the Democratic Party, while 32% identify with or lean toward the Republican Party.

## Partisanship of military veterans

Voters who are military veterans favor the Republican Party: 63% identify with or lean toward the GOP, while far fewer (35%) are Democrats or Democratic leaners.

Appendix A: Adjusting for mode effects when combining telephone surveys and the American Trends Panel

Appendix B: Religious category definitions

Appendix C: Age cohort definitions

Non-veteran voters tilt more Democratic: About half (51%) associate with the Democratic Party, while 46% affiliate with the Republican Party.

The Republican Party's relative advantage among veterans is seen among both older and younger voters. In both groups, veterans are about 15 percentage points more Republican-oriented than non-veterans.

Similarly, among White voters, veterans are substantially more Republican-aligned than non-veterans. Around seven-in-ten White veterans (72%) identify with or lean toward the Republicans. By contrast, 54% of White non-veterans are Republicans or GOP leaners.

In contrast, among Black voters there is no difference in the partisanship of veterans and non-veterans (about eight-in-ten in both groups associate with the Democratic Party).



Next: Partisanship in rural, suburban and urban communities

← PREV PAGE    1   …   5   6   7   8   9   …   14    NEXT PAGE →

### Sign up for our weekly newsletter

Fresh data delivery Saturday mornings

[Enter email address...]   Sign Up

### Sign up for The Briefing

Weekly updates on the world of news & information

[Enter email address]   SIGN UP

Topics

Education & Politics,   Election 2024,   Gender & Politics,   Gender & Politics,   Party Identification,   Political Parties,   Race, Ethnicity & Politics,   Race, Ethnicity & Politics,   Religion & Politics,   Rural, Urban and Suburban Communities,   Voter Demographics

SHARE THIS LINK:   https://www.pewresearch.org/?p=45321    SHARE

### Related

SHORT READS | SEP 19, 2024