# Exhibit 12

**Civil Action No. 25-cv-0952 (CKK)**

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

|   | | | |
|---|---|---|---|
| | Are you a citizen of the United States of America?  ☐ Yes  ☐ No<br>Will you be 18 years old on or before election day?  ☐ Yes  ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | This space for office use only. |
| 1 | ☐ Mr.  ☐ Miss<br>☐ Mrs.  ☐ Ms.  Last Name | First Name | Middle Name(s) | ☐ Jr  ☐ II<br>☐ Sr  ☐ III  ☐ IV |
| 2 | Home Address | Apt. or Lot # | City/Town | State | Zip Code |
| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
| 4 | Date of Birth  ___ / ___ / ___  Month  Day  Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
| 7 | Choice of Party (see item 7 in the instructions for your State) | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) | | |
| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | Please sign full name (or put mark) ▲<br>Date: ___ / ___ / ___  Month  Day  Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| A | ☐ Mr.  ☐ Miss<br>☐ Mrs.  ☐ Ms.  Last Name | First Name | Middle Name(s) | ☐ Jr  ☐ II<br>☐ Sr  ☐ III  ☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>Example: Route #2, ● Grocery Store, Woodchuck Road, Public School ●, X | NORTH ↑ |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |

**Mail this application to the address provided for your State.**

OMB Control No. 3265-0015