# Exhibit 13

**Civil Action No. 25-cv-0952 (CKK)**



Who We Are        What We Do        In The News        Our Team

Join Us                                                         Contact Us

# Majority of Voters Disapprove of Elon Musk, Believe He Has Too Much Influence on the Trump Administration

February 5, 2025

# New polling found voters disapprove of Musk's outsized involvement in the administration, believe he places the interests of the ultra-wealthy over working families

Today, as first reported by [Politico](#), **Groundwork Collaborative** and **Public Citizen** released a new poll from **Hart Research** showing that Elon Musk and his Department of Government Efficiency (DOGE) are underwater with Americans.

According to the poll, the majority of voters have a negative view of the billionaire DOGE lead, believe Musk has too much influence and involvement in the Trump administration, and are concerned with his conflicts of interests and unregulated access to government records and IT systems.

"The richest man in the world is telling Americans to tighten their belts to make room for his own massive tax break," **said Lindsay Owens, Executive Director of Groundwork Collaborative.** "It's no wonder voters have soured on Musk and his efforts at the helm of DOGE."

Voters also indicated their top concerns with Musk included the likelihood he would prioritize the interests of the ultra-wealthy over working families. Two-thirds of respondents reported being less favorable to Musk and his role in DOGE because of his support for passing massive new tax breaks for wealthy individuals and corporations that would enrich him and his companies – including nearly half of respondents who supported Donald Trump in the 2024 election.

"The corruption implicit in Elon Musk making decisions about government spending while his companies rake in billions in government contracts is appalling," said **Lisa Gilbert, Co-President of Public Citizen**. "President Trump is handing the federal government's checkbook to an unelected billionaire bro, it's no wonder the public is fearful of the consequences."

These findings come as DOGE gains unprecedented access to the Treasury's payment system, which is responsible for

the distribution of over $6 trillion in Social Security payments, Medicare benefits, and more, prompting a lawsuit from Public Citizen and State Democracy Defenders Fund, on behalf of the Alliance for Retired Americans, AFGE and SEIU over privacy concerns, and calls from lawmakers to investigate DOGE's access.

**The topline data from the poll are below. Email press@groundworkcollaborative.org to speak with a Groundwork expert about the poll's findings.**

**TOPLINES**

- **Voters do not like Elon Musk:** 54% of voters have an unfavorable opinion of the DOGE leader, including 40% who are very unfavorable. Independent voters feel negatively towards Musk by 56% to 25%.

- **Worries about Musk and DOGE's influence:** Overall, 57% of respondents said Musk has too much influence and involvement, including 62% of independents. Of voters who are the most familiar with DOGE, 60% say Musk's influence over the Trump administration and his involvement is too much.

- **Concerning conflicts of interest:** 61% say they are less favorable to Musk and

his role in DOGE because "there are no rules to prevent conflicts of interest by Elon Musk, even though his wealth and business interests are directly affected by the federal government." Musk's businesses are under numerous federal investigations.

**Access to classified info and data disturbing:** 56% of respondents say that with the knowledge that DOGE will have access "all unclassified records, software system, and IT systems across federal agencies, with little or no oversight," they are less favorable to Musk and DOGE. As news develops on Musk's access to this information, these concerns will likely grow.

**Voters are alarmed that DOGE is a bid to fund tax breaks for the wealthy.** 66% of all voters are less favorable to Musk and his role in DOGE when they're reminded that Musk supports passing tax breaks for the wealthy and corporations that would be windfall for him and his companies. Notably, 44% of voters who supported Donald Trump in the last election responded negatively to Musk's views on taxes.

**Voters are not liking what they're seeing from DOGE and Musk:** By the end of the polling survey, 63% of voters report an unfavorable opinion of Musk (up by 9 points from the start), while

just 32% have a favorable opinion of him (down by 7 points from the start) – with a major negative swing for non-MAGA Republicans.

Who We Are

What We Do

In The News

Our Team

Join Us

Contact Us

## Sign Up for Groundwork's Newsletter

Email Address     Sign Up

Additional Projects     EconCon     Economic Speakers Bureau

End Corporate Profiteering     ProsperUS

© 2024 Groundwork Collaborative     Privacy Policy     Terms of Use