**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Democratic Party Plaintiffs' Motion for a Preliminary Injunction; the statement of points and authorities, declarations, and other materials submitted in support; the Court finds that the Democratic Party Plaintiffs are likely to succeed on the merits of their claims that Section 2(a), Section 2(b), Section 2(d), Section 7(a), and Section 7(b) of Executive Order 14248 are unlawful; that the Democratic Party Plaintiffs will imminently suffer irreparable harm in the absence of preliminary injunctive relief; that the balance of equities and public interest favor granting preliminary relief; and that because the injunction carries no risk of monetary loss to Defendants, a security payment is not required. Therefore, it is hereby:

1) **ORDERED** that Democratic Party Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**; it is further

2) **ORDERED** that Defendants Election Assistance Commission and its Chairman Donald L. Palmer, and Commissioners Benjamin W. Hovland, Thomas Hicks, and Christy McCormick, in their official capacities as Commissioners, are preliminarily enjoined from implementing or giving effect to Section 2(a) of Executive Order 14248; it is further

3) **ORDERED** that the U.S. Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security, are preliminarily enjoined from implementing or giving effect to Section 2(b)(i) of Executive Order 14248; it is further

4) **ORDERED** that the U.S. Department of State and Marco Rubio, in his official capacity as Secretary of the U.S. Department of State, are preliminarily enjoined from implementing or giving effect to Section 2(b)(ii) of Executive Order 14248; it is further

5) **ORDERED** that the U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; the Department of

Government Efficiency; and Amy Gleason, in her official capacity as Acting Administrator of the Department of Government Efficiency, are preliminarily enjoined from implementing or giving effect to Section 2(b)(iii) of Executive Order 14248; it is further

6) **ORDERED** that the U.S. Department of Defense, U.S. Department of Veterans Affairs, U.S. Department of the Interior, and the U.S. Small Business Administration—along with their leaders Secretary Peter Hegseth, Secretary Douglas Collins, Secretary Douglas Burgum, and Administrator Kelly Loeffler, in their official capacities as leaders of those entities—are preliminarily enjoined from implementing or giving effect to Section 2(d) of Executive Order 14248; it is further

7) **ORDERED** that the U.S. Department of Justice and Attorney General Pamela Bondi, in her official capacity as U.S. Attorney General, are preliminarily enjoined from implementing or giving effect to Section 7(a) of Executive Order 14248; it is further

8) **ORDERED** that the Election Assistance Commission and its Chairman Donald L. Palmer, and Commissioners Benjamin W. Hovland, Thomas Hicks, and Christy McCormick, are preliminarily enjoined from implementing or giving effect to Section 7(b) of Executive Order 14248.

**SO ORDERED.**

Dated: _____                     _____
                                                                                 Hon. Colleen Kollar-Kotelly
                                                                                 United States District Judge