AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

League of United Latin American Citizens, et al.  )
)
)
Executive Office of the President, et al.,  )   Case No. 25-0946 (CKK)
)
*Defendant*  )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Consolidated Plaintiffs from Case No. 25-0955 (CKK): League of Women Voters Education Fund, et al.

Date: 04/07/2025

*Attorney's signature*

Clayton Pierce, NY6181507
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, Fl. 18
New York, NY 10004
*Address*

cpierce@aclu.org
*E-mail address*

(510) 520-8501
*Telephone number*

*FAX number*