UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

## DECLARATION CERTIFYING FAMILIARITY WITH LOCAL RULES

I hereby certify that I am familiar with the local rules of the U.S. District Court for the District of Columbia. I declare under penalty of perjury that the foregoing information is true and correct. Executed in New York, NY on April 8, 2025.

|  |  |
|---|---|
| Date: April 8, 2025 | /s/ *Davin Rosborough*<br>Davin Rosborough (NY Bar No. 4926895)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St. Floor 18<br>New York, NY 10004<br>(703) 380-0804<br>drosborough@aclu.org<br><br>*Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote* |