AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| League of United Latin American Citizens, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-0946 (CKK) |
| Executive Office of the President, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Consolidated Plaintiffs from Case No. 25-0955 (CKK): League of Women Voters Education Fund, et al.     .

Date: 04/07/2025

*Attorney's signature*

Davin Rosborough, NY4926895
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, Fl. 18
New York, NY 10004

*Address*

drosborough@aclu.org
*E-mail address*

(703) 380-0804
*Telephone number*

*FAX number*