# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>    Plaintiffs,<br><br>         v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    Defendants. | Civil Action No. 25-00946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br>    Plaintiffs,<br><br>         v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, et al.,<br>    Plaintiffs,<br><br>         v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00955 (CKK) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for Defendants Executive Office of the President, *et al*. I certify that I represent Defendants in this case. I further certify that I am an attorney with the Department of Justice, Civil Rights Division, Washington, D.C. I certify that I

have read and will abide by the Local Rules of the United States District Court for the District of Columbia.

Date: April 8, 2025

        Respectfully submitted,

        /s/ Michael E. Gates
        MICHAEL E. GATES (CA Bar No. 258446)
        Deputy Assistant Attorney General
        Civil Rights Division
        United States Department of Justice
        950 Constitution Avenue, NW
        Room 5535
        Washington, DC 20530
        Telephone: (202) 532-4475
        FAX: (202) 514-1005
        E-mail: Michael. Gates2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system

        /s/ Michael E. Gates