# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    Defendants. | Civil Action No. 25-00946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants. | Civil Action No. 25-00955 (CKK) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for Defendants Executive Office of the President, *et al*. I certify that I represent Defendants in this case. I further certify that I am an attorney with the Department of Justice, Civil Rights Division, Washington, D.C. I certify that I

have read and will abide by the Local Rules of the United States District Court for the District of Columbia.

Date: April 8, 2025

Respectfully submitted,

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON (FL Bar No. 1018895)
Senior Counsel
Civil Rights Division
United States Department of Justice
950 Constitution Avenue, NW
Room 5535
Washington, DC 20530
Telephone: (202) 532-4475
FAX: (202) 514-1005
E-mail: Andrew.Darlington@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system.

/s/ Andrew M. Darlington