UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER**

  Upon consideration of LULAC Plaintiffs'[1] Motion to Modify the Scheduling Order as to Section 7 of the Executive Order, and for good cause shown, it is hereby **ORDERED** that

---

[1] League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association. Civil Action No. 25-0946.

Plaintiffs' motion is **GRANTED**.

IT IS FUTHER ORDERED that LULAC Plaintiffs may file a motion for partial summary judgment and supporting memoranda on their claims pertaining to Section 7 of the Executive Order on or before April 28, 2025.

IT IS FURTHER ORDERED that Defendants file any separate opposition to both Democratic Party Plaintiffs'[2] motion for preliminary injunction as to Section 7 and LULAC Plaintiffs' forthcoming motion on or before May 12, 2025.

IT IS FURTHER ORDERED that LULAC Plaintiffs and Democratic Party Plaintiffs file their respective replies in support of their separate motions on or before May 19, 2025.

Any hearing on LULAC Plaintiffs' and Democratic Party Plaintiffs' motions pertaining to Section 7 of the Executive Order will be set by further order after completion of briefing. Nothing in this Order affects the existing briefing schedule as to the remainder of the pending motions for preliminary injunction, including the parties' shared claims for relief on Section 2(a) of the Executive Order.

**SO ORDERED.**

Dated: _____         _____
                                         The Honorable Colleen Kollar-Kotelly
                                         United States District Judge

---

[2] Democratic National Committee, Democratic Governors Association, DSCC, DCCC, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries. Civil Action No. 25-0952.