**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>             *Plaintiffs*,<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br><br>             *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>             *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br><br>             *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>             *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br><br>             *Defendants*. | Civil Action No. 25-0955 (CKK) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court. I appear in this case as counsel for: League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

I certify that I am familiar with the Local Rules of this Court.

Dated: April 9, 2025                                  Respectfully submitted,

*/s/ Alizeh Ahmad*
Alizeh Ahmad
D.C. Bar No. 90018919
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, D.C. 20036
Tel: (202) 868-1636
aahmad@advancingjustice-aajc.org