**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>           *Plaintiffs*, <br><br>    v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br><br>           *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br>           *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>           *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br>           *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>           *Defendants*. | Civil Action No. 25-0955 (CKK) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record.

2

I am authorized to practice in this court, and I appear in this case as counsel for: League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

Dated: April 9, 2025                                    Respectfully submitted,

                                                        */s/ Michael Perloff*
                                                        Michael Perloff, D.C. Bar No. 1601047
                                                        AMERICAN CIVIL LIBERTIES UNION
                                                        FOUNDATION
                                                        OF THE DISTRICT OF COLUMBIA
                                                        529 14th Street NW, Suite 722
                                                        Washington, D.C. 20045
                                                        (202) 457-0800
                                                        mperloff@acludc.org