**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                              *Plaintiffs*,<br>      v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                              *Plaintiffs*,<br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                              *Plaintiffs*,<br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 25-0955 (CKK) |

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

I certify that I am familiar with the Local Rules of this Court under penalty of perjury.

Dated: April 10, 2025                                          Respectfully submitted,

*/s/ Leah C. Aden*
Leah C. Aden*
NY Bar No. 4555207
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND
40 Rector Street, 5th Floor,
New York, NY 10006
Tel: (212) 965-1200

Admitted *pro hac vice*