# Exhibit 1

**Civil Action No. 25-00946 (CKK)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF BRIANNA SCHLETZ
EXECUTIVE DIRECTOR OF THE U.S. ELECTION ASSISTANCE COMMISSION**

I, Brianna Schletz, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am the Executive Director of the United States Election Assistance Commission (EAC). I have held this role since March 2024. As Executive Director of the EAC, I am responsible for preparing policy for approval by the EAC Commissioners, implementing policies once they are made, and managing administrative matters in consultation with the EAC General Counsel. Prior to serving as Executive Director, I served approximately two and a half years as the EAC's Inspector General.

2. The regulations prescribing the content of the Federal Form are at 11 C.F.R. § 9428.4. In order to change the content of the Federal Form, the EAC must first update the regulation.

3. To update 11 C.F.R. § 9428.4, the proposed regulation must be approved by at least three of the four Commissioners. *See* 52 U.S.C. § 20928.

4. After the EAC votes to approve the proposed regulation, it must follow the Administrative Procedure Act's notice-and-comment rule-making process. *See* 5. U.S.C. § 553. The EAC must also consult with the chief election officers of the States to prescribe the content of the Federal Form. 52 U.S.C. § 20508(a)(1). The consultation requirement in 52 U.S.C. § 20508(a)(1) may be satisfied by the public comment period provided in a notice of proposed rulemaking. *See* 75 F.R. 47729.

5. Following the public comment period, the EAC must consult with the chief election officers of the States to develop a revised Federal Form. *See* 52 U.S.C. § 20508(a)(2).

6. Three Commissioners would then need to approve the issuance of the revised Federal Form. *See* 52 U.S.C. § 20928.

7. Once any revisions to the Federal Form are finalized, the new version of the Federal Form must be submitted as an information collection to the Director of the Office of Management and Budget for approval. *See* 90 F.R. 11159.

8. To date, the EAC has not denied funds to any State on the basis of non-compliance with 2 U.S.C. § 7 and 3 U.S.C. § 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 14, 2025

Brianna Schletz