Civil Action No. 1:25-cv-946

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Office of the President
was received by me on *(date)* 04/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On April 1, 2025, sent via USPS Certified Mail copies of the complaint, summons, and other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/15/2025

/s/ Lauren Sutherland
*Server's signature*

Lauren Sutherland, Paralegal
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:
Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint, summons, and other docket entries.



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052701421468865**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:23 am on April 15, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 15, 2025, 4:23 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20022
April 8, 2025, 11:56 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 8, 2025, 10:54 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 8, 2025, 5:33 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 6, 2025, 9:52 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 6, 2025, 9:03 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 6, 2025, 12:05 am

**In Transit to Next Facility**
April 5, 2025

**Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
April 4, 2025, 3:47 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 4, 2025, 3:28 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 3, 2025, 9:17 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 3, 2025, 8:38 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 3, 2025, 5:12 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 3, 2025, 2:41 am

**Departed USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
April 3, 2025, 2:17 am

**Arrived at USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
April 2, 2025, 11:59 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 9:30 pm

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 8:54 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 8:21 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 9:13 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 4:14 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 2:46 am

**Departed USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER
April 2, 2025, 2:24 am

**Arrived at USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
April 1, 2025, 7:49 pm

**USPS in possession of item**
WASHINGTON, DC 20005
April 1, 2025, 2:37 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]