**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                *Plaintiffs*,<br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                *Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED]**
**ORDER FOR ADMISSION OF EMILY GALINDO *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion for Admission of Emily Miranda Galindo Pro Hac Vice, it is hereby:

ORDERED that Plaintiffs' Motion is granted; and

IT IS FURTHER ORDERED that Emily Miranda Galindo is admitted pro hac vice to practice in this matter.

Date: _____                                   _____

                                                  U.S. District Judge Colleen Kollar-Kotelly