**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**MOTION FOR ADMISSION OF DELMARIE ALICEA PRO HAV VICE**

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission of Delmarie Alicea *pro hac vice* in this action. Ms. Alicea is a member in good standing of the Florida Bar and practices in the State of Florida. Her declaration in support of this motion and certificate of good standing from the Florida Bar are filed herewith.

Dated: April 16, 2025

Respectfully submitted,
/s/ *Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
of the District of Columbia
522 14th St. NW, Ste. 722
Washington, D.C. 20045
(202) 457-0800
mperloff@acludc.org