UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0952 (CKK) |
| League of Women Voters EDUCATION FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0955 (CKK) |

1

## DELMARIE ALICEA'S DECLARATION FOR PRO HAC VICE ADMISSION

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Delmarie Alicea

2. State bar membership number: Florida Bar No.1024650

3. Business address, telephone and fax numbers:

   LATINO JUSTICE PRLDEF
   475 Riverside Drive,
   Suite 1901
   New York, NY 10115
   Telephone: (212) 392-4752
   Fax: (212) 219-3360

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   | | |
   |---|---|
   | State Courts: | Florida |
   | Federal Courts: | Florida Northern District |
   | | Florida Middle District |
   | | Florida Southern District |
   | | 11th Circuit Court of Appeals |

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? No

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. None

8. My principal office is not located in the District of Columbia.

9. I am familiar with the local rules.

    In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who

wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on

the merits further certifies that she:

1. \_\_\_\_\_ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. \_\_X\_\_ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. \_\_\_\_\_ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 7, 2025  
DATE

SIGNATURE OF ATTORNEY