UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0952 (CKK) |
| League of Women Voters EDUCATION FUND, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 25-0955 (CKK) |

1

**[PROPOSED]**
**ORDER FOR ADMISSION OF DELMARIE ALICEA *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion for Admission of Delmarie Alicea *Pro Hac Vice*, it is hereby:

ORDERED that Plaintiffs' Motion is granted; and

IT IS FURTHER ORDERED that Delmarie Alicea is admitted *pro hac vice* to practice In this matter.

Date: _____     _____