**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

## **MOTION FOR ADMISSION OF CESAR Z. RUIZ *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission of Cesar Z. Ruiz pro hac vice in this action. Mr. Ruiz is employed by LatinoJustice PRLDEF. He is a member of the New York Bar and practices in the State of New York. His declaration in support of this motion and certificate of good standing from the New York Bar are filed herewith.

Date: April 16, 2025

Respectfully submitted,

/s/ Michael Perloff

Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
of the District of Columbia
522 14th St. NW, Ste. 722
Washington, D.C. 20045
(202) 457-0800
mperloff@acludc.org