**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED]**
**ORDER FOR ADMISSION OF CESAR Z. RUIZ *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion for Admission of Cesar Z. Ruiz Pro Hac Vice, it is hereby:

ORDERED that Plaintiffs' Motion is granted; and

IT IS FURTHER ORDERED that Cesar Z. Ruiz is admitted pro hac vice to practice in this matter.

Date: _____                                    _____

                                                                  U.S. District Judge Colleen Kollar-Kotelly