AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS )<br>*Plaintiff* )<br>v. )<br>EXECUTIVE OFFICE OF THE PRESIDENT )<br>*Defendant* ) | Case No. 1:25-CV-00946-CKK |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LULAC, Secure Families Initiative, and Arizona Students' Association.

Date: 04/16/2025

*Attorney's signature*

Sofia Fernandez Gold; D.C. Bar No. 90010196
*Printed name and bar number*

State Democracy Defenders
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
*Address*

sofia@statedemocracydefenders.org
*E-mail address*

(202) 601-8678
*Telephone number*

*FAX number*