**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00946-CKK |
| DEMOCRATIC NATIONAL COMMITTEE, *et al,*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00952-CKK |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00955-CKK |

**[PROPOSED] ORDER GRANTING MOTION OF BIPARTISAN FORMER STATE SECRETARIES OF STATE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF LEAGUE AND LULAC PLAINTIFFS' <u>MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 34)</u>**

On consideration of the Motion by Bipartisian Former State Secretaries of State for Leave to File an Amicus Curiae Brief in Support of Plaintiffs LULAC and League of Women Voters' Motion for Preliminary Injunction (ECF No. 34), and any opposition thereto, it is hereby ORDERED that the motion is GRANTED.

**SO ORDERED.**

This _____ day of _____, 2025.

BY THE COURT:

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge