**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0955 (CKK) |

**LEAGUE[1] AND LULAC[2] PLAINTIFFS' MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION**

---

[1] Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

[2] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association.

League Plaintiffs[3] and LULAC Plaintiffs,[4] by and through counsel, hereby move this Court, pursuant to Local Rule 65.1(c), to grant leave to file the attached Supplemental Declaration of Jennette Sawyer ("Sawyer Declaration") in support of their Motion for Preliminary Injunction (ECF No. 34). League and LULAC Plaintiffs have conferred with Democratic Party Plaintiffs, who do not oppose this motion. League and LULAC Plaintiffs sought a position on this motion from Defendants and have not received a response as of the time of this filing.

The attached declaration and accompanying exhibit (which, collectively, Plaintiffs seek leave to file as "Exhibit 32") address the actions Defendants have undertaken to implement the challenged Executive Order. Specifically, on April 11, 2025, Defendant Brianna Schletz, Executive Director of the United States Election Assistance Commission ("EAC"), transmitted a letter to state Chief Election Officials, advising them that the EAC "is seeking consultation on development of the national mail voter registration form" and "on how states would propose to implement Section 2 of EO 14248, if required." Ex. 32 at 5. Defendant Schletz also describes that the Executive Order "provides instruction to the EAC." *Id*. Defendants did not mention the April 11 EAC letter in their oppositions, despite Defendant Schletz sending it three days before Defendants filed their briefs in this case. Today, Defendant Schletz sent an email to state election officials clarifying that the EAC "will accept feedback" from state election officials until May 2, 2025, and characterizing the April 11 EAC letter as "an initial consultation." Ex. 32 at 9. Plaintiffs' Counsel became aware of the initial letter on April 15, and of the follow-up correspondence today; neither Defendant Schletz nor any other Defendant informed Plaintiffs of these communications.

Nonpartisan Plaintiffs seek leave to file the attached Supplemental Declaration of Jennette Sawyer, who has personal knowledge of the April 11 letter and April 16 email transmitted from

---

[3] Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

[4] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association.

1

Defendant Schletz to Michigan Secretary of State Jocelyn Benson and can attest to their authenticity, along with the letter and email themselves. These documents would aid this Court's adjudication of Plaintiffs' Motion for Preliminary Injunction for at least two reasons.

First, both communications bear on Defendants' arguments about the need for immediate equitable relief. In their Opposition filed three days after Defendant Schletz sent the letter, Defendants maintained: "the Executive Order *has not even begun to be implemented*." ECF No. 85, Defs.' Resp. in Opp. to League and LULAC Pls.' Mot. for Prelim. Inj. at 25 (emphasis in original). This letter and email demonstrate that the EAC has, in fact, begun implementing the Executive Order.

Second, the letter sheds light on how the EAC is interpreting its responsibilities under Section 2(a) of the Executive Order. Defendant Schletz's understanding that the Order "provides instruction to the EAC," Ex. 32 at 5, bolsters Plaintiffs' arguments both that the President is unconstitutionally directing mandatory action of an independent agency, and that Plaintiffs are suffering and will continue to suffer harms related to the implementation of Section 2(a) of the Order.

Defendants will suffer no prejudice by the allowance of this new declaration and exhibit, because the key material—the EAC letter—was in Defendant Schletz's possession at least since she transmitted it on April 11, which was before Defendants' Opposition was due. Any prejudice to Defendants' position arises from their decision not to discuss the letter in their April 14 Opposition, not Plaintiffs' discovery of the letter yesterday and filing today.

The EAC's decision to begin implementing the challenged provision of the Executive Order days prior to filing an Opposition where they claimed the implementation process had not begun only reinforces the need for a Preliminary Injunction. Accordingly, Plaintiffs ask that the Court include the supplemental declaration as part of the record. Should the Court deny this motion, Plaintiffs ask that it allow them three hours to revise their Reply Memorandum to omit references to the Sawyer Declaration.

## CONCLUSION

For the foregoing reasons, the motion should be granted.

Dated: April 16, 2025                                              Respectfully submitted,

/s/ *Sophia Lin Lakin*

| | |
|---|---|
| Wendy R. Weiser* | Sophia Lin Lakin* |
| Sean Morales-Doyle* | Ethan Herenstein* |
| Eliza Sweren-Becker* | Jonathan Topaz* |
| Jasleen K. Singh* | Clayton Pierce* |
| BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW | Davin Rosborough* AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 120 Broadway, Suite 1750 | 125 Broad St., 18th Floor |
| New York, NY 10271 | New York, NY 10004 |
| (646) 292-8310 | (212) 549-2500 |
| weiserw@brennan.law.nyu.edu | slakin@aclu.org |
| morales-doyles@brennan.law.nyu.edu | eherenstein@aclu.org |
| sweren-beckere@brennan.law.nyu.edu | jtopaz@aclu.org |
| singhj@brennan.law.nyu.edu | cpierce@aclu.org |
| | drosborough@aclu.org |
| Leah C. Aden* | |
| John S. Cusick* | Megan C. Keenan (D.C. Bar No. 1672508) |
| Brenda Wright* | Sarah Brannon*** (D.C. Bar No. 90024493) |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | Adriel I. Cepeda Derieux*** (D.C. Bar No. 90026636) |
| 40 Rector Street, 5th Floor | Jacob Van Leer (DC Bar No. 1742196) |
| New York, NY 10006 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| (212) 965-2200 | 915 15th St. NW |
| laden@naacpldf.org | Washington, DC 20001 |
| jcusick@naacpldf.org | (740) 632-0671 |
| bwright@naacpldf.org | mkeenan@aclu.org |
| | sbrannon@aclu.org |
| Miranda Galindo* | acepedaderieux@aclu.org |
| Cesar Z. Ruiz* | jvanleer@aclu.org |
| Delmarie Alicea* | |
| LATINO JUSTICE PRLDEF | Michael Perloff (D.C. Bar No. 1601047) |
| 475 Riverside Drive, Suite 1901 | Scott Michelman (D.C. Bar No. 1006945) |
| New York, NY 10115 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA |
| (212) 392-4752 | 529 14th Street NW, Suite 722 |
| mgalindo@latinojustice.org | Washington, D.C. 20045 |
| cruiz@latinojustice.org | (202) 457-0800 |
| dalicea@latinojustice.org | mperloff@acludc.org |
| | smichelman@acludc.org |

Niyati Shah (D.C. Bar No. 1659560)
Alizeh Ahmad (D.C. Bar No. 90018919)
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org

*Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote*

*\*Admitted pro hac vice*
*\*\*\* D.D.C. application pending*

/s/ Norman L. Eisen
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 90005882)\*\*
Pooja Chaudhuri (D.C. Bar No. 888314523)
Sofia Fernandez Gold (D.C. Bar No. 90010196)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org
pooja@statedemocracydefenders.org
sofia@ statedemocracydefenders.org

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students Association*

*\*\*Application for pro hac vice admission forthcoming*
*\*\*\* D.D.C. application pending*

/s/ Danielle Lang
Danielle Lang (DC Bar No. 1500218)
Jonathan Diaz (DC Bar No. 1613558)
Robert Brent Ferguson (DC Bar No. 1782289)\*\*\*
Anna Baldwin (DC Bar No. 998713)\*\*\*
Heather Szilagyi (DC Bar No. 90006787)
Benjamin Phillips (DC Bar No. 90005450)\*\*\*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
bphillips@campaignlegalcenter.org