# Exhibit 32

**Civil Action No. 25-0955 (CKK)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF JENNETTE SAWYER**
(Pursuant to 28 U.S.C. § 1746)

My name is Jennette Sawyer and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am employed as Senior Executive Management Assistant to Michigan Secretary of State Jocelyn Benson. In that capacity, I routinely assist Secretary of State Benson with correspondence directed to the Secretary.

2. On or about April 11, 2025, Secretary of State Benson received a letter transmitted by Brianna Schletz, Executive Director of the United States Election Assistance Commission ("EAC"), to chief election officials ("April 11 EAC Letter"). The April 11 EAC Letter transmitted to Secretary of State Benson is attached hereto in full.

3. On or about April 16, 2025, Secretary of State Benson received an email ("April 16 EAC Email") from Executive Director Schletz of the EAC as a follow-up to the April 11 EAC Letter. The April 16 EAC Email transmitted to Secretary of State Benson is attached hereto in full.

4. Secretary of State Benson has not yet responded to Executive Director Schletz regarding the April 11 EAC Letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2025

_____
Jennette Sawyer

1

# Exhibit A:
# April 11 EAC Letter

**U.S. ELECTION ASSISTANCE COMMISSION**
633 3rd St. NW, Suite 200
Washington, DC 20001

VIA EMAIL

Aprill 11, 2025

Dear Chief Election Officials,

Consistent with 52 U.S.C. § 20508(a)(2), the U.S. Election Assistance Commission ("EAC") is seeking consultation on development of the national mail voter registration form.

Executive Order 14248 of March 25, 2025, "Preserving and Protecting the Integrity of American Elections" ("EO 14248") provides instruction to the EAC. Section 2 of EO 14248 instructs the following be required in the national mail voter registration form:

> (A) documentary proof of United States citizenship, consistent with 52 U.S.C. 20508(b)(3); and
> (B) a State or local official to record on the form the type of document that the applicant presented as documentary proof of United States citizenship, including the date of the document's issuance, the date of the document's expiration (if any), the office that issued the document, and any unique identification number associated with the document as required by the criteria in 52 U.S.C. 21083(a)(5)(A), while taking appropriate measures to ensure information security.

Section 2 of EO 14248 also instructs that "documentary proof of United States citizenship" shall include a copy of:

> (A) a United States passport;
> (B) an identification document compliant with the requirements of the REAL ID Act of 2005 (Public Law 109-13, Div. B) that indicates the applicant is a citizen of the United States;
> (C) an official military identification card that indicates the applicant is a citizen of the United States; or
> (D) a valid Federal or State government-issued photo identification if such identification indicates that the applicant is a United States citizen or if such identification is otherwise accompanied by proof of United States citizenship.

A current copy of the national mail voter registration form is available here: https://www.eac.gov/sites/default/files/eac_assets/1/6/Federal_Voter_Registration_ENG.pdf. The EAC is seeking consultation on how states would propose to implement Section 2 of EO 14248, if required. The EAC is also seeking feedback on the impact of implementation on voter registration in your state. As required by 52 U.S.C. § 20508, the EAC will consider responses in any amendments to the national mail voter registration form or EAC implementing regulations.

The EAC looks forward to your input. Comments may be sent to [NVRAUpdates@eac.gov](mailto:NVRAUpdates@eac.gov) or by mail at 633 3rd Street NW, Suite 200 Washington, DC 20001.

Thank you,

*Brianna Schletz*

Briannna Schletz
EAC Executive Director

# Exhibit B:
# April 16 EAC Email

 Outlook

## RE: Chief Election Official - Consultation Letter

**From** Brianna Schletz <BSchletz@eac.gov>

**Date** Wed 4/16/2025 12:10 PM

**Cc** NVRAupdates <NVRAupdates@eac.gov>; Camden Kelliher <ckelliher@eac.gov>; Reynolds, Leslie <reynolds@nass.org>; Lindsey Forson <lforson@nass.org>; Maria Benson <mbenson@nass.org>; Amy Cohen <acohen@nased.org>

1 attachment (216 KB)

April 11 2025 EAC Consultation Letter (002).pdf;

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Good afternoon,

On April 11, 2025, the EAC sent the attached consultation request.

The EAC is still seeking consultation as described. However, some recipients have expressed concern over a lack of a deadline for feedback. The EAC will accept <u>feedback received by Friday, May 2, 2025</u>. Please note that this is an initial consultation. Chief Election Officials will also be consulted on any proposed changes to the EAC implementing regulations or the form prior to implementation. The purpose of this initial consultation is to guide the EAC in any proposed changes, which require further comment.

Best,

Brianna

**Brianna Schletz** | Executive Director
U.S. Election Assistance Commission
633 3rd Street NW, Suite 200 | Washington, DC 20001
www.eac.gov

**U.S. ELECTION ASSISTANCE COMMISSION**
**633 3rd St. NW, Suite 200**
**Washington, DC 20001**

VIA EMAIL

Aprill 11, 2025

Dear Chief Election Officials,

Consistent with 52 U.S.C. § 20508(a)(2), the U.S. Election Assistance Commission ("EAC") is seeking consultation on development of the national mail voter registration form.

Executive Order 14248 of March 25, 2025, "Preserving and Protecting the Integrity of American Elections" ("EO 14248") provides instruction to the EAC. Section 2 of EO 14248 instructs the following be required in the national mail voter registration form:

> (A) documentary proof of United States citizenship, consistent with 52 U.S.C. 20508(b)(3); and
> (B) a State or local official to record on the form the type of document that the applicant presented as documentary proof of United States citizenship, including the date of the document's issuance, the date of the document's expiration (if any), the office that issued the document, and any unique identification number associated with the document as required by the criteria in 52 U.S.C. 21083(a)(5)(A), while taking appropriate measures to ensure information security.

Section 2 of EO 14248 also instructs that "documentary proof of United States citizenship" shall include a copy of:

> (A) a United States passport;
> (B) an identification document compliant with the requirements of the REAL ID Act of 2005 (Public Law 109-13, Div. B) that indicates the applicant is a citizen of the United States;
> (C) an official military identification card that indicates the applicant is a citizen of the United States; or
> (D) a valid Federal or State government-issued photo identification if such identification indicates that the applicant is a United States citizen or if such identification is otherwise accompanied by proof of United States citizenship.

A current copy of the national mail voter registration form is available here: https://www.eac.gov/sites/default/files/eac_assets/1/6/Federal_Voter_Registration_ENG.pdf. The EAC is seeking consultation on how states would propose to implement Section 2 of EO 14248, if required. The EAC is also seeking feedback on the impact of implementation on voter registration in your state. As required by 52 U.S.C. § 20508, the EAC will consider responses in any amendments to the national mail voter registration form or EAC implementing regulations.

The EAC looks forward to your input. Comments may be sent to [NVRAUpdates@eac.gov](mailto:NVRAUpdates@eac.gov) or by mail at 633 3rd Street NW, Suite 200 Washington, DC 20001.

Thank you,

*Brianna Schletz*

Briannna Schletz
EAC Executive Director