## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                    *Plaintiffs*,<br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                    *Plaintiffs*,<br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                    *Plaintiffs*,<br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**PROPOSED ORDER**

1

2

 Having considered League and LULAC Plaintiffs' motion for leave to file the supplemental declaration of Jennette Sawyer, the Court hereby GRANTS the motion.

**SO ORDERED**.

Dated: _____, 2025

                     _____
                     United States District Judge