# Exhibit 33

**Civil Action No. 25-0955 (CKK)**



# STANDARDS BOARD
## 2025 ANNUAL MEETING
📅 April 24 - 25, 2025



**U.S. Election Assistance Commission**

## Thursday, April 24

| Time | Activity |
|---|---|
| 8:00 - 9:00 a.m. | Registration |
| 9:00 - 9:30 a.m. | Meeting Begins<br>Call to Order<br>Pledge of Allegiance<br>Welcome<br>Proxy Committee Report<br>Roll Call; Determination of Quorum<br>Oath of Office<br>Introductory Business |
| 9:30 - 9:45 a.m. | EAC Agency Updates |
| 9:45 - 10:45 a.m. | Discussion of the Implementation of the Executive Order to Protect the Integrity of American Elections |
| 10:45 – 11:00 a.m. | Break |
| 11:00 - 11:45 a.m. | Panel: Clearinghouse Award Winners |
| 11:45 a.m. - 1:00 p.m. | Lunch |
| 1:00 - 1:45 p.m. | Discussion: Audit Standards |
| 1:45 - 2:30 p.m. | Discussion: Regional Meetings |

*Agenda is subject to change.*

# STANDARDS BOARD
## 2025 ANNUAL MEETING
April 24 - 25, 2025

**U.S. Election Assistance Commission**

## Thursday, April 24 cont.

| Time | Event |
|---|---|
| 2:30 – 2:45 p.m. | Break |
| 2:45 - 3:30 p.m. | Discussion: Voter Registration and List Maintenance |
| 3:30 - 4:15 p.m. | Discussion: Election Official Training and EAC Learning Lab |
| 4:15 - 4:30 p.m. | Announcements - Meeting Adjourns for the Day |

## Friday, April 25

| Time | Event |
|---|---|
| 9:00 - 9:15 a.m. | Meeting Reconvenes - Executive Board Announcements |
| 9:15 - 10:15 a.m. | Panel: Signature Verification and State Motor Vehicle Offices |
| 10:15 - 10:30 a.m. | Break |
| 10:30 - 11:15 a.m. | Discussion: Election Administration and Voting Survey |
| 11:15 - 11:45 a.m. | Closing Discussion and Announcements |

*Agenda is subject to change.*