## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**APPEARANCE OF COUNSEL**

1

To: The clerk of court and all parties of record.

I certify that I am familiar with the Local Rules of this Court.

I am admitted pro hac vice to practice in this court contingent upon my preceding certification of familiarity with the Local Rules of this Court, and I appear in this case as counsel for: League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

Dated: April 16, 2025

Respectfully submitted,

*/s/ Emily M. Galindo*
Emily M. Galindo*
NY BAR NO. 5184650
475 Riverside Dr. Suite 1901
New York, NY 10115
Tel: (212) 392-4752
mgalindo@latinojustice.org

*Admitted *pro hac vice*

2