IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No.: 1:25-cv-00946 |

## MOTION FOR ADMISSION OF JOHN B. HILL, *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Kalyn Mizelle McDaniel, a member of the Bar of this Court and counsel for Amici: Kathy Boockvar, Leigh M. Chapman, Mary Estill Buchanan, and Joan Anderson Growe, hereby moves for the admission *pro hac vice* of John B. Hill in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Mr. Hill is an attorney with Citizens for Responsibility and Ethics in Washington and maintains his office at 1331 F Street NW Suite 900 Washington, DC 20004 and can be reached at (202) 408-5565. As set forth in the attached declaration, Mr. Hill is an active member in good standing of the Pennsylvania and New York Bars. Mr. Hill also has been admitted to practice in the U.S. District Court for the Middle District of Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Seventh Circuit.

3. Mr. Hill has not been disciplined by any bar.

4. Mr. Hill has not been admitted *pro hac vice* in this Court in the past two years.

5. Mr. Hill is representing Amici in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting John B. Hill to appear *pro hac vice* in the above-captioned case.

Dated:  April 23, 2025                                  Respectfully submitted,

*/s/ Kalyn Mizelle McDaniel*
Kalyn Mizelle McDaniel
Bar No. 90027120
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596, Washington, DC 20044
T: (202) 408-5565
kmizellemcdaniel@citizensforethics.org

*Counsel for Amici*