# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | ) ) ) ) Civil Action No.: 1:25-cv-00946 |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | ) ) ) |
| *Defendants*. | ) |

## **[PROPOSED] ORDER**

Upon consideration of Counsel for Amici's motion for admission of attorney John B. Hill *pro hac vice*, the motion is granted.


DATED: _____        _____
                                          Colleen Kollar-Kotelly
                                          United States District Judge