**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0955 (CKK) |

**ORDER**
(April 24, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Joint [34] Motion for a Preliminary Injunction filed by the League of United Latin American Citizens, the Secure Families Initiative, and the Arizona Students' Association (collectively, the

1

"LULAC Plaintiffs"), and the League of Women Voters Education Fund, the League of Women Voters of the United States, the League of Women Voters of Arizona, the Hispanic Federation, the National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote (collectively, the "League Plaintiffs") is **GRANTED** and the [53] Motion for a Preliminary Injunction filed by the Democratic National Committee, Democratic Governors Association, Democratic Senatorial Campaign Committee (DSCC), Democratic Congressional Campaign Committee (DCCC), U.S. Senate Minority Leader Charles E. Schumer, and U.S. House Minority Leader Hakeem S. Jeffries (collectively, the "Democratic Party Plaintiffs") is **GRANTED IN PART** and **DENIED IN PART**, as follows:

- The LULAC Plaintiffs' and League Plaintiffs' Joint [34] Motion and the Democratic Party Plaintiffs' [53] Motion are both **GRANTED** as to Section 2(a) of Executive Order 14,248. Defendants U.S. Election Assistance Commission ("EAC"); Donald L. Palmer in his official capacity as Chairman and Commissioner of the EAC; Thomas Hicks, Benjamin W. Hovland, and Christy McCormick, in their official capacities as Commissioners of the EAC; and Brianna Schletz, in her official capacity as Executive Director of the EAC, are **PRELIMINARILY ENJOINED** from taking any action to implement or give effect to Section 2(a) of Executive Order 14,248, including taking any action based on the Executive Order to modify the content of the federal voter registration application form described in 52 U.S.C. § 20508(a)(2) to require documentary proof of United States citizenship.

- The Democratic Party Plaintiffs' Motion is **GRANTED** as to Section 2(d) of Executive Order 14,248. Defendants Department of Defense, Department of Veterans Affairs, Department of the Interior, Small Business Administration, Peter Hegseth in his official capacity as Secretary of Defense, Douglas Collins in his official capacity as Secretary of Veterans Affairs, Douglas Burgum in his official capacity as Secretary of the Interior, and Kelly Loeffler in her official capacity as Small Business Administrator, are **PRELIMINARILY ENJOINED** from taking any action to implement or give effect to Section 2(d) of Executive Order 14,248, including failing to provide the federal voter registration application form described in 52 U.S.C. § 20508(a)(2) or an equivalent form to any applicant for service or assistance based on an inability to "assess citizenship."

- The Democratic Party Plaintiffs' Motion is **DENIED** as to Sections 2(b), 7(a), and 7(b) of Executive Order 14,248.

For the reasons stated in the accompanying Memorandum Opinion, no Plaintiff is required to post an injunction bond or any other security as a condition of obtaining the injunctions described in this Order.

Nothing in this Order or the accompanying Memorandum Opinion shall prevent Defendants from taking any lawful action that is not based on Sections 2(a) or 2(d) of Executive Order 14,248 or any substantially similar instruction by the President.

**SO ORDERED.**

**Dated:** April 24, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge