AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| League of United Latin American Citizens, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-00946-CKK |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bipartisan Former State Secretaries of State as Amici Curiae                                    .

Date:      04/28/2025

*John B Hill*
*Attorney's signature*

John Brent Hill (Admitted Pro Hac Vice)
*Printed name and bar number*

CITIZENS FOR RESPONSIBILITY AND ETHICS
IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
*Address*

jhill@citizensforethics.org
*E-mail address*

(202) 408-5565
*Telephone number*

*FAX number*