## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br>    Defendants. | Case No. 1:25-cv-00946-CKK |
| DEMOCRATIC NATIONAL COMMITTEE, *et al,*, <br><br>    Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>    Defendants. | Case No. 1:25-cv-00952-CKK |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>    Defendants. | Case No. 1:25-cv-00955-CKK |

**DECLARATION OF JOHN BRENT HILL**

Pursuant to this Court's April 24, 2025, Minute Order and 28 U.S.C. § 1746, I, John Brent Hill, declare as follows: I am familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was prepared in Philadelphia, PA on April 28, 2025.

Dated: April 28, 2025

Respectfully submitted,

*/s/ John B. Hill*

John B. Hill (PA Bar No. 328340) (admitted *pro hac vice*)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
jhill@citizensforethics.org

*Counsel for Amici Curiae*
*Bipartisan Former State Secretaries of State*

1