IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) Civil Action No.: 1:25-cv-00946 |
| v. | )<br>)<br>) |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al*., | )<br>)<br>)<br>) |
| *Defendants*. | ) |

## MOTION TO ADMIT ANDREW B. GARBER, *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2, Leah J. Tulin, a member of the Bar of this Court respectfully moves for the admission of attorney Andrew B. Garber *pro hac vice* on the behalf of Plaintiffs the League of Women Voters Education Fund, the League of Women Voters of the United States, the League of Women Voters of Arizona, the Hispanic Federation, the National Association for the Advancement of Colored People, the OCA-Asian Pacific American Advocates, and the Asian and Pacific Islander American Vote in the above-captioned matter. Attached hereto is a declaration by Andrew B. Garber in accordance with Local Rule 83.2.

Dated: April 29, 2025

Respectfully submitted,

/s/ Leah J. Tulin
Leah J. Tulin
D.C. Bar No. 988003
Brennan Center for Justice
1140 Connecticut Avenue NW
Suite 1150
Washington, D.C. 20036
Tel: 1-202-650-6397
Fax: 1-202-223-2683
tulinl@brennan.law.nyu.edu

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|                          |     |                |
|--------------------------|-----|----------------|
| _____ |  )  |                |
| Plaintiff(s)             |  )  |                |
|                          |  )  |                |
| vs.                      |  )  | Case Number:   |
|                          |  )  |                |
| _____ |  )  |                |
| Defendant(s)             |     |                |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

2. State bar membership number:

3. Business address, telephone and fax numbers:

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   NY: 4/8/2019, S.D.N.Y.: 7/16/2019, E.D.N.Y.: 8/1/2019, S.D. Ind.: 11/5/2021, W.D. Tex. 5/12/22, W.D. Mich. 4/9/24

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes          No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes          No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 4/29/2025 | _[signature]_ |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No.: 1:25-cv-00946 |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT ANDREW B. GARBER *PRO HAC VICE*

Considering the Motion to Admit Andrew B. Garber *Pro Hac Vice,* IT IS HEREBY ORDERED that attorney Andrew B. Garber be enrolled as counsel of record for the Plaintiffs in the above-captioned matter.

IT IS SO ORDERED.

DATED: _____

_____
Colleen Kollar-Kotelly
United States District Judge



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Andrew B Garber

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 8, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 28, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00228243



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
Presiding Justice

**SUSANNA MOLINA ROJAS**
Clerk of the Court

**MARGARET SOWAH**
Deputy Clerk of the Court

**DOUGLAS C. SULLIVAN**
Deputy Clerk of the Court

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020