**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No.: 1:25-cv-00946 |
| v. | ) ) | |
| EXECUTIVE OFFICE OF THE | ) ) | |
| PRESIDENT, *et al.*, | ) ) | |
| *Defendants*. | ) | |

<u>**APPEARANCE OF COUNSEL**</u>

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court and appear in this case as counsel for the following: League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

I certify that I am familiar with the Local Rules of this Court.


Dated:  April 30, 2025                                  Respectfully submitted,


                                                        /s/ *Andrew B. Garber*
                                                        Andrew B. Garber*
                                                        N.Y. Bar No. 5684147
                                                        Brennan Center for Justice
                                                        120 Broadway, Suite 1750
                                                        New York, NY 10271
                                                        Tel: 1(301) 525-1572
                                                        Fax: (212) 463-7308
                                                        garbera@brennan.law.nyu.edu

                                                        *Admitted *pro hac vice*