AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| League of United Latin American Citizens, et al )<br>*Plaintiff* )<br>v. )<br>Executive Office of the President, et al. )<br>*Defendant* ) | Case No. 25-0946 (CKK) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Consolidated Plaintiffs from Case No. 25-0955 (CKK): League of Women Voters Education Fund, et al.

Date:   05/05/2025

*Attorney's signature*

Sarah Brannon (DC 90024493)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th St. NW
Washington DC 20005
*Address*

sbrannon@aclu.org
*E-mail address*

(202) 457-0800
*Telephone number*

*FAX number*