**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0955 (CKK) |

**ORDER**
(May 6, 2025)

The Court is in receipt of the parties' [119] Joint Scheduling Proposal. In this filing,

Plaintiffs report that Defendants have represented that they do not intend to file motions to dismiss

or to appeal the Court's [103] Order preliminarily enjoining certain Defendants from implementing

1

or giving effect to Sections 2(a) and 2(d) of Executive Order 14,248.  Defendants do not dispute Plaintiffs' statement of their position.  Accordingly, the Court shall set a schedule for further proceedings that assumes no motions to dismiss or interlocutory appeals will be filed at this stage.

Defendants request that their deadline to file Answers be deferred until the Court resolves motions for summary judgment.  That request is denied.  As required by the Federal Rules of Civil Procedure, Defendants shall file Answers or otherwise respond to Plaintiffs' three Complaints within 60 days of service on the United States Attorney.  *See* Fed. R. Civ. P. 12(a)(2).  Specifically, Defendants shall file an Answer or otherwise respond on or before **May 31, 2025** to the Complaint in Case No. 25-cv-0946; on or before **June 1, 2025** to the Complaint in Case No. 25-cv-0952; and on or before **June 7, 2025** to the Complaint in Case No. 25-cv-0955.  *See* ECF Nos. 11, 87, 116.

The parties also dispute whether discovery is necessary in this case.  To allow the Court to decide whether discovery is warranted, the parties shall **MEET AND CONFER** and file a Local Rule 16.3 report on or before **June 13, 2025**.  *See* LCvR 16.3.  In addition to the topics listed in Local Rule 16.3, the parties' report shall identify the subject matter of any proposed discovery, the claim(s) and provision(s) of Executive Order 14,248 to which the proposed discovery would be relevant, and a discovery plan outlining how Plaintiffs propose to obtain the relevant information.

Finally, counsel for all parties shall appear for an initial scheduling conference at **9:00 a.m. ET on June 18, 2025**, in Courtroom 28-A.  Counsel attending the conference must hold the authority to make stipulations and admissions about discovery, scheduling, and any other topic that may reasonably be expected to arise at the conference.

**SO ORDERED.**

**Dated:** May 6, 2025

COLLEEN KOLLAR-KOTELLY
United States District Judge

2