AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| League of United Latin American Citizens, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:25-cv-00946 |
| Executive Office of the President, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Republican National Committee    .

Date:   06/04/2025

/s/ Thomas R. McCarthy
*Attorney's signature*

Thomas R. McCarthy, DC Bar No. 489651
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

tom@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*