# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    Plaintiffs,<br>  v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>    Defendants. | Civil Action No. 25-0946 (CKK) |

## DECLARATION OF WILLIAM BOCK IV

In response to this Court's June 5, 2025 Minute Order, I submit this declaration in support of the motion for my pro hac vice admission (ECF No. 129). I declare that I am familiar with and will be governed by the Local Rules of the United States District Court for the District of Columbia. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025.

By: */s/ William Bock IV*
William Bock IV
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
wbock@consovoymccarthy.com