**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-0955 (CKK) |

**SCHEDULING ORDER**
(June 20, 2025)

Having considered the parties' [137] Meet and Confer Statement, and for the reasons stated during the hearing on June 18, 2025, the Court hereby **ORDERS** that the parties shall adhere to the following schedule for further proceedings:

1

1. **Amending Pleadings and Joinder:** The deadline to amend pleadings and/or join additional parties is **June 27, 2025**.

2. **Initial Interrogatories:** In order to efficiently resolve issues regarding the ripeness and justiciability of certain of Plaintiffs' claims, the Democratic Party Plaintiffs[1] and LULAC Plaintiffs[2] may propound targeted factual interrogatories on the federal agency defendants[3] to discern the existence *vel non* of final agency actions and the "contours of the precise policy at issue" in their claims. *See Hispanic Affs. Project v. Acosta*, 901 F.3d 378, 388 (D.C. Cir. 2018). This limited initial discovery shall proceed on the following schedule:

| Service of Initial Interrogatories | **June 27, 2025** |
| --- | --- |
| Responses to Interrogatories | **July 11, 2025** |
| Plaintiffs' Discovery Motions | **July 18, 2025** |
| Responses to Motions | **July 25, 2025** |
| Replies | **August 1, 2025** |

3. **Summary Judgment – Phase One:** All parties agree that Plaintiffs' challenges to Section 2(a) of Executive Order 14,248 can be resolved without discovery on cross-motions for summary judgment. Accordingly, the parties shall brief Plaintiffs' challenges to Section 2(a) *only* on the following schedule:

| Plaintiffs' Motions for Summary Judgment | **July 11, 2025** |
| --- | --- |
| Defendants' Oppositions and Cross-Motions for Summary Judgment | **August 8, 2025** |
| Plaintiffs' Replies and Oppositions | **August 29, 2025** |
| Defendants' Replies | **September 12, 2025** |

---

[1] The Democratic Party Plaintiffs are the Plaintiffs in Case No. 25-cv-552: Democratic National Committee, Democratic Governors Association, DSCC, DCCC, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries.

[2] The LULAC Plaintiffs are the Plaintiffs in Case No. 25-cv-946: the League of United Latin American Citizens ("LULAC"), the Secure Families Initiative, and the Arizona Students' Association.

[3] Plaintiffs may *not* propound discovery on Defendant Donald J. Trump, in his official capacity as President of the United States, or on Defendant the Executive Office of the President. No party has requested discovery from Defendant-Intervenor Republican National Committee.

4.      **Summary Judgment – Phase Two:**  Defendants intend to move for summary judgment on the Democratic Party Plaintiffs' and LULAC Plaintiffs'[4] remaining claims on purely legal grounds that Defendants contend do not require further discovery.  The Democratic Party Plaintiffs' and LULAC Plaintiffs' responses to those motions will likely be contingent on Defendants' responses to the initial interrogatories and the Court's resolution of any attendant motions.  Therefore, the parties shall adhere to the following schedule:

| Defendants' Motions for Summary Judgment | August 15, 2025 |
| --- | --- |
| Plaintiffs' Oppositions[5] | September 5, 2025 |
| Defendants' Replies | September 19, 2025 |

5.      **Summary Judgment – Phase Three:**  If the Democratic Party Plaintiffs' and LULAC Plaintiffs' remaining claims withstand Defendants' Phase Two motion for summary judgment, the Court may order discovery and/or the production of one or more administrative records.  The Democratic Party Plaintiffs and LULAC Plaintiffs may then move for summary judgment based on Defendants' responses to the initial interrogatories and the content of any additional discovery or administrative record.  Because the timing of these motions is contingent on the timing of the Court's resolution of Defendant's Phase Two motion for summary judgment and any subsequent discovery motions, the Court will not set a schedule for Phase Three motions at this stage.  The Court is mindful that the parties intend to complete briefing by November 2025.

6.      **Consolidated Briefing:**  The Court reincorporates here the modifications to Local Rule of Civil Procedure 7(e) set forth in the [12] Memorandum Opinion and Order consolidating these cases, as further modified by the Orders docketed at ECF Nos. 31 and 135.

**SO ORDERED.**

**Dated:** June 20, 2025

                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

---

[4] The League Plaintiffs' claims relate to Section 2(a) only. The League Plaintiffs are the Plaintiffs in Case No. 25-cv-955: the League of Women Voters Education Fund, the League of Women Voters of the United States, the League of Women Voters of Arizona, the Hispanic Federation, the National Association for the Advancement of Colored People ("NAACP"), OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote.

[5] Plaintiffs have reserved the right to cross-move for summary judgment at this stage.