# Exhibit 4

**Civil Action No. 25-0955 (CKK)**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                    *Plaintiffs*,<br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                    *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                    *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**SUPPLEMENTAL DECLARATION OF CELINA STWART**
**(Pursuant to 28 U.S.C. § 1746)**

My name is Celina Stewart, and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

**Personal Background**

1.     I am the Chief Executive Officer of the League of Women Voters. I took this position starting in August 2024. I have been employed by the League of Women Voters of the United States since 2018. In my capacity as Chief Executive Officer, I previously submitted a declaration in the above-captioned consolidated cases dated April 3, 2025. This declaration includes information to supplement my first declaration.

**League of Women Voters**

2.     The League of Women Voters ("LWV" or "the League") is a nonprofit, nonpartisan, grassroots, community-based membership organization headquartered in Washington, D.C., working to protect and expand voting rights and ensure everyone is represented in our democracy. LWV empowers voters and defends democracy through advocacy, education, mobilization, and litigation at the local, state, and national levels. The League believes the freedom to vote is a nonpartisan issue. Founded in 1920 as an outgrowth of the struggle to win voting rights for women, the League now has more than a million members and supporters and is organized in nearly 800 communities and in every state and the District of Columbia. Today, the League has expanded our vision of a more inclusive democracy where all Americans, regardless of gender, sex, race, ability, or party can see themselves represented in our government. As a woman-led organization, we encourage everyone to take part in our democracy.

3.     The League comprises two entities: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF") (collectively, "LWV" or "the League"). LWVUS encourages informed and active participation in government,

1

works to increase understanding of major public policy issues, and influences public policy through education and advocacy. LWVUS is a 501(c)(4) social welfare organization. LWVEF, a 501(c)(3) tax-exempt educational nonprofit, works to register voters, provide voters with election information through our election resource VOTE411.org and candidate forums and debates, combat misinformation, mobilize voters, and engage in advocacy to ensure well-run elections and encourage participation in the democratic process. There are nearly 800 state and local Leagues across the country that are separately incorporated and affiliated with the national League.

4. As part of our mission, the League—including state and local Leagues—operates one of the longest-running and largest nonpartisan voter registration efforts in the nation. The League seeks to encourage voter engagement and participation in the democratic process. Core to that mission is increasing voter registration for eligible citizens.

5. The League founded the Motor Voter Coalition in the 1980s and 1990s and served as national co-chair of the campaign to pass and implement the National Voter Registration Act of 1993 ("NVRA"). The League has been one of the foremost active defenders of the NVRA by notifying Secretaries of State of noncompliance, working with them to correct NVRA violations, and, when necessary, filing enforcement actions. The League has filed lawsuits to enforce the NVRA in states including Alabama, Arizona, Florida, Georgia, Louisiana, Montana, North Carolina, Ohio, Pennsylvania, Tennessee, Texas, and Virginia. We have also filed litigation and participated as amicus in other challenges to restrictions on voter registration and the right to vote. Government bodies, journalists, and the public at large rely on the League for our expertise in voter registration processes, which are different in every state.

6. Providing education and assistance to both our members and the general public about voter registration is a critical activity of our organization that supports our core mission to

2

ensure every eligible citizen is registered and can participate in our democracy.

7. Through our work, LWVEF and state and local Leagues help tens of thousands of voters register to vote every election cycle and we are instrumental in ensuring access to voter registration for all eligible citizens. Along with state and local Leagues, the League uses state voter registration forms and the federal voter registration form ("Federal Form") to assist voters in registering to vote. The League also maintains VOTE411.org, a nonpartisan, award-winning website which ensures voters have the information they need to successfully participate in every election—local, state, and federal. VOTE411.org is an accessible, bilingual, user-friendly website that allows individuals across the nation to register to vote or update their voter registration.

8. All the work of the League and state and local Leagues described above is ongoing.

### The Executive Order

9. I understand that the President's Executive Order, "Preserving and Protecting the Integrity of American Elections") (the "Executive Order") would, if implemented, require citizens using the Federal Form to provide documentary proof of citizenship to register to vote for federal elections.

10. Implementation of the Executive Order would harm the League's core mission of helping citizens across the United States register to vote by preventing the League from using the Federal Form to help register citizens without documentary proof of citizenship.

11. Because VOTE411.org is intended for any potential voter nationwide to use, it provides access to the Federal Form through links to the Election Assistance Commission ("EAC") website and the Rock the Vote registration portal, along with other resources.

12. If the Federal Form is changed to require documentary proof of citizenship, the

3

League, in coordination with our state and local Leagues, will have to overhaul VOTE411.org to provide different information to the public. VOTE411.org currently provides information to voters in English and Spanish. It will be necessary to update information in English and Spanish on VOTE411.org about how to register to vote in every state. This would be a burdensome process costing the League several thousand dollars, as a customized state page is required for every state and D.C., and each of the resource pages would require updating to ensure voters have accurate information in English and Spanish. The League has already taken steps to identify the necessary changes to VOTE411.org. It would require further investment of the League's resources to carry out those changes if the Executive Order is implemented.

13. While the Rock the Vote portal provides access to other registration methods, such as pathways to state online voter registration systems, Rock the Vote also relies on the Federal Form because it is a single method for registration that can be used by eligible U.S. citizens residing in almost every state. This resource is critical to the League's mission because the Rock the Vote portal allows the League to provide a method of voter registration to almost all eligible U.S. citizens.

14. Currently the access provided to the Federal Form through the Rock the Vote portal, located on VOTE411.org, is user friendly and simple, encouraging engagement from potential voters. It only requires potential voters to fill out the required fields on the form. Users are then given a completed registration form to sign and mail, with the specific mailing address filled in. It does not require any additional documentation. If registration with the Federal Form requires documentary proof of citizenship, the Rock the Vote portal may no longer be an effective way to register to vote.

15. The League has already begun to evaluate Rock the Vote and coordinated with Rock the Vote personnel about the changes necessary to the portal if the Executive Order is

4

implemented. If the Federal Form requires proof of citizenship, it is likely that Rock the Vote would have to take the portal offline for a period of time to revamp its structure, thereby depriving the League of the opportunity to register voters with the portal during that period. And it is also likely that the League would start using alternative online tools based on state-specific forms, instead of the Federal Form. These alternative tools are less user-friendly and less effective to successfully register voters.

16. While the League has begun researching other means of providing online assistance with voter registration using the Federal Form, including through alternative portals, it has not yet found a solution that could replace Rock the Vote while allowing for copies of documentary proof of citizenship to be submitted with registration. It is likely that if the Federal Form required documentary proof of citizenship, there would not be an alternative method for effectively registering voters using the Federal Form.

17. This change would also require the League to facilitate large-scale education campaigns to inform and encourage people to go their local election office to provide documentary proof of citizenship. It may also require the League to expend resources to provide transportation to registrants to their local election officials' offices so they can provide documentary proof of citizenship directly to those officials. And any voter registration process where voters need to take burdensome extra steps such as visiting their local election office would be much less effective in successfully registering voters.

18. The Federal Form is an invaluable resource for the League to register voters across the country because it consists of a singular form that can be used in almost all states and has simple requirements: a registrant must simply fill out the form and need not attach anything. This allows the League to provide consistent training and instructions for volunteers conducting voter registration work, and simple, straightforward guidance for the public seeking to register to

vote.

19. The League conducted a comprehensive evaluation of VOTE411.org to determine the necessary changes to the website if the Executive Order is implemented. If the Federal Form required documentary proof of citizenship, the League would need to expend more resources to implement numerous changes to the website that we determined are necessary. Among other things, the League would have to change our bilingual instructions on the identification needed for voter registration, guidance on the rules for registering to vote in each state, and explanation of eligibility to vote in each state, depending on each state's documentary proof-of-citizenship requirements.

20. The League's work would include, at a minimum, developing instructions about what documents are acceptable, how to obtain access to those documents if a potential voter does not currently have access, and how to provide a copy of the required documentation without compromising the security of one's personal information. League staff have already spent extensive time conducting this research and developing these contingency plans. If the Federal Form is changed to require proof of citizenship, the League will have to spend additional incalculable resources to research, translate, and implement necessary changes to our voter registration materials, trainings, and guidance.

21. The League would also have to implement a litany of changes to our website and assist nearly 800 state and local Leagues with changing their websites.

22. The League maintains extensive toolkits and explainers for how to register voters in different settings. These include toolkits about registering voters in high schools, at naturalization ceremonies, and at virtual voter registration events, in addition to other kinds of voter registration drives. All of these guidance documents would have to be changed if the Executive Order goes into effect, because the League would have to provide guidance about

documentary proof of citizenship. League staff have already spent significant time evaluating which documents need to be updated. Implementing those changes and overhauling our training programs would cause further drain on the League's resources and staff members' time.

23. Additionally, the League will need to work directly with state and local Leagues to develop similar state-specific, multilingual assistance to voters. We would have to expend further resources to coordinate with state Leagues regarding the impact of this change to the guidance state Leagues provide about documentation required to register to vote. This change would make the training provided by state and local Leagues for volunteers helping with voter registration significantly more complicated. This includes training for League of Women Voters of Arizona volunteers, who are engaged in voter registration work and have planned additional voter registration events in advance of upcoming Special Congressional elections.

24. All these added burdens on the League will impede the League's immediate goal of registering as many eligible voters as possible. The League has been forced to divert resources from other core activities such as voter education about the importance of civic participation. Implementation of this requirement would further harm these core activities. This harm to the League's core mission grows more acute as we approach the 2026 midterm elections, given the importance of the League's voter mobilization and education efforts for those elections. And it would impact the League's work in all future elections.

25. This harm is immediate and ongoing because VOTE411.org and the Rock the Vote portal are currently live and used by individuals every day.

26. Requiring documentary proof of citizenship to register to vote with the Federal Form will be burdensome on voters. Even with all the efforts that the League will undertake to educate potential voters about new documentary proof-of-citizenship requirements and provide them with assistance to obtain documentary proof of citizenship, some potential voters will be

less likely to take those necessary steps. There will also be eligible citizens prevented from registering to vote using the Federal Form through VOTE411.org and at voter registration events because they lack documentary proof-of-citizenship. This inevitable result of the Executive Order will harm the League's core mission of ensuring that as many eligible U.S. citizens are registered to vote as possible.

27. This change to the Federal Form will also be confusing to some voters who possess documentary proof of citizenship, making them less likely register to vote, and it will complicate election administration, making errors in successful voter registration more likely.

28. Even prior to its implementation, the Executive Order has caused significant, ongoing confusion among local and state Leagues, League members, and the general public. The League has spent resources engaging with local and state Leagues around the country to address concerns about the Executive Order and potential impacts it might have on the use of the Federal Form to help register voters in various states. It will continue to do so in the coming months as implementation of the Executive Order remains uncertain. League leaders across the country are concerned about the potential need to collect documentary proof of citizenship during all voter registration efforts. Paid League staff have been required to spend time with leaders from state and local Leagues to explain what documentary proof of citizenship might be needed to help voters register using the Federal Form and to strategize about how to best deal with the lack of clarity about the impact on all voter registration processes if changes to the Federal Form are made. These resources of the League's staff could be better spent supporting state and local Leagues' efforts to conduct proactive voter registration, educate voters, and encourage voters to participate in upcoming elections.

29. League leaders have also described how confusion about potential changes to the Federal Form and the impacts of the Executive Order are making it harder to recruit volunteers to

help with voter registration work. Volunteers are concerned about the potential need to collect documentary proof of citizenship, which includes sensitive confidential information. Negative impacts on the recruitment and retention of volunteers harm local and state Leagues' capacity to conduct voter registration drives and impacts their ability to achieve the mission of the League to increase voter registration. These concerns and negative impacts are ongoing while implementation of the Executive Order remains uncertain. Spending more time recruiting volunteers and addressing volunteers' concerns about the potential privacy implications of collecting documentary proof of citizenship also takes resources away from the League's core work of helping individuals register to vote.

30. League leaders have reported that the potential documentary proof-of-citizenship requirement continues to chill individuals' willingness to register to vote during their events. This makes it more difficult for local and state Leagues to convince voters to register to vote, which will likely continue while implementation of the Executive Order remains uncertain.

31. Further, League staff have already spent valuable time interfacing with communities that would be particularly impacted by the Executive Order, including disabled voters, trans voters, and married women with name changes. Members of those communities are understandably concerned about the impact of the Executive Order's documentary proof-of-citizenship requirements. As national leaders in voter registration, League staff and leadership have taken significant time to meet with members of impacted communities and inform them of the possible implications of the Executive Order if it is implemented. League leaders will continue to meet with members of those communities while the possibility remains that the federal form will require documentary proof of citizenship.

32. The League's time and resources spent supporting state and local League leaders to respond to the Executive Order have diverted valuable resources already and will continue to

harm the League while there remains a possibility that the Executive Order could be implemented. The work required to implement new voter registration processes and prepare state and local Leagues for the impact of the Executive Order has and will continue to incur incalculable costs to the League's resources and ability to carry out our mission. Together, these harms take away from other work that League staff would typically be engaged in, such as providing voter education and engagement opportunities for elections in 2025.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on July 8th, 2025

*[signature]*

_____

Celina Stewart