# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-cv-0952 (CKK)<br>**ORAL HEARING REQUESTED** |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0955 (CKK) |

**DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO SECTION 2(A) OF EXECUTIVE ORDER 14248**

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7(h), and this Court's June 20, 2025 Scheduling Order (ECF No. 141), Plaintiffs the Democratic National Committee, the Democratic Governors Association, the Democratic Senatorial Campaign Committee, the Democratic Congressional Campaign Committee, and the respective Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. "Chuck" Schumer and Hakeem S. Jeffries, ("Democratic Party Plaintiffs") respectfully move for partial summary judgment on Counts I and II as directed to § 2(a) of Executive Order No. 14248 ("E.O." or "Executive Order").

The Democratic Party Plaintiffs seek a final judgment declaring that E.O. § 2(a) is legally void as *ultra vires* and an unconstitutional violation of the separation of powers. They further seek a permanent injunction prohibiting its enforcement. *See, e.g.*, *Am. Forest Res. Council v. United States*, 77 F.4th 787, 796 (D.C. Cir. 2023); *U.S. Chamber of Com. v. Reich*, 74 F.3d 1322, 1328 (D.C. Cir. 1996); *Collins v. Yellen*, 594 U.S. 220, 245 (2021). As set forth in more detail in the accompanying memorandum, there is no genuine dispute of material fact as to these claims, and the Democratic Party Plaintiffs have demonstrated that they are entitled to judgment as a matter of law. This Motion is supported by the memorandum of points and authorities, the statement of material facts required by Local Rule 7(h), and the declarations and other documentary evidence attached thereto as exhibits.

A proposed order is attached.

Dated: July 11, 2025									Respectfully submitted,

*/s/ Marc E. Elias*
**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
James J. Pinchak (DC 90034756)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Admitted pro hac vice*

3