IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-00946-CKK |
| DEMOCRATIC NATIONAL COMMITTEE, *et al,*,<br><br>   Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-00952-CKK |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-00955-CKK |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Alex M. Goldstein and remove the appearance of Kalyn Mizelle McDaniel as counsel for Amici in the above-captioned case.

Date: August 1, 2025

Respectfully Submitted,

/s/ Alex Goldstein
D.C. Bar No. 90005086
Citizens for Responsibility and
Ethics in Washington
1331 F Street, NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020