**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**THE REPUBLICAN NATIONAL COMMITTEE'S
STATEMENT OF MATERIAL FACTS
IN SUPPORT OF SSUMMARY JUDGMENT**

1

In accordance with Local Civil Rule 7(h), Intervenor-Defendant the Republican National Committee submits this statement of material facts in support of its cross-motion for summary judgment on Plaintiffs' proof-of-citizenship claims.

**I.   President Trump issues the Executive Order promoting election integrity.**

1.   On March 25, 2025, President Trump ordered the Election Assistance Commission to "take appropriate action to require, in its national mail voter registration form" issued under the National Voter Registration Act, "proof of United States citizenship." Exec. Order No. 14248, §2(a), 2025 WL 929182, at *14005 (March 25, 2025).

2.   Congress tasked the Commission, an executive branch agency, with developing a national mail voter-registration form that shall require "such identifying information" and "other information" as is "necessary to enable the appropriate State election official to assess the eligibility of the applicant and to administer voter registration and other parts of the election process." 52 U.S.C. §20508.

3.   When it created the Commission, Congress gave the President the authority to appoint members of the Commission. 52 U.S.C. §20923.

4.   President Trump ordered that when the Commission takes "appropriate action" to revise the federal voter-registration form, it "shall include" the following documents as acceptable "documentary proof of United States citizenship:" a "United States passport;" an "identification document compliant with the requirements of the REAL ID Act of 2005" that "indicates the applicant is a citizen of the United States;" an "official military identification card that indicates the applicant is a citizen of the United States;" and "a valid Federal or State government-issued photo identification if such identification indicates that the applicant is a United States citizen or if such identification is otherwise accompanied by proof of United States citizenship." Exec. Order No. 14248, 2025 WL 929182, at *14005.

5. President Trump issued the "proof of citizenship" requirement "[t]o enforce the Federal prohibition on foreign nationals voting in Federal elections." *Id.*

6. Federal law prohibits non-U.S. citizens from registering to vote and voting in federal elections. *See* 18 U.S.C. §§611, 1015.

7. President Trump ordered the Commission to take "appropriate action" to require "proof of citizenship" after finding that proof of citizenship was a "necessary" election protection and that "reli[ance] on self-attestation" to verify "citizenship" does not adequately "prohibit non-citizens from registering to vote." Exec. Order No. 14248, 2025 WL 929182, at *14005.

8. President Trump ordered the Commission to take "appropriate action" to require proof of citizenship after finding that "States fail adequately to vet voters' citizenship." *Id.*

9. In recent years, multiple States have reported finding non-citizens registered to vote on their voter rolls. For example, in 2019, the Texas Secretary of State reported identifying "95,000 individuals" as "non-U.S. citizens" with "a matching voter registration record in Texas, approximately 58,000 of whom have voted in one or more Texas elections." Ex. D, *Secretary Whitley Issues Advisory on Voter Registration List Maintenance Activity*, Tex. Sec'y of State (Jan. 25, 2019), perma.cc/26Z4-B3EM.

10. In 2022, Georgia's Secretary of State reported finding that "1,634 individuals" had "attempted to register to vote in Georgia despite not being citizens." Ex. N, *Citizenship Audit Finds 1,634 Noncitizens Attempted to Register to Vote*, Ga. Sec'y of State (Mar. 28, 2022), perma.cc/4378-HCF4.

11. The Governor of Virginia reported that Virginia found and removed "6,303 noncitizens" from its voter rolls since 2022. Ex. E, Exec. Order 35, *Comprehensive Election*

*Security Protecting Legal Voters and Accurate Counting*, Off. of the Va. Gov. (Aug. 7, 2024), perma.cc/6KSZ-EHS4.

13. The Alabama Secretary of State reported identifying "3,251 individuals who are registered to vote in Alabama who have been issued noncitizen identification numbers by the Department of Homeland Security." Ex. F, *Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama*, OFF. OF ALA. SEC. OF STATE, https://perma.cc/8KUS-PSVE.

13. The Michigan Secretary of State recently reported identifying "15 people who appear to be non-U.S. citizens and cast a ballot in the 2024 General Election." Ex. G, *Michigan Department of State Review Confirms Instances of Noncitizen Voting are Extremely Rare*, Mich. Dep't of State (Apr. 3, 2025), perma.cc/W3DF-5VHY.

14. Last year, the Governor of Texas reported that "over 6,500 potential noncitizens" were "removed from the voter rolls" and "1,930" of those individuals had "a voter history." Ex. C, *Governor Abbott Announces Over 1 Million Ineligible Voters Removed from Voter Rolls*, Off. of the Tex. Gov. (Aug. 26, 2024), perma.cc/HZ5S-5EGB.

15. President Trump ordered the Commission to take "appropriate action" to require proof of citizenship after finding that "the prior administration actively prevented States from removing aliens from their voter lists." Exec. Order No. 14248, 2025 WL 929182, at *14005.

16. Under President Biden's administration, the Department of Justice sued the Commonwealth of Virginia, alleging that Virginia had taken "continued action" to "remove noncitizens from the voter rolls" within 90 days of a federal election. Compl., *United States v. Virginia*, Doc. 1 at ¶43, No. 1:24-cv-01807 (E.D. Va. Oct. 11, 2024). A federal district court enjoined Virginia from removing those registered voters, but the Supreme Court stayed that

4

injunction before the 2024 federal election. *See Beals v. Va. Coal. For Immigrant Rights*, No. 24A407 (S. Ct. Oct. 30, 2024).

17.     Under President Biden's administration, the Department of Justice sued the State of Alabama for "remov[ing] from its voter rolls 3,251 individuals" whom the State of Alabama had concluded were "noncitizens." Compl., *United States v. Alabama*, Doc. 1 at ¶¶4, 33, No. 2:24-cv-01329 (N.D. Ala. Sept. 27, 2024). The United States voluntarily dismissed that case in March of this year. *See id.*, Doc. 102.

**II. Plaintiffs rush to sue the Administration to enjoin enforcement of the Executive Order.**

18.     Within a week of President Trump signing his Executive Order directing the Commission to revise the national mail voter-registration form to require proof of citizenship, Plaintiffs sued demanding that the court enjoin enforcement of the Executive Order. DNC Compl., Doc. 1, No. 1:25-cv-952; LWV Compl., Doc. 1, No. 1:25-cv-955; LULAC Compl., Doc. 1.[1]

19.     When Plaintiffs filed their complaints, the time period that the Commission had to take "appropriate action" to revise the national mail voter-registration form to require proof of citizenship had not run. President Trump specifically gave the Commission "30 days" to take such "appropriate action."  Exec. Order No. 14248, 2025 WL 929182, at *14005.

20.     The Commission has not yet submitted a proposed rule for notice-and-comment implementing the proof of citizenship requirement contained in Section 2(a) of President Trump's Executive Order.

21.     The Commission has not yet promulgated a final rule implementing the proof of citizenship requirement contained in Section 2(a) of President Trump's Executive Order.

---

[1] Unless otherwise noted, docket entries refer to the lead case: *LULAC v. EOP*, No. 1:25-cv-946.

22. Plaintiffs "agree" that their "challenges to Section 2(a)" of President Trump's Executive Order "can be resolved without discovery on cross-motions for summary judgment." Scheduling Order, Doc. 141 at 2.

23. Plaintiffs moved for summary judgment on their *ultra vires* claims concerning the proof of citizenship requirement of President Trump's Executive Order. Specifically, the DNC Plaintiffs moved for summary judgment on Counts I and II of their Complaint, the LWV Plaintiffs moved for summary judgment on Counts I and II of their Complaint, and the LULAC Plaintiffs moved for summary judgment on Count I of their Complaint. *See* Democratic Party Mot. for Partial Summ. J., Doc. 146; League and LULAC Mot. for Partial Summ. J., Doc. 145.

### III. The Republican National Committee joins the case to defend their interests in orderly elections.

24. On June 12, 2025, the Court granted the RNC intervention by right in this case to permit the RNC to vindicate its "interest in competing in fair contests for public office by registering, educating, and turning out voters." Order, Doc. 135 at 9.

25. The Court ruled that the RNC has Article III standing "both in its own right ("organizational" standing) and standing to represent the interests of its members ("associational" standing) to defend those provisions of the Executive Order that directly benefit the electoral prospects of Republican candidates for federal office." *Id*. at 5.

26. The RNC is the national committee of the Republican Party. Ex. A, Suppl. Decl. of Michael Ambrosini, Doc. at ¶2.

27. The RNC manages the business of the Republican Party at the national level, coordinating fundraising and election strategy; developing and promoting the Party's national platform; and organizing and operating the Republican National Convention, which nominates a candidate for President and Vice President of the United States. *Id*. at ¶¶2-4.

28. The RNC represents over 30 million registered Republicans and has 168 voting members who hail from all 50 states, the District of Columbia, and U.S. territories. *Id*. at ¶2.

29. The RNC works to elect Republican candidates to state and federal office. *Id*. at ¶5.

30. In November 2026, the RNC's candidates will appear on the ballot in every State for election to the U.S. House of Representatives, and in each State holding an election for the U.S. Senate. *Id*.

31. In preparing for the upcoming election, the RNC's interests include protecting the ability of Republican voters to cast, and Republican candidates to receive, effective votes in federal and state elections. *Id*. at ¶8.

32. The RNC's candidate members running for reelection include, but are not limited to, U.S. Senator Dan Sullivan, running for reelection in Alaska; U.S. Representative Nick Begich, running for reelection in Alaska; U.S. Representative Warren Davidson, running for reelection in Ohio; U.S. Representative Michael Turner, running for reelection in Ohio; U.S. Representative Troy Balderson, running for reelection in Ohio; U.S. Representative David Joyce, running for reelection in Ohio; U.S. Representative Mike Carey, running for reelection in Ohio; U.S. Representative Robert Wittman, running for reelection in Virginia; U.S. Representative Jennifer Kiggans, running for reelection in Virginia; U.S. Representative Benjamin Cline, running for reelection in Virginia; U.S. Representative H. Morgan Griffith, running for reelection in Virginia; U.S. Representative Carol Miller, running for reelection in West Virginia; and U.S. Representative Riley Moore, running for reelection in West Virginia. *Id*. at ¶6.

33. Republican candidates who are RNC members will compete for votes against Democratic candidates supported by DNC Plaintiffs in the upcoming election, especially in competitive election contests. Decl. of Erik Ruselowski, Doc. 146-3 at ¶6. Democrats

disproportionately benefit from rules that do not require voters to provide evidence of U.S. citizenship. Decl. of Liberty Schneider, Doc. 146-3 at ¶¶18-23, 26-27; Decl. of Jillian Edelman, Doc. 146-3 at ¶¶13-17; Decl. of Lillie Boss, Doc. 146-3 at ¶¶16-21; Decl. of Erik Ruselowski, Doc. 146-3 at ¶¶18-24; Decl. of Hakeem Jeffries, Doc. 146-3 at ¶¶14, 18-19.

34. The RNC supports numerous election integrity efforts, deploying election observers, both paid and volunteer, to ensure that only qualified voters vote and that unqualified voters do not dilute the votes cast by lawful voters with illegal ballots. Ex. A, Suppl. Decl. of Michael Ambrosini at ¶¶15, 18.

35. The RNC devotes substantial time and resources to election-day and post-election activities such as poll watching, observing absentee ballots, and canvassing processes. *Id*. at ¶15.

36. When non-citizens are registered to vote and listed on State voter rolls, it harms the RNC's ability to provide services to candidates and voters, and to accomplish its core activities of electing Republican candidates and turning out Republican voters in local, state, and federal elections. *Id*. at ¶23.

37. The RNC engages in daily voter-registration services for candidates, voters, and local state parties. When non-citizens are illegally registered to vote, it artificially inflates the number of registrants on the voter rolls and the RNC cannot provide effective registration services for those groups. *Id*. at ¶24.

38. The RNC relies on accurate voter rolls for its voter contacts. The RNC contacts voters through mail and digital avenues, as well as both volunteer and paid in person contacts. These voter-contact efforts are essential to electing Republican candidates and turning out Republican voters. *Id*. at ¶25.

39.     The RNC uses voter rolls to adjust the size, scope, and audience for these voter contacts. Inaccurate voter rolls harm the effectiveness of these voter-contact efforts by resulting in contacts with registered voters who are no longer eligible to vote and resulting in mail pieces being printed and sent but never properly delivered. *Id*.

40.     Non-citizens registering and voting in elections also undermines the electoral confidence of RNC members. That decreased confidence harms the RNC's registration and voter-turnout efforts and diminishes the electoral chances of Republican candidates. To counteract that decrease in confidence, the RNC must run campaigns, educate voters, contact election officials at all levels, and engage in various efforts to increase election security against non-citizens registering and voting.  Ex. A, Suppl. Decl. of Michael Ambrosini at ¶27.

41.     Enjoining enforcement of the proof-of-citizenship requirement in President Trump's Executive Order for upcoming elections will require the RNC to divert more resources toward absentee-voting, poll-watching activities, voter-roll monitoring, and voter-registration efforts. Because the RNC's resources are finite, it can expend resources on those efforts only by diverting them from the pursuit of its mission in other areas. *Id*. at ¶28.

42.     In their summary judgment motion memorandum, the DNC Plaintiffs acknowledged the RNC's standing as their "direct competitor," that "the RNC's mission is to 'elect Republican candidates to state and federal office' and that enjoining the 'proof-of-citizenship requirement for upcoming elections' will require RNC to pursue its mission in other ways," and argued that the RNC's standing put to rest any "doubts" about the standing of the DNC Plaintiffs. DNC Br. (Doc. 146-1) at 22 n.5.

Dated: August 8, 2025					Respectfully submitted,

						*/s/ Thomas R. McCarthy*

Lee E. Goodman (D.C. Bar 435493)			Thomas R. McCarthy (D.C. Bar 489651)
Michael Columbo (D.C. Bar 476738)			Gilbert C. Dickey (D.C. Bar 1645164)
DHILLON LAW GROUP				Conor D. Woodfin (D.C. Bar 1780807)
2121 Eisenhower Ave., Ste. 608			William Bock IV* (Ohio Bar 0105262)
Alexandria, VA 22314				CONSOVOY MCCARTHY PLLC
(415) 433-1700					1600 Wilson Blvd., Ste. 700
lgoodman@dhillonlaw.com				Arlington, Virginia 22209
mcolumbo@dhillonlaw.com				(703) 243-9423
						tom@consovoymccarthy.com
						gilbert@consovoymccarthy.com
						conor@consovoymccarthy.com
*Admitted *pro hac vice*				wbock@consovoymccarthy.com

*Counsel for Intervenor-Defendant*
*The Republican National Committee*