**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br>    Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>    Defendants, <br> *and* <br> REPUBLICAN NATIONAL COMMITTEE, <br><br>    Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>    Defendants. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT**

1

This matter comes before the Court on the parties' cross-motions for Summary Judgment concerning Plaintiffs' claims related to the proof of citizenship requirement under Section 2(a) of Exec. Order No. 14248, 2025 WL 929182 (March 25, 2025). Upon considering the motions and supporting authorities, the responses from the parties, and the evidence and pleadings of record, this Court finds that there is no genuine dispute of material fact and that Defendants are entitled to judgment as a matter of law. It is hereby:

**ORDERED** that Defendants' Cross Motion for Summary Judgment is **GRANTED** on the following claims:

- Summary judgment is **GRANTED** in favor of Defendants on Plaintiffs' claims that Section 2(a) of the challenged Executive Order is an *ultra vires* presidential action.
    - DNC Compl., Doc. 1, No. 1:25-cv-952 (Counts I & II)
    - LWV Compl., Doc. 1, No. 1:25-cv-946 (Count I)
    - LULAC Compl., Doc. 1, No. 1:25-cv-955 (Count I)
- Summary judgment is **GRANTED** in favor of Defendants on Plaintiffs' claims that Section 2(a) of the challenged Executive Order directs the Election Assistance Commission to engage in agency action contrary to the National Voter Registration Act.
    - DNC Compl., Doc. 1, No. 1:25-cv-952 (Count VI)
    - LWV Compl., Doc. 1, No. 1:25-cv-946 (Count II)
    - LULAC Compl., Doc. 1, No. 1:25-cv-955 (Count V)
- Summary judgment is **GRANTED** in favor of Defendants on the DNC's claim that Section 2(a) of the challenged Executive Order directs the Election Assistance Commission to engage in agency action contrary to the Help America Vote Act.
    - DNC Compl., Doc. 1, No. 1:25-cv-952 (Count XI)

- Summary judgment is **GRANTED** in favor of Defendants on the DNC's claim that Section 2(a) of the challenged Executive Order directs the Election Assistance Commission to engage in agency action contrary to the constitutional right to vote.
   - DNC Compl., Doc. 1, No. 1:25-cv-952 (Count X)

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2025.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge
District Court for the District of Columbia