# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**THE REPUBLICAN NATIONAL COMMITTEE'S**
**CROSS MOTION FOR SUMMARY JUDGMENT**
**ON REMAINING CLAIMS**

Under Federal Rule of Civil Procedure 56, Local Civil Rule 7(h), and this Court's Scheduling Order, Intervenor-Defendant the Republican National Committee moves for summary judgment on Plaintiffs' remaining claims concerning Sections 2(d) and 7(a) of Executive Order No. 14248. These claims include Counts 1, 3, 5, 6, 8, and 10 of the Democratic Party Plaintiffs' Complaint (Doc. 1, No. 1:25-cv-952), and Count 3 of the LULAC Plaintiffs' Complaint (Doc. 1, No. 1:25-cv-946).

As the accompanying brief explains, there is no genuine dispute of material fact as to these claims, and the Defendants are entitled to judgment as a matter of law. This motion is supported by the brief, the statement of material facts, and the evidence in the record. A proposed order is also attached.

Dated: August 20, 2025

Respectfully submitted,

*/s/ Thomas R. McCarthy*

Lee E. Goodman (D.C. Bar 435493)
Michael Columbo (D.C. Bar 476738)
DHILLON LAW GROUP
2121 Eisenhower Ave., Ste. 608
Alexandria, VA 22314
(415) 433-1700
lgoodman@dhillonlaw.com
mcolumbo@dhillonlaw.com

Thomas R. McCarthy (D.C. Bar 489651)
Gilbert C. Dickey (D.C. Bar 1645164)
Conor D. Woodfin (D.C. Bar 1780807)
William Bock IV* (Ohio Bar 0105262)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com
wbock@consovoymccarthy.com

*Admitted *pro hac vice*

*Counsel for Intervenor-Defendant
The Republican National Committee*