AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| League of United Latin American Citizens, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00946 (CKK) |
| Executive Office of the President | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs LULAC, Secure Families Initiative, and Arizona Students Association.

Date:  08/27/2025

/s/ Jon M. Greenbaum
*Attorney's signature*

Jon M. Greenbaum, DC Bar No. 489887
*Printed name and bar number*

Justice Legal Strategies
P.O. Box 27015
Washington, DC 20038

*Address*

jgreenbaum@justicels.com
*E-mail address*

(202) 601-8678
*Telephone number*

*FAX number*