# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-0955 (CKK) |

**DEMOCRATIC PARTY PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND CROSS-MOTION FOR PHASE II OF SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Section 7 of this Court's Standing Order, Plaintiffs the Democratic National Committee ("DNC"), the Democratic Governors Association ("DGA"), the Democratic Senatorial Campaign Committee ("DSCC"), the Democratic Congressional Campaign Committee ("DCCC") (collectively, "Party Organizations"), and the respective Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. "Chuck" Schumer and Hakeem S. Jeffries (together with the Party Organizations, "Democratic Party Plaintiffs"), seek a one-week extension of their September 10, 2025, deadline to file their Phase II summary judgment response and cross-motion. This is Democratic Party Plaintiffs' first motion for an extension in this matter.

Democratic Party Plaintiffs conferred with Defendants pursuant to Local Rule 7(m). Counsel for Federal Defendants do not oppose an extension of time for Plaintiffs to file their opposition to the Phase II summary-judgment motions provided that they receive a commensurate extension for their brief in reply. Intervenor-Defendant the RNC likewise consents to an extension of time for Plaintiffs to file their opposition to the Phase II summary judgment motions, provided that Defendants receive a commensurate extension for reply. Counsel for the LULAC plaintiffs do not oppose this motion, which would change the schedule for all plaintiffs.

In support of this motion, Democratic Party Plaintiffs submit the following:

1. This Court issued an order on June 20, 2025 ordering a three-phase summary-judgment briefing schedule. *See* ECF No. 141. The Scheduling Order expressly acknowledges that "Plaintiffs have reserved the right to cross-move for summary judgment at" Phase II of the briefing. ECF No. 141 at 3 n.5.

2. That briefing schedule commenced on July 11, 2025 with Plaintiffs' motions for summary judgment as to Section 2(a) of Executive Order 14248. *See* ECF Nos. 145, 146.

Defendants filed their responses and cross-motions on August 8. *See* ECF Nos. 161, 162, 163. Democratic Party Plaintiffs filed their reply and response briefs on August 29. *See* ECF Nos. 184, 185.

3. On August 8, the Federal Defendants moved for a two-week extension of time to file their Phase II summary-judgment briefs. *See* ECF No. 164. On August 12, this Court granted and denied in part by ordering a five-day extension of the deadline for Defendants' Phase II motions and Plaintiffs' responses, while leaving Defendants' reply deadline unchanged. *See* Minute Order (Aug. 12, 2025).

4. The Court's order shifted the deadline for Defendants' Phase II motions from August 15 to August 20, and shifted Plaintiffs' deadline to respond from September 5 to September 10. *Id.*

5. Good cause exists for a one-week extension given the importance and complexity of the issues raised by Democratic Party Plaintiffs' claims and Defendants' motions for summary judgment, which consist of nearly seventy pages of legal argument raising issues of, *inter alia*, subject matter jurisdiction, ripeness, statutory causes of action, and final agency action, in addition to arguments addressing the merits of Democratic Party Plaintiffs' claims. ECF No. 176-1, 177-1.

6. A short one-week extension will also advance the interest in "ensuring a robust presentation of the issues" before the Court, Minute Order, (Aug. 12, 2025), and will not unduly prejudice the parties' ability to advance this case without delay.

7. In addition, counsel for Democratic Party Plaintiffs have several competing obligations, which were scheduled after the Court issued its June 10 scheduling order but before the Court's August 12, 2025 Minute Order extending the deadline for Defendants to file their Phase II summary-judgment briefs.

8. Under the Democratic Party Plaintiffs' proposal, deadlines in the scheduling order would be modified as follows:

- Plaintiffs' Oppositions (and Cross-Motions): **September 17, 2025** (currently September 10);

- Defendants' Replies: **October 1, 2025** (currently September 19).

9. This briefing schedule would provide a commensurate extension for the Defendants' and Intervenor-Defendant's briefs in reply.

10. A proposed order granting the motion is attached.

Dated: September 2, 2025                     Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
Harleen K. Gambhir (DC 1781869)
James J. Pinchak (DC 90034756)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Admitted pro hac vice*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7(m), counsel for Democratic Party Plaintiffs conferred with counsel for all parties in a good-faith attempt to resolve the subject matter of this motion. Counsel for Federal Defendants do not oppose an extension of time for Plaintiffs to file their opposition to the Phase II summary-judgment motions provided that they receive a commensurate extension for their brief in reply. Intervenor-Defendant the RNC likewise consents to an extension of time for Plaintiffs to file their opposition to the Phase II summary judgment motions, provided that Defendants receive a commensurate extension for reply. No party opposes the relief requested herein.