# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**THE REPUBLICAN NATIONAL COMMITTEE'S NOTICE
JOINING THE UNITED STATES' REPLY BRIEF
ON SECTION 2(a) CLAIMS**

In accordance with Federal Rule of Civil Procedure 56, Local Civil Rule 7(d), and this Court's Scheduling Order, Intervenor-Defendant the Republican National Committee provides notice that it joins the United States' reply brief in support of partial summary judgment on Plaintiffs' Section 2(a) claims (Doc. 190), except as to the arguments raised in Section III (Doc. 190 at 6-8).

Dated: September 15, 2025

Respectfully submitted,

*/s/ Thomas R. McCarthy*

Lee E. Goodman (D.C. Bar 435493)
Michael Columbo (D.C. Bar 476738)
DHILLON LAW GROUP
2121 Eisenhower Ave., Ste. 608
Alexandria, VA 22314
(415) 433-1700
lgoodman@dhillonlaw.com
mcolumbo@dhillonlaw.com

Thomas R. McCarthy (D.C. Bar 489651)
Gilbert C. Dickey (D.C. Bar 1645164)
Conor D. Woodfin (D.C. Bar 1780807)
William Bock IV* (Ohio Bar 0105262)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com
wbock@consovoymccarthy.com

*Admitted *pro hac vice*

*Counsel for Intervenor-Defendant*
*The Republican National Committee*