# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                    *Plaintiffs*,<br>     v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>                    *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE<br><br>                    *Intervenor Defendant.* | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>                    *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**LULAC PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association ("LULAC Plaintiffs") respectfully cross-move for partial summary judgment against Defendants Executive Office of the President; U.S. Department of Justice; Pamela Bondi, in her official capacity as United States Attorney General; U.S. Department of Defense; Pete Hegseth, in his official capacity as United States Secretary of Defense; Federal Voting Assistance Program; and J. Scott Wiedmann, in his official capacity as director of the Federal Voting Assistance Program. LULAC Plaintiffs respectfully move for declaratory relief against all Defendants, and move to permanently enjoin Defendants Executive Office of the President, Department of Justice, Bondi, Department of Defense, Hegseth, Federal Voting Assistance Program, and Wiedmann from implementing Section 3(d) and pursuing any criminal or civil enforcement action pursuant to Section 7(a) of President Trump's Executive Order 14,248 (March 25, 2025).

As set forth in the accompanying Memorandum in Support of Partial Summary Judgment, LULAC Plaintiffs are entitled to summary judgment on their claims that Sections 3(d) and 7(a) of President Trump's March 25, 2025, Executive Order No. 14248 are unlawful. There is no genuine dispute as to any material fact and LULAC Plaintiffs are entitled to judgment as a matter of law.

The grounds for this Motion are fully set forth in the accompanying Memorandum. A Statement of Undisputed Material Facts, Response to Defendants' Statement of Undisputed Material Facts, Response to Republican National Committee's Statement of Undisputed Material Facts, Plaintiffs' Exhibits, and a Proposed Order are filed herewith.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |

| | |
|---|---|
| */s/ Pooja Chaudhuri* | */s/ Anna M. Baldwin* |
| Pooja Chaudhuri (D.C. Bar No. 888314523) | Anna M. Baldwin (D.C. Bar No. 998713) |
| Sofia Fernandez Gold (D.C. Bar No. 90010196) | Danielle Lang (D.C. Bar No. 1500218) |
| Jacob Kovacs-Goodman (D.C. Bar No. 90032363) | Jonathan Diaz (D.C. Bar No. 1613558) |
| Norman L. Eisen (D.C. Bar No. 435051) | Robert Brent Ferguson (D.C. Bar No. 1782289) |
| Tianna J. Mays (D.C. Bar No. 90005882) | Heather Szilagyi (D.C. Bar No. 90006787) |
| DEMOCRACY DEFENDERS FUND | Benjamin Phillips (D.C. Bar No. 90005450) |
| 600 Pennsylvania Avenue SE #15180 | CAMPAIGN LEGAL CENTER |
| Washington, D.C. 20003 | 1101 14th St. NW, Suite 400 |
| (202) 601-8678 | Washington, D.C. 20005 |
| pooja@democracydefenders.org | (202) 736-2200 |
| sofia@democracydefenders.org | abaldwin@campaignlegalcenter.org |
| jacob@democracydefenders.org | dlang@campaignlegalcenter.org |
| norman@democracydefenders.org | jdiaz@campaignlegalcenter.org |
| tianna@democracydefenders.org | bferguson@campaignlegalcenter.org |
| | hszilagyi@campaignlegalcenter.org |
| | bphillips@campaignlegalcenter.org |

*/s/ Jon Greenbaum*
Jon Greenbaum (D.C. Bar No. 489887)
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038
(202) 601-8678
jgreenbaum@justicels.com

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association*