**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>      *Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>      *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      *Defendants,*<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>      *Intervenor-Defendant.* | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>      *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF ANNA M. BALDWIN**
**IN SUPPORT OF LULAC PLAINTIFFS' MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

I, Anna M. Baldwin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am a Director of Voting Rights Litigation with the Campaign Legal Center, which is part of the team representing the LULAC Plaintiffs in the above captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of the LULAC Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of the September 16, 2025, Declaration of Brandi Jones, Co-Acting Executive Director of Plaintiff Secure Families Initiative.

3. Attached hereto as Exhibit 2 is a true and correct copy of the September 15, 2025, Declaration of Juan Proaño, Chief Executive Officer of Plaintiff League of United Latin American Citizens.

4. Attached hereto as Exhibit 3 is a true and correct copy of the September 14, 2025, Declaration of Luis Reyna.

5. Attached hereto as Exhibit 4 is a true and correct copy of the September 13, 2025, Declaration of Irma Gonzalez.

6. Attached hereto as Exhibit 5 is a true and correct copy of the September 17, 2025, Declaration of Ana Orellana.

7. Attached hereto as Exhibit 6 is a true and correct copy of the September 15, 2025, Declaration of James Fukuda.

8. Attached hereto as Exhibit 7 is a true and correct copy of the September 16, 2025, Declaration of Felix Rivera.

2

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2025

                                               _s/Anna M. Baldwin_____  
                                                 Anna M. Baldwin