# EXHIBIT 1

**Civil Action No. 25-0946 (CKK)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,

           *Plaintiffs*,

     v.

EXECUTIVE OFFICE OF THE PRESIDENT,
*et al.*,

           *Defendants*.

Civil Action No. 25-0946 (CKK)

---

DEMOCRATIC NATIONAL COMMITTEE,
*et al.*,

           *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

           *Defendants*,

and

REPUBLICAN NATIONAL COMMITTEE,

           *Intervenor-Defendant.*

Civil Action No. 25-0952 (CKK)

---

LEAGUE OF WOMEN VOTERS
EDUCATION FUND, *et al.*,

           *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

           *Defendants*.

Civil Action No. 25-0955 (CKK)

**<u>DECLARATION OF BRANDI JONES</u>**
**<u>CO-ACTING EXECUTIVE DIRECTOR, SECURE FAMILIES INITIATIVE</u>**

I, Brandi Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.

2.      I am a Co-Acting Executive Director and Organizing Director of Secure Families Initiative (SFI).

3.      As the Co-Acting Executive Director and Organizing Director of SFI, my duties include creating and implementing programs to cultivate community for military families to elevate military spouses and family members as uniquely qualified advocates and to mobilize them as a powerful force in the democratic process.

4.      SFI is a non-partisan 501(c)(4) non-profit organization that consists of military spouses and family members. SFI is affiliated with the 501(c)(3) organization Secure Families Foundation.

5.      SFI began under an incubation program in January 2020 and then became a standalone non-profit in January 2021. SFI is incorporated in Washington, D.C. and has five full-time staff members, two part-time staff members, and over 44,000 members.

6.      SFI's mission is to mobilize diverse military partners, parents, children, and veterans to vote and advocate for their communities. Recognizing that military families make enormous sacrifices to strengthen and defend our country, SFI seeks to influence issues of foreign policy and national security that especially impact SFI's members. SFI believes that mobilizing its community to vote and advocate is the most effective way to reshape the country's conversations around military intervention and ensure its members have a seat at the table over decisions that affect their own lives.

7.     Military families reflect America. Military families come from all 50 states, every U.S. territory, and the District of Columbia. They come from rural areas, small and large towns, and cities. They have a variety of educational experiences and backgrounds. They include members from every ethnic group, religion, and sexual orientation. Nearly 50% of service members are Black, Indigenous, or a Person of Color; over 50% are under 30 years-old; and 92% of military spouses are women. SFI's membership is reflective of this diversity.

8.     The military community is a network of families stationed all over the world. Most active-duty families move every two or three years. In addition to disruption of established support networks, changes in children's education and social lives, and limits on spouse employment and career paths, these moves also impact the ability of military spouses and eligible dependents to vote.

9.     SFI represents military-connected families serving abroad in at least eight different countries. SFI members are also posted to military bases within the United States. A portion of SFI's membership are also families living abroad who have transitioned out of military service. Our most recent records indicate that SFI has members residing or registered to vote in every state other than Vermont, as well as the District of Columbia. This includes SFI members who are registered to vote in the District of Columbia and every state that currently has a post-Election Day ballot return deadline, as well as in North Dakota, which changed its law to impose an Election Day ballot return deadline after the Executive Order was issued.

10.     SFI creates and runs military voter education programs to further SFI's mission of closing the voter participation gap between the military and civilian communities. SFI's military voter education programs have been recognized nationally and highlighted as a key information source for active-duty families by the Department of Defense (DoD).

11.    One of these programs is SFI's "Voting Ambassador Program," which trains military family members to become volunteer educators. These ambassadors are trained to register voters within their personal networks and educate others on how to navigate the specific voting challenges military families face, such as voting absentee and overseas due to frequent relocations. Voting Ambassadors promote civic participation among their military networks, including by hosting voter registration events targeting military-connected voters in their communities.

12.    SFI convenes a monthly Voting Leadership Team that works to expand voting rights, reduce barriers to military voting, and improve America's democratic elections process. The team consists of 37 members living all over the world. If election policy changes, SFI must develop, plan, and provide robust training on those changes to this core team in order to continue its organizational advocacy and education efforts. These new training programs will require reallocating SFI's limited resources, including staff and volunteer time, away from existing advocacy, outreach, and education programs, such as community building activities to combat the isolation of military deployment, to instead focus on developing and leading training on these policy changes.

13.    SFI founded and leads the Military Vote Coalition (MVC), a nonpartisan group of over 20 military family and veteran support organizations. Through this coalition, SFI and its partners conduct outreach and advocacy to protect and expand military families' access to the ballot box.

14.    SFI also partners with other military-serving organizations, such as the National Military Family Association (NMFA), to create educational resources. For example, SFI has

collaborated with NMFA on outreach materials designed specifically for military teens, who often face unique challenges as first-time voters due to their family's frequent moves.

15.     SFI also provides comprehensive online resources on its website to help military families become "voter ready." SFI's toolkit addresses issues specific to military life, including: confirming voter registration status; finding polling places; researching local ballot information using reliable, nonpartisan resources; and registering to vote. As it does through its Voting Ambassador program and other educational programming, SFI's online resources encourage absentee active-duty servicemembers and active-duty spouses whose residency is different from their current address to use the Federal Post Card Application (FPCA) to register to vote and request an absentee ballot.

16.     I am aware that on March 25, 2025, President Trump issued an Executive Order titled "Preserving and Protecting the Integrity of American Elections" (the "Order" or "EO"). Among other things, this order purports to require FPCA users to provide documentary proof of citizenship (DPOC) and "proof of eligibility" to vote in a particular state, and it orders the U.S. Attorney General to "enforce" an Election Day ballot return deadline. These provisions will create immediate harm to SFI and its members as well as harm every annual election cycle at a minimum of once a year, in perpetuity.

**Harms to SFI Members**

**Federal Post Card Application**

17.     Because SFI's membership consists of active-duty spouses and dependents, SFI members face particular challenges to voting access, including the need to re-register regularly when they move to accommodate the military assignments of their family members and the need to vote absentee, including from overseas.

18.    SFI has members who register to vote using multiple methods of registration, including the FPCA issued pursuant to the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA).

19.    SFI specifically encourages its members who are absent from their jurisdiction to register to vote and request an absentee ballot using the FPCA because—though not without complications—it is the most accessible method for absent military-connected voters to register and request a ballot.

20.    Among other strategies, SFI promotes the FPCA among its members through its Voting Ambassador Program. The Voting Ambassador program trains SFI members to volunteer to register voters within their personal military community networks and educate others on how to navigate specific voting challenges military families face, such as voting absentee and overseas due to frequent relocations. A key part of this training covers how to register to vote using the FPCA, which is already a complicated process.

21.    As a result, many of SFI's members have regularly made use of the FPCA and plan to do so in the future.

22.    SFI's members will be harmed by the Executive Order's requirements that voter registration applicants using the FPCA provide DPOC. Many SFI members do not possess or maintain regular, easy access to qualifying forms of documentary proof of citizenship.

23.    For example, not all members of SFI possess or have regular access to passports. Members of SFI, including military families stationed in the continental United States away from their place of residency, may not have a passport for the same reasons that civilians may not possess passports, including that they are expensive, require a cumbersome application, and are

generally not necessary for those traveling domestically. United States passports cost $130 for the application fee, and a first-time applicant also pays a $35 execution fee, for a total of $165.

24.    For example, SFI is aware of members who are stationed within the United States away from their polling location and have not applied for a passport because of the cost. These members would likely be unable to register and vote if the EO goes into effect.

25.    Another member of SFI faced difficulty securing passports for her children, both military dependents, who are eligible to vote in California. When applying for her children's passports, she presented all of the required documentation, but the official responsible for accepting the documents refused to process the application because the member was unable to provide expired passports for her two children. She was only able to secure the passports after returning home and locating and retrieving her children's passports.

26.    Moreover, members of the military who are stationed overseas are able to travel between the United States and their duty station without a passport; therefore, even if they have been issued a U.S. passport, military servicemembers may not have their passport in their possession when registering to vote and/or requesting an absentee ballot through the FPCA.

27.    The Order also permits "an official military identification card that indicates the applicant is a citizen of the United States" to serve as proof of citizenship. However, the military identification cards issued both to servicemembers ("Common Access Cards" or "CACs") and dependents ("Military Dependent IDs") do not indicate citizenship status. Therefore, this is not a viable form of proof of citizenship for SFI members.

28.    Many SFI members who do possess a document that qualifies as DPOC under the Order are still likely to have difficulty providing a copy of that document in order to register to vote and request an absentee ballot using the FPCA.

6

29.     SFI members move frequently because of their status as military dependents. The Department of Defense moves SFI members connected to active-duty service an average of anywhere between every 12 months to three years. Moves occur both internationally and within the continental United States. When moving, it is common for personal items and sensitive documents, including passports, even if packed correctly, to be delayed for months and/or lost in transit. This means that many military service members and their families, including SFI members, are likely to lack access to the DPOC they would need to comply with the Order's requirements in time to participate in elections.

30.     For example, one SFI member who was in the process of moving within the continental United States was residing in temporary housing that was operated by a Department of Defense contractor prior to closing on the purchase of their home. The closing happened on a Friday and the check-out date for the temporary housing was the next day. The family stayed in their new home that Friday night. When they returned to check out of the temporary housing that Saturday, the staff had thrown away all of their documents and personal items, including the servicemember's uniforms. This SFI member would not have been able to provide DPOC or other documentation in order to complete the FPCA if the Executive Order were in effect.

31.      Further, even if they do possess and have access to qualifying DPOC, many SFI members are based in locations that do not have reliable access to the internet or copiers, and thus would face significant hurdles providing a copy of sensitive documents when registering to vote.

32.     Many SFI members, particularly those who are stationed in foreign countries, are also concerned about sending copies of sensitive documents through the mail where they may be accessible by third parties, including foreign adversaries, and traced back to the member. SFI

members stationed abroad are often a heightened target for foreign adversaries, and SFI members fear that sending highly sensitive identifying information through the mail every year will expose them to personal security risks. SFI members are similarly concerned that the electronic transmission of these documents would expose them to the same privacy risks.

33.     For example, SFI members who are active-duty spouses who move to a location through a Permanent Change of Station (PCS) where their spouse is assigned to an embassy have been trained on security risks and how to avoid capture and torture by foreign adversaries while living in these locations. Therefore, SFI members are likely to be unwilling or hesitant to transmit any hard copies of sensitive documents containing personal information.

34.     SFI members are able to obtain UOCAVA protections by submitting the FPCA annually, as required by law. Generally, UOCAVA voters must submit a new FPCA when they move (which happens frequently) or at least every calendar year. Because these voters—including SFI members—must resubmit the FPCA, it follows that they would need to resubmit required documentation, including proof of citizenship, every time they submit the FPCA. Even if a voter is able to submit required documentation one year, they may not be able to do so the next because of the nature of military service (including having personal effects lost in transit or losing access to the internet or scanners/copiers upon a move). The Executive Order therefore doesn't impose a one-time burden on SFI members—it is a burden that recurs annually.

35.     Requiring military dependents, including SFI members, to provide a narrow range of documentary proof of citizenship in order to make use of the FPCA layers additional burdens onto registration and complicates a process that is already challenging for the military community to navigate because of the nature of military service.

36.    The Executive Order also purports to add a requirement that applicants using the FPCA provide "proof of eligibility to vote in elections in the State in which the voter is attempting to vote." This will harm SFI members because the language is indeterminate and confusing, and it is not clear how SFI members can comply.

37.    The language of the Executive Order is such that SFI members will likely be required to provide proof of eligibility that they are unlikely to possess while they are stationed abroad. The confusion harms SFI members because they may be away from the United States—or even in the United States but far from their state of residence—for years at a time, and may not return to collect "proof of eligibility" ahead of elections.

38.    In addition to physical possession of "proof of eligibility," other burdens that apply to providing DPOC also apply to providing "proof of eligibility," including access to internet and scanners.

39.    This requirement also adds considerable confusion to the FPCA, which has traditionally been a single form that voters in any state could use to register to vote and request an absentee ballot. A state-specific "proof of eligibility" requirement adds significant complexity to the form, making it much more difficult to use.

40.    SFI members already face inherent challenges with voting every time they move. Before an SFI member can cast a vote, the burden is on the SFI member to research which state to vote in; learn how to register to vote absentee; complete voter registration in a timely manner; contact the often understaffed in-person voting assistance office on-base; and hope their mail-in ballot arrives on time. Only if each one of these precursor steps have been done correctly—and many SFI members face challenges at each stage—can they vote. SFI members already go through this logistical obstacle course to vote; requiring them to provide additional documents to

demonstrate citizenship and proof of eligibility to use the FPCA would only exacerbate the burden.

**Ballot Return Deadline**

41.    SFI members absent from their place of residency often do not have in-person ballot return options. They generally must mail their ballots to their state of residence. While some states allow email or online portal return of absentee ballots for UOCAVA voters, these states do not include many of the top states for military recruitment with large numbers of SFI members, including California, Texas, Florida, Georgia, and New York.

42.    Military and overseas voters, including SFI members, often experience routine mail delivery delays. This complicates the timely receipt and return of election materials. SFI members, both in the United States and abroad, often require additional time to receive and return absentee ballots in order to be on a level playing field with other voters.

43.    With respect to SFI members abroad, it is the experience of these members that mail sent abroad, even if through the Military Postal Service Agency, takes a significant period of time—even more than a month—to arrive, and it also takes a significant amount of time to be returned to the United States when sent from abroad. For example, military families, including SFI members, stationed in Japan have shared examples of mail regularly taking 6-8 weeks to arrive. SFI members located outside of the United States must mail their ballots far in advance of when voters located in the United States would typically need to do so in order to meet the state ballot return deadline.

44.    Many SFI members abroad rely on the Army/Air Post Office ("APO") or Fleet Office Address ("FPO") on a military base or installation for U.S. mail, including absentee

ballots, which allows mail to be sent through the Military Postal Service Agency. Mail sent to these addresses is routed to a separate facility on a military base and does not adjoin on-base military residences. In other words, mail does not arrive at the doorstep of military service members and their families, even if they reside on base. Those who live off-base must make a special trip to the military base or installation just to check their mail. Voters with an international mailing address, rather than an APO or FPO, would be subject to further mail delays.

45.     Absent SFI members stationed abroad who vote in states that permit the receipt of ballots voted by Election Day but received after Election Day routinely rely on this ballot return window because of the disruption caused by mail delays and frequent moves inherent to life as a military dependent. These challenges will be compounded if extended state ballot return deadlines are eliminated.

46.     For example, one of SFI's members was assigned to a duty station on a Canadian military installation (rather than a U.S. run-and-operated base). As a result, she did not have access to the U.S. Postal Service. When a U.S. election occurred, she had to pay out-of-pocket for a courier service in order to send back her mail-in ballot to ensure timely delivery, which was extremely expensive. Eliminating the ballot return window for absentee ballot return in the states that permit it will force SFI members to incur additional expenses to return their ballots on time.

47.     Another provision of UOCAVA intended to facilitate voting by military and overseas voters—the Federal Write-in Absentee Ballot (FWAB)—would be rendered less effective by the elimination of extended ballot return deadlines. The FWAB allows UOCAVA voters absent from the United States to complete and print a back-up ballot for federal races if they do not receive their absentee ballot. Voters, including SFI members, who have used and will

use the FWAB in the future necessarily do so because they did not receive their ballot and they are submitting their ballot closer to Election Day than they had intended. In these circumstances, extended ballot return deadlines can be critical in ensuring that the voter's ballot is counted.

48.      For example, an SFI member who was stationed in Germany applied for an absentee ballot from her home state of Georgia by mail, but the absentee ballot never arrived. She called the county election office and an election worker instructed her to fill out the FWAB, which included a new request form. The member sent it in, but she received an email stating that her FWAB could not be processed without the request form and instructing her to send it in as soon as possible. However, the average mailing time for mail to be sent from Germany to the United States is between 10-12 days, so at that point the member knew that she would not be able to meet the deadline and was unable to vote. These are common experiences shared by SFI members. These and other complications inherent to living abroad, moving frequently, and being a military dependent mean that SFI members require as much time as possible to receive and return absentee ballots in order to have their vote counted.

49.      Not only do SFI members stationed abroad face practical barriers when voting, but SFI members who live in the United States do too. SFI members who live in the United States frequently rely on extended ballot receipt deadlines in states where it is permitted. Those members are military dependents who are frequently stationed with their families in a different state than the one in which they reside and vote, sometimes in remote places, meaning they must generally vote by mail.

50.      Eliminating extended ballot deadlines will also drive up the personal cost to SFI members who may need to overnight or express mail back their ballots to ensure they are received by Election Day. USPS Priority Mail Express starts at around $27.20 with commercial

pricing and $31.40 at a Post Office for a Flat Rate Envelope. Some SFI members are already forced to use these ballot return options, and many more will need to do so if states are no longer able to accept ballots received after Election Day consistent with state election laws.

51.     For example, an SFI member who is a military spouse reported to SFI that her home state of Illinois mailed her absentee ballot all the way to the installation at Hawaii where her family was stationed—only to have it sent back to her permanent home address with no explanation, never even making it from the post office to her temporary home on the same base in Hawaii. She then filled out and printed the electronic version of the ballot and sent it on the same date. Her husband also printed out and filled out his ballot at the same time. Her husband's ballot arrived at the Board of Elections on October 28. The SFI member called every 3 days until the election, but hers was never located.

52.     According to FVAP, when a military voter's ballot is not counted, the most common reason is because their ballot arrives past the deadline. The second most common reason is when a military voter's ballot gets rejected for something like a missing signature or date, and the voter isn't notified or provided an opportunity to "cure" the ballot by the deadline.[1]

53.     Since the founding of SFI, members have reported many cases of both these scenarios happening.  A number of members living within the United States have reported that they now purchase flights out of pocket to fly back to their voting location for one day in order to vote in person and then return back to the place they are stationed. They make this extremely inconvenient and expensive choice out of fear that their vote will not be counted again. The majority of SFI members do not have the financial resources nor the time to go to this length to vote in person. Voting is already challenging for SFI members, and the Executive Order's

---

[1] Federal Voting Assistance Program, 2020 Report to Congress, p. 57,
https://www.fvap.gov/uploads/FVAP/Reports/FVAP-2020-Report-to-Congress_20210916_FINAL.pdf.

imposition of additional restrictions and tighter deadlines only increases the risk that SFI members will be disenfranchised unless they are able to undertake the extraordinary and costly steps to return to their state of voting residence for Election Day.

54.     Removing the ability of SFI members to complete their ballot up until Election Day reduces the time they have to make reasoned decisions relative to other voters and risks disenfranchising them altogether. SFI has members registered to vote in all states with post-Election Day ballot return deadlines, and these members will have less time to return their ballots if the Executive Order is enforced. SFI also has members registered to vote in North Dakota who now already have less time to return their ballots after the state changed its ballot return deadline after the EO was issued.

**Harms to SFI**

55.     The mission of the SFI voter engagement program is to increase military connected voter turnout and close the 27% voting gap compared to civilian counterparts. Any action to further complicate and add barriers to voters makes it more difficult for SFI to accomplish our mission.

56.     SFI anticipates that the voting gap will widen if the Executive Order goes into effect, and SFI will need to add more staff time and resources toward existing programs. SFI may potentially need to create additional programming to address the problems that the EO will cause our membership and the broader military and overseas citizen community.

57.     This work to address the EO will detract from SFI's programming in other areas. The military lifestyle can be isolating and unsafe. Military families experience profound fear, sadness, powerlessness, and uncertainty. SFI builds community to combat this powerlessness and collectively develops and advocates for policies that reduce uncertainty and increase safety. If the

Executive Order is further implemented, resources will be diverted from our work to increase the safety and wellbeing of military families.

58.    For example, as members sign up to become part of SFI, they are invited to participate in a one-on-one with a staff member. During this meeting, members are welcomed into the organization and are given the opportunity to share challenges they have experienced as a result of military life. To mitigate isolation created by the military lifestyle, SFI also invests financial resources to hold in-person events that build a network of support for active-duty families in our membership. As a result of the EO, SFI's limited staff time and financial resources will be diverted from creating a supportive environment, including through these one-on-one meetings and in-person events, and reallocated to developing and implementing programming and training in response to the EO's new requirements, as well as addressing member questions and concerns related to the Executive Order.

59.    When the EO was issued on March 25, SFI began planning how to explain its impact to its members. The week the EO was issued, SFI developed and communicated education to our membership and engaged in outreach to Members of Congress to explain how this Executive Order compares to legislation duly promulgated by Congress or a State legislature. On March 28th, SFI released a two-part video explainer to our membership explaining the proposed changes to voter registration and ballot return requirements and how they will impact our membership.

60.    SFI had planned to make recent state voter roll purges the focus of its first round of educational materials for the year. When the EO was issued, SFI was forced to divert resources to educate its members about the EO first, diverting all other planned educational activities. Further staff time that would have been devoted to having one-on-one meetings with

new SFI volunteers went into education, outreach, and response to the EO. The Voting Ambassador program, which typically is launched in the first quarter of the calendar year, was postponed to late summer due to confusion over the requirements in the EO. In the second quarter of the year, between 10% to 20% of staff time was dedicated to work connected to this Order.

61.    The EO directly impairs SFI's ability to engage in its core work. One core component of SFI's work in support of its mission is to coach its members on how to host voter registration drives. SFI provides its volunteer members, known as "Voting Ambassadors," with training and resources to register voters in their military networks and help those voters successfully navigate the voting process. When entering the program, every Voting Ambassador meets one-on-one with SFI staff where they receive information on the program, identify how they will conduct education in their communities, and learn the voting process and review common questions military connected voters typically have. In response to the EO, SFI already had to retool all Voting Ambassador training materials, including its Voting Ambassador program toolkit, which launched in July 2025, and its Voting Ambassador orientation video to explain the potential impact of the Executive Order and the current status of its implementation.

62.    More specifically, SFI was forced to update its program to educate its members about changes to established procedures that could result from the implementation of the Order, including the need to provide a copy of a narrow range of DPOC with many voter registration applications, to register to vote using state voter registration forms in states that do not require DPOC, provide state-specific proof of eligibility, and to remain up to date on relevant state ballot return deadlines.

63.     SFI Voting Ambassadors conduct community registration drives at college campuses, community centers, and local events in communities that include heavy military populations. When hosting voter registration events within the continental United States (in states where they are permitted to do so), Voting Ambassadors typically have printed copies of state or federal voter registration forms (for voters who are residents of the state) and the FPCA (for voters who are residents of a state other than that in which they are stationed). Voter registration events hosted by Voting Ambassadors outside of the continental United States typically feature printed copies of the FPCA, and if a printer is not available, business cards with a QR code that will take a prospective voter to the FPCA online. Voting Ambassadors explain the voter registration process to voters for whichever method of registration they need to use.

64.     If the Executive Order is implemented, requiring DPOC and state-specific proof of voter eligibility to use the FPCA would require further overhaul of SFI's training program, including its website, Voting Ambassadors toolkit, orientation videos and all educational materials. SFI would need to train volunteers to explain how to walk prospective voters through new and restrictive requirements, including the type of documentation that would be required and how it could be provided to successfully use the FPCA. SFI would need to create complex new instructions and advise prospective voters on how to find, secure, and potentially pay for specific documents before attempting to register to vote using the FPCA, including during voter registration drives. SFI would also need to increase staffing and supporting volunteer capacity to hold voter question "hotlines" where voters can reach out and receive guidance and information in a timely manner.

65.     The Executive Order's proof of eligibility requirement would also severely complicate SFI's training and guidance to its Voting Ambassadors and prospective voters in

another way. Required proof of eligibility would inherently vary by state and could change at any time, rendering the singular post card far less useful as it may no longer be a uniform document that can be used by following the same general rules for all 50 states. This would not only require an overhaul of SFI's guidance and training pertaining to the FPCA, but it may force SFI to reconsider promoting the FPCA among some or all of its members entirely, further complicating its efforts to promote voter participation in the military community.

66.     The Executive Order's complex and burdensome changes to the FPCA will severely impair SFI's ability to register voters, and SFI anticipates that military connected voters it would have previously been able to assist in registering will be unable to complete the process if the Executive Order goes into effect.

67.     More broadly, SFI educates and engages in non-partisan "get-out-the-vote" (GOTV) efforts for military voters in all elections. SFI engages in GOTV efforts every year, not only years in which there are significant federal elections. SFI routinely creates and distributes resources to assist its members and the broader military and overseas community. For example, SFI publishes material explaining to its voters how to register to vote, vote by mail, how to find their voting assistance officer, and how to navigate state-specific election laws. Beyond hosting voter registration drives, SFI's Voting Ambassadors work to educate their military networks on every step in the voting process. SFI Voting Ambassadors conduct workshops and hold educational events on and off military installations; make phone calls to people in their networks, both reminding them to vote and answering any questions voters may have; create educational content for social media; and serve as guest speakers for events hosted by organizations that serve active-duty families and military connected communities overseas.

68.    SFI's education efforts have historically focused on informing voters how to comply with UOCAVA as written in 1986 and amended in 2009. SFI has already begun informing its members about the potential impacts of the Executive Order and preparing its membership for possible changes to the UOCAVA voting process. If the Executive Order is implemented, SFI will be forced to make additional changes to its online resources and train its Voting Ambassadors on how to assist voters who have questions or difficulty voting because of the Executive Order's restrictions. For example, for military families stationed overseas, procuring DPOC will be even more challenging, requiring SFI's Voting Ambassadors to address more complex scenarios.

69.    If implemented, the Executive Order would also effectively move up ballot return deadlines in many states where SFI members rely on extended ballot return deadlines. SFI would update its programs and resources, including its training for Voting Ambassadors, to explain the discrepancy between the Executive Order and existing state laws that SFI members have relied on for years.

70.    SFI members are already confused about the requirements imposed by the Executive Order and are unsure how they will be affected. SFI staff have already had to divert time from other projects to field a range of questions from concerned members, including questions about what documentation will be required to vote, what documents prove eligibility, whether they will be required to fly back to the United States to get updated documentation, and how they can make sure their ballot is delivered on time.

71.    Unless and until the provisions of the Order pertaining to documentary proof of citizenship, proof of eligibility, and absentee ballot return deadlines are declared void, SFI will need to continue to divert resources from its existing projects to educate and directly assist its

members who have difficulty registering to vote or casting an absentee ballot in compliance with provisions of the Order. This will continue to divert resources from projects SFI is conducting and planned to conduct, including education on state voter roll purges, volunteer meetings, and other education and outreach.

72.    Even with the extra resources and effort SFI will devote to helping its members register due to the Order, its mission will nevertheless be frustrated if the Order is implemented, because fewer SFI members and fewer military family members overall will be able to register, to vote, and to have their vote counted.


I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2025

_Brandi Jones_
_____

Brandi Jones