# EXHIBIT 3

**Civil Action No. 25-0946 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF LUIS REYNA**

1

I, Luis Reyna, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am at least 18 years of age and competent to make this declaration.

2. I am a U.S. citizen. I vote regularly in federal and local elections, including in primaries and general elections.

3. I currently serve as the President of the Veterans of Southern California Council, Council 3274, of the League of United Latin American Citizens (LULAC). I first joined this Council in 2022 and then served as Vice President. I was then elected President in 2023 and have served in that role since.

4. I am a combat medic in the California Army National Guard, where I have taken an oath to defend the Constitution of the United States against all enemies, foreign and domestic. I have been serving our country since October 2020.

5. Prior to my military service, I volunteered at the County of Riverside Registrar of Voters starting in 2017, where I counted ballots and helped the registrar with ballots that were damaged in a manner such that machines were unable to count them.

6. The LULAC Veterans Council of Southern California started in 2016. We have over 15 members. My understanding is that most of our members are veterans though I am the only member of this Council *currently* serving in the military. My understanding is that most of the members of the Council are registered to vote. The members range in age, branch of service, and length of service. Many of the members retired as officers, while the others served as enlisted members.

7. My understanding of the President's Executive Order, "Preserving and Protecting the Integrity of American Elections," is that, if implemented, it would impact whether and how California counts the ballots of members of the U.S. military.

8. If implemented, the Executive Order would prevent California from acting according to its state law, which provides that mail-in ballots that are postmarked by Election Day and received no later than seven days after Election Day are valid and counted.

9. My understanding is that the Executive Order also requires the Secretary of Defense to "update" the Federal Post Card Application to require documentary proof of citizenship and proof of eligibility to vote in elections in the voter's relevant state.

10. My understanding is that state of California has approximately 1.8 million active duty service members and veterans, myself included. This is the largest military population in the country.

11. As a California National Guardsman, I can be deployed away from my home at any time and on extremely short notice. Most recently, I was activated pursuant to the President's June 7, 2025 "Memorandum for the Secretary of Defense." I was deployed to Los Angeles, California. I had six hours to respond to my armory for deployment. My stint was shorter, but my unit was in Los Angeles over sixty days.

12. A few months earlier, in January of 2025, the Governor of California activated my unit to respond to the Palisades Fire in Pasadena, California. I spent two weeks away from home on that deployment.

13. For longer deployments, from six month to a year, the unit has advance notice of about six months. But for shorter-term ones, domestically, we rarely know the duration,

and it can be at a moment's notice, to appear at the Armory within hours. The California Guard deploys often.

14. Deployments can occur at any time, including in the run-up to – or even during – elections. In December 2020, for example, just after the presidential election, I was deployed on a railhead mission. This was a logistical operation to move equipment according to military needs.

15. In 2022, my unit deployed to Poland on a joint-NATO exercise. The majority of the company was gone for the entire year, including for the 2022 California elections. Someone in my unit I know deployed abroad to Poland without a passport, as allowed per military provisions. During elections, some of us will be on deployment, some will be stationed far from home, and some will be serving on the frontlines of disasters or emergencies.

16. These kinds of deployments make mail-in ballots indispensable. This is why I personally have voted by mail in many past elections, and I plan to vote by mail in future elections. These deployments also mean that I need to use the post office to mail my ballot to my home county—I cannot use drop boxes or drive over to the local board's office to return my ballot.

17. But if mail-in ballots have to be mailed back in time to arrive by Election Day, rather than just being postmarked by Election Day, it adds a significant burden for military personnel like me. Because I can be deployed at any time, I don't always know where I will be sending my ballot from, how long it will take to arrive, or how reliable the mail service is where I am. If I'm deployed abroad, then I often receive my ballot very close to Election Day and I need the extra time after Election Day to mail my ballot.

18. Also, if the Federal Postcard Application were changed, in order to use this form to request a ballot, I would be required to provide documentary proof of citizenship. This would be difficult for me to do while on a mission. I do not always know in advance how long deployments will be. I often do not have any documents that "prove citizenship" with me while traveling with my unit on missions, and I also do not know what it means to have documents that "prove citizenship." If anyone were to remove my passport from my person without my knowledge, or if I traveled to a NATO country without my passport as my unit did, I and others in my unit would not be able to use the Post Card Application form to request a mail-in ballot. This portion of the Executive Order would directly harm military voters like me, who serve the country, sometimes from abroad, and rely on the vote-by-mail process and the postal service to participate in our democracy.

19. In my view, the requirement is also unnecessary. It seems highly implausible that service members and other Americans living overseas would engage in fraudulent voting. We are simply trying to exercise our right to vote while serving our nation from afar. I'm not the only person in my Council who relies on voting by mail. I am aware that LULAC members of the Veterans Council of Southern California rely on vote by mail every election.

20. One member of my Council is dependent on vote by mail because his mobility issues cause difficulties in getting to a polling location. In the near future, he will have to vote strictly by mail and return his ballot via the post office. He is older and has undergone extensive surgeries and treatment for cancer.

21. I personally know members who post their mail-in ballots on or close to Election Day. Some of these members have mobility issues and must rely on others to mail their

ballots. Others are older and rely on the community to help them. Due to their dependence on the schedules of others, their ability to mail ballots early is not wholly within their control. Even if they are able to mail the ballots on their own, their limitations cause them to take more time than they anticipate. They all know that their timely cast ballots will be accepted by their respective Board of Elections for the week after Election Day. In the past, I have had no choice but to post my ballot close to Election Day as well but I was rest assured that my ballot would still count if received within the seven days after Election Day.

22. When I worked at the County of Riverside Registrar of Voters, I personally encountered thousands of validly cast mail-in ballots that arrived after Election Day. I also encountered ballots with defects, such as signature mismatches, that needed to be cured. Under current state law, California voters have until 5 p.m. two days prior to the certification of the election to provide a signature verification statement. It is unclear to me and others if the Executive Order, if implemented, will also prohibit curing ballots after Election Day. If it does prohibit curing mail-in ballots, this would be detrimental because it will likely disenfranchise those ballots that need to be cured, including ballots that may have been damaged in the mail and those suffering from signature discrepancies and other minor defects.

23. The Order will also damage the work of the LULAC Veterans Council of Southern California. Our Council dedicates most of its scarce resources to projects that serve veterans and the next generation of the military. Through our deported veterans' initiative, we work with partners to help deported veterans get the services they need abroad and advocate for them. We also have two education projects: one helps veterans

navigate their benefits, including equal access to benefits for reservists and the National Guard and the second, Operation Daybreak, engages in specialized recruiting for Latinas, a group that is underrepresented in the military generally and in higher enlisted and officer paygrades specifically.

24. We mentor students on choosing classes and standardized test preparation to increase their competitive chances at the nation's top military academies. We just had our first student successfully enroll at the Air Force Academy this year.

25. With our limited member capacity, our Council is dedicating all its time and resources to these projects aimed at supporting veterans and future members of all branches of the U.S. military. If California's mail-in ballot return window is eliminated and if California's military voters and overseas voters must provide new forms of documentary proof of citizen each and every time they use the Federal Post Card, we will need to divert significant time away from supporting our troops and veterans on education and instead engage in new voter outreach campaigns.

26. This will detract from our mission to provide holistic services to our veteran and youth community. If we have to direct all our resources to helping people navigate the voting process, we will not be able to carry out all the other activities that are a core part of our Council's mission.

27. Were California forced to change its laws on ballot receipt deadlines and documentary proof of citizenship requirements for military and overseas voters who use the Federal Post Card, the LULAC Veterans Council of Southern California would have to devote significant effort to work with members who would likely be disenfranchised by the changes.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2025, in Hemet, California.

_____
Luis Reyna