# EXHIBIT 5

**Civil Action No. 25-0946 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>*et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>        *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF JAMES FUKUDA**

      I, James Fukuda, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1

1. I am a long-time LULAC member and leader. I am at least 18 years of age and competent to make this declaration.

2. I am a U.S. citizen. I vote regularly in federal and local elections, including in primaries and general elections.

3. I currently serve as the Special Advisor to Roman Palomares, President of the League of United Latin American Citizens (LULAC).

4. I have been a part of LULAC for eleven years at the national, regional, and local levels.

5. I also served as the National Treasurer of LULAC from approximately February 2025 until this August.

6. I served as the Regional Vice President for the Northeast from approximately 2021 to 2023. The State Directors meet regularly with the Regional VP about their problems or concerns, such as how resources are administered.

7. I served as the State Director of LULAC New Jersey from approximately 2016 until 2020. I met with Council Presidents in New Jersey at least monthly.

8. I also founded my local council, Council 11473 in Weehawken, New Jersey, around 2011. I continue to be a part of my Council 11473.

9. In my previous roles as the State Director of New Jersey and the Vice President for the Northeast, I worked with LULAC councils and members across New Jersey on voter registration, get out the vote efforts, and other voting initiatives. In particular, I helped elderly populations – usually above the age of sixty – access the right to vote.

10. **Voting by Mail:** My understanding of the President's Executive Order, "Preserving and Protecting the Integrity of American Elections," is that, if implemented, it would impact the mail-in ballot return deadline in New Jersey.

11. If implemented, the Executive Order would prevent New Jersey from counting mail-in ballots that are postmarked by 8 p.m. on Election Day but delivered to the local boards of Election within the six days after Election Day or, if there is no postmark, those ballots received by the boards of election within 48 hours of the polls closing, as permitted under the laws of New Jersey.

12. LULAC members in my area, including members of my own Council 11473, vote by mail. I know dozens of members in my Council and in other councils who plan to vote by mail in future elections. I have personally accompanied the elderly, when asked, to help them submit their ballots.

13. I also personally know many LULAC members who post their mail-in ballots on or close to Election Day, knowing that their ballots will be accepted by their respective boards of election six days after Election Day.

14. A number of times, I have fielded calls from members the day before or on Election Day asking whether their ballot will be counted in time and asking about the quickest way they can return it.

15. In my experience, the LULAC members in my area who rely most on mail-in voting and being able to mail their timely postmarked ballots closer to Election Day or on Election Day are elders and other adults with medical and rehabilitative needs.

16. Because of my job as manager of a senior center called Mi Casa Es Su Casa/Casa Manito Center in West New York, New Jersey, I regularly interact with approximately 30-40

3

members of several local LULAC councils, including my own. Almost daily, I speak in person with them, often at meal times. These members come to Mi Casa for nursing care, rehabilitation, and transportation, among many other services. Many of them have major mobility issues, such as chronic obstructive pulmonary disease or diabetes, that make it difficult or impossible for them to get around on their own.

17.    A large percentage of these members vote by mail. At Mi Casa or in council meetings, they routinely discuss how they return their ballots and how they used to return their ballots in past elections. These elderly council members are, in some cases, entirely dependent on the schedules of others to assist them in even taking their ballot to a local mailbox. Having to rely on another person to help mail their voted ballots often means that their ballots are put in a mailbox a day or two before Election Day or on the day of the election. When ballots get mailed closer to Election Day, they are usually delivered to the boards of election after Election Day.

18.    New rules around mail-in ballot return deadlines will strain Council 11473's efforts to facilitate voting in our community. Council 11473 serves as the grassroots arm of LULAC in our community.

19.    Members of the Council regularly help community members register to vote, distribute absentee ballots applications, and make a voting plan.

20.    But with new mail-in voting deadlines, elderly individuals will need help getting out of the house and getting to the post office much earlier and sometimes their mail-in ballots do not even get to them with enough time before Election Day.  To ensure that these mail-in ballots get to the boards of election, our Council will need to expend additional time and resources. Making sure that their mail-in ballots actually get delivered by Election Day means we will need spend more of our staff time and resources following up with these community members—making

4

sure they have a way to send their ballot, providing a younger person to accompany them if they need help getting their ballot to the post office or the mailbox, and making sure they send it in a timely manner.

21. With only 11 members, Council 11473 already faces staffing challenges during elections. We are struggling to provide language assistance, arrange transportation to polling places, and – most recently – reassure our members so they can overcome fears of voter prosecution and other concerns and feel confident about casting their votes.

22. With the work we do managing youth scholarships and advocacy for adequate geriatric healthcare in the state, were New Jersey forced to change its laws and stop receiving otherwise-valid ballots after Election Day, we would have to devote significant time and resources, that we planned to spend elsewhere, to help educate members about new mail-ballot return deadlines, find additional resources to help elderly and disabled members mail their mail-in ballots earlier, and work with members who are disenfranchised by the delays in mailing and receipt.

23. Having to spend our strained resources in this way will impact our core mission as a Council, which is to tackle various other issues, not just related to elections and voting. LULAC National relies on its local councils to provide holistic community services, and though election work is a top priority, we also have to keep up our advocacy in other areas such as youth education.

24. Adding more of our limited resources to troubleshooting election issues because of changes in New Jersey's mail-in ballot deadlines will severely impact our core mission of providing holistic community services.

25. ***Military Members Stationed Overseas:*** It is also my understanding that the Executive Order will force uniformed members of the military stationed overseas to provide a restricted set of documents to prove their citizenship when they register to vote.

26. My son is a member of LULAC Council 11473. He is registered to vote in New Jersey as a UOCAVA voter. He is serving in the U.S. Navy and has been stationed overseas since September of 2024. Last year in the 2024 election, he voted by mail from overseas while deployed abroad.

27. He and others like him will now need to provide a new set of documents to register to vote by mail. They will also need to mail their ballots from abroad with a large amount of lead time in order to try to get the ballot to New Jersey prior to Election Day. They will need to undertake these actions while serving the interests of their country, which they have pledged their lives to uphold. This Executive Order could disenfranchise those LULAC members serving in the military overseas, like my son, who must move regularly and adjust their schedules on tight timelines as directed.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2025, in New Jersey.

DocuSigned by:

*James Fukuda*
44DDA9112837491...
James Fukuda

6