# EXHIBIT 6

**Civil Action No. 25-0946 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>*et al.*,<br><br>   *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-0955 (CKK) |

## **DECLARATION OF ANA ORELLANA**

  I, Ana Orellana, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

  1. I am at least 18 years of age and competent to make this declaration.

1

2. I am a U.S. citizen. I vote regularly in federal and local elections, including in primaries and generals elections.

3. I work as a Configuration Management Coordinator at University of the Pacific in Stockton, California.

4. I currently serve as the President of the League of United Latin American Citizens (LULAC) Council 2060 in Stockton, California. This is my first year as president. I have been a member of this Council since 2018.

5. LULAC Council 2060 has more than twenty members. All of the members are registered voters. Almost all of them vote by mail and usually return their ballots via post – maybe only one or two vote in person.

6. My understanding of the President's Executive Order, "Preserving and Protecting the Integrity of American Elections," is that it would force California to stop counting mail-in ballots validly cast and mailed by Election Day that arrive after Election Day. It is my understanding that California state law currently permits counting ballots postmarked by Election Day and received by the respective local election board by mail no later than seven days after Election Day.

7. This Executive Order will negatively impact the members of our Council who, due to school or work hours, physical disability or medical issues, are often not able to get to a polling location in person.

8. *College Students:* Our LULAC Council typically has a handful of members who are local college students who attend University of the Pacific, where I work. The students have lots of logistical questions about the voting process, since many are voting for the first time. As a Council, we try to help answer their questions and walk them through the voting process—from

how to register to vote, how to vote, and what to do after they cast their ballot in person or by mail. These days, this includes helping them locate post offices, since many did not use the mail growing up, but now must use the mail to return their mail-in ballots to their home counties where they are registered. Sometimes their parents receive their mail-in ballots at the student's permanent home address, so the students need help figuring out how to get a hold of their ballots, which their parents often mail to them via the post office. Other times, students need help learning how they should apply to receive a ballot. These hurdles accumulate and the students, still learning how to organize their time on their own, wait until the last minute to mail their ballots.

9. The student members of our Council are typically registered to vote at their permanent addresses—usually their parents' homes—which are often far from Stockton, where the University of the Pacific is located. Given California's size, many of these students live hundreds of miles away from their registered voting address, making voting by mail their only practical option.

10. Mail delays are common in California, particularly during election season. As a result, students frequently receive their ballots only shortly before Election Day, and delays in campus mail delivery to dorms make this problem even worse. On top of that, students must balance coursework, midterms, part-time jobs, and extracurricular commitments, leaving little time to handle voting earlier.

11. Because of these factors, students often end up mailing their ballots very close to Election Day—sometimes on the day itself. It is virtually impossible for those ballots to reach their home counties by Election Day, which is why they depend on the seven-day ballot-receipt window after Election Day to ensure their votes are counted.

12. **Work Hours:** Other members rely on vote by mail because their work schedules make it very difficult to vote in person. I am aware of one member of our Council who, because of his work, travels all over the U.S. and the world to give speeches. As a result, he is often on the road and relies on vote by mail and returning his ballot via the postal mail. Another member takes the train every day out of town for work. He leaves early in the morning, before polls open. He is still on the train late at night, commuting back to Stockton. LULAC members like him cannot make regular poll hours and instead rely on vote by mail and on being able to drop off his completed ballot at the post office.

13. There are several reasons why these members mail their ballots closer to Election Day. For example, our member who frequently travels internationally to give speeches often does not receive his ballot until much later due to his schedule. Depending on where he is at the time and when the ballot reaches him, he has no choice but to return it to the Stockton Board of Elections shortly before Election Day and using the post office. For this reason, he relies on the seven-day ballot-receipt window to ensure his vote is counted.

14. The other member who depends on vote-by-mail because of his demanding work schedule and daily commute also requires flexibility. The ability to mail his ballot closer to Election Day via the post office is essential to accommodate his unpredictable and rigorous work hours and travel.

15. Many other members also wait until shortly before Election Day to cast their ballots, knowing that information may emerge and their minds might be changed. These members cast their ballots as close to Election Day as possible, with the understanding that their ballots will be counted as long as they are postmarked by Election Day and arrive within the week after Election Day.

16. *Mail Delays:* A discussed earlier, I am concerned about the implementation of this Executive Order because mail in the Stockton area, which is more rural than other areas of California, is unreliable.

17. In 2024, for example, I had shoulder surgery and was unable to drive. I have voted by mail for several years, so that year I placed my completed ballot in my mailbox for pickup in advance of Election Day, along with my other outgoing mail.

18. As sometimes happens in my area, I noted that the U.S. Postal Service did not pick up any of my mail, the ballot included, for days. Due to my anxiety at ensuring my ballot would be received, I had to seek assistance from someone to drive me to drop off my ballot in person.

19. *Intimidation at the Polls:* Members of my council have routinely expressed to me that they rely on mail-in voting because polling locations in Stockton can be intimidating.

20. One member of my Council voted in person at a location where a group of eight people came in together, loudly proclaiming which candidate they were supporting. They were wearing partisan paraphernalia and scanning everyone in the location up and down and making intense eye contact. For this member, voting in person does not feel safe the way voting by mail does. She is also one who waits to submit her ballot to make sure she votes with complete information.

21. If this Executive Order is implemented, our Council will have to shift resources to helping our members navigate the new voting process. We support our members in other areas, such as addressing immigration concerns. Our resources are already stretched thin as we work to support our community members facing immigration concerns, affordable housing challenges, and more. If this Order goes into effect, we will have to divert our resources away from that

programming, and we will instead need to develop initiatives aimed at altering voters' behaviors and trying to make sure all our members' ballots are counted.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September, 2025, in Stockton, California.

Signed by:
*Ana Orellana*
BB4BF260FA584BE...

Ana Orellana