# EXHIBIT 7

**Civil Action No. 25-0946 (CKK)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>*et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF FELIX RIVERA**

    I, Felix Rivera, pursuant to 28 U.S.C. pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1

1. I am at least 18 years of age and competent to make this declaration.

2. I am a U.S. citizen. I vote regularly in federal and local elections, including in primaries and general elections.

3. I am a member of the Anchorage Assembly District 4 in Alaska, representing District 4 Seat G. I assumed office in 2017. My current term ends in 2026.

4. I have been an associate member of the League of United Latin American Citizens (LULAC) since 2025.

5. I have been a community organizer for many years among the local community. Together, we have been deliberating on the right infrastructure for us, and we collectively decided this year that LULAC was the right home for our organizing efforts.

6. To that end, I, along with others in LULAC leadership positions, initiated the formation of an Alaska council. We currently have about 25 LULAC members split across two councils—one for civic including voting and immigration issues, and the other related to education, health, and employment. Our council paperwork is pending, but we as LULAC associate members work on civic engagement issues.

7. ***Vote by Mail:*** My understanding of the President's Executive Order, "Preserving and Protecting the Integrity of American Elections," is that it attempts to prevent Alaska from counting mail-in ballots postmarked by Election Day and received by mail at the local election board no later than seven days after Election Day, even though state law requires that these ballots be counted.

8. In most elections including in elections for federal office, I have chosen to vote by mail. I plan to vote by mail in the future.

9. When I do vote by mail, I wait to submit my ballot until the day before the election. This approach allows me to respond to any last-minute surprises that could influence my decision. I consider myself an engaged and intentional voter, who seriously takes the responsibility of casting a ballot.

10. Elections are dynamic, and late-breaking news such as political scandals, major policy shifts, endorsements, or revelations about a candidate's record often emerge in the final days of a campaign, leading up to Election Day. These developments can, and have in the past, shifted my perspective on a race or ballot measure.

11. Waiting until the very end of the voting period ensures that my vote reflects the most accurate, complete, and up-to-date information available. To me, this is a conscious strategy to cast a fully informed vote that aligns with my values and priorities. I plan to continue using my strategy in future elections.

12. For November elections, once I complete my vote my mail ballot and put it in the envelope, I take it to the post office and get it postmarked, and then mail my ballot back. Often the weather is bad especially in November, so I choose to mail my ballot.

13. Most LULAC members here are registered voters. Some of them have close family abroad and frequently travel internationally to visit them, often doing so on short notice due to family emergencies or other pressing circumstances. These travel obligations can lead to extended periods away from home and create uncertainty in their schedules.

14. They therefore rely on vote by mail and the post office for the flexibility it provides. Because many of these members may not be in the position to receive their ballots until closer to Election Day, they are only able to return them in the final days leading up to the deadline and rely on the postal service to return their ballots. In these cases, having

3

the extra seven days after Election Day for the ballot to be received by the board of election is key to ensuring that their votes are counted.

15. In Alaska, and particularly in Anchorage, vote by mail is an established and trusted part of the electoral process. Not only do I vote by mail, but a lot of the other LULAC members vote by mail.

16. For municipal elections in particular, every qualified Anchorage voter automatically receives a ballot by mail roughly 21 days before a regular or special election, and at least 7 days before a runoff. This system was adopted over a decade ago as part of a broader effort to boost participation in local elections.

17. The part of the EO that may lead Alaska to change its seven day ballot-receipt window for receipt of mail ballots will be a big blow to the current system that we have in Anchorage in particular.

18. The Alaska legislature, in my view, often follows what the federal government dictates—and the language of the Executive Order seems so draconian (states that accept mail-in ballots after Election Day are in violation of federal laws), that it is possible that the legislature could get rid of the seven-day ballot-receipt window for receipt of voted mail ballots. I recently became aware that North Dakota got rid of its ballot-receipt window related to its mail-in ballot laws directly in response to the Executive Order.

19. That change would undermine my ability to vote the way I do—via mail-in ballot, waiting until close to Election Day, and using the postal mail to return my timely postmarked ballot. Alaska also has other requirements like witness signature requirement.

20. Potentially eliminating the ballot-receipt window would impose further obstacles on the vote-by-mail process, compounding existing requirements and increasing

4

the risk that my ballot—and those of other LULAC members—will not be counted even if received within seven days after Election Day.

21. **Resource Drain:** Our community relies on translations of ballots including those for federal elections to make informed decisions during elections. We, as LULAC members, have been spending a lot of time trying to figure out how to translate ballots and other ballot measures for our members and constituents. This work is time-intensive and resource-heavy, but it's essential to ensuring equitable access to the democratic process. We already dedicate significant energy to Know Your Rights campaigns on ballot measures and initiatives and community presentations because the demand for this kind of support is very high.

22. Not only that, but we have also been building out our work in the education and immigration spaces by advocating for immigrant rights, holding education spaces, and other events.

23. However, if Alaska has to eliminate its ballot-receipt window, we'll not be able to fulfill our core activities, which right now include ballot measure translations and the other community work mentioned above.

24. We will be forced to divert crucial resources away from these core efforts in order to educate voters on new and complex changes to vote by mail procedures and the lack of a cure process.

25. This shift will stretch our capacity and risk leaving important informational gaps in other areas where our community most needs support. Indeed, community members are already seeking clarification about changes to the vote-by-mail laws, and we have had

5

to devote substantial resources, including meeting time, both to determine how to respond and to provide those responses.

26. If Alaska were to eliminate its ballot-window for receiving vote by mail ballots, there are LULAC members, including myself, who will likely be disenfranchised by any changes to the mail-in ballot return deadline.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of September, 2025, in Anchorage, Alaska.

Signed by: *Felix Rivera* (15B86D05FBE74DE...)

Felix Rivera

6