**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>           *Plaintiffs*,<br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>           *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>           *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>           *Defendants*.<br><br>and<br><br> REPUBLICAN NATIONAL COMMITTEE<br><br>           *Intervenor-Defendant.* | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>           *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>           *Defendants*. | Civil Action No. 25-0955 (CKK) |

## **[PROPOSED] ORDER**

Upon consideration of the LULAC Plaintiffs' Cross-Motion for Partial Summary Judgment, the Court hereby finds that there is no genuine dispute as to any material fact and holds that the LULAC Plaintiffs are entitled to judgment as a matter of law on the claims asserted in Counts Three and Four of their complaint that Sections 3(d) and 7(a) of Executive Order No. 14,248 are unlawful for the reasons set forth in the accompanying memorandum. Therefore, it is hereby:

**ORDERED** that LULAC Plaintiffs' Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**DECLARED** that sections 3(d) of Executive Order No. 14,248 is contrary to UOCAVA, and that the President has no lawful power to require documentary proof of citizenship, as set forth in the Executive Order, as a condition of using UOCAVA's Post Card Form. *See* 52 U.S.C. §§ 20301, 20302(a)(4); and it is further

**DECLARED** that Section 7(a) of Executive Order No. 14,248 is *ultra vires* of the President's authority under the Elections Clause and that the federal Election Day statutes, 2 U.S.C. § 7 and 3 U.S.C. § 1, neither provide for civil or criminal enforcement by the U.S. Attorney General, nor prohibit states from counting, in accordance with state law, mail and absentee ballots that are mailed on or before Election Day yet received afterward; and it is further

**ORDERED** that Defendants Executive Office of the President; U.S. Department of Defense; Pete Hegseth, in his official capacity as United States Secretary of Defense; Federal Voting Assistance Program; and J. Scott Wiedmann, in his official capacity as director of the Federal Voting Assistance Program are **PERMANENTLY ENJOINED** from taking any action

to implement or give effect to the documentary proof of citizenship requirement in Section 3(d) of Executive Order 14,248.

**SO ORDERED.**

Dated: _____

_____

The Honorable Colleen Kollar-Kotelly
United States District Judge