**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*,<br>and<br> REPUBLICAN NATIONAL COMMITTEE<br><br>    *Intervenor Defendant.* | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0955 (CKK) |

**LULAC PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF
UNDISPUTED MATERIAL FACTS**

In accordance with Local Civil Rule 7(h), LULAC Plaintiffs respond to the Defendants' Statement of Material Facts (ECF 177-1) with this concise statement of genuine issues that preclude partial summary judgment in favor of the Defendants as to their defense of Sections 3(d) and 7(a) of the Executive Order. When LULAC Plaintiffs respond to a statement made by Defendants as "undisputed," it does not mean that they are admitting the truth of the matter asserted. Rather, LULAC Plaintiffs are acknowledging only that they do not currently dispute the statement for purposes of resolving the Defendants' summary judgment motion. LULAC Plaintiffs reserve the right to dispute any statement made by the Defendants at a later stage of this case. LULAC Plaintiffs respond to each numbered paragraph of the Defendant's Statement of Material Facts as follows:

1. On March 25, 2025, President Trump issued Executive Order No. 14248, *Preserving and Protecting the Integrity of American Elections* ("E.O." or "Executive Order").

    **RESPONSE: Undisputed.**

2. The full text of the Executive Order is published in the Federal Register, 90 Fed. Reg. 14005, and is also available on the public website of the White House, https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-theintegrity-of-american-elections/.

    **RESPONSE: Undisputed in part.** LULAC Plaintiffs agree that the Executive Order is published in the Federal Register, but LULAC Plaintiffs note that the website link above does not provide the text of the challenged Executive Order, which is instead found at https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/.

3. The Department of State has not taken any action to implement section 2(b)(ii) of the Executive Order. Ex. 1 at 7–10.

**RESPONSE: Undisputed, but immaterial to LULAC Plaintiffs claims, which do not challenge Section 2(b).**

4. The Department of Homeland Security's "DOGE Team" consists of DHS employees and detailees to DHS. Ex. 1 at 11.

**RESPONSE: Undisputed but immaterial to LULAC Plaintiffs claims.**

5. The Department of Defense has not completed the process for updating the Federal Post Card Form pursuant to section 3(d) of the Executive Order. Ex. 1 at 16–17.

**RESPONSE: Undisputed.** LULAC Plaintiffs note, however, that Defendants appear to concede that the process for updating the Post Card Form has been initiated, but not completed. Regardless, that current status is immaterial to LULAC Plaintiffs' *ultra vires* claim.

6. The EAC has not taken any steps to implement section 4(a) of the Executive Order. Ex. 1 at 18–19.

**RESPONSE: Undisputed.**

7. The EAC has not completed the process to implement section 4(b) of the Executive Order. Ex. 1 at 19–21.

**RESPONSE: Undisputed, but immaterial to LULAC Plaintiffs' claims, which do not challenge Section 4(b).**

8. The EAC has not taken any steps to implement section 4(c) of the Executive Order, including auditing any Help America Vote Act fund expenditure or reporting any discrepancy or issue as the result of such an audit to the Department of Justice. Ex. 1 at 21–22.

**RESPONSE: Undisputed, but immaterial to LULAC Plaintiffs' claims, which do not challenge Section 4(c).**

9. The Attorney General has not taken action to implement section 7(a) of the Executive Order. Ex. 1 at 26–27.

**RESPONSE: Undisputed, but immaterial to LULAC Plaintiffs' claim that the President's command in Section 7(a) of the Executive Order is *ultra vires* and is currently harming Plaintiffs.**

Dated: September 17, 2025                    Respectfully submitted,

*/s/ Pooja Chaudhuri*
Pooja Chaudhuri (D.C. Bar No. 888314523)
Sofia Fernandez Gold (D.C. Bar No. 90010196)
Jacob Kovacs-Goodman (D.C. Bar No. 90032363)
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
pooja@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
norman@democracydefenders.org
tianna@democracydefenders.org

*/s/ Jon Greenbaum*
Jon Greenbaum (D.C. Bar No. 489887)
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038

*/s/ Anna M. Baldwin*
Anna M. Baldwin (D.C. Bar No. 998713)
Danielle Lang (D.C. Bar No. 1500218)
Jonathan Diaz (D.C. Bar No. 1613558)
Robert Brent Ferguson (D.C. Bar No. 1782289)
Heather Szilagyi (D.C. Bar No. 90006787)
Benjamin Phillips (D.C. Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

3

(202) 601-8678
jgreenbaum@justicels.com

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association*