**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0955 (CKK) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (PHASE II)**

Upon consideration of the parties' cross-motions for summary judgment, the responses from the parties, the statements of points and authorities, the statements of material facts, declarations, and other materials submitted in support, it is hereby:

1) **ORDERED** that the Democratic Party Plaintiffs' Motion for Partial Summary Judgment is **GRANTED**; it is further

2) **ORDERED** that the Federal Defendants' and RNC's Cross Motions for Summary Judgment are **DENIED**; it is further

3) **ORDERED** that Defendants Election Assistance Commission; its Chairman Donald L. Palmer, in his official capacity as Chairman of the Election Assistance Commission; and its Commissioners Benjamin W. Hovland, Thomas Hicks, and Christy McCormick, in their official capacities as Commissioners of the Election Assistance Commission, are **PERMANENTLY ENJOINED** from taking any action to implement or give effect to Sections 2(d), 4(a), and 7(b) of Executive Order 14,248; it is further

4) **ORDERED** that Defendants Department of Justice and Pamela Bondi, in her official capacity as Attorney General, are **PERMANENTLY ENJOINED** from taking any action to implement or give effect to Section 7(a) of Executive Order 14,248; it is further

5) **ORDERED** that Defendants Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of Homeland Security, are **PERMANENTLY ENJOINED** from taking any action to give effect to changes to the Systematic Alien Verification for Eligibility (SAVE) system implemented to facilitate queries of U.S.-born citizens using the Social Security Administration's NUMIDENT database pursuant to Sections 2(b)(i) or 2(b)(iii) of Executive Order 14,248; it is further

6) **ORDERED** that Defendants DOGE Service and Amy Gleason, in her official capacity as acting DOGE Administrator, are **PERMANENTLY ENJOINED** from taking any action to give effect to changes to the SAVE system implemented to facilitate queries of U.S.-born citizens using the Social Security Administration's NUMIDENT database pursuant Section 2(b)(iii) of Executive Order 14,248; it is further

7) **ORDERED** that Defendants Social Security Administration and Frank Bisignano, in his official capacity as Commissioner of the Social Security Administration, are **PERMANENTLY ENJOINED** from taking any action to give effect to changes to the SAVE system implemented to facilitate queries of U.S.-born citizens using the Social Security Administration's NUMIDENT database pursuant to Section 3(a) of Executive Order 14,248; it is further

8) **ORDERED** that Defendants Department of Defense and Peter B. Hegseth, in his official capacity as Secretary of Defense, are **PERMANENTLY ENJOINED** from taking any action to implement or give effect to Sections 2(d) and 3(d) of Executive Order 14,248; it is further

9) **ORDERED** that Defendants Department of Veterans Affairs and Douglas A. Collins, in his official capacity as Secretary of Veterans Affairs; the Small Business Administration and Kelly Leoffler, in her official capacity as Administrator of the Small Business Administration; Department of the Interior, and Doug Burgum, in his capacity as Secretary of the Interior; are **PERMANENTLY ENJOINED** from taking any action to implement Section 2(d) of Executive Order 14,248; it is further

10) **DECLARED** that the President's orders in Sections 2(d), 3(d), 4(a), 7(a), and 7(b) of Executive Order 14,248 are *ultra vires* and legally void; it is further

11) **DECLARED** that the President's orders in Sections 4(a), 4(d), and 7(b) of Executive Order 14,248 violate the constitutional separation of powers, and are not enforceable; it is further

12) **DECLARED** that the President's order in Section 7 of Executive Order 14,248 violates the vertical separation of powers and the Tenth Amendment of the U.S. Constitution and is not enforceable; it is further

13) **HELD** that final actions taken by Defendants Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of Homeland Security; DOGE Service and Amy Gleason, in her official capacity as acting DOGE Administrator; and the Social Security Administration and Frank Bisignano, in his official capacity as Commissioner of the Social Security Administration; to update the SAVE system to facilitate queries of U.S.-born citizens using the Social Security Administration's NUMIDENT database pursuant to Sections 2(b)(i), 2(b)(iii), and (3)(a) of Executive Order 14,248 were contrary to law and are therefore **SET ASIDE** and **VACATED**, *see* 5 U.S.C. § 706(2).

This Order shall serve as the judgment of the Court as to the Democratic Party Plaintiffs' claims against Executive Order 14,248 under Count I as directed to Sections 2(d), 3(d), 4(a), 7(a), and 7(b); claims under Count II as directed to Sections 4(a), 4(d), and 7(b); claim under Count III as directed to Section 7(a); claims under Count IV as directed to Sections 7(a) and 7(b); and claims under Count IX as directed to Sections 2(b)(i), 2(b)(iii), and 3(a).

**SO ORDERED.**

Dated: _____      _____
                            Hon. Colleen Kollar-Kotelly
                            United States District Judge