IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**DECLARATION OF ARIA C. BRANCH**

1

1. I am an attorney admitted to practice law in the District of Columbia. I am a partner at the law firm of Elias Law Group LLP, and I represent Plaintiffs the Democratic National Committee ("DNC"), the Democratic Governors Association ("DGA"), the Democratic Senatorial Campaign Committee ("DSCC"), the Democratic Congressional Campaign Committee ("DCCC") (collectively, "Party Organizations"), and the Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. "Chuck" Schumer and Hakeem S. Jeffries, respectively (together with the Party Organizations, "Democratic Party Plaintiffs") in this action.

2. I respectfully submit this declaration in support of the Democratic Party Plaintiffs' opposition to Defendants' motions for summary judgment on all remaining claims and Democratic Party Plaintiffs' cross motion for partial summary judgment.

3. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

4. Attached hereto as **Exhibit 1** is a document titled "Second Declaration of Hakeem S. Jeffries," dated September 17, 2025.

5. Attached hereto as **Exhibit 2** is a document titled "Second Declaration of Charles E. Schumer," dated September 17, 2025.

6. Attached hereto as **Exhibit 3** is a document titled "Second Declaration of Liberty Schneider," dated September 17, 2025.

7. Attached hereto as **Exhibit 4** is a document titled "Second Declaration of Jillian Edelman," dated September 17, 2025.

8. Attached hereto as **Exhibit 5** is a document titled "Second Declaration of Lillie Snyder Boss," dated September 17, 2025.

9. Attached hereto as **Exhibit 6** is a document titled "Second Declaration of Erik Ruselowski," dated September 17, 2025.

10. Attached hereto as **Exhibit 7** is a document titled "Declaration of Bahareh Azizi," dated September 17, 2025.

11. Attached hereto as **Exhibit 8** is a document titled "Declaration of Rachel E. Nelson, M.D.," dated September 16, 2025.

12. Attached hereto as **Exhibit 9** is a document titled "Declaration of Judy Bryant," dated September 16, 2025.

13. Attached hereto as **Exhibit 10** a document titled "Declaration of Ada Shen," dated September 16, 2025.

14. Attached hereto as **Exhibit 11** is a document titled "Declaration of Kaitlin Cagle," dated September 17, 2025.

15. Attached hereto as **Exhibit 12** is a document titled "Declaration of Gene Scott Phillips," dated September 16, 2025.

16. Attached hereto as **Exhibit 13** is a true and correct copy of a research paper first published in Volume 60, Issue I of the Urban Affairs Review in 2023 and entitled "Political Underrepresentation Among Public Benefits Recipients: Evidence from Linked Administrative Data" by Seth Chizeck, Kelley Fong, Rebecca Goldstein, and Ariel R. White, as downloaded from https://doi.org/10.1177/10780874231191703.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a research paper first published by the Pew Research Center on December 18, 2012, and titled "A Bipartisan Nation of Beneficiaries" by Paul Taylor, Rich Morin, Kim Parker, Eileen Patten, and Seth Motel, as downloaded from the Pew Research Center's website, at https://perma.cc/BYH9-JBZK.

18. Attached hereto as **Exhibit 15** is a true and correct copy of House Report Number 99-765, 99th Cong., 2nd Sess. (Aug. 7, 1986), reprinted in 1986 U.S.C.C.A.N. 2009, as downloaded from Westlaw at 1986 WL 31902.

19. Attached hereto as **Exhibit 16** is a true and correct copy of the Federal Post Card Application ("FPCA") for a Voter Registration and Absentee Ballot Request, as downloaded from the Federal Voting Assistance Program's website, at https://perma.cc/ENE7-JTJ9.

20. Attached hereto as **Exhibit 17** is a true and correct copy of statements from Representative Al Swift and Officer C.R. Jackson during *Uniformed and Overseas Citizens Absentee Voting: Hearing Held Before the Subcommittee on Elections of the Committee on House Administration*, 99th Cong., 2nd Sess. (Feb. 6, 1986), as downloaded from the U.S. Government Printing Office's hearing transcript via Hein Online.

21. Attached hereto as **Exhibit 18** is a true and correct copy of the executive summary of *Election Administration and Voting Survey: 2024 Comprehensive Report*, originally published in June 2025, as downloaded from the U.S. Election Assistance Commission's website, at https://perma.cc/SN5Q-E7AD.

22. Attached hereto as **Exhibit 19** is a true and correct copy of an article published by Axios on April 7, 2020, titled *Trump rails against mail-in voting, as more states expand options amid outbreak*, by Orion Rummler, as downloaded from Axios's website, at https://www.axios.com/2020/04/08/trump-coronavirus-voting-primary-mail-in.

23. Attached hereto as **Exhibit 20** is a true and correct copy of an article published by the *New York Times* on September 28, 2020, by Stephanie Saul and Reid J. Epstein, titled *Trump Is Pushing a False Argument on Vote-by-Mail Fraud. Here Are the Facts.* The article appears as downloaded from the *New York Times* website, at https://perma.cc/ZLN8-HRR2.

24. Attached hereto as **Exhibit 21** is a true and correct copy of an article published by FactCheck.org on July 30, 2020, by Eugene Kiely, Lori Robertson, Rem Rieder, and D'Angelo Gore, titled *The President's Trumped-Up Claims of Voter Fraud*, as downloaded from FactCheck.org, at https://perma.cc/4JWE-HDUH.

25. Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt from the transcript of the presidential debate at Case Western University and Cleveland Clinic in Cleveland, Ohio, on September 29, 2020, as downloaded from The Commission on Presidential Debates's website, at https://perma.cc/D5YG-FQEV.

26. Attached hereto as **Exhibit 23** is a true and correct copy of a transcript published by Roll Call on December 2, 2020, *Speech: Donald Trump Makes an Unscheduled Pre-Recorded Speech on the Election*, as downloaded from Roll Call's website at https://perma.cc/YS72-V6UY.

27. Attached hereto as **Exhibit 24** is a true and correct copy of a webpage titled *Voting Rights Litigation Tracker 2020* (last updated July 8, 2021), as downloaded from the Brennan Center for Justice's website, at https://perma.cc/793L-EBMJ.

28. Attached hereto as **Exhibit 25** is a true and correct copy of an article published on February 10, 2021, by Brian Naylor, titled *Read Trump's Jan. 6 Speech, A Key Part Of Impeachment Trial*, as downloaded from National Public Radio's website, at https://perma.cc/QJ3K-7EKS.

29. Attached hereto as **Exhibit 26** is a true and correct copy of an excerpt from House Report Number 117-663, 117th Cong., 2d Sess. (Dec. 22, 2022), as published by the Select Committee to Investigate the January 6th Attack on the United States Capitol, at https://www.govinfo.gov/content/pkg/GPO-J6-REPORT/pdf/GPO-J6-REPORT.pdf.

30. Attached hereto as **Exhibit 27** is a true and correct copy of an article published on

January 18, 2024, by Ashley Lopez, titled *The RNC wants Republicans to embrace early voting. Trump's rhetoric makes it tough,* as downloaded from National Public Radio's website, at https://perma.cc/VT6E-95A6.

31. Attached hereto as **Exhibit 28** is a true and correct copy of an article published on August 16, 2025, by Chris Cameron and Maggie Haberman, titled *After Summit, Trump Heaps Praise on Putin in Fox News Interview*, as downloaded from the *New York Times*'s website, at https://perma.cc/TEA7-KKRB.

32. Attached hereto as **Exhibit 29** is a true and correct copy of a Truth Social post by Donald J. Trump (@realDonaldTrump), dated August 18, 2025 at 7:17 AM, as downloaded from Truth Social, at https:// https://truthsocial.com/@realDonaldTrump/posts/115049485680941254.

33. Attached hereto as **Exhibit 30** is a true and correct copy of a webpage titled *Table 11: Receipt and Postmark Deadlines for Absentee/Mail Ballots* (last updated Aug. 1, 2025), as downloaded from the website of the National Conference on State Legislatures, at https://www.ncsl.org/elections-and-campaigns/table-11-receipt-and-postmark-deadlines-for-absentee-mail-ballots.

34. Attached hereto as **Exhibit 31** is a true and correct copy of a webpage titled *2024 November General* (last updated March 5, 2025), as downloaded from the website of the Virginia Department of Elections, at https://perma.cc/6M28-4YHM.

35. Attached hereto as **Exhibit 32** is a true and correct copy of a webpage titled *2024 Nov 5 General: President of the United States*, as downloaded from the website of the New Mexico Secretary of State, at https://perma.cc/4G6J-HCMY.

36. Attached hereto as **Exhibit 33** is a true and correct copy of a webpage titled *11/05/2024 Official General Election Results – Statewide*, as downloaded from the website of the

North Carolina State Board of Elections, at https://perma.cc/4HQ2-D6V3.

37. Attached hereto as **Exhibit 34** is a true and correct copy of a webpage titled *2024 Presidential Elections (Official Returns)*, as downloaded from the website of the Commonwealth of Pennsylvania, at https://perma.cc/SFB9-V3A9.

38. Attached hereto as **Exhibit 35** is a true and correct copy of a webpage titled *November 5, 2024 General Election Results* (last updated Nov. 26, 2024), as downloaded from the website of the Washington Secretary of State, at https://perma.cc/65ZZ-93S8.

39. Attached hereto as **Exhibit 36** is a true and correct copy of an article by Ashley Lopez, published on June 6, 2024, and titled *Republicans say mail ballots arriving after Election Day in Nevada should be illegal,* as downloaded from National Public Radio's website, at https://perma.cc/9QZN-9Z23.

40. Attached hereto as **Exhibit 37** is a true and correct copy of a document titled Declaration of Natalie Adona. An identical copy is on the docket of *California v. Trump*, No. 1:25-cv-10810 (D. Mass. May 5, 2025), ECF No. 76-6.

41. Attached hereto as **Exhibit 38** is a true and correct copy of a document titled Declaration of Donna Barber. An identical copy is on the docket of *California v. Trump*, No. 1:25-cv-10810 (D. Mass. May 5, 2025), ECF No. 76-7.

42. Attached hereto as **Exhibit 39** is a true and correct copy of a document titled Declaration of Edmund Michawloski. An identical copy is on the docket of *California v. Trump*, No. 1:25-cv-10810 (D. Mass. May 5, 2025), ECF No. 76-15.

43. Attached hereto as **Exhibit 40** is a true and correct copy of a document titled Declaration of Jana M. Lean. An identical copy is on the docket of *California v. Trump*, No. 1:25-cv-10810 (D. Mass. May 5, 2025), ECF No. 76-3.

44. Attached hereto as **Exhibit 41** is a true and correct copy of a document titled Declaration of Julie Wise. An identical copy is on the docket of *Washington v. Trump*, No. 2:25-CV-00602 (W.D. Wash. May 29, 2025), ECF No. 48.

45. Attached hereto as **Exhibit 42** is a true and correct copy of a document titled Declaration of Dena Dawson. An identical copy is on the docket of *Washington v. Trump*, No. 2:25-CV-00602 (W.D. Wash. May 29, 2025), ECF No. 40.

46. Attached hereto as **Exhibit 43** is a true and correct copy of a document titled Declaration of Mary Hall. An identical copy is on the docket of *Washington v. Trump*, No. 2:25-CV-00602 (W.D. Wash. May 29, 2025), ECF No. 43.

47. Attached hereto as **Exhibit 44** is a true and correct copy of a document titled Declaration of Linda Farmer. An identical copy is on the docket of *Washington v. Trump*, No. 2:25-CV-00602 (W.D. Wash. May 29, 2025), ECF No. 42.

48. Attached hereto as **Exhibit 45** is a true and correct copy of an excerpt of a book titled *Voting in the Field: A Forgotten Chapter of the Civil War* by Josiah Henry Benton (1915).

49. Attached hereto as **Exhibit 46** is a true and correct copy of an excerpt from *Bill to Amend the Act of September 16, 1942: Hearing on H.R. 3436 Before the H. Comm. on Election of President, Vice President, and Representatives in Congress*, 78th Cong. 100 (Oct. 26, 1943), as downloaded from the U.S. Government Printing Office's hearing transcript via Hein Online.

50. Attached hereto as **Exhibit 47** is a true and correct copy of an excerpt of the statement from Mr. Henry Valentino during *Uniformed and Overseas Citizens Absentee Voting: Hearing Held Before the Subcommittee on Elections of the Committee on House Administration*, 99th Cong., 2nd Sess. (Feb. 6, 1986), as downloaded from the U.S. Government Printing Office's hearing transcript via Hein Online.

51. Attached hereto as **Exhibit 48** is a true and correct copy of a document titled Declaration of Greg Kimsey. An identical copy is on the docket of *Washington v. Trump*, No. 2:25-CV-00602 (W.D. Wash. May 29, 2025), ECF No. 44.

52. Attached hereto as **Exhibit 49** is a true and correct copy of a webpage titled *Cases Raising Claims Under the Uniformed and Overseas Citizen Absentee Voting Act* (updated May 24, 2022), as downloaded from the website of the U.S. Department of Justice, at https://perma.cc/Q5KP-S8AM.

53. Attached hereto as **Exhibit 50** is a true and correct copy of a press release titled *USCIS Deploys Common Sense Tools to Verify Voters* (May 22, 2025), as downloaded from the website of the U.S. Department of Homeland Security, Citizenship and Immigration Services, at https://perma.cc/JT4Y-SVX3.

54. Attached hereto as **Exhibit 51** is a true and correct copy of a press release titled *DHS, USCIS, DOGE Overhaul Systematic Alien Verification for Entitlements Database* (Apr. 22, 2025), as downloaded from the U.S. Department of Homeland Security's website, at https://perma.cc/9X3Z-DUEE.

55. Attached hereto as **Exhibit 52** is a true and correct copy of excerpts from a webpage titled *SAVE User Reference Guide* (June 2025), as downloaded from the website of the U.S. Department of Homeland Security, Citizenship and Immigration Services, at https://perma.cc/6Y3V-U6RS.

56. Attached hereto as **Exhibit 53** is a true and correct copy of excerpts from a webpage titled *Voter Registration and Voter Maintenance Fact Sheet* (updated Aug. 27, 2025), as downloaded from the website of the U.S. Department of Homeland Security, Citizenship and Immigration Services, at https://perma.cc/UL8Q-AEZS.

57. Attached hereto as **Exhibit 54** is a true and correct copy of a letter dated August 26, 2025, from Dana L. Gold and Andrea Meza, counsel for Mr. Chuck Borges, to House and Senate officials, as downloaded from the Government Accountability Project's website, at https://perma.cc/X27F-232L.

58. Attached hereto as **Exhibit 55** is a true and correct copy of a letter dated July 13, 2023, from the Social Security Administration's Office of General Counsel to Jon Sherman, Litigation Director and Senior Counsel for the Fair Elections Center, as downloaded from the Fair Elections Center's website, at https://perma.cc/AK7V-GEYZ.

59. Attached hereto as **Exhibit 56** is a true and correct copy of a webpage titled *Privacy Impact Assessment for the Systematic Alien Verification for Entitlements Program* (June 30, 2020), as downloaded from the website of the U.S. Department of Homeland Security, Citizenship and Immigration Services, at https://perma.cc/G9WG-8UFG.

60. Attached hereto as **Exhibit 57** is a true and correct copy of excerpts from a report numbered GAO-17-204 and titled *Immigration Status Verification for Benefits: Actions Needed to Improve Effectiveness and Oversight*, (Mar. 23, 2017), as downloaded from the website of the United States Government Accountability Office, at https://perma.cc/Q569-KT5W.

61. Attached hereto as **Exhibit 58** is a true and correct copy of a document titled "Memorandum of Agreement Between United States Department of Homeland Security, United States Citizen and Immigration Services, and the Virginia State Board of Elections" and dated March 2014. An identical copy is on the docket of *Va. Coal. For Immigrant Rts. v. Beals*, No. 1:24-cv-01778 (E.D. Va. Oct. 15, 2024), ECF No. 26-3.

62. Attached hereto as **Exhibit 59** is a true and correct copy of a document titled "Memorandum of Agreement Between United States Department of Homeland Security, United

States Citizen and Immigration Services, and the Iowa Secretary of State" (rev. June 20, 2013), as downloaded from the website of the Iowa Secretary of State, at https://sos.iowa.gov/elections/pdf/SAVEMOA.pdf.

63. Attached hereto as **Exhibit 60** is a true and correct copy of an article dated June 29, 2025, by Jude Joffe-Block and Miles Parks, titled *Trump Administration Is Building a National Citizenship Data System*, as downloaded from the website of National Public Radio, at https://perma.cc/DBQ5-Y2JE.

64. Attached hereto as **Exhibit 61** is a true and correct copy of a webpage titled *November General Election* (last updated Jan. 30, 2025), as downloaded from the website of the Georgia Secretary of State, at https://perma.cc/WJ37-V9HA.

65. Attached hereto as **Exhibit 62** is a true and correct copy of an article published on July 22, 2025, by Natalia Contreras, titled *Texas dives into federal SAVE immigration database to check voter citizenship,* as downloaded from Votebeat.org, at perma.cc/A26Y-GYX9.

66. Attached hereto as **Exhibit 63** is a true and correct copy of an article published on July 10, 2025, by Aaron Pellish, titled *Nearly half of election officials concerned about politically motivated investigations*, as downloaded from Politico's website, at https://www.politico.com/news/2025/07/10/election-officials-threat-survey-00445734.

67. Attached hereto as **Exhibit 64** is a true and correct copy of an email dated August 21, 2025, from Timothy Benz, Department of Homeland Security, U.S. Citizenship & Immigration Services, Verification Division, to Adam Steele, North Carolina State Board of Elections, as downloaded from Microsoft Outlook.

68. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 17, 2025, in Washington, DC,

/s/ *Aria C. Branch*

Aria C. Branch

(DC 1014541)