September 24, 2025

**Clerk of the Court**
U.S. District Court for the
  District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Re: **Motion for Leave to File Amicus Curiae Brief**
Case # **1:25-cv-00946-CKK**

Dear Clerk of the Court,
Enclosed please find the following documents for filing in the above- captioned matter:

    Motion for Leave to File Amicus Curiae Court Brief

    Proposed Amicus Curiae Brief

    Certificate of Service

These documents have been served on all counsel of record in the consolidated case via e-mail, in accordance with Rule 5 of the Federal Rules of Civil Procedure. I respectfully request that the Court accept this submission for consideration.

Please do not hesitate to contact me via e-mail should any clarification be required. Thank you for your attention to this matter.

Enclosed is a self-addressed stamped envelope should the court wish to return a file stamped copy of this submission or provide confirmation of receipt.

Respectfully,

*[signature]*

Robert Thomas Peterson
1825 Tamiami Trail
Unit J #1014
Port Charlotte FL 33948
vpnpete@protonmail.com

RECEIVED
Mailroom

SEP 2 6 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Robert Thomas Peterson respectfully moves for leave to file the attached amicus curiae brief in the above captioned manner, and states as follows:

1. Interest of the Amicus Curiae

My interest regarding this case follows the publication of 5 articles on election integrity appearing in *American Thinker*, including two that address the primary subject of this amicus – the Guarantee Clause. The first of those two is "We Need a Revote," published on Dee. 25, 2020 (which was republished at *RealClearPolitics* on the same day); the second (and closest to the present amicus brief) is "What We Must Do to Restore Confidence in Our Elections," on August 4, 2022.

2. Purpose of the brief

The proposed brief offers an unaddressed perspective regarding the powers of the president with respect to issues of election integrity. Regarding the reasonableness of the DPOC requirement, it cites and discusses the Carter-Baker Commission for Federal Election Reform of 2005. It also discusses the Plaintiffs' claim of harm that would be caused by adoption of the DPOC requirement. It is submitted independently in support of the Defendants, without duplication to the Defendant's Answer to the Complaint.

3. Contact Information

To maintain personal privacy, the undersigned respectfully requests that the court accept the following contact information:

      vpnpete@protonmail.com

      1825 Tamiami Trail
      Unit J #1014
      Port Charlotte FL 33948

The undersigned is available and will respond promptly to any inquiries from the Court or parties.

          Respectfully,
          /s/ Robert T. Peterson