UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**JOINT MOTION TO MODIFY THE PHASE II SUMMARY-JUDGMENT SCHEDULE**

　　Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Section 7 of this Court's Standing Order, the parties jointly request that the Court modify the Phase II summary-judgment schedule. On September 2, 2025, the Court by minute order granted the Democratic Party Plaintiffs' unopposed motion for an extension of time and ordered that Plaintiffs' Phase II

1

memoranda in opposition to Defendants' motions for partial summary judgment and any cross-motions be due September 17, 2025, and that Defendants' Phase II replies in support of their motions be due on October 1, 2025. Defendants now request a one-week extension of time to file their combined responses in opposition to Plaintiffs' cross-motions and replies in support of their motions; Plaintiffs request the opportunity to file reply briefs in support of their cross-motions two weeks thereafter; and Intervenor-Defendant requests that its briefing deadline mirror Defendants'. The parties propose the following modified schedule:

1. Defendants' and Intervenor-Defendant's responses in opposition to Plaintiffs' cross-motions and replies in support of their motions be due October 8, 2025.

2. Plaintiffs' replies in support of their cross-motions for partial summary judgment be due October 22, 2025.

Good cause exists for the Court to grant the parties' motion. Because Defendants and Intervenor-Defendant are preparing combined opposition and reply briefs, the additional time will help to ensure a robust presentation of the issues, and the Court will have the benefit of Plaintiffs' replies to arguments Defendants and Intervenor-Defendant raise in their oppositions. This is Plaintiffs' and Defendants' second request each to modify the summary-judgment briefing schedule. All parties agree to the modifications proposed in this request.

Dated: September 26, 2025                                    Respectfully submitted,

                                                 BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ Bridget K. O'Hickey
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue,
NW Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*

**ELIAS LAW GROUP LLP**

/s/ Christopher D. Dodge
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
Harleen K. Gambhir (DC 1781869)
James J. Pinchak (DC 90034756)*

250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001

T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Counsel for the Democratic Party Plaintiffs*

\**Admitted pro hac vice*

<u>/s/ Thomas R. McCarthy</u>
Thomas R. McCarthy
Gilbert C. Dickey
Conor D. Woodfin
William Bock IV\*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com
wbock@consovoymccarthy.com

Lee E. Goodman
Michael Columbo
Dhillon Law Group
2121 Eisenhower Ave., Ste. 608
Alexandria, VA 22314
(415) 433-1700
lgoodman@dhillonlaw.com
mcolumbo@dhillonlaw.com

\*Admitted *pro hac vice*

*Counsel for Intervenor-Defendant
The Republican National Committee*

*/s/ Pooja Chaudhuri*
Pooja Chaudhuri (D.C. Bar No. 888314523)
Sofia Fernandez Gold (D.C. Bar No. 90010196)
Jacob Kovacs-Goodman (D.C. Bar No. 90032363)
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
pooja@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
norman@democracydefenders.org
tianna@democracydefenders.org

*/s/ Jon Greenbaum*
Jon Greenbaum (D.C. Bar No. 489887)
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038
(202) 601-8678
jgreenbaum@justicels.com

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association*

*/s/ Anna M. Baldwin*
Anna M. Baldwin (D.C. Bar No. 998713)
Danielle Lang (D.C. Bar No. 1500218)
Jonathan Diaz (D.C. Bar No. 1613558)
Robert Brent Ferguson (D.C. Bar No. 1782289)
Heather Szilagyi (D.C. Bar No. 90006787)
Benjamin Phillips (D.C. Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(m), counsel for the Defendants conferred with counsel for the Democratic Party Plaintiffs, LULAC Plaintiffs, and Intervenor-Defendant. No party opposes the relief requested herein. Counsel for Intervenor-Defendant the RNC requested that their briefing deadlines be the same as Defendants'.

/s/ Bridget K. O'Hickey<br>
BRIDGET K. O'HICKEY<br>
Counsel to the Assistant Attorney General<br>
U.S. Department of Justice, Civil Division