# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　Defendants. | Civil No. 25-cv-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Civil No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Civil No. 25-cv-0955 (CKK) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT / REPLY IN SUPPORT OF DEFENDANTS' MOTION**

Pursuant to this Court's minute order on October 7, 2025, Defendants' combined response in opposition to Plaintiffs' cross-motion for summary judgment and reply in support of Defendants' motion is now due October 13, 2025. This is Defendants' third request to modify the summary judgment schedule. In support of the motion, Defendants submit the following:

1. At the end of the day on September 30, 2025, funding for various Executive Branch agencies, including the Department of Justice, lapsed. Employees of the affected agencies, including the Department of Justice, are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis. In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations, Standing Order No. 25-55 (JEB) (D.D.C. Oct. 1, 2025) ("Standing Order"); *see also* 31 U.S.C. § 1342.

2. As a result, Defendants have been unable to work on this case since October 1, 2025, when this Court entered a district-wide stay. *See* Standing Order. Counsel for Defendants' time between now and October 13, 2025, is extremely limited. Defendants' counsel, one of which is ill, also must travel and be in court for proceedings taking place on Friday, October 10, 2025. Specifically, Ms. Kies must prepare for and travel to North Carolina for a currently scheduled preliminary-injunction hearing. Additionally, system limitations will prevent her from working while travelling. And Ms. O'Hickey must prepare for and participate in an evidentiary hearing. These obligations involve emergency matters that emerged during the lapse in appropriations and thus could not have been foreseen last month. Monday, October 13, 2025, is also a federal holiday, and Ms. Kies and Ms. O'Hickey's supervisor on this matter has a pre-planned family vacation during the weekend of October 11-12.

3. Due to the delay caused by the lapse in appropriations and the deadlines discussed above, Defendants have limited resources to devote to completing the brief in the time set by the Court and ask for a one-week extension to file their brief.

4. Further deadlines in the Scheduling Order would be modified commensurate with Defendants' one-week extension, i.e.:

- Defendants' combined opposition and reply would be due **October 20** (instead of October 13).

- Plaintiffs' replies would be due **November 3** (instead of October 27).

5. Pursuant to Local Rule 7(m), Defendants have conferred with Plaintiffs. The LULAC Plaintiffs oppose the requested extension. The "Democratic Party Plaintiffs take no position on Government Defendants' request for an extension provided that Plaintiffs receive a commensurate extension, but Democratic Party Plaintiffs agree with the Court that it is in the interest of justice for this case to proceed without undue delay." Defendants were not able to obtain Intervenor-Defendant the RNC's position in time.

6. A proposed order granting this motion is attached.

Dated: October 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ Bridget K. O'Hickey
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue,
NW Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*