**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil No. 25-cv-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil No. 25-cv-0955 (CKK) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT / REPLY IN SUPPORT OF DEFENDANTS' MOTION

Upon consideration of Defendants' motion for extension of time to file their response in opposition to plaintiffs' motion for summary judgment / reply in support of Defendants' motion, it is, hereby, ORDERED that the motion is GRANTED:

1. Defendants' and Intervenor Defendant's responses in opposition to Plaintiffs' cross-motions and replies in support of their motions are due October 20, 2025.

2. Plaintiffs' replies in support of their cross-motions for partial summary judgment are due November 3, 2025.

IT IS SO ORDERED.

Dated: October __, 2025

                                                                                         Hon. Colleen Kollar-Kotelly
                                                                                          U.S. District Judge