UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　*Defendants,*<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>　　　　*Intervenor-Defendant.* | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**LULAC PLAINTIFFS' RESPONSE IN OPPOSITION TO FEDERAL DEFENDANTS' REQUEST FOR AN EXTENSION OF THE PHASE II SUMMARY JUDGMENT BRIEFING SCHEDULE**

LULAC Plaintiffs respectfully submit this opposition in response to the Federal Defendants' request for an extension of the Phase II Summary Judgment briefing schedule.

LULAC and Democratic Party Plaintiffs submitted their Phase II cross-motions for summary judgment and oppositions to Defendants' motions on September 17, 2025. All parties previously consented to an extension that would have allowed Federal Defendants to file their replies and oppositions to plaintiffs' cross-motions today, October 8, 2025. However, the Federal Government had a lapse in appropriations on October 1, 2025. Thus, Federal Defendants and the Defendant-Intervenor had been in receipt of Plaintiffs' motions for two weeks before the lapse.

On October 7, 2025, this Court issued a minute order finding "that it is in the interest of justice for this case to proceed without undue delay and in a manner that reasonably aligns deadlines applicable to both Government and non-Government parties." The Court accordingly set October 13, 2025, as the deadline for Federal Defendants and the Defendant-Intervenor to file any replies in support of their Phase II motions for summary judgment and responses to the Democratic Party Plaintiffs' and LULAC Plaintiffs' Phase II cross-motions, and October 27, 2025 as the deadline for Plaintiffs' Phase II replies. The time between this Court's October 7 Minute Order and the October 13 due date is commensurate with the amount of time between the appropriations lapse and the original October 8 deadline.

LULAC Plaintiffs agree that it is in the interests of justice for this case to proceed without undue delay and under an equitable briefing schedule. To the extent that the Court grants any further extension of the Phase II briefing deadline, LULAC Plaintiffs respectfully request that the time be limited to 2 days, applied equally to all parties.

1

Dated: October 8, 2025

Respectfully submitted,

*/s/ Pooja Chaudhuri*
Pooja Chaudhuri (D.C. Bar No. 888314523)
Sofia Fernandez Gold (D.C. Bar No. 90010196)
Jacob Kovacs-Goodman (D.C. Bar No. 90032363)
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
pooja@democracydefenders.org
sofia@democracydefenders.org
jacob@democracydefenders.org
norman@democracydefenders.org
tianna@democracydefenders.org

*/s/ Jon Greenbaum*
Jon Greenbaum (D.C. Bar No. 489887)
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, D.C. 20038
(202) 601-8678
jgreenbaum@justicels.com

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association*

*/s/ Anna M. Baldwin*
Anna M. Baldwin (D.C. Bar No. 998713)
Danielle Lang (D.C. Bar No. 1500218)
Jonathan Diaz (D.C. Bar No. 1613558)
Robert Brent Ferguson (D.C. Bar No. 1782289)
Heather Szilagyi (D.C. Bar No. 90006787)
Benjamin Phillips (D.C. Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
bphillips@campaignlegalcenter.org