

GEORGETOWN LAW
CIVIL RIGHTS CLINIC

Director
  Aderson Francois

600 New Jersey Avenue NW
Suite 352
Washington, DC 20001-2075
Telephone: 202-661-6731

October 14, 2025

The Honorable Collen Koller-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington DC 20001

Re: Amicus Curiae Brief of Lawyers Defending American Democracy in *League of United Latin American Citizens et al v. Executive Order of the President* (1:25-cv-00946)

On August 18, 2025, *Amicus Curiae*, Lawyers Defending American Democracy (LDAD), filed a motion for leave to submit an amicus brief in support of the motion filed by the Nonpartisan Plaintiffs ("Nonpartisan Plaintiffs" or "Plaintiffs") for partial summary judgment, and in opposition to Defendants' cross-motion for partial summary judgment. The Court granted the motion and LDAD subsequently filed its brief on September 2, 2025. In the brief, LDAD cited twice on page 14 to the Ninth Circuit decision denying a stay in *Perdomo* v. *Noem*. We now write wish to call to the court's attention that this decision is no longer operative because the Supreme Court granted a stay without an opinion by the Court on September 8, 2025."

1

Respectfully, submitted

/s/  Aderson B. Francois
Aderson B. Francois (D.C. Bar No. 498544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
Phone: (202) 662-9065
aderson.francois@georgetown.edu

Counsel for Amicus