**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br> Plaintiffs, <br> v. <br> EXECUTIVE OFFICE OF THE PRESIDENT, PRESIDENT, *et al.*, <br> Defendants, <br> and <br> REPUBLICAN NATIONAL COMMITTEE, <br> Intervenor-Defendant. | Civil Action No. 25-0946 (CKK) |

_____

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br> Defendants, <br> and <br> REPUBLICAN NATIONAL COMMITTEE, <br> Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |

_____

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, ) <br> Defendants, <br> and <br> REPUBLICAN NATIONAL COMMITTEE, <br> Intervenor-Defendant. | Civil Action No. 25-0955 (CKK) |

_____

## <u>NOTICE OF UPDATED AUTHORITY</u>

On August 18, 2025, *Amicus Curiae*, Lawyers Defending American Democracy (LDAD),

filed a motion for leave to submit an amicus brief in support of the motion filed by the Nonpartisan

Plaintiffs ("Nonpartisan Plaintiffs" or "Plaintiffs") for partial summary judgment, and in

opposition to Defendants' cross-motion for partial summary judgment. The Court granted the motion and LDAD subsequently filed its brief on September 2, 2025.  In the brief, LDAD cited twice on page 14 to the Ninth Circuit decision, denying a stay in *Perdomo* v. *Noem*. We now write to provide notice to the Court that this decision is no longer operative because the Supreme Court granted a stay without an opinion by the Court on September 8, 2025.


Respectfully, submitted

/s/  Aderson B. Francois
Aderson B. Francois (D.C. Bar No. 498544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
Phone: (202) 662-9065
aderson.francois@georgetown.edu

Counsel for Amicus

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I electronically filed the original of this notice with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

DATED this 16th day of October 2025.

/s/  Aderson B. Francois
Aderson B. Francois (D.C. Bar No. 498544)