**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | |
| Plaintiffs, | Civil No. 25-cv-0946 (CKK) |
| v. | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | |
| Defendants. | |
| DEMOCRATIC NATIONAL COMMITTEE, *et al*, | |
| Plaintiffs, | Civil No. 25-cv-0952 (CKK) |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiffs, | Civil No. 25-cv-0955 (CKK) |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, Defendants. | |

## **NOTICE OF WITHDRAWAL**

Pursuant to LCvR 83.6(b), please withdraw Ms. Bridget K. O'Hickey's appearance in the above-captioned case as counsel for the Government Defendants.


Dated:  October 24, 2025                    Respectfully submitted,

                                                          BRETT A. SHUMATE
                                                          Assistant Attorney General
                                                          Civil Division

                                                          ERIC J. HAMILTON
                                                          Deputy Assistant Attorney General  Civil
                                                          Division, Federal Programs Branch

                                                          JOSEPH E. BORSON
                                                          Assistant Director
                                                          Civil Division, Federal Programs Branch

                                                          */s/ Bridget K. O'Hickey*
                                                          BRIDGET K. O'HICKEY
                                                          Counsel to the Assistant Attorney General
                                                          U.S. Department of Justice, Civil Division
                                                          950 Pennsylvania Avenue, NW
                                                          Washington, DC 20530
                                                          (202) 353-8679
                                                          Bridget.K.O'Hickey@usdoj.gov

                                                          MARIANNE F. KIES
                                                          WINSTON SHI
                                                          Trial Attorneys
                                                          U.S. Department of Justice Civil Division,
                                                          Federal Programs Branch  1100 L Street, NW
                                                          Washington, D.C. 20005
                                                          (202) 353-1819
                                                          Marianne.F.Kies@usdoj.gov

                                                          Attorneys for Government Defendants