UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    Plaintiffs,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>    Defendants,<br>*and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br>    Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>    Defendants,<br>*and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br>    Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>    Defendants,<br>*and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0955 (CKK) |

**ORDER**
(October 31, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the [145] Motion for Partial Summary Judgment filed by the League of United Latin American Citizens, the Secure Families Initiative, and the Arizona Students' Association (collectively, the "LULAC Plaintiffs"), and the League of Women Voters Education Fund, the League of Women Voters of the United States, the League of Women Voters of Arizona, the Hispanic Federation, the National Association for the Advancement of Colored People, OCA – Asian Pacific American Advocates, and Asian and Pacific Islander American Vote (collectively, the "League Plaintiffs") is **GRANTED**, and the [146] Motion for Partial Summary Judgment filed by the Democratic National Committee, Democratic Governors Association, Democratic Senatorial Campaign Committee (DSCC), Democratic Congressional Campaign Committee (DCCC), U.S. Senate Minority Leader Charles E. Schumer, and U.S. House Minority Leader Hakeem S. Jeffries (collectively, the "Democratic Party Plaintiffs") is **GRANTED**.

Accordingly, it is **ORDERED** that Defendants U.S. Election Assistance Commission ("EAC"); Donald L. Palmer, in his official capacity as Chairman and Commissioner of the EAC; Thomas Hicks, in his official capacity as Vice Chair and a Commissioner of the EAC; Benjamin W. Hovland, and Christy McCormick, in their official capacities as Commissioners of the EAC; and Brianna Schletz, in her official capacity as Executive Director of the EAC, are **PERMANENTLY ENJOINED** from taking any action to implement or give effect to Section 2(a) of Executive Order No. 14,248, including taking any action based on the Executive Order to modify the content of the federal voter registration application form described in 52 U.S.C. § 20508(a)(2) to require documentary proof of United States citizenship.

For the reasons stated in the accompanying Memorandum Opinion, it is further **ORDERED** that the Federal Defendants' [162] Cross-Motion is **GRANTED IN PART AND**

**DENIED IN PART**, and Defendant-Intervenor Republican National Committee's [161] Cross Motion is **DENIED**, to the following extent: The Cross-Motions are **DENIED** as to Defendants' requests for summary judgment on Plaintiffs' claims regarding Section 2(a), but the Federal Defendants' [162] Cross Motion is **GRANTED IN PART** insofar as it seeks dismissal of the Democratic Party Plaintiffs' Administrative Procedure Act claims for lack of final agency action.

Accordingly, it is **ORDERED** that the Democratic Party Plaintiffs' Administrative Procedure Act claims, Counts VI and X of the Complaint in Case No. 25-cv-0946, are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

Finally, because there is no just reason for delaying the ultimate resolution of the issues presented in Plaintiffs' constitutional separation-of-powers claims regarding Section 2(a), it is **ORDERED**, pursuant to Federal Rule of Civil Procedure 54(b), that this Order shall serve as the **FINAL JUDGMENT** of this Court as to Plaintiffs' constitutional separation-of-powers claims regarding Section 2(a), as stated in Count I of the Complaint in Case No. 25-cv-0946, Counts I and II of the Complaint in Case No. 25-cv-952, and Count I in Case No. 25-cv-955. As to those claims, this Order is final and appealable.

**SO ORDERED.**

**Dated:** October 31, 2025

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge