# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 25-0955 (CKK) |

**DEMOCRATIC PARTY PLAINTIFFS' CONSENT MOTION FOR CONTINUANCE OF RESPONSE DEADLINE FOR SUPPLEMENTAL MEMORANDUM REGARDING COUNT IX**

The Democratic Party Plaintiffs respectfully move for a reasonable continuance to file their supplemental memorandum regarding Count IX, currently due December 29, 2025. *See* ECF No. 223. In support of this motion, Plaintiffs state as follows.

1. Count IX of the Complaint alleges that Executive Order (EO) No. 14248 "direct[s] federal agencies and officers" to make nonconsensual disclosures of data protected by the Privacy Act, which is prohibited except in "specific limited circumstances," Compl. ¶¶ 195–204 (citing 5 U.S.C. § 552a), and that by "taking action contrary to the Privacy Act, Defendants are in violation of the APA," *id.* ¶ 203; *id.* ¶ 196 (citing 5 U.S.C. § 706(2)).

2. Following limited discovery, Plaintiffs moved for partial summary judgment as to Count IX on September 17, 2025. *See* ECF Nos. 141, 197, 220. Plaintiffs' motion seeks partial judgment on their claim that Defendants violated the APA by implementing so-called "enhancements" to the Department of Homeland Security (DHS)'s Systematic Alien Verification for Entitlements System (SAVE) in violation of the Privacy Act. ECF No. 197-1 at 41–56; ECF No. 220 at 22–30.

3. On Friday, November 14, 2025, Defendants filed a "Notice of Factual Developments Relevant to Count IX of the Democratic Party Plaintiffs Complaint." ECF No. 222. The Notice invited additional briefing and suggested some of Plaintiffs' claims in Count IX may be moot in light of DHS's and SSA's publications of SORNs regarding the SAVE enhancements. *See* 90 Fed. Reg. 48948, 48952 (Oct. 31, 2025); 90 Fed. Reg. 50879, 50880 (Nov. 12, 2025).

4. The Court ordered the parties to file a joint status report by November 24, 2025. *See* Minute Order (Nov. 17, 2025). Plaintiffs proposed that Defendants file a supplemental brief by December 12, followed by a response from Plaintiffs on December 22. Defendants proposed they file a brief by December 19, followed by a response on December 29. *See* ECF No. 223.

5.  The Court adopted Defendants' proposal but noted that if the schedule "presents a hardship to Plaintiffs' counsel, the Court would entertain a motion for a reasonable continuance of Plaintiffs' response deadline, which the Court would view favorably." Minute Order (Nov. 24, 2025).

6.  The ten days between December 19 and December 29 include several holidays observed by Plaintiffs' counsel and their clients. ECF No. 223. Accordingly, Plaintiffs are concerned that the briefing schedule ordered by the Court is likely to present hardships to them.

7.  Because the foregoing establishes good cause for relief, Plaintiffs respectfully request that the Court extend the date for Plaintiffs to file their supplemental brief regarding Count IX to Wednesday, **January 7, 2026**.

8.  Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding the relief requested in this Motion. Defendants consent to the request.

Dated: December 1, 2025                                    Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
James J. Pinchak (NY 5965397)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Counsel for the Democratic Party Plaintiffs*
**Admitted pro hac vice*

3