UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>       *Plaintiffs*,<br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>       *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>       *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>       *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       *Defendants*. | Civil Action No. 25-0955 (CKK) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' CONSENT MOTION FOR CONTINUANCE OF RESPONSE DEADLINE FOR <u>SUPPLEMENTAL MEMORANDUM  REGARDING COUNT IX</u>**

Upon consideration of Democratic Party Plaintiffs' Unopposed Motion for Continuance of

Response Deadline for Supplemental Memorandum Regarding Count IX, it is hereby ORDERED

that the Democratic Party Plaintiffs' Motion is GRANTED. Plaintiffs' supplemental brief regarding Count IX shall be due on January 7, 2026.

**SO ORDERED.**

Dated: _____

                                                      Hon. Colleen Kollar-Kotelly
                                                     United States District Judge