UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0955 (CKK) |

## **NOTICE OF APPEAL**

  Please take notice that Intervenor Defendant the Republican National Committee appeals to the United States Court of Appeals for the D.C. Circuit from this Court's October 31, 2025, memorandum opinion and order granting summary judgment to Plaintiffs and denying summary judgment to Defendants. *See* Docs. 217, 218.

Dated: December 24, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas R. McCarthy*

Lee E. Goodman (D.C. Bar 435493)　　　Thomas R. McCarthy (D.C. Bar 489651)
Michael Columbo (D.C. Bar 476738)　　Gilbert C. Dickey (D.C. Bar 1645164)
DHILLON LAW GROUP　　　　　　　　　　Conor D. Woodfin (D.C. Bar 1780807)
2121 Eisenhower Ave., Ste. 608　　　　William Bock IV* (Ohio Bar 0105262)
Alexandria, VA 22314　　　　　　　　　CONSOVOY MCCARTHY PLLC
(415) 433-1700　　　　　　　　　　　　1600 Wilson Blvd., Ste. 700
lgoodman@dhillonlaw.com　　　　　　　Arlington, Virginia 22209
mcolumbo@dhillonlaw.com　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　tom@consovoymccarthy.com
　　　　　　　　　　　　　　　　　　　gilbert@consovoymccarthy.com
　　　　　　　　　　　　　　　　　　　conor@consovoymccarthy.com
*Admitted *pro hac vice*　　　　　　　wbock@consovoymccarthy.com

*Counsel for Intervenor-Defendant*
*The Republican National Committee*