UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0955 (CKK) |

## **MOTION TO WITHDRAW AS COUNSEL**

 I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs in Case No. 1:25-cv-0955 pursuant to Local Civil Rule 83.6(c), because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs will continue to be represented by my colleagues Sarah Brannon (D.C. Bar No. 90024493), Adriel I.

Cepeda Derieux (D.C. Bar No. 90026636), Jacob Van Leer (DC Bar No. 1742196), Sophia Lin Lakin, Ethan Herenstein, Jonathan Topaz, Clayton Pierce, and Davin Rosborough at the American Civil Liberties Union Foundation, as well as by our co-counsel at Brennan Center for Justice at NYU School of Law, NAACP Legal Defense & Educational Fund, American Civil Liberties Union Foundation of the District of Columbia, Latino Justice PRLDEF, and Asian Americans Advancing Justice-AAJC.

Date: January 28, 2026

Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan (D.C. Bar No. 1672508)
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org