IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-0955 (CKK) |

**JOINT CONSENT MOTION FOR CONTINUANCE OF RESPONSE DEADLINE
FOR JOINT STATUS REPORT**

The Democratic Party Plaintiffs and Federal Defendants respectfully move for a short continuance to file their joint status report proposing a schedule for further proceedings, currently due February 27, 2026. *See* ECF No. 235. In support of this motion, the parties state as follows.

1. On Friday, January 30, this Court issued an order ruling on the parties' Phase II cross-motions for summary judgment, and deferring ruling on certain of the Democratic Party Plaintiffs' remaining claims for Phase III of this action. *See* ECF Nos. 235, 236. This Court also instructed the parties to meet and confer and file a joint status report proposing a schedule for further proceedings by February 27, 2026. *See* ECF No. 235.

2. The parties continue to evaluate their respective proposals for further proceedings related to the claims deferred by this Court. The parties will confer in good faith to reach an agreement as to the status of future proceedings but need additional time to do so.

3. Because the foregoing establishes good cause for relief, the Democratic Party Plaintiffs and Federal Defendants respectfully request that the Court extend the date for the parties to file their joint status report to Friday, **March 6, 2026**.

4. Counsel for the Democratic Party Plaintiffs conferred with counsel for LULAC Plaintiffs regarding the relief requested in this Motion. LULAC Plaintiffs consent to the request.

Dated: February 24, 2026

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Aria C. Branch (DC 1014541)
Lalitha D. Madduri (DC 1659412)
Christopher D. Dodge (DC 90011587)
Jacob D. Shelly (DC 90010127)
James J. Pinchak (NY 5965397)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

<div style="display: flex;">

<div>

/s/ *Marianne F. Kies*
MARIANNE F. KIES
CHRISTIAN DIBBLEE
WINSTON SHI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Counsel for Federal Defendants*

</div>

<div>

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Counsel for the Democratic Party Plaintiffs*

</div>

</div>