# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-0955 (CKK) |

**THE REPUBLICAN NATIONAL COMMITTEE'S NOTICE
REGARDING INTERVENTION MOTION**

In accordance with the Court's minute order of February 10, 2026, the Republican National Committee states that it takes no position on the motion to intervene filed by Jose A. Perez (Doc. 237).

Dated: February 24, 2026                                    Respectfully submitted,

                                                            */s/ Thomas R. McCarthy*

Lee E. Goodman (D.C. Bar 435493)          Thomas R. McCarthy (D.C. Bar 489651)
Michael Columbo (D.C. Bar 476738)         Gilbert C. Dickey (D.C. Bar 1645164)
DHILLON LAW GROUP                         Conor D. Woodfin (D.C. Bar 1780807)
2121 Eisenhower Ave., Ste. 608            William Bock IV* (Ohio Bar 0105262)
Alexandria, VA 22314                      CONSOVOY MCCARTHY PLLC
(415) 433-1700                            1600 Wilson Blvd., Ste. 700
lgoodman@dhillonlaw.com                   Arlington, Virginia 22209
mcolumbo@dhillonlaw.com                   (703) 243-9423
                                          tom@consovoymccarthy.com
                                          gilbert@consovoymccarthy.com
                                          conor@consovoymccarthy.com
*Admitted *pro hac vice*                  wbock@consovoymccarthy.com

*Counsel for Intervenor-Defendant*
*The Republican National Committee*