UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>  Plaintiffs,<br> v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>  Defendants,<br> *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>  Defendant-Intervenor. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br>  Plaintiffs,<br> v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>  Defendants,<br> *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>  Defendant-Intervenor. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br>  Plaintiffs,<br> v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>  Defendants,<br> *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>  Defendant-Intervenor. | Civil Action No. 25-0955 (CKK) |

**ORDER**
(March 3, 2026)

2

For the reasons stated in the accompanying Memorandum Opinion, the [237] Motion to Intervene filed by *pro se* Movant Jose A. Perez is **DENIED**. The Clerk of the Court is respectfully directed to mail a copy of this Order and the accompanying Memorandum Opinion to the *pro se* Movant at his address of record.

This is a final, appealable order.

**SO ORDERED.**

**Dated:** March 3, 2026

                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge