UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    Plaintiffs,<br>  v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>    Defendants,<br>  *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br>    Plaintiffs,<br>  v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>    Defendants,<br>  *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br>    Plaintiffs,<br>  v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>    Defendants,<br>  *and*<br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | Civil Action No. 25-0955 (CKK) |

**MEMORANDUM OPINION**
(March 3, 2026)

Now pending before the Court is a [237] Motion to Intervene filed by *pro se* Movant Jose A. Perez. For the reasons explained in the parties' responses to Mr. Perez's Motion, the Court concludes that Mr. Perez's request to intervene under Federal Rule of Civil Procedure 24 is untimely and Mr. Perez does not have a statutory right to intervene. *See* Dkt Nos. 238, 240, 241. The Court shall therefore **DENY** the Motion.

The Court entered a final judgment on the claims on which Mr. Perez seeks to intervene on October 31, 2025, and both the Federal Defendants and the Republican National Committee, as Defendant-Intervenor, have filed notices of appeal. *See* Dkt. Nos. 217, 227, 229. Mr. Perez had ample opportunity to move to intervene prior to final judgment, and allowing intervention now would prejudice the parties by requiring costly relitigation of complex issues that the Court has already decided. Accordingly, his motion is untimely.

Mr. Perez also does not have a statutory right to intervene in this matter. Neither the Administrative Procedure Act nor any of the federal election statutes that Mr. Perez identifies in his submissions establishes a right to third-party intervention in this action.

Finally, Mr. Perez's asserted interests have been adequately represented in this case by the Federal Defendants and the Defendant-Intervenor, both of whom have mounted fulsome defenses of the relevant provisions of Executive Order No. 14,248.

Accordingly, neither intervention as a matter of right under Rule 24(a) nor permissive intervention under Rule 24(b) is appropriate here, and the Court shall **DENY** Mr. Perez's Motion. An appropriate Order accompanies this Memorandum Opinion.

**Dated:** March 3, 2026

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge