# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,

Plaintiffs,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,
Defendants,
*and*
REPUBLICAN NATIONAL COMMITTEE,
Defendant-Intervenor.

_____ /

**Civil Action No. 25-0946 (CKK)**

DEMOCRATIC NATIONAL COMMITTEE,
*et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,
Defendants,
*and*
REPUBLICAN NATIONAL COMMITTEE,
Defendant-Intervenor.

_____ /

**Civil Action No. 25-0952 (CKK)**

LEAGUE OF WOMEN VOTERS
EDUCATION FUND, *et al.*,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,
Defendants,
*and*
REPUBLICAN NATIONAL COMMITTEE,
Defendant-Intervenor.

_____ /

**Civil Action No. 25-0955 (CKK)**

RECEIVED

MAR 28 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## **NOTICE OF APPEAL**

Notice is hereby given that Jose A Perez , the  Intervenor . in the abovenamed matter, hereby appeals to the United States Court of  Appeals For the District of Columbia  the following Orders:  **(1)** the Order denying Mr. Perez' Intervention    entered in this action on March 3rd, 2026  and **(2)** the Order denying Mr. Perez' Rule 59(e) Motion to Vacate the March 3rd, 2026  Judgment entered on March 23rd, 2026 .

Respectfully Submitted

Jose A Perez
307 Lakeside Drive
North Augusta , SC 29841
917-817-6104
theaesculapius@gmail.com

2

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was emailed on this 28th

day of March 2026 to :

Lalitha D Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW-Ste 400
Washington, DC 20001
202-968-4593
Email: lmadduri@elias.law

Winston Shi
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-880-0387
Email: Winston.g.shi@usdoj.gov

Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad Street – 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org

Thomas R McCarthy
Dhillon Law Group
2121 Eisenhower Av-Ste 608
Alexandria, VA  22314
415-433-1700
lgoodman@dhillonlaw.com

Jose A Perez