**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0946 (CKK) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0952 (CKK) |
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-0955 (CKK) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), Clayton Pierce respectfully withdraws as counsel for Plaintiffs in the above-captioned case, No. 1:25-cv-0955. Plaintiffs will continue to be represented in this matter by Sophia Lin Lakin, Ethan Herenstein, Jonathan Topaz, Davin Rosborough, Sarah Brannon, and Adriel I. Cepeda Derieux at the American Civil Liberties Union Foundation, as well

as co-counsel at Brennan Center for Justice at NYU School of Law, NAACP Legal Defense & Educational Fund, Inc., American Civil Liberties Union Foundation of the District of Columbia, Latino Justice PRLDEF, and Asian Americans Advancing Justice-AAJC.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Clayton Pierce*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org

**Admitted pro hac vice*